# EXHIBIT B

**KOFFSKY SCHWALB** LLC

Steven A. Weg
sweg@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

March 30, 2022

**VIA OVERNIGHT COURIER**
Yoel Silberstein
JS Skillman NY LLC
672 Myrtle Avenue
Brooklyn, New York 11205

JS Skillman NY LLC
c/o Yoel Silberstein
199 Lee Avenue, Suite 171
Brooklyn, New York 11211

Re:    Promissory Note dated March 21, 2018 in the amount of $3,350,000.00

Dear Mr. Silberstein:

This firm is counsel to All Year Holdings Limited. Reference is hereby made to that certain loan in the original principal amount of $3,350,000.00 (the "Loan") evidenced by, among other things, that certain Promissory Note (the "Promissory Note") dated March 21, 2018 in the original principal amount of $3,350,000.00 duly executed and delivered by Yoel Silberstein and JS Skillman NY LLC (collectively "Borrower") to All Year Holdings Limited ("Lender"). The Promissory Note provides that the Loan accrued interest at the rate of sixteen percent (16%) per annum. The maturity date of the said Promissory Note was March 30, 2019.

All Year Holdings Limited advises that Borrower has defaulted under the Loan in that Borrower failed to timely pay to the Lender the principal and interest due on the maturity date. The entirety of the principal and interest remains due under the Loan is unpaid as of the date hereof. **It is hereby demanded on behalf of Lender that the Borrower immediately pay to Lender all principal and interest currently outstanding**. The Loan balance as of the date hereof is as follows:

| | |
|---|---|
| Principal | $3,350,000.00 |
| Outstanding Interest | $2,188,666.67 |
| Total | $5,538,666.67 |
| Per Diem Interest | $1,488.89 |

**Reservations of Rights and Remedies**

No forbearance, delay or inaction by Lender in the consequential exercise of their rights and remedies, and no continuing performance by Lender or the Borrower under the Note or other

**KOFFSKY SCHWALB** LLC

Yoel Silberstein
JS Skillman NY LLC
March 30, 2022
Page 2

related loan documents: (a) shall constitute: (i) a modification or an alteration of the terms, conditions or covenants of the Note or other related loan documents, all of which remain in full force and effect; or (ii) a waiver, release or limitation upon Lender's exercise of any of its rights and remedies thereunder, all of which are hereby expressly reserved; or (b) shall relieve or release the Borrower or the any potential guarantor in any way from any of its respective duties, obligations, covenants or agreements under other related loan documents or from the consequences of the breach described above or any other default that may be declared thereunder. Lender is not obligated to waive the breach described above or any defaults, whether now existing but not yet declared or which may occur after the date of this letter.

Nothing in this letter or in any ongoing or future discussions or negotiations between Lender, on the one hand, and the Borrower (or anyone acting on behalf of Borrower), on the other hand, nor any delay on the part of Lender in exercising any of its rights and remedies under the Loan, Promissory Note, and/or applicable law, shall directly or indirectly: (i) create any obligation to forbear from taking any enforcement action, (ii) constitute a consent to or waiver of any past, present or future default, (iii) amend, modify or operate as a waiver of any provision of any Loan or Promissory Note or any right, power, privilege or remedy of the Lender thereunder or under applicable law or constitute an agreement to forbear or to restructure the loans and other obligations of the Borrower (the "Obligations"), or (iv) constitute a course of dealing or other basis for altering any rights or obligations of Lender or any Obligations of the Borrower. Nothing contained in this letter shall confer on the Borrower any right to notice or cure periods with respect to any default.

Nothing herein shall be deemed a waiver of any of Lender's rights or remedies, all of which are expressly reserved.

Very Truly Yours,

*[signature]*

Steven A. Weg