# EXHIBIT C



Date: 10/13/2023

Media: Pdf file

Description: HE->EN; Writ of agreement in classical Hebrew

## DOCUMENT TRANSLATION

[*Top inscription*] With God's help

[*Title*] Writ of Agreement and Obligation

Yoel Goldman and representatives; Party A.

Yoel Silberstein and representatives; Party B.

Our signatures below shall testify, equal to one hundred proper and credible witnesses and an admission before a reputable [rabbinical] court and in such manner as to be binding according to the laws of the land, that we have come to a mutually acceptable agreement and compromise in the dispute described below.

- a) Whereas Party B acted as agent and mediator and coordinator of all financial matters and the "deal structure" in what is commonly known [in English] as "syndicator" for the deals between Party A and Yoel Glick in the businesses "436 Albee," "41-21 28 St. LIC," and "North Flats"; and in addition, he invested hundreds of hours to resolve disputes between Party A and Moskowitz and Lichtenstein regarding the division and disposition of the properties; and both parties stipulate that the amount owed to Party B is, at minimum, more than six million dollars, and Party B demands payment thereof or a partnership in the aforementioned properties according to their appraised value at the time of purchase by three expert appraisers, as was initially agreed upon. (This is unrelated to "25 Kent," which the parties have agreed to resolve via a third party, as there is no agreement on it as of yet.)

YIDDISH LANGUAGE SERVICES, LLC

b) And whereas Party B has received a loan from Party A, [granted] to the company "JS SKILLMAN," owned by Party B, and the amount due as of today is greater than four million dollars; but Party B claims that the loan was [to be considered as such] only if he receives shares in his name according to the original appraisal, against the sum mentioned in paragraph (a) above; and whereas he was never granted the shares owed to him for acting as agent, etc., the loan is therefore to be applied [as payment] for the aforementioned amount owed. Therefore, the parties have reached a compromise to conclusively resolve this dispute, which has been ongoing for several years, and agreed that Party A, on his own behalf and on behalf of his company, will forgive the aforementioned loan, which shall be applied as payment for what is legally owed to Party B; and, in addition, Party A has agreed to pay another five hundred thousand dollars throughout the coming year; and Party B shall forgive Party A the remainder. Henceforth there shall be no further claims or disputes between the two parties [on this matter], and the loan in the amount of 3,350,000 [three million and three hundred fifty thousand] dollars to Party B shall be forgiven, including interest; and in like manner, Party B forgives Party A the remaining amount, other than the five hundred thousand dollars, as described above (except for "25 Kent"). And henceforth neither party shall have any claim on the other, except as above. All is affirmed and verified.

Upon this we hereby sign, *Erev Sukkos*, 5781 [October 1, 2020]:

[*Signatures*]

Yoel Goldman, for myself and on behalf of AYH and company; Party A

Yoel Silberstein; Party B

[*Postscript*] We hereby affirm and testify to the above.

[*Witness signatures*]

2

YS000017

YIDDISH LANGUAGE SERVICES, LLC

## TRANSLATOR CERTIFICATION

I, Shulem Deen, certify that the above is a true and accurate translation of the Hebrew-language document provided by the client for this translation.

Shulem Deen

Yiddish Language Services, LLC

Certified: October 13, 2023

YS000018

YIDDISH LANGUAGE SERVICES, LLC

## ORIGINAL DOCUMENT

YS000019