# EXHIBIT 2

Promissory Note

$ 3,350,000.00

03/21/2018

FOR VALUE RECEIVED, Yoel Silberstein, Having an office at 672 Myrtle Ave, Brooklyn, NY 11205 in his personal capacity and in the capacity as manager of JS SKILLMAN NY LLC promises to pay to All Year Holdings Limited , Having an office at 199 Lee Ave # 693. Brooklyn NY 11211 or at such other place as may be designated in writing by the holder of this note, the principal sum of Three million three hundred fifty thousand USA dollars ($3,350,000.00), lawful money of the United States of America

With interest thereon to be computed :from the date hereof, at a annualized rate of sixteen percent (16%) to be paid on the maturity day of this note

All sums due hereunder, including all principal sums, shall be due in full at the expiration of the term of this note, no later than the 30th day of March 2019.

Presentment for payment, notice of dishonor, protest and notice of protest are hereby

waived. This Note may not be changed orally

JS Skillman NY LLC

_____
By: Yoel Silberstein, Manager

_____
Yoel Silberstein, as individual

Acknowledgement  taken  in  New York State

STATE OF NEW YORK                      )
                                       ) ss:
COUNTY OF KINGS                        )

On the 21st day of March, in the year 2018, before me the undersigned, personally appeared Yoel Silberstein personally known to me or proved to me on the basis of satisfactory evidence, to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that (he) (she) (they) executed the same in (his) (her) (their) capacity(y)(ies), and that by (his) (her) (their) signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public:        Joel Grunfeld
                Notary Public, State of New York
                    No. 01-GR6191253
                  Qualified In Kings County
              Commission Expires August 11, 2020

Acknowledgement  taken  in  New York State

STATE OF NEW YORK                      )
                                       ) ss:
COUNTY OF KINGS                        )

On the 21st day of March, in the year 2018, before me the undersigned, personally appeared Yoel Silberstein personally known to me or proved to me on the basis of satisfactory evidence, to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that (he) (she) (they) executed the same in (his) (her) (their) capacity(y)(ies), and that by (his) (her) (their) signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public:        Joel Grunfeld
                Notary Public, State of New York
                    No. 01-GR6191253
                  Qualified In Kings County
              Commission Expires August 11, 2020