# EXHIBIT 3

**JS SkillmanEnding Balance:  -$3,350,000.00**

| Date | Ref No. | Payee | Memo | Class | Foreign Currency | Increase (USD) | Decrease (USD) | Reconciliation Status | Balance (USD) | Type | Account | Location | Exchange Rate | Added in Banking |
|------|---------|-------|------|-------|------------------|----------------|----------------|-----------------------|---------------|------|---------|----------|---------------|-----------------|
| 03/29/2018 | | | | | | 4,500,000.00 | | | 3,350,000.00 | Deposit | All Year Holdings LLC | | | |
| 03/21/2018 | | JS Skillman LLC | | | | | 4,500,000.00 | | 7,850,000.00 | Check | All Year Holdings LLC | | | |
| 03/21/2018 | | JS Skillman LLC | | | | | 450,000.00 | | 3,350,000.00 | Check | All Year Holdings LLC | | | |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2018 through March 30, 2018

Account Number:    **000000669998275**



00049188 DRE 802 219 09418 NNNNNNNNNNN  1 000000000 D5 0000

ALL YEAR HOLDINGS LLC
199 LEE AVE STE 693
BROOKLYN NY 11211-8919

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## We updated our Deposit Account Agreement

The following changes were made March 11, 2018:

We published an updated version of our Deposit Account Agreement. You can get the latest agreement at a branch or by request when you call us. Here's what you should know:

- We clarified that if the amount written on your deposit ticket is different from the total deposit you present, we can adjust your account for the difference. (General Account Terms, Section A, Deposit records and receipts)

- You can now request a stop payment on a check through the Chase Mobile® app. You can also still do this on chase.com, over the phone or in a branch. (General Account Terms, Section B, Stop payments)

- We're starting to use a new payment network that allows businesses to send you real-time payments when you provide your account and routing numbers. When you accept a real-time payment, you confirm that you're not acting on the behalf of someone who is not a U.S. citizen or resident. (General Account Terms, Section I, Rules governing your account)

- We updated the language to clarify how to place a stop payment on electronic funds transfers. (Electronic Funds Transfer Service Terms, Section G, Preauthorized (recurring) transfers and stop payments)

Please call us at the number on this statement if you have any questions.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$6,529.79** |
| Deposits and Additions | 32 | 30,324,135.40 |
| Checks Paid | 6 | -23,440.37 |
| Electronic Withdrawals | 93 | -21,436,553.07 |
| Fees | 1 | -200.00 |
| **Ending Balance** | **132** | **$8,870,471.75** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

Page 1 of 8



CHASE ◯

March 01, 2018 through March 30, 2018
Account Number:   **000000669998275**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

REDACTED

| 03/21 | Remote Online Deposit        137 | 11,400.00 |
| 03/21 | Online Transfer From Chk ...1528 Transaction#: 6998453372 | 450,000.00 |
| 03/21 | Online Transfer From Chk ...7300 Transaction#: 6998138334 | 4,800.00 |
| 03/23 | Online Transfer From Chk ...6389 Transaction#: 7004407453 | 16,000.00 |
| 03/26 | Remote Online Deposit        137 | 10,000.00 |
| 03/27 | Online Transfer From Chk ...0605 Transaction#: 7013656633 | 300.00 |
| 03/27 | Online Transfer From Chk ...0605 Transaction#: 7013659684 | 200.00 |
| 03/29 | Online Transfer From Chk ...1528 Transaction#: 7019279780 | 4,516,000.00 |
| 03/29 | Online Transfer From Chk ...7509 Transaction#: 7019363613 | 570,000.00 |
| 03/29 | Online Transfer From Chk ...1779 Transaction#: 7019387483 | 59,600.00 |
| 03/29 | Online Transfer From Chk ...6868 Transaction#: 7019059507 | 28,100.00 |
| 03/29 | Online Transfer From Chk ...7326 Transaction#: 7019109314 | 22,500.00 |
| 03/29 | Online Transfer From Chk ...6868 Transaction#: 7019093697 | 17,600.00 |
| 03/29 | Online Transfer From Chk ...7441 Transaction#: 7019144683 | 10,000.00 |
| 03/29 | Online Transfer From Chk ...7391 Transaction#: 7019152554 | 6,000.00 |
| 03/29 | Online Transfer From Chk ...7185 Transaction#: 7019155874 | 5,000.00 |
| 03/29 | Online Transfer From Chk ...1583 Transaction#: 7018649769 | 2,500.00 |
| 03/29 | Online Transfer From Chk ...1583 Transaction#: 7018480459 | 2,000.00 |
| 03/30 | Fedwire Credit Via: Signature Bank/026013576 B/O: All Year Holdings LLC Brooklyn NY 11205 Ref: Chase Nyc/Ctr/Bnf=All Year Holdings LLC Brooklyn, NY 112118919/Ac-0000 00005699 Rfb=O/B Signature Ba Imad: 0330B6B7261F000865 Trn: 2751509089Ff | 3,000,000.00 |
| 03/30 | Online Transfer From Chk ...1001 Transaction#: 7023334177 | 584,756.05 |
| **Total Deposits and Additions** | | **$30,324,135.40** |

SB1336740-F1                    45544

**CHASE** ⬡

March 01, 2018 through March 30, 2018
Account Number:   **000000669998275**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1090  ^ | | 03/15 | S389.00 |
| 1091  ^ | | 03/28 | 4,610.20 |
| 1092  ^ | | 03/28 | 165.00 |
| 1093  ^ | | 03/28 | 220.00 |
| 1094  ^ | | 03/23 | 18,000.00 |
| 1096  * ^ | | 03/28 | 56.17 |

**Total Checks Paid**                                                    **$23,440.37**



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**SB1336740-F1**                                                                    **45545**

CHASE ○

March 01, 2018 through March 30, 2018
Account Number:   **000000669998275**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/21 | 03/21 Online Transfer To Chk ...1528 Transaction#: 6998452402 | 450,000.00 |
| 03/21 | 03/21 Online Transfer To Chk ...1528 Transaction#: 6998454578 | 4,500,000.00 |

Page 4 of 8