# EXHIBIT 4

# All Year Holdings Limited

### Condensed Consolidated Financial Statements
### As of September 30, 2020

WIND DOWN000001

<u>**All Year Holdings Limited**</u>

<u>**Condensed Consolidated Financial Statements**</u>

<u>**As of September 30, 2020**</u>
<u>**(Unaudited)**</u>

<u>**USD thousands**</u>

<u>**Table of Contents**</u>

|  | <u>**Page**</u> |
|---|---|
| Independent Auditor's review report | 3-4 |
| **Condensed consolidated financial statements (unaudited):** | |
| Condensed consolidated Statements of Financial Position | 5-6 |
| Condensed consolidated Statement of Income and Other Comprehensive Income | 7-8 |
| Condensed consolidated Statement of Changes to Equity | 9-11 |
| Condensed consolidated Statements of Cash Flow | 12-14 |
| Notes to condensed consolidated financial statements | 15-40 |

WIND DOWN000002

## Independent Auditors' Review Report to Shareholders of
## All Year Holdings Limited

### Introduction

We have reviewed the enclosed financial information of **All Year Holdings Limited** and the subsidiaries (hereinafter - "the **Group**"), including the condensed consolidated statement of financial position as of September 30, 2020 and the condensed consolidated statements of income and other comprehensive income, changes to equity and cash flows for the nine and three month periods ended on that date. The Board of Directors and management are responsible for preparation and presentation of financial information for these interim periods in accordance with IAS 34 "Interim financial reporting", and they are also responsible for preparation of financial information for these interim periods pursuant to Chapter 4 of the Securities Regulations (Periodic and Immediate Reports), 1970. We are responsible for expressing our opinion of the financial information for these interim periods, based on our review.

### Scope of review

We have conducted our review in accordance with Review Standard 2410 (Israel) of the Israeli CPA Association "Review of financial information for interim periods conducted by the entity's Independent Auditor". Reviewing financial information for interim periods consists of clarifications, primarily with persons in charge of financial and accounting issues, and of application of analytical and other review procedures. A review is significantly smaller in scope than an audit, which is conducted in conformity with generally accepted audit standards in Israel, and therefore does not allow us to achieve certainty of being informed of all significant issues which may have been identified by an audit. Consequently, we do not provide an audit opinion.

### Conclusion

Based on our review, we have not become aware of anything that caused us to believe that the aforementioned financial information was not prepared, in all material aspects, in accordance with IAS 34.

Other than the foregoing, based on our review, we have not become aware of anything which caused us to believe that the aforementioned financial information is not compliant, in all material aspects, with disclosure provisions of Chapter 4 of the Securities Regulations (Periodic and immediate reports), 1970.

Without qualifying our conclusion, we draw your attention to the aforesaid in Note 2, and in particular in section B, with regard to the financial situation of the Company. In the aforesaid Note it is specified that as of September 30, 2020, and the date of approval of the interim financial statements, the Company is in breach of various provisions of the financing agreements in a total amount of approximately USD 290 million (with banks and financial corporations, hereinafter: the "**Financing Agreements**"), and approximately USD 936 million (financing agreements and all the series of the Debentures of the Company), respectively. As a result, as of the date of approval of the interim financial statements, the aforesaid financiers have grounds for the immediate repayment of the full debts of the Company owed thereto. The ability of the Company to comply with the full obligations thereof on the due date is primarily conditional on reaching agreements with the holders of the Debentures (Series B, C, D and E), the financial institutions, the banks and the preferred capital investor; as well as the reorganization of all of the obligations of the Company thereto. In the opinion of the Board of Directors of the Company and the management thereof, as of the date of approval of the interim financial statements, it is not possible to determine whether the required agreements will indeed be formulated and on what dates. The result thereof is that as of the date of approval of the interim financial statements, the Company has not closed sales and refinancing transactions and has not repaid liabilities, the payable date of which has passed. This gives the lenders grounds for immediate repayment of the full debts of the Company thereto, and gives the holders of the Debentures (Series B, C, D and E) the grounds to call for immediate repayment of the full balance of the Debentures. In the opinion of the Board of Directors of the Company and the management thereof, there are material doubts with regard to the continued existence of the Company as a going concern in the near future. No adjustments were made in the interim financial

WIND DOWN000003

statements with regarding to the value of the assets and liabilities of the Company and the classification thereof may be required if the Company is unable to continue operating as a going concern.

1. With regard to the foregoing in Notes in 9.E and 9.L in respect of the motion to certify a class action filed against the Company in April 2020 and December 20202, respectively, at this preliminary stage of the proceeding, based on the opinion of the legal counsel of the Company in this matter, the Board of Directors and management of the Company are unable to assess the chances of the claim and/or the chances of the approval thereof as a class action.

**Brightman Almagor Zohar & Co.**
**CPAs**
**A Firm in the Deloitte Global Network**

**Tel Aviv, December __, 2020**

| סניף אילת | סניף באר שבע | סניף חיפה | סניף ירושלים | סניף רמת-גן | משרד ראשי - תל אביב |
|---|---|---|---|---|---|
| המרכב העירוני | פארק תעשיות עומר, בניין 10 | מעלה השחרור 5 | שדרי ישראל 12 | הרקון 6 | מרכב עזריאלי 1 |
| ת.ד. 583 | ת.ד. 1369 | ת.ד. 5648 | ירושלים, 94390 | רמת-גן, 52521 | תל אביב, 67021 |
| אילת, 88104 | עומר, 84965 | חיפה, 31055 | | | ת.ד. 16593 |
| | | | | | תל אביב, 61164 |
| טלפון: 08-6375676 | טלפון: 08-6909500 | טלפון: 04-8607333 | טלפון: 02-5018888 | טלפון: 03-7551500 | טלפון: 03-6085555 |
| פקס: 08-6371628 | פקס: 08-6909600 | פקס: 04-8672528 | פקס: 02-5374173 | פקס: 03-5759955 | פקס: 03-6094022 |
| info-eilat@deloitte.co.il | info-beersheva@deloitte.co.il | info-haifa@deloitte.co.il | info-jer@deloitte.co.il | info-ramatgan@deloitte.co.il | info@deloitte.co.il |

Deloitte refers to one or more of Deloitte Touche Tohmatsu, a Swiss Verein, and its network of member firms, each of which is a legally separate and independent entity.
Please see www.deloitte.com/about for a detailed description of the legal structure of Deloitte Touche Tohmatsu and its member firms.

Member of Deloitte Touche Tohmatsu

WIND DOWN000004

**All Year Holdings Limited**
**Condensed consolidated Statements of Financial Position**

|  | As of September 30, | | As of December 31, |
|---|---|---|---|
|  | **2020** | **2019** | **2019** |
|  | (Unaudited) | | (Audited) |
|  | USD thousands | | |
| **Current assets** | | | |
| Cash and cash equivalents | 39,503 | 30,394 | 31,648 |
| Restricted and designated deposits | 8,402 | 12,012 | 9,921 |
| Lessees | 17,845 | 12,832 | 14,175 |
| Other accounts receivable | 10,214 | 7,111 | 6,292 |
| Loans for financing of real estate | 5,393 | 6,793 | 6,793 |
| Financial assets | 2,698 | - | - |
| Investment property held for sale | 309,500 | - | - |
|  | 393,555 | 69,142 | 68,829 |
|  | | | |
| **Non-current assets** | | | |
| Investment Property | 1,523,450 | 1,854,957 | 1,867,340 |
| Investment property under construction | 24,676 | 33,734 | 34,107 |
| Investment property - land | 166,000 | 166,000 | 166,000 |
| Equity-accounted investments | 27,467 | 37,984 | 28,932 |
| Financial assets | 22,964 | 22,964 | 22,964 |
| Long-term accounts receivable | 6,047 | 1,770 | 2,694 |
| Restricted and designated deposits | 10,881 | 14,588 | 14,545 |
|  | 1,781,485 | 2,131,997 | 2,136,582 |
|  | | | |
|  | 2,175,040 | 2,201,139 | 2,205,411 |

The notes to the condensed interim consolidated financial statements are an integral part thereof.

WIND DOWN000005

## All Year Holdings Limited
## Condensed consolidated Statements of Financial Position

| | As of September 30, | | As of December 31, |
|---|---|---|---|
| | 2020 | 2019 | 2019 |
| | (Unaudited) | | (Audited) |
| | USD thousands | | |
| **Current liabilities** | | | |
| Current maturities of long-term loans and short-term borrowing from banks and financial institutions | 272,154 | 43,303 | 43,461 |
| Credit from banks and financial institutions for construction of investment property | 53,188 | 4,500 | 4,850 |
| Current maturities of Debentures | 46,277 | 31,818 | 32,057 |
| Other payables | 54,105 | 47,918 | 35,869 |
| Advances from the sale of investment real estate | 25,430 | 1,350 | 1,350 |
| Payables in respect of the controlling shareholder | 1,085 | 1,210 | 1,210 |
| Liabilities for investment real estate held for sale | 206,376 | - | - |
| | 658,615 | 130,099 | 118,797 |
| **Non-current liabilities** | | | |
| Loans from banks and financial institutions | 357,925 | 797,145 | 796,619 |
| Credit from banks and financial institutions | 30,000 | 36,000 | 82,102 |
| First-lien Debentures | 381,078 | 381,546 | 385,476 |
| Debentures | 211,998 | 244,673 | 219,239 |
| Deferred taxes | 242 | 242 | 242 |
| Deposits and advance payments from lessees | 8,663 | 9,113 | 9,217 |
| | 989,906 | 1,468,719 | 1,492,895 |
| **Equity** | | | |
| Share capital | - | - | - |
| Capital reserves | 106,025 | 100,093 | 100,338 |
| Retained earnings | 256,314 | 328,418 | 316,265 |
| Equity attributable to shareholders of the Company | 362,339 | 428,511 | 416,603 |
| Non-controlling interests | 164,180 | 173,810 | 177,116 |
| **Total equity** | 526,519 | 602,321 | 593,719 |
| **Total equity** | 2,175,040 | 2,201,139 | 2,205,411 |

| December __, 2020 | | |
|---|---|---|
| **Approval date of financial statements** | **Yoel Goldman**<br>**Chairman of Board of Directors and CEO** | **Yizhar Shimoni**<br>**CFO** |

The notes to the condensed interim consolidated financial statements are an integral part thereof.

WIND DOWN000006

## All Year Holdings Limited

## Condensed consolidated Statement of Income and Other Comprehensive Income

|  | For the nine month period ended September 30 | | For the three-month period ended September 30, | | For the year ended December 31, |
|---|---|---|---|---|---|
|  | 2020 | 2019 | 2020 | 2019 | 2019 |
|  | Unaudited | | (Unaudited) | | (Audited) |
| Income from rental fees, ancillaries and associated income | 78,710 | 72,210 | 26,463 | 25,228 | 97,751 |
| Revenue from loans provided for the financing of real estate | 639 | 1,726 | 164 | 255 | 1,981 |
| Property operating expenses | 14,693 | 14,641 | 5,139 | 5,551 | 21,281 |
| **Rent and associated revenues, net** | 64,656 | 59,295 | 21,488 | 19,932 | 78,451 |
| General and administrative expenses | 5,980 | 1,660 | 4,701 | 428 | 2,217 |
| Gain (loss) from fair value adjustments of investment property | (33,618) | (5,908) | (2.432) | (10,046) | 229 |
| Company share of losses in joint ventures | (2,624) | (5,054) | (1,123) | (1,912) | (14,836) |
| Gain from change in value of financial assets | - | 2,358 | - | - | 2,358 |
| **Operating income (loss)** | 22,434 | 49,031 | 13,232 | 7,546 | 63,985 |
| Financing expenses | 76,368 | 60,319 | 28,776 | 31,869 | 82,491 |
| Other financing expenses (income) | - | (2,158) | - | (62) | (2,314) |
| Expenses (gains) from exchange rate differentials | 4,041 | 43,247 | 5,583 | 16,516 | 46,730 |
| Financing expenses, net | 80,409 | 101,408 | 34,359 | 48,323 | 126,907 |
| **Net loss for the period** | (57,975) | (52,377) | (21,127) | (40,777) | (62,922) |
| **Other Comprehensive Income:** | - | - | - | - | - |
| **Total comprehensive income** | (57,975) | (52,377) | (21,127) | (40,777) | (62,922) |

WIND DOWN000007

**(loss) for the period**

| | | | | | |
|---|---|---|---|---|---|
| Shareholders of the Company | (59,951) | (73,534) | (24,070) | (44,937) | (85,687) |
| Non-controlling interests | 1,976 | 21,157 | 2,943 | 4,160 | 22,765 |
| | (57,975) | (52,377) | (21,127) | (40,777) | (62,922) |

The notes to the condensed interim consolidated financial statements are an integral part thereof.

WIND DOWN000008

### All Year Holdings Limited
### Condensed consolidated Statement of Changes to Equity

| | Equity attributable to equity holders of the Company | | | | Non-controlling interest | Total |
|---|---|---|---|---|---|---|
| | Share capital | Capital reserves | Retained earnings | Total | | |
| | USD thousands | | | | | |
| **Balance as of January 1, 2020 (audited)** | - | 100,338 | 316,265 | 416,603 | 177,116 | 593,719 |
| Loss for the period | - | - | (59,951) | (59,951) | 1,976 | (57,975) |
| Total comprehensive loss for the period | - | - | (59,951) | (59,951) | 1,976 | (57,975) |
| Capital reserve from transactions with a controlling shareholder | - | 5,687 | - | 5,687 | - | 5,687 |
| Classification of preferred liability rights | - | - | - | - | (7,212) | (7,212) |
| Sale of rights in subsidiaries | - | - | - | - | (2,737) | (2,737) |
| Distributions | - | - | - | - | (4,963) | (4,963) |
| **Balance as of September 30, 2020 (unaudited)** | - | 106,025 | 256,314 | 362,339 | 164,180 | 526,519 |
| **Balance as of January 1, 2019 (audited)** | - | 81,564 | 401,952 | 483,516 | 211,804, | 695,320 |
| Net income (loss) for the period | - | - | (73,534) | (73,534) | 21,157 | (52,377) |
| Total comprehensive income (loss) for the period | - | - | (73,534) | (73,534) | 21,157 | (52,377) |
| Capital reserve from transactions with a controlling shareholder | - | 3,390 | - | 3,390 | - | 3,390 |
| Acquisition of non-controlling rights in a consolidated company | - | 15,139 | - | 15,139 | (54,520) | (39,381) |
| Sale of rights in consolidated companies | - | - | - | - | 1,300 | 1,300 |
| Distributions | - | - | - | - | (5,931) | (5,931) |
| **Balance as of September 30, 2019 (unaudited)** | - | 100,093 | 328,418 | 428,511 | 173,810 | 602,321 |

The notes to the condensed interim consolidated financial statements are an integral part thereof.

WIND DOWN000009

## All Year Holdings Limited
## Condensed consolidated Statement of Changes to Equity

| | Equity attributable to equity holders of the Company | | | | Non-controlling interest | Total |
| | Share capital | Capital reserves | Retained earnings | Total | | |
| | | | USD thousands | | | |
|---|---|---|---|---|---|---|
| **Balance as of July 1, 2020 (unaudited)** | - | 100,567 | (*) 280,384 | 381,039 | 172,410 | 553,449 |
| Net profit (loss) for the period | - | - | (24,070) | (24,070) | 2,943 | (21,127) |
| Total comprehensive income (loss) for the period | - | - | (24,070) | (24,070) | 2,943 | (21,127) |
| Capital reserve from transactions with a controlling shareholder | - | 5,370 | - | 5,370 | - | 5,370 |
| Classification of preferred liability rights | - | - | - | - | (7,212) | (7,212) |
| Sale of rights in subsidiaries | - | - | - | - | (2,737) | (2,737) |
| Distributions | - | - | - | - | (7,212) | (7,212) |
| **Balance as of September 30, 2020 (unaudited)** | - | 106,025 | 256,314 | 362,339 | 164,180 | 526,519 |

(*) following non-material adjustment of approximately USD 2.2 – see Note 2.A (3)

| | Share capital | Capital reserves | Retained earnings | Total | Non-controlling interest | Total |
|---|---|---|---|---|---|---|
| **Balance as of July 1 2019 (unaudited)** | - | 99,877 | 373,355 | 473,232 | 171,966 | 645,198 |
| Net income (loss) for the period | - | - | (44,937) | (44,937) | 4,160 | (40,777) |
| Total comprehensive income (loss) for the period | - | - | (44,937) | (44,937) | 4,160 | (40,777) |
| Capital reserve from transactions with a controlling shareholder | - | 216 | - | 216 | - | 216 |
| Distributions | - | - | - | - | (2,316) | (2,316) |
| **Balance as of September 30, 2019 (unaudited)** | - | 100,093 | 328,418 | 428,511 | 173,810 | 602,321 |

| | Share capital | Capital reserves | Retained earnings | Total | Non-controlling interest | Total |
|---|---|---|---|---|---|---|
| **Balance as of January 1, 2019 (audited)** | - | 81,564 | 401,952 | 483,516 | 211,804 | 695,320 |
| Net income (loss) for the period | - | - | (85,687) | (85,687) | 22,765 | (62,922) |
| Total comprehensive income (loss) for the period | - | - | (85,687) | (85,687) | 22,765 | (62,922) |
| Capital reserve from transactions with a controlling shareholder | - | 3,634 | - | 3,634 | - | 3,634 |
| Acquisition of rights in consolidated companies | - | 15,140 | - | 15,140 | (55,020) | (39,880) |
| Sale of rights in consolidated companies | - | - | - | - | 1,300 | 1,300 |
| Investment of non-controlling rights | - | - | - | - | 6,000 | 6,000 |

WIND DOWN000010

| | | | | | | |
|---|---|---|---|---|---|---|
| Distributions to holders of non-controlling rights | - | - | - | - | (9,733) | (9,733) |
| **Balance as of December 31, 2019 (audited)** | - | 100,338 | 316,265 | 416,603 | 177,116 | 593,719 |

The notes to the condensed interim consolidated financial statements are an integral part thereof.

WIND DOWN000011

**All Year Holdings Limited**
**Condensed consolidated Statement of Cash Flow**

| | For the nine month period ended September 30 | | For the three month period ended September 30 | | For the year ended December 31 |
| --- | --- | --- | --- | --- | --- |
| | 2020 | 2019 | 2020 | 2019 | 2019 |
| | (Unaudited) | | (Unaudited) | | (Audited) |
| | USD thousands | | | | |
| **Cash flow from current operations** | | | | | |
| Loss for the period | (57,975) | (52,377) | (21,127) | (40,777) | (62,922) |
| Reduction of discounting for loans | 4,336 | 5,327 | 1,674 | 2,995 | 5,615 |
| Decrease (increase) in investment real estate value, net | 33,723 | 5,908 | 2,537 | 10,046 | (229) |
| Company share in the results of the investments made under the equity method, net | 2,624 | 5,054 | 1,123 | 1,912 | 14,836 |
| Reduction of discounting of Debentures and exchange rate differences | 7,072 | 46,391 | 6,163 | 16,775 | 52,692 |
| Revaluation of other financial assets | - | (2,358) | - | - | (2,358) |
| **Changes in asset and liability items:** | | | | | |
| Increase in tenants | (7,055) | (2,796) | (1,802) | (3,515) | (4,139) |
| Decrease (increase) in receivables and debit balances | (551) | (1,506) | 1,178 | (617) | (1,610) |
| Increase (decrease) in payables and related parties | 4,511 | (910) | 3,227 | 5,341 | 417 |
| Increase in advance income and tenant deposits | 3,195 | 6,016 | 2,909 | 2,649 | 2,370 |
| **Net cash derived from (used for) operating activities** | (10,120) | 8,749 | (4,118) | (5,191) | 4,672 |
| **Cash flow for investing activities:** | | | | | |
| Investment in investment real estate and investment real estate under construction | (15,727) | (70,745) | (5,166) | (13,829) | (76,991) |
| Net investment in joint ventures | (1,159) | (5,914) | (1,548) | (756) | (6,644) |
| Proceeds from the sale of a property | - | 34,000 | - | - | 34,000 |
| Repayment of loans to third parties | 1,100 | - | - | - | - |
| Advances in respect of an agreement for the sale of a property | 24,080 | 1,350 | 9,080 | 1,350 | 1,350 |
| Change in restricted and dedicated deposits | 5,223 | (1,757) | 168 | 14,938 | 453 |
| **Net cash used for investment activities** | 13,517 | (43,066) | 2,534 | 1,703 | (47,832) |
| **Cash flows from financing activities:** | | | | | |
| Receipt of loans from banks and financial corporations | 33,915 | 243,667 | 19,065 | 3,779 | 291,674 |
| Repayment of loans from banks and financial corporations | (25,493) | (185,933) | (15,482) | (4,717) | (188,141) |
| Buy-back of Debentures | - | (4,424) | - | - | (4,424) |
| Repayment of Debentures | (4,532) | (4,284) | (2,298) | (2,142) | (31,927) |
| Issue of Debentures | - | 16,858 | - | - | 16,858 |

- 12 -

WIND DOWN000012

| | | | | | |
|---|---|---|---|---|---|
| Sale (acquisition) of rights in subsidiaries, net | - | 1,300 | - | - | (14,200) |
| Receipt of a loan from a controlling shareholder | - | 7,400 | | | 7,400 |
| | | | - | - | |
| Repayment of a loan from a controlling shareholder | - | (7,400) | | | (7,400) |
| | | | - | - | |
| Change in the balances of the controlling shareholder | 562 | 1,826 | | | |
| | | | 306 | - | 2,069 |
| Receipts from non-controlling rights | - | - | - | - | 6,000 |
| Capital investment of the controlling shareholder | 5,000 | - | | | |
| | | | 5,000 | - | - |
| Payment on account of acquisition of non-controlling interests | - | (5,000) | - | (2,500) | - |
| Distributions to non-controlling interests | (4,994) | (5,931) | (1,255) | (2,316) | (9,733) |
| **Net cash deriving from (used for) financing activities** | 4,458 | 58,079 | 5,335 | (7,896) | 68,176 |
| **Change in cash and cash equivalents** | 7,855 | 23,762 | 3,752 | (11,384) | 25,016 |
| **Balance of cash and cash equivalents as of the start of the period** | 31,648 | 6,632 | 35,755 | 41,778 | 6,632 |
| **Balance of cash and cash equivalents as of the end of the period** | 39,503 | 30,394 | 39,570 | 30,394 | 31,648 |

The notes to the condensed interim consolidated financial statements are an integral part thereof.

WIND DOWN000013

**All Year Holdings Limited**
**Condensed consolidated Statement of Cash Flow**

|  | For the nine month period ended September 30 | | For the three month period ended September 30 | | For the year ended December 31 |
|---|---|---|---|---|---|
|  | 2020 | 2019 | 2020 | 2019 | 2019 |
|  | (Unaudited) | | (Unaudited) | | (Audited) |
|  | USD thousands | | | | |
| **Appendix A – Additional information about cash flows from current operations** | | | | | |
| Cash paid during the period for interest | 58,696 | 46,242 | 17,682 | 18,702 | 60,966 |
| | | | | | |
| **Appendix C – non-cash transactions** | | | | | |
| Decrease in the balance of investment real estate and investment real estate under construction | - | (58,000) | - | (92,000) | (58,000) |
| Decrease in the balance of loans from banks and financial corporations (Note 9G) | - | 46,000 | | 46,000 | 46,000 |
| Decrease in the balance of investment real estate and investment real estate under construction (Note 9G) | (28,586) | - | (28,586) | - | - |
| Decrease in the balance of loans from banks and financial corporations (Note 9G) | 20,145 | | 20,145 | - | - |
| Financial assets | - | 12,000 | - | 12,000 | 12,000 |
| Transfer of a property by the controlling shareholder without consideration which was presented as part of the investments accounted for under the book value method | - | 2,758 | - | - | 2,758 |
| Advances in respect of a property sale agreement | - | - | - | 34,000 | - |
| Payables with regard to investment in investment real estate under construction | (2,760) 8,160 | | (1,120) | 5,053 | 7,787 |
| Receivables in respect of property sales | 3,037 | - | 3,037 | - | - |
| Financial assets | 2,698 | - | 2,698 | - | - |

The notes to the condensed interim consolidated financial statements are an integral part thereof.

WIND DOWN000014

## All Year Holdings Limited
## Notes to the condensed consolidated financial statements

**Note 1 – General**

A. The accompanying financial statements have been prepared in a condensed format as of September 30, 2020 as well as for the nine and three month periods then ended (hereinafter: "**Interim Consolidated Financial Statements**"). These financial statements should be read in conjunction with the Company's audited annual financial statements as of December 31, 2019 and for the year then ended with their accompanying notes (hereinafter: "**Annual Financial Statements**").

All Year Holdings Limited (hereinafter: the "**Company**") was incorporated on September 17, 2014 as a private company incorporated under British Virgin Islands law, in conformity with provisions of the BVI Business Companies Act, 2004.

The Company does business in the rental property market in New York City, primarily in the borough of Brooklyn. As part of its business, the Group leases rental property in the borough of Brooklyn in New York City and is also engaged in acquisition, construction, refurbishment, development, marketing, management and operation of residential apartments and commercial space, including acquisition of non-residential properties and converting them into rental residential apartments.

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future-**

    **A.  General**

        1.  **Non-repayment of the principal and interest on the Debentures (Series B) in the amount of USD 32 million** - as of September 30, 2020, the Company has a liability in the amount of approximately USD 112 million in respect of the principal and interest on the Debentures (Series B) plus an additional liability in the amount of USD 141 million in respect of the principal and interest on the Debentures (Series D). In accordance with the repayment schedules of these Debentures, principal and interest payments in the amount of approximately USD 32 million were payable on November 30, 2020 (in connection with the Debentures (Series B), which, as specified extensively below, as of the date of approval of the interim financial statements have not yet been paid. Approximately USD 62 million is payable in 2021 (mainly in January, July and November), and approximately USD 17 million is payable over a nine-month period ending September 30, 2022. With regard to the non-compliance of the Company with the financial covenants in connection with the Debentures (Series B), see Note 6.

WIND DOWN000015

# All Year Holdings Limited
## Notes to the condensed consolidated financial statements

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future (cont'd)-**

### A.   General (cont'd)

2.  **Grounds for the immediate repayment of the Debentures (Series B to E) in the amount of approximately USD 646 million as of the date of approval of the interim financial statements** - in accordance with the Deed of Trust of the Debentures (Series B), there are grounds for the immediate repayment of the full balance thereof, which as of September 30, 2020 amounts to approximately USD 112 million, since the Company has not repaid the principal and interest on the Debentures in the amount of approximately USD 32 million which was due on November 30, 2020 as well as in light of the downgrading of the rating of the Debentures (Series B) to a rating lower than a Baa2.il rating. In addition, in accordance with the Deed of Trust of the Debentures (Series C, D, and E), the total balance, which as of September 30, 2020 amounts to approximately USD $ 534 million, as of the date of the approval of the interim financial statements there are grounds for the immediate repayment of the full balance of the three series of Debentures in light of the downgrading of each of the series of Debentures to a rating lower than a Baa3.il rating. Since all the aforesaid grounds arose after September 30, 2020, as of this date, all the Debentures (Series B to E) are classified as a long-term liability (except for the current maturities component). With regarding to the letter of commitment in which the Company entered into an agreement with the holders of the Debentures and the appointment of a representative on their behalf, see Note 2B7 below.

3.  **Breach of loan agreements and preferential rights totaling approximately USD 329 million**

    **Preferred loans and equity, the total balance of which is approximately USD 159 million** - as of September 30, 2020 and as of the date of approval of the interim financial statements, the Company is in breach of various loan agreements, including a mezzanine loan in the amount of USD 65 million in the Denizen-Bushwick Stage B project (the fair value of the property as of September 30, 2020 is approximately USD 318 million) (hereinafter: the "Mezzanine") and a loan of USD 55 million secured by a second-ranked pledge on the land known as 459 Smith (the fair value of the land as of September 30, 2020 is USD 166 million) (hereinafter: the "Smith Loan"). In light of the aforesaid breaches, the above loans are classified as current liabilities in the Statement of Financial Position. Subsequent to the date of the Statement of Financial Position, the lenders of the Mezzanine Loan advised of putting up the full outstanding balance of the aforesaid loans for immediate repayment. In addition, these properties were financed with senior loans, the balance of which as of September 30, 2020 is USD 200 million, which in accordance with the senior loan agreements do not have a cross-default condition with the Mezzanine and the Smith Loan.

WIND DOWN000016

## All Year Holdings Limited
## Notes to the condensed consolidated financial statements

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future (cont'd)-**

A. **General (cont'd)**

3. **Breach of loan agreements and preferential rights totaling approximately USD 329 million (cont'd)**

In addition, as of September 30, 2020 and the date of approval of the interim financial statements, the Company is in several breaches with the preferred capital investor (as such is defined in Note 7 to the financial statements as of December 31, 2019), the total investment of which in the companies of the Group as of September 30, 2020, is approximately USD 38.7 million. In light of these breaches, and in accordance with the terms of the preferred capital agreement, in the Statement of Financial Position as of September 30, 2020, the Company classified a total of approximately USD 7.2 million of the capital attributed to non-controlling rights as current liabilities, and a preferred capital balance in the amount of USD 31.5 million is classified as holders of non-controlling rights.

– **A loan of USD 170 million for the Denizen-Bushwick Stage B project** - On December 17, 2020, the Company received a letter from the financial lender in which the financial lender claimed a number of alleged violations of the loan agreement, the main ones being: registration of foreclosures by suppliers (mechanic liens) between November 2019 and October 2020, which, according to the financial lender, constitute a prohibited transfer of the rights in the property. The amount of the debt to these suppliers is approximately USD 500 thousand; non-completion of the coverage in the reserve deposit for the payment of a debt, as of April 1, 2020, whereas on the date of the letter, the coverage balance is approximately USD 740 thousand; failure to complete post-completion documents at the end of one year following the date of the loan, effective from June 10, 2020; missing financial reports; and giving notice of another breach event if within 5 business days the borrower will not provide the financial lender with copies of all the rental agreements in connection with the property. The letter further claims that the interest accrued in respect of the breach events as of November 20, 2019 is approximately USD 9,279 thousands. The position of the Company, based on the opinion of the legal counsel thereof in this matter, is that the registration of the pledge by a supplier which was registered in November 2019 does not constitute a breach event in light of failures in the registration of the pledge, which under New York State laws invalidates the registration of the pledge.  In light of the foregoing, as of September 30, 2020, the full balance of the loan is presented as a current liability and in the condensed interim Statement of Income for the nine months ended on that date, a provision for interest expenses of approximately USD 4.8 million was attributed thereto (of which approximately USD 2.2 million relates to the second quarter of 2020).

WIND DOWN000017

### All Year Holdings Limited
### Notes to the condensed consolidated financial statements

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future (cont'd)-**

**A.    General (cont'd)**

4. **Working capital deficit and negative cash flow from operating activities** - as of September 30, 2020, the Company, on a consolidated basis, has a working capital deficit of approximately USD 265 million, mainly due to the classification of current liabilities of long-term loans and part of the USD 290 million preferential rights component, due to the aforesaid breach of part of the terms thereof. In addition, during the 9-month period ended September 30, 2020, the Company generated, on a consolidated basis, a negative cash flow from operating activities of approximately USD 10 million.

5. **Repayment dates of principal and interest on the Debentures (Series C and E)** - as of September 30, 2020, the Company has a total liability of approximately USD 392 million in respect of principal and interest on the Debentures secured by a first-ranked pledge on the William Vale Complex and the project known as Denizen Bushwick Stage A (Series C and E, respectively). Pursuant to the repayment schedules of these Debentures, principal and interest payments in the amount of approximately USD 25 million are payable in 2021 and approximately USD 25 million is payable in the nine-month period ending September 30, 2022. With regard to the non-compliance of the Company with the financial covenants in connection with the Debentures (Series C), see Note 6.

6. **The effect of the Corona crisis and the volatility of the exchange rate on the ability to close refinancing for the Bushwick property, Stages A + B, and the continuation of negotiations to close the sale of 69 properties** – with regard to the non-completion of the sale of 69 properties and refinancing for the Bushwick property, Stages A + B, see Notes 9B and 9A, respectively.

**B.    Non-payment of the liabilities of the Company the repayment date of which has passed and additional breaches in connection therewith**

As specified below, as of September 30, 2020 and as of the date of approval of the interim financial statements, the Company is in breach of various provisions of the terms of the financing agreements totaling approximately NIS 290 million (with banks and financial corporations, hereinafter: the "Financing Agreements") and approximately USD 936 million (financing agreements and all the series of the Debentures of the Company), respectively, which as a result thereof, as of the date of approval of the interim financial statements, the aforesaid financiers have grounds for immediate repayment of the full debt owed thereto by the Company.

- 6 -

WIND DOWN000018

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future (cont'd)-**

**B.**  **Non-payment of the liabilities of the Company the repayment date of which has passed and additional breaches in connection therewith (cont'd)**

1.  **Debentures (Series B) in the amount of approximately USD 32 million**

In light of the prolonging of the Corona crisis and the negative impact thereof on the operations of the Company, the decline in the exchange rate of the USD, and in particular, the delay in closing transactions in the exercise and refinancing of properties, and in light of the adverse effect of these events on the liquidity situation of the Company and the financial ratios thereof, together with the material downgrading of all of the series of Debentures of the Company and the apprehension of further downgrading; in light of the lack of certainty regarding the results of negotiations of the Company with the lenders with regard to the change in the structure of the debt and their waiver of interest payments on loans they provided to the Company, which have not been paid in recent months as specified above; in light of the possible consequences of these breaches and all the aforesaid events on the interim financial statements of the Company, including the possibility that the notes thereto will include a disclosure with regard to the assumption of a going concern, on November 29, 2020, the Board of Directors of the Company made a number of decisions as follows:

A.  Temporary suspension (at this stage for 30 days) of payments to the holders of the Debentures, including the paymens to the holders of the Debentures (Series B) which was payable on November 30, 2020. The Board of Directors of the Company has decided that at this stage the Company will continue to pay the senior and secured loans, including secured Debenture payments as well as current expenses required for its operations.

B.  Apply to Mishmeret Trust Company Ltd., the Trustee for the Debentures (Series B, C, D and E) of the Company with a request to convene meetings of the holders of the Debentures for a discussion and an update on the situation of the Company, the negotiations being conducted thereby for the realization of properties and a projected cash flow which will be presented to the holders of the Debentures with regard to the results of these meetings, including the appointment of a representative on behalf of the holders of the Debentures. See Note 2B7 below.

As specified in Note 6, in accordance with the Deed of Trust of the Debentures (Series B to E), in light of the above, and in particular in light of the downgrading of all the Debentures, as of the date of approval of the financial statements, the holders of the Debentures (Series B to E) of the Company have grounds for full immediate repayment of the Debentures.

WIND DOWN000019

### All Year Holdings Limited
### Notes to the condensed consolidated financial statements

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future (cont'd)-**

    **B.** **Non-payment of the liabilities of the Company the repayment date of which has passed and additional breaches in connection therewith (cont'd)**

        **2.** **Mezzanine loan in the amount of USD 65 million**

As of August 2020, the Company has not paid the interest on the Mezzanine loan, which is payable on a monthly basis. On August 5, 2020, the Company received a signed agreement from the lender to freeze the remedies (forbearance) to which it is entitled in accordance with the loan agreement, until August 31, 2020. This agreement expired on September 1, 2020. On November 2, 2020, the lender informed the borrower that non-payment of the interest on the due date constitutes a breach event in accordance with the terms of the agreement, and as a result thereof, the full repayment date of the loan is advanced to November 2, 2020, and the borrower is required to repay the loan (including interest) immediately. On December 2, 2020, the Lender announced that it was acting to sell the collateral provided thereto as part of the Mezzanine Loan, namely, the full participation, management and voting rights of an LLC corporation under the full ownership and control of the Company (hereinafter: the "Borrower") in  Evergreen Gardens LLC. The LLC is held (100%) by the borrower which holds (100%) of Evergreen Gardens I LLC, which in turn holds a highly material property of the Company known as the Denizen-Bushwick Stage B project, the fair value of which as of September 30, 2020 is USD 318 million.

Subsequent to the balance sheet date, a number of notifications were received from the lender that the borrower is not providing the lender with financial information as required by the loan agreement. In addition, a notice was received from the lender that if the Company pays by December 2, 2020, the total interest that has not been paid as of that date, including interest on arrears and fines in the amount of USD 6.1 million and in addition, USD 1.4 million in interest for the period up to February 3, 2021, the lender will place the loan for immediate repayment on February 3, 2021.
As of the date of approval of the interim financial statements, the Company has not yet paid the aforesaid amount and the loan has not been re-established.
Therefore, as of the date of approval of the interim financial statements, the full balance of the Mezzanine loan in the amount of USD 65 million is due to be repaid immediately. To the best of the knowledge of the Company, the lender has published a public notice putting up for public auction the full participation rights in Evergreen Gardens I LLC, the corporation which holds the property. In accordance with the notice the Company received from the lender, the sale will take place on February 5, 2021.

WIND DOWN000020

## All Year Holdings Limited
## Notes to the condensed consolidated financial statements

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future (cont'd)-**

    **B.   Non-payment of the liabilities of the Company the repayment date of which has passed and additional breaches in connection therewith (cont'd)**

       **3.   The Smith Loan in the amount of USD 55 million**

On November 16, 2020, the Company received a letter from the lender of the Smith Loan with regard to the non-compliance of the Company with many covenants, the main one being the non-payment of interest in each of the months from August to November 2020, and failure to complete the rezoning process for the land. In the same letter, the lender demands immediate repayment of the full debt, including principal (USD55 million), unpaid interest, interest in respect of non-compliance with the covenants and various expenses, which as of December 1, 2020 amount to a total of approximately USD 62 million. As of the date of approval of these interim financial statements, the Company is in contact with the lender to change the structure of the loan and to cure all the breaches in connection with the loan.

       **4.   Preferred capital in the amount of approximately USD 39 million**

Further to the foregoing in Note 7 to the financial statements as of December 31, 2019, with regard to an investor who has invested preferred capital in an LLC corporation held by the Company under a chain of holdings as of August 2020, the LLC Corporation is not performing distributions for the preferential rights.
In accordance with the preferred capital agreement, the preferred rights grant the investor the right to a cash refund that reflects an annual return of 6% of the total preferred rights, paid monthly, as well as an accrual that reflects an annual rate of Prime plus 4.75% of the total preferred rights (the accrued yield). As of the date of approval of the interim financial statements, the total payment not made in respect of the preferred rights is approximately USD 1.4 million (excluding arrears).

In accordance with the preferred capital agreement, in the event of non-payment of the preferred return in respect of the preferred rights, the investor has the following rights and remedies:

    A.   The right to receive the management and control rights in the LLC corporations; however, it should be noted that the Company has the right to perform full repayment of the preferred capital. As of the date of approval of the interim financial statements, the preferred capital investor has not demanded the management and control rights.

    B.   The total rate of return on the preferred capital investment will increase by an additional 5%, and the full return will be distributed into cash (the accrued return component as well).

    C.   The accrued return component will be repaid immediately.

The investor has contacted the Company demanding that as of November 30, 2020, all distributions designated for corporations holding Long City Island and 608 Franklin, under a chain of holdings, be deposited in the dedicated accounts that guarantee the preferred rights of the investor.

- 9 -

WIND DOWN000021

## All Year Holdings Limited
### Notes to the condensed consolidated financial statements

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future (cont'd)-**

    **B.**  **Non-payment of the liabilities of the Company the repayment date of which has passed and additional breaches in connection therewith (cont'd)**

        **4.**  **Preferred capital in the amount of approximately USD 39 million (cont'd)**

On December 6, 2020, a letter was received from the attorney of the investor in which the investor claims the existence of various violations of the agreements in accordance with which the preferred capital investment was made, including: (a) breach of the provisions of the agreements in respect of prohibiting the performance of distributions and payments by the corporations of the Company; (b) The breach of the provisions of the agreements in respect of the safekeeping of designated accounts and deposits and the deposit of funds therein to secure the investor; and (c) breach of the provisions of the agreements with regard to the disclosure of information to the investor with regard to the corporations of the Company and the payments made thereby.

In the letter, the attorney of the investor demanded that the corporations of the Company, the managers thereof and those on their behalf, act immediately to remedy the violations, noting that in light of this the investor is entitled to exercise the remedies available thereto in accordance with the agreements, which include: (a) accrual of interest in respect of the rights at the rate of the violation interest (an addition of 5%); (b) receiving the management and control rights in the LLC corporation; (c) exercising the PUT option and the guarantees provided by the Company and Mr. Joel Goldman, the controlling shareholder of the Company who serves as the Chairman of the Board of Directors and President of the Company; And (d) conducting the sale process of the properties.

Notwithstanding the foregoing, the attorney of the investor stated in the letter that the investor requests to continue working towards finding a solution to remedy the violations on a reciprocal basis. As of the date of approval of the interim financial statements, the parties are continuing negotiations to amend the terms of the Preferred Capital agreement and receive the consent of the investor to waive the rights thereof to remedies under the Preferred Capital Agreement.

In light of these violations, and in accordance with the terms of the preferred capital agreement, in the Statement of Financial Position as of September 30, 2020, the Company reclassified a total of approximately USD 7.2 million of capital attributed to non-controlling rights to current liabilities and the balance of the preferred capital in the amount of USD 31.5 million is classified the balance of non-controlling rights.

        **5.**  **Senior debt of Denizen-Bushwick Stage B in the amount of USD 170 million**

See Note 2A.3

- 10 -

WIND DOWN000022

### All Year Holdings Limited
### Notes to the condensed consolidated financial statements

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future (cont'd)-**

    **C.    The plans of the Company and the financing resources to comply with the liabilities**

To reach an arrangement with the various lenders and the preferred capital investor

Currently, the parties continue to negotiate a change in the terms of the preferred capital and the Smith Loan as well as to obtain agreement for the waiving of the rights thereof for remedies under the agreements. In addition the Company is exploring various options to reach agreement with the lender of the mezzanine loan or the refinancer of this loan and is also exploring various options in connection with the senior lender in the Denizen-Bushwick Stage B project.

To reach an arrangement with the holders of the Debentures

In December 2020, there were a number of meetings of the holders of the Debentures (Series B, C, D and E) and the following are the main resolutions:

–    It was decided to appoint a joint delegation for the holders of all the series of the Debentures.

–    Appointment of a special financial consultant

–    Appointment of legal counsel to represent the holders of the Debentures

On December 10, 2020, the Board of Directors of the Company approved a letter of commitment (standstill)  (hereinafter: "Letter of Commitment") in which the Company will assume various undertakings during the interim period (as defined in the Letter of Commitment which will expire 14 business days from the date of delivery of the notice of the Company to the Trustee, or in the event that the holders of the Debentures will take various actions specified in  the Letter of Commitment) in order to examine the possibility of reaching an arrangement between the Company and the holders of the Debentures (Series B, C, D, and E) of the Company (hereinafter jointly: the "Debentures").
In addition, on the same date the Board of Directors of the Company approved the proposal of the Company the obligation thereof to the Trustee to immediately appoint a representative on behalf of the holders of the Debentures who will attend the meetings of the Board of Directors of the Company, the corporations controlled thereby and any current or future committee in the companies in the interim period.

As of the date of approval of the financial statements, the Company is in contact with the representatives of the Debentures and the Trustee in order to reach an agreement.

WIND DOWN000023

## All Year Holdings Limited
## Notes to the condensed consolidated financial statements

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future (cont'd)**

### C. The plans of the Company and the financing resources to comply with the liabilities (cont'd)

Realization of properties

Following the examination of the management of the Company and the Board of Directors with regard to the options available to the Company to repay its liabilities on time, the Board of Directors and the management of the Company estimated that the Company has properties and projects, which in general are sufficient to repay the full obligations of the Company. However, the premature exercise thereof, under pressure, solely for the purpose of repaying the forthcoming arrear liabilities of the Company to the holders of the Debentures, the banks and the financial institutions, is expected to materially harm the Company and the ability thereof to repay the balance of its obligations thereto in the more distant future.

### D. Material doubts with regard to the continued existence of the Company as a "going concern" in the foreseeable future

As specified above, as of September 30, 2020 and the date of approval of the interim financial statements, the Company is in breach of various provisions of financing agreements totaling approximately USD 290 million (with banks and financial corporations, hereinafter: "Financing Agreements") and approximately USD 936 million (financing agreements and all the series of the Debentures of the Company), respectively, as a result of which, as of the date of approval of the financial statements, the aforesaid financiers have grounds for the immediate repayment of the full debts of the Company thereto. The ability of the Company to comply with the full obligations thereof on time is mainly conditional on reaching agreement with the holders of the Debentures (Series B, C, D and E), the financial institutions, the banks and the preferred capital investor, as well as reorganization of all of the obligations of the Company thereto. In the opinion of the Board of Directors and the management of the Company, as of the date of approval of these interim financial statements, it is not possible to determine whether the required agreements will indeed be formulated and on what dates. As a result thereof, as of the date of approval of the interim financial statements, the Company has not closed sales and refinancing transactions and has not repaid liabilities, the due date of which has passed and this has resulted in the lenders having grounds to call for immediate repayment of the full debts of the Company thereto. Since the holders of the Debentures (Series B, C, D and E) have grounds for immediate repayment of the full balance of the Debentures, the opinion of the Board of Directors of the Company and the management is that there are material doubts with regard to the continued existence of the Company as a going concern in the near future. No adjustments were made in the interim financial statements with regard to the value of the assets and liabilities of the Company and the classification thereof may be required if the Company is unable to continue operating as a going concern.

- 12 -

WIND DOWN000024

## All Year Holdings Limited
## Notes to the condensed consolidated financial statements

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future (cont'd)**

### E.  Impact of the Corona crisis (COVID-19)

At the end of 2019, the outbreak of the Corona virus in China started to spread rapidly to other countries around the world, including the United States. In light of the rapid spread and the global impact of the Corona virus and the large number of sick cases identified as caused by the virus in many countries, many countries in the world, including the United States, reacted by imposing a closure and movement restrictions. During March 2020, the Governor of New York announced a general closure in the entire State of New York, whereby all non-essential businesses, including businesses in the entertainment and tourism sectors, were directed to close their doors.

Since New York City has been closed to tourism for several months and since the restrictions imposed by the State of New York on the public and on business in the city have not yet been rescinded, the income of hotels and the income of dining and retail complexes has been significantly affected. In general, the banks financing the hotels in the city have granted borrowers temporary relief on principal and interest payments on the loans taken, including the deferral of the loan repayment schedule for a fixed period or to the end of the life cycle of the loan, the use of deposit and reserve funds, etc.

Most of the activities of the Company are in the rental-housing sector. The crisis has affected the income of the Company from income-producing residential properties due to a decrease in occupancy rates as specified below. In addition, as of the date of approval of the interim financial statements, it appears that there is a growing need to provide discounts to new tenants or tenants who have reached the date of renewal of their agreement.

As of the date of approval of the interim financial statements the vaccines of several pharmaceutical companies were approved for use by the Food and Drug Administration of the FDA and the government of the State of New York has even started administering the vaccines.

However, it should be noted that as of the date of approval of the interim financial statements, the Company is not able to assess the short-term or long-term impact of the continuation of the crisis or the exacerbation thereof on the business operations and business results of the Company, inter alia, due to actions which may be taken by the authorities to eliminate the virus and the direct and/or indirect effect thereof on the Company and the tenants thereof, including the impact of the return to normal program in New York City as well as the actions taken by the authorities as part of the crisis exit strategies.

Despite the considerable uncertainty inherent in the Corona crisis, during the first nine months of 2020 and up to proximate to the date of approval of these interim financial statements, the Company identified the following trends in its areas of activity:

WIND DOWN000025

**All Year Holdings Limited**
**Notes to the condensed consolidated financial statements**

Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the
foreseeable future (cont'd)

E.  Impact of the Corona crisis (COVID-19) (cont'd)

- **Activity and occupancy of the properties of the Company**

  During the aforesaid period in all of the residential properties of the Company, the Company
  continued to provide operating services to its tenants, in light of classifying part of the employees
  as essential workers, while adhering to the various governance directives in connection with the
  Corona virus. As of September 30, 2020, there was a certain decrease in the average occupancy
  rate in the properties of the Company, which was 85% (92% proximate to the date of publication of
  the financial statements as of June 30, 2020). In addition, proximate to the date of publication of
  the interim financial statements, there was a further decrease in the occupancy rate in the properties
  of the Company, which was approximately 81%.

- **Collection of rental fees in the properties of the Company**

  The majority of the income of the Company is from income-producing residential real estate
  properties:

  A.  Collection rates of residential rental fees - During the aforesaid period and as of proximate to
      the date of publication of the interim financial statements, there was a non-material decrease
      relative to the average collection rates in the months preceding the Corona virus. In
      accordance therewith, the Company reached agreement with several tenants with regard to the
      spread of the rental fee payments and is in negotiations with the other tenants with regard to
      the spread of the payments.

  Tenants, the contractual repayment date of which has passed, but has not been paid:
  Based on the past experience of the Company, the credit risk, the collateral of the tenants and in light
  of the aforesaid consequences of the Corona crisis, a general provision was provided for doubtful
  debts in the 3 and 9 month periods ended September 30, 2020 in the amount of USD 4 and USD 3.7
  million, respectively, which is included in the administrative and general expenses item.

- **Valuations of the properties of the Company**

  In light of the material change in the economic environment caused by the Corona crisis, the
  Company has contacted all the appraisers thereof to forward valuations as well as valuation
  amendment letters for the majority of the properties of the Company as of September 30, 2020.
  This, following an amendment by the appraisers of the Company of  the fair value of the properties
  of the Company in the first and second quarters of 2020, following the impact of the Corona virus
  crisis.

- 14 -

WIND DOWN000026

## All Year Holdings Limited
### Notes to the condensed consolidated financial statements

**Note 2 – Material doubts in respect of the continuation of the Company as a "going concern" in the foreseeable future (cont'd)**

### E. Impact of the Corona crisis (COVID-19) (cont'd)

- **Valuations of the properties of the Company (cont'd)**

  - In accordance with the opinion of the appraisers of the Company, with respect to residential and commercial properties (except for The William Vale Complex), there has been no change in discount rates and no material change in the value of real estate as of September 30, 2020 in comparison to the value thereof as of December 31, 2019.

  - With regard to The William Vale Complex - As of September 30, 2020, there is no change in the value of the complex compared to June 30, 2020. It should be noted that in the first quarter of 2020 the Company recorded a loss in the from fair value adjustments of investment real estate in the amount of USD 11 million, the share of the Company of which is USD 5.5 million, due to impairment to the projected cash flow for 2020-2021.

- **The William Vale Complex, which consists of a hotel, office and commercial space, 50% of which is held by the Company (under a chain of holdings) (hereinafter: the "Complex").**

  In light of the decision of the Mayor of New York of March 17, 2020, among other things, to limit the operation of all New York City cafes, restaurants and bars in New York City, the operating company leasing the Complex announced that the operation of the hotel in the Complex, including the food and beverage areas operating in the Complex, have been discontinued, and that efficiency steps are being taken to reduce manpower. On June 16, 2020, the operating company reopened the Complex for guests and visitors. In addition, the food and beverage operations in the Complex are expected to return to full activity, subject to certain social distancing restrictions.

  As of the date of approval of these interim financial statements, the rental fees in the Complex have been paid in advance until February 2021.

- **Liquidity and financing**

  With regard to liquidity and financing, see Note 2.

- **Exchange rate fluctuations**

  In accordance with Note 3B below, during the nine months ended September 30, 2020, the exchange rate of the USD against the NIS decrease by approximately 0.43%. In addition, subsequent to the balance sheet date, the decrease intensified and as of the date of approval of the interim financial statements, the exchange rate of the USD against the NIS has intensified by an additional 6.49% (a total decrease of 6.94% of the USD exchange rate since the beginning of the year).

WIND DOWN000027

## All Year Holdings Limited
## Notes to the condensed consolidated financial statements

**Note 3 – Main points of the accounting policy**

### A. Preparation basis of the financial statements

The condensed consolidated financial statements (hereinafter: the "**Interim Financial Statements**") of the Group were prepared in conformity with IAS 34, "Interim Financial Reporting". In the preparation of these interim financial statements, the Group applied the accounting policy, presentation rules and calculation methods identical to those applied in the preparation of its financial statements as of December 31, 2019, and for the year ended on that date except as specified in Note 3.

The condensed consolidated financial statements have been prepared in accordance with the disclosure provisions in Chapter D of the Securities Regulations (Periodic and Immediate Reports), 1970.

No adjustments were made in the interim financial statements with regard to the value of the assets and liabilities of the Company and the classification thereof may be required if the Company is unable to continue operating as a going concern.

### B. Exchange rates and linkage base:

Balances in foreign currency, or balances linked thereto, are included in the interim financial statements in accordance with the representative exchange rates published by the Bank of Israel that were valid at the end of the reporting period.

The following is data of the exchange rate and the rate of change of the NIS:

|  | Representative USD/NIS exchange rate |
|---|---|
| As of September 30, 2020 | 3.441 |
| As of September 30, 2019 | 3.566 |
| As of December 31, 2019 | 3.482 |

|  | Rate change % |
|---|---|
| For the six month period ended September 30, 2020 | (0.43) |
| For the six month period ended September 30, 2019 | (7.10) |
| For the three month period ended September 30, 2020 | (0.72) |
| For the three month period ended September 30, 2019 | (2.36) |
| For the year ended December 31, 2019 | (7.79) |

- 16 -

WIND DOWN000028

## All Year Holdings Limited

## Notes to the condensed consolidated financial statements

**Note 4 – Amendments to financial reporting standards and interpretations thereof:**

### A. Standards, amendments to standards and new interpretations affecting the current period and/or previous reporting periods:

- **Amendment of IFRS 3 "Business Combinations" (with regard to the definition of a "Business"):**

  The amendment specifies that in order to be considered a "business," the acquired assets and activities need to include at least a material input and process which jointly contribute significantly to the ability to generate an output. The amendment excludes the need to examine whether market participants are capable of exchanging missing inputs or processes and continuing to generate outputs, and excludes from the definition of a "business" and "outputs", reduced costs or other economic benefits, and focuses on products and services provided to customers.

  The amendment also adds a fair value concentration examination whereby this is not a business if all of the gross fair value of the acquired properties is substantially concentrated in a single identified property or in a group of similar identified properties.

  The amendment will apply to business combinations and property acquisitions the acquisition date of which is from January 1, 2020. Early implementation is possible.

  The effect of the amendment on the financial statements of the Group is not material.

### B. Standards, interpretations and amendments to published standards that are not in force and have not been adopted under early adoption by the Group, which are expected or likely to have an impact on future periods:

- **Amendment to IAS 1 "Presentation of Financial Statements" (with regard to the classification of liabilities as current or non-current):**

  The amendment clarifies the current requirements for classification of liabilities as current or non-current in the Statement of Financial Position as follows:

  A.   A clarification has been added to sections 69 and 73 of the Standard which emphasizes that in order for a liability to be classified as non-current, the right to defer the disposal is required to exist at the end of the reporting period.

  B.   The word "unconditional" has been removed from section 69 of the amendment. A new section has been added which clarifies that if the right to defer a disposal is contingent on compliance with the financial covenants, the right exists if the entity complies with the determined financial covenants at the end of the reporting period, even if the lender conducts the covenant compliance examination at a later date.

  C.   It should be clarified that the classification of the liability as non-current will be examined with reference to the right of the entity and not according to its expectation whether this right will be exercised.

WIND DOWN000029

## All Year Holdings Limited

### Notes to the condensed consolidated financial statements

#### Note 3 – Amendments to financial reporting standards and interpretations thereof: (cont'd)

A definition has been added to the term "disposal". In accordance with the definition, "for the purpose of classifying a liability as current or non-current, a disposal refers to a transfer to an opposite party the result of which is the extinguishment of the liability". A transfer can be cash, goods and services or equity instruments of the entity itself. In this regard, it should be clarified that if under the terms of the liability, the opposite party has the option to demand disposal with equity instruments of the entity, this condition does not affect the classification of the liability as current or non-current if the option is classified as a separate equity component in accordance with IAS 32 "Financial Instruments: Presentation".

The amendment will be applied retroactively for annual reporting periods starting on or after January 1, 2023. Early application is possible.

#### Note 5 – Financial instruments

**Financial instruments not measured at fair value:**

Other than as set forth in the table below, the Group believes that the carrying amounts of financial assets and liabilities presented at depreciated cost in the financial statements are approximately equal to their fair value (the carrying value including interest to pay):

| | Carrying amount | | | Fair value | | |
|---|---|---|---|---|---|---|
| | As of September 30 | | As of December 31, | As of September 30 | | As of December 31, |
| | 2020 | 2019 | 2019 | 2020 | 2019 | 2019 |
| | USD thousands | | | | | |
| **Financial liabilities:** | | | | | | |
| Debentures (Series B) | 112,503 | 137,860 | 108,748 | 67,834 | 120,762 | 92,891 |
| Debentures (Series C) | 163,484 | 164,481 | 167,808 | 118,916 | 152,662 | 158,337 |
| Debentures (Series D) | 141,478 | 139,103 | 142,401 | 72,797 | 107,102 | 94,972 |
| Debentures (Series E) | 228,612 | 223,211 | 227,243 | 222,902 | 223,811 | 225,186 |

- 18 -

WIND DOWN000030

## All Year Holdings Limited
## Notes to condensed consolidated financial statements

**Note 6 – Compliance with financial covenants**

Below is information in accordance with the undertaking of the Company to comply with financial covenants stipulated in the Deeds of Trust for the Debentures of the Company.. For more information see Note 12 to the consolidated financial statements of the Company as of December 31, 2019.

With regard to the downgrading of the rating of the Debentures (Series B to E) to a level which constitutes grounds for immediate full repayment of the Debentures (Series B to E), and non-compliance with part of the financial covenants of the Debentures, see sections (6) and (5) below.

**(1) Financial covenants for Debentures (Series B):**

With regard to the non-payment of the principal of the Debentures (Series B), the date of payment of which is November 30, 2020, see Note 2.

A. The Company's consolidated shareholder equity (excluding non-controlling interest) shall be no less than USD 90 million (this amount is not linked to the CPI); as of September 30, 2020, the Company's shareholder equity amounted to approximately USD 362 million; therefore, the Company is in compliance with the aforesaid financial covenant.

B. The Company's ratio of consolidated shareholder equity (including non-controlling interest) to consolidated total assets shall be no less than 25%; As of September 30, 2020, the Company's consolidated shareholder equity (including non-controlling interest) amounted to approximately USD 527 million and the Company's total consolidated balance sheet amounted to approximately USD 2,175 million. In line with the foregoing, the Company's ratio of consolidated shareholder equity (including non-controlling interest) to consolidated total assets was approximately 24.2%; therefore, the Company is not in compliance with the aforesaid financial covenant.

C. Adjusted net financial debt to adjusted EBITDA shall not exceed 19. As of September 30, 2020, the ratio of adjusted net financial debt to adjusted EBITDA was 19.38; therefore, the Company is not in compliance with the aforesaid financial covenant. It is noted that pursuant to the trust deeds for Series B Debentures, in case of acquisition of one or more rental properties, the financial covenant would be calculated by adding to the adjusted EBITDA denominator, the adjusted EBITDA from that property, annualized. Note that with regard to calculation of adjusted EBITDA, the Company believes that completion of construction and leasing of a rental property (hereinafter: "New Property") as acquisition of rental property is required, with the adjusted EBITDA for the New Property annualized. Total adjustment to EBITDA with respect to properties whose construction and leasing was completed amounted to USD 2,313 thousand.

D. Total development projects by the Company shall not exceed 40% of the Company's consolidated total assets - as of September 30, 2020 the volume of the development projects of the Company out of the total consolidated assets of the Company  is 1%; therefore, the Company is in compliance with the said financial covenant.

E. Adjusted net financial debt to net CAP – shall not exceed 75%. The ratio of adjusted net financial debt to net CAP as of September 30, 2020 was approximately 75.4%; therefore, the Company is not in compliance with the aforesaid financial covenant.

- 19 -

WIND DOWN000031

**All Year Holdings Limited**

**Notes to condensed consolidated financial statements**

**Note 6 – Compliance with financial covenants (cont'd)**

    **(1)**    **Financial covenants for Debentures (Series B): (cont'd)**

Furthermore,

- The Deed of Trust of the Debentures (<u>Series B</u>) includes interest rate adjustment provisions (up to a maximum additional interest at 1.5%), according to changes in rating of the Debentures and in case of breach of the following financial covenant:

– Ratio of adjusted net financial debt to adjusted EBITDA, as defined above, not to exceed 17. As of September 30, 2020, the aforementioned ratio was 19.38; therefore, the Company is not in compliance with the aforesaid financial covenant.

Given the foregoing, the interest rate for Company Debentures (Series B) was adjusted, in conformity with provisions of section 5.4 of the Deed of Trust, so that the annual interest rate payable for the outstanding principal balance of Debentures (Series B) was increased by additional interest at 0.5%, as from November 30, 2017. As stipulated in the Deed of Trust, the aforementioned increase in interest rate would be effective through full repayment of outstanding principal for Series B Debentures) or through the issue of Company financial statements whereby the Company is compliant with the aforementioned financial covenant, whichever is sooner.

    **(2)**    **The financial covenants of the Debentures (Series C):**

    A.    The Company's consolidated shareholder equity (excluding non-controlling interests) shall be no less than USD 120 million (this amount is not linked to the CPI). As of September 30, 2020, the Company's shareholder equity amounted to approximately USD 362 million; therefore, the Company is in compliance with the aforesaid financial covenant.

    B.    The loan to collateral ratio shall not exceed 80%. As of September 30, 2020, the collateral value of the pledged property amounted to USD 234 million and the total Debenture balance is approximately USD 164 million in accordance with the foregoing, the loan to collateral ratio was approximately 69.9%; therefore, the Company was in compliance with the aforesaid financial covenant.

    C.    Total development projects by the Company shall not exceed 40% of the Company's consolidated total assets. As of September 30, 2020, the volume of development projects by the Company is approximately 1% of the Company's consolidated total assets; therefore, the Company is in compliance with the aforesaid financial covenant.

    D.    Adjusted net financial debt to net CAP – shall not exceed 75%. The ratio of adjusted net financial debt to net CAP as of September 30, 2020 was approximately 74.4%; therefore, the Company is not in compliance with the aforesaid financial covenant.

WIND DOWN000032

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 6 – Compliance with financial covenants (cont'd)**

> **(2)  The financial covenants of the Debentures (Series C): (cont'd)**
>
> Furthermore, the trust deed for the Debentures includes interest rate adjustment provisions (up to a maximum additional interest at 1.5%), according to changes in rating of the Debentures and in case of breach of the following financial covenant:
>
> –    The loan to collateral ratio shall not exceed 75%. As of September 30, 2020, the loan to collateral ratio was approximately 69.9%.
>
> **(3)  The financial covenants of the Debentures (Series D):**
>
> A.    The Company's consolidated shareholder equity (excluding non-controlling interests) shall be no less than USD 150 million. As of September 30, 2020, the Company's shareholder equity amounted to approximately USD 362 million; therefore, the Company is in compliance with the aforesaid financial covenant.
>
> B.    Total development projects by the Company shall not exceed 35% of the Company's consolidated total assets. As of September 30, 2020, the total development projects of the Company as percentage of the Company's consolidated total assets was approximately 1%; therefore, the Company is in compliance with the said financial covenant.
>
> C.    Adjusted net financial debt to net CAP – shall not exceed 80%. The ratio of adjusted net financial debt to net CAP as of September 30, 2020 was 75.4%; therefore, the Company is in compliance with the aforesaid financial covenant.
>
> D.    The Company's adjusted annual NOI shall not fall below USD 35 million. As of September 30, 2020, the Company's adjusted NOI amounted to approximately USD 83.3 million; therefore, the Company is in compliance with the aforesaid financial covenant.
>
> In addition, the Deed of Trust for the Debentures includes interest rate adjustment provisions (up to a maximum additional interest at 1.5%), according to changes in rating of the Debentures and in case of breach of the following financial covenant:
>
> A.    The Company's consolidated shareholder equity (excluding non-controlling interest) shall be no less than USD 190 million. As of September 30, 2020, the Company's shareholder equity amounted to approximately USD 362 million; therefore, the Company is in compliance with the aforesaid financial covenant.
>
> B.    Adjusted net financial debt to net CAP – not to exceed 77.5%. The ratio of adjusted net financial debt to net CAP as of September 30, 2020 was 75.4%; therefore, the Company is in compliance with the said financial covenant.
>
> C.    The Company's adjusted annual NOI shall not fall below USD 45 million. As of September 30, 2020, the Company's adjusted NOI amounted to approximately USD 83.3 million; therefore, the Company is in compliance with the aforesaid financial covenant.

WIND DOWN000033

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 6 – Compliance with financial covenants (cont'd)**

**(4)    The financial covenants for the Debentures (Series E):**

A.    The Company's consolidated shareholder equity (excluding non-controlling interests) shall be no less than USD 180 million (this amount shall not be linked to the CPI). As of -September 30, 2020, the Company's shareholder equity amounted to approximately USD 362 million; therefore, the Company is in compliance with aforesaid financial covenant.

B.    The loan to collateral ratio shall not exceed 82.5%. As of September 30, 2020, the collateral value of the pledged property amounted to approximately USD 323 million and the outstanding balance of Debentures, as detailed above, amounted to approximately USD 225 million; the loan to collateral ratio was approximately 69.7%; therefore, the Company was in compliance with the aforesaid financial covenant.

C.    Total development projects by the Company shall not exceed 35% of the Company's consolidated total assets. As of September 30, 2020, the total development projects of the Company as percentage of the Company's consolidated total assets was approximately 1%; therefore, the Company is in compliance with the aforesaid financial covenant

D.    Adjusted net financial debt to net CAP – shall not exceed 77.5%. The ratio of adjusted net financial debt to net CAP as of September 30, 2020 was approximately 75.4%; therefore, the Company is in compliance with the aforesaid financial covenant.

E.    The Company's adjusted annual NOI shall not fall below USD 35 million. As of September 30, 2020, the Company's adjusted NOI amounted to approximately USD 83.3 million; therefore, the Company is in compliance with the said financial covenant.

In addition, the Deed of Trust for the Debentures includes interest rate adjustment provisions (up to a maximum additional interest at 1.5%), according to changes in rating of the Debentures and in case of breach of the following financial covenant:

–    The loan to collateral ratio shall not exceed 77.5%. As of September 30, 2020, the loan to collateral ratio was approximately 69.7%.

In addition, the Deeds of Trust stipulate restriction on dividend distribution – as of the signing date of the financial statements, the Company has not conducted any dividend distribution.

**(5)    Non-compliance with the financial covenants**

–    **Debentures (Series B)**

The Company is not in compliance with the financial covenant in respect of:

▪    The ratio of the consolidated equity of the Company (including minority interests) to the total consolidated balance sheet shall not be less than 25%

▪    The ratio of net financial debt to EBIDTA shall not exceed 19

▪    The ratio of the net adjusted financial debt to net CAP shall not exceed 75%.

–    **Debentures (Series C)**

The Company is not in compliance with the financial covenant in respect of:

▪    The ratio of the net adjusted financial debt to net CAP shall not exceed 75%.

WIND DOWN000034

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 6 – Compliance with the financial covenants (cont'd)**

**(5)   Non-compliance with the financial covenants (cont'd)**

In accordance with the terms of the Deed of Trust, non-compliance with the financial covenants for two consecutive quarters will constitute grounds for immediate repayment of the full outstanding balance of the Debentures.

**(6)   Downgrading of the rating for the Debentures**

On December 27, 2018, Midroog Rating Ltd. downgraded the Debentures (Series B, Series C, Series D and Series E) of the Company from A2.il with a stable outlook to A3.il with a stable outlook. As a result of said downgrade, the Company revised the interest rates on the Debentures (Series C, Series D and Series W) of the Company (hereinafter jointly: the "**Debentures**") in accordance with the provisions of section 5.3 of the trust deeds for the Debentures. In view of the foregoing, the interest rate on the Company's Debentures is to be adjusted so that the annual interest rate on the outstanding balance of the Debentures will be raised by 0.25% as of December 27, 2018. In accordance with the terms of the trust deed, the said increase in the interest will remain in effect until the outstanding balance of the Debentures is repaid in full.

On February 2, 2020, Midroog Ltd. announced an upgrade in the rating of the Debentures (Series C) and the Debentures (Series E) of the Company, from an A3.il rating with a negative outlook to an A2.il rating with a negative outlook. As a result of the foregoing, the Company has amended the interest rate of the Debentures (Series C) and the Debentures (Series E) of the Company in accordance with the provisions of section 5.3 of the Deeds of Trust of the Debentures.

In light of the above, the interest rate for the Debentures (Series C and F) of the Company will be adjusted such that the annual interest rate payable on the outstanding balance of the Debentures will be reduced by 0.25% as of February 2, 2020.

On September 6, 2020, the Midroog Ltd. rating agency announced the downgrading of the Debentures (Series B) and the Debentures (Series D) from an A3.il rating with negative consequences to a Baa2.il rating with a negative outlook, and the downgrading of the rating of the Debentures (Series C) and the Debentures (Series E) from an A2.il rating with negative consequences to a Baa1.il rating with a negative outlook, all as specified in the rating report. As a result thereof, the interest of the Debentures (Series B), Debentures (Series C), Debentures (Series D) and Debentures (Series E) of the Company (hereinafter, jointly: the "Debentures") was amended in accordance with the provisions of section 5.3 of the Deed of Trust of the Debentures. In light of the aforesaid, the interest rate of the Debentures of the Company will be adjusted such that to the annual interest rate to be borne by the outstanding principal balance of the Debentures will be added the interest rate of 0.5% as of September 6, 2020 (in respect of the Debentures (Series B), the additional interest rate will be 0.75%). In accordance with the provision of the Deed of Trust the aforesaid increase in the interest rate will be valid until the full repayment of the outstanding principal balance of the Debentures.

WIND DOWN000035

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**(6) Downgrading of the rating for the Debentures (cont'd)**

On December 1, 2020, the rating agency published a rating report, in which the Midroog Ltd. rating agency announced the downgrading of the Debentures (Series B) and the Debentures (Series D) from a Baa2.il rating with negative consequences to a C.il rating without a definite direction as well as a downgrading of the Debentures (Series C) and Debentures (Series E) of the Company from a Baa1.il rating with negative consequences to a Caa3.il rating without a definite direction.

In light of the aforesaid, as of December 1, 2020, the interest rate of the Debentures of the Company will be adjusted such that the annual interest rate borne by the outstanding principal balance of the Debentures (Series B and D) will be added the interest rate of 0.25% and on Debentures (Series C and E) will be added an interest rate starting at a rate of 0.5%.

In accordance with the provisions of the Deed of Trust, the aforesaid increase in the interest rate will be valid until the full repayment of the outstanding principal balance of the Debentures.

**The following are the interest rates as of September 30, 2020 and as of the date of publication of the financial statements:**

|  | Debentures (Series B) | Debentures (Series C) | Debentures (Series D) | Debentures (Series E) |
|---|---|---|---|---|
| Original interest rate on the issue date  of the Debentures | 6.35% | 3.95% | 6.1% | 3% |
| Annual interest rate as of September 30, 2020 | 7.6% | 4.45% | 6.85% | 3.5% |
| Annual interest rate as of the date of publication of the financial statements | 7.85% | 4.95% | 7.1% | 4.0% |

**(7)    Grounds for immediate repayment of the Debentures**

As of the date of approval of the interim financial statements in connection with the Debentures (Series B) of the Company, there are grounds for the immediate repayment in light of the fact that the Company announced that it would not and did not make the payment to the holders of the Debentures that was due on November 30, 2020 and due to the downgrading of the Debentures to a rating below a Baa2.il rating. In accordance with the Deed of Trust of the Debentures (Series C), the Debentures (Series D) and the Debentures (Series E), there are grounds for the immediate repayment of the Debentures in light of the downgrading of the Debentures to a rating below a Baa3.il rating.

WIND DOWN000036

<u>All Year Holdings Limited</u>
**Notes to condensed consolidated financial statements**

**Note 7 – Operating segments**

    **A.   Overview:**

Operating segments are identified based on internal reporting of Group components, which are regularly reviewed by the Group's Chief Operating Decision Maker for the purpose of resource allocation and evaluation of operating segment performance.

Reporting provided to the Group's Chief Operating Decision Maker for the purpose of resource allocation and performance evaluation of the operating segments is based on operating income. Key operating segments:

Segment I – Rental property - residential apartments. This operating segment consists of Group operations involving residential rental properties, including construction, development and leasing of residential rental properties. This segment comprises of an apartment building including multiple commercial units.

Segment II – Commercial property – this operating segment consists of Group operations involving commercial rental property, including construction, development and leasing of commercial rental property, including William Vale Complex in Brooklyn, NY, consisting of: offices, commercial space, hotel, parking and restaurants.

    **B.   Judgment applied by management when grouping operating segments:**

Group management has reviewed the economic attributes of the different segments under the residential and commercial investment property segments and has concluded that they are similar, including long-term profitability.

Group management has also reviewed the similarity of these segments in all of the following attributes:

- Nature of investments - all investments in this segment are similar.
- Type of customers - all residential units in this segment are sold to a similar group of customers, consisting of individual customers who typically seek to lease a residential apartment.
- Methods used for marketing of residential apartments - the methods used for marketing of apartments are similar. Furthermore, all investments include identical advertising and marketing processes.

Based on the aforementioned considerations, Group management concluded that grouping of segments is in conformity with IFRS 8.

    **C.   Analysis of revenues and results by operating segment:**

Segment revenue and expenses include revenues and expenses due to segment operations which are directly attributable to the business segments, as well as a pro-rata share of Company expenses for all segments which may be reasonably attributed to each segment.

WIND DOWN000037

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 7 – Operating segments (cont'd)**

C.  **Analysis of revenues and results by operating segment (cont'd):**

| | Residential apartments | Commercial real estate | Total |
|---|---|---|---|
| | **USD thousands** | | |
| **For the nine month period ended September 30, 2020 (unaudited)** | | | |
| Rental income and related revenues | 63,130 | 16,219 | 79,349 |
| Property operating expenses | 14,426 | 267 | 14,693 |
| Rental income and related revenues, net | 48,704 | 15,952 | 64,656 |
| Loss from the fair value adjustment of investment property | 19,527 | 14,091 | 33,618 |
| | 29,177 | 1,861 | 31,038 |
| General and administrative expenses | | | (5,980) |
| Adjustment of the share of the Company in the results of investments treated in accordance with book value method, net | | | (2,624) |
| Other income | | | - |
| Total income from regular operations | | | 22,434 |

WIND DOWN000038

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

Note 6 – Operating segments (cont'd)

   C.  **Analysis of revenues and results by operating segment (cont'd):**

| | Residential apartments | Commercial real estate | Total |
|---|---|---|---|
| | | **USD thousands** | |
| **For the nine month period ended September 30, 2019 (unaudited)** | | | |
| Rental income and related revenues | 56,646 | 17,290 | 73,936 |
| Property operating expenses | 14,306 | 335 | 14,641 |
| Rental income and related revenues, net | 42,340 | 16,955 | 59,295 |
| Gain (loss) from fair value adjustment of investment property | 3,780 | 2,128 | 5,908 |
| | 38,560 | 14,827 | 53,387 |
| General and administrative expenses | | | 1,660 |
| Adjustment of the share of the Company in the results of investments treated in accordance with book value method, net | | | (5,054) |
| Other income | | | 2,358 |
| Total income from regular operations | | | 49,031 |
| **For the three month period ended September 30, 2020 (unaudited)** | | | |
| Rental income and related revenues | 21,225 | 5,402 | 26,627 |
| Property operating expenses | 5,034 | 105 | 5,139 |
| Rental income and related revenues, net | 16,191 | 5,297 | 21,488 |
| Gain (loss) from fair value adjustment of investment property | 1,634 | 798 | 2,432 |
| | 14,557 | 4,499 | 19,056 |
| General and administrative expenses | | | (4,701) |
| Adjustment of the share of the Company in the results of investments treated in accordance with book value method, net | | | (1,123) |
| Total income from regular operations | | | 13,232 |

WIND DOWN000039

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 7 – Operating segments (cont'd)**

    **C.  Analysis of revenues and results by operating segment (cont'd):**

| | Residential apartments | Commercial real estate | Total |
|---|---|---|---|
| | | USD thousands | |
| **For the nine month period ended on September 30, 2019 (unaudited)** | | | |
| Rental income and related revenues | 20,143 | 5,340 | 25,483 |
| Property operating expenses | 5,431 | 120 | 5,551 |
| Rental income and related revenues, net | 14,712 | 5,220 | 19,932 |
| | | | |
| Gain (loss) from fair value adjustment of investment property | 9,256 | 790 | 10,046 |
| | 5,456 | ,4430 | 9,886 |
| General and administrative expenses | | | 428 |
| Adjustment of the share of the Company in the results of investments treated in accordance with book value method, net | | | 1,912 |
| Total income from regular operations | | | 7,546 |
| **For the year ended December 31, 2019** | | | |
| Rental income and related revenues | 76,833 | 22,899 | 99,732 |
| Property operating expenses | 20,641 | 640 | 21,281 |
| Rental income and related revenues, net | 56,192 | 22,259 | 78,451 |
| Gain (loss) from fair value adjustment of investment property | 6,518 | (6,289) | 229 |
| | 62,710 | 15,970 | 78,680 |
| General and administrative expenses | | | 2,217 |
| Adjustment of the share of the Company in the results of investments treated in accordance with book value method, net | | | (14,836) |
| Gain from change in value of financial assets | | | 2,358 |
| Total income from regular operations | | | 63,985 |

- 28 -

WIND DOWN000040

**All Year Holdings Limited**

**Notes to condensed consolidated financial statements**

**Note 7 – Operating segments (cont'd)**

    **C.  Analysis of revenues and results by operating segment (cont'd):**

| | Residential apartments | Commercial real estate | Total |
|---|---|---|---|
| **As of September 30, 2020** | | | |
| Segment assets | 1,847,414 | 327,626 | 2,175,040 |
| | | | 2,175,040 |
| Segment liabilities | 1,437,460 | 211,061 | 1,648,521 |
| | | | 1,648,521 |
| **As of September 30, 2019** | | | |
| Segment assets | 1,863,755 | 384,337 | 2,201,139 |
| | | | 2,201,139 |
| Segment liabilities | 1,391,837 | 981,206 | 1,598,818 |
| | | | 1,598,818 |
| **As of December 31, 2019** | | | |
| Segment assets | 1,870,416 | 334,995 | 2,205,411 |
| | | | 2,205,411 |
| Segment liabilities | 1,400,751 | 210,941 | 1,611,692 |
| | | | 1,611,692 |

WIND DOWN000041

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

## Note 8 – Investment property

The following is disclosure regarding Evergreen Garden 1 LLC, which is 100% held by the Company and which holds, as the ultimate owner, a property known as Denizen Bushwick – Stage A.

**Statement of financial position:**

| | Note | As of September 30 | | As of December 31 |
|---|---|---|---|---|
| | | **2020** | **2 0 1 9** | **2 0 1 9** |
| | | **USD thousands** | | |
| **Current assets** | | | | |
| Cash and cash equivalents | | 4 | 96 | 44 |
| Tenants | 1 | 2,583 | 1,286 | 1,310 |
| Accounts receivable | | 11 | 122 | 12 |
| **Total current assets** | | 2,598 | 1,504 | 1,366 |
| | | | | |
| **Non-current assets** | | | | |
| Investment property | 2 | 323,000 | 315,000 | 323,000 |
| Long-term receivables | | 1,236 | 483 | 564 |
| **Total non-current assets** | | 324,236 | 315,483 | 323,564 |
| | | | | |
| **Total assets** | | ,326834 | ,316987 | 324,930 |
| | | | | |
| **Current liabilities** | | | | |
| Accounts payable (including interest payable) | | 9,909 | 21,450 | 9,677 |
| Loan from the parent company | | 15,189 | 7,468 | 16,986 |
| **Total current liabilities** | | 25,098 | 28,918 | 26,663 |
| | | | | |
| **Non-current liabilities** | | | | |
| Loan from the parent company | | 229,367 | 226,735 | 227,173 |
| Tenant deposits and advances | | 1,311 | 1,620 | 1,590 |
| **Total non-current liabilities** | | 230,678 | 228,355 | 228,763 |
| | | | | |
| **Total shareholders equity** | | 71,058 | 59,714 | 69,504 |
| | | | | |
| **Total liabilities and equity** | | 326,834 | 316,987 | 324,930 |

WIND DOWN000042

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 8 – Investment property (cont'd):**

Statements of income and other comprehensive income:

| | For the nine month period ended September 30 | | For the three month period ended September 30 | | For the year ended December 31 |
|---|---|---|---|---|---|
| | **2 0 2 0** | **2 0 1 9** | **2 0 2 0** | **2 0 1 9** | **2 0 1 9** |
| | | | USD thousands | | |
| Rental income and related income | 12,614 | 12,144 | ,4187 | ,4044 | 16,846 |
| Property operating expenses | 2,168 | 2,574 | 793 | 1,162 | 3,495 |
| **Rental income and related income, net** | 10,446 | 9,570 | ,3394 | 2,282 | 13,351 |
| Gain (loss) from fair value adjustment of investment property | (348) | (3,721) | (80) | (783) | 4,497 |
| **Profit (loss) from operating activities** | 10,098 | 5,849 | ,3314 | 2,099 | 17,848 |
| Financing expenses | 8,283 | 7,561 | ,2893 | ,2800 | 9,772 |
| Profit (loss) for the period | ,1815 | (1,712) | 421 | (701) | 8,076 |
| Other comprehensive income | - | - | - | - | - |
| **Total comprehensive profit (loss) for the period** | ,1815 | (1,712) | 421 | (701) | 8,076 |

1. **Tenants:**

   With regard to main lease agreements, see note 7(f) to the consolidated financial statements as of December 31, 2019.

   **Changes in long-term and short term tenants**
   **(USD thousands)**

   | | |
   |---|---|
   | Balance as of January 1, 2020 | ,1310 |
   | Addition – key tenant | 1,934 |
   | Net amendment of tenant balance | (230) |
   | **Balance as of September 30, 2020** | 3,014 |

WIND DOWN000043

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 8 – Investment property (cont'd):**

    **2.**   **Investment property**

In accordance with the policy of the Company with regard to the valuation of the properties of the Company (which are performed by independent external appraisers), and due to the significant change in the economic environment as a result of the Corona crisis, the Company contacted all of the appraisers to forward valuation amendment letters. As of September 30, 2020 there is no material change in the fair value of the property known as Denizen Bushwick Stage A, in comparison to the fair value thereof as of December 31, 2019.

**Note 9 – Significant events during and subsequent to the reported period**

    A.   On February 19, 2020, the Company entered into a non-binding Memorandum of Understanding with financial institutions in the United States (hereinafter collectively: the "**Lender**") to provide financing of up to USD 675 million (a total of approximately USD 658.5 million can be withdrawn immediately upon the closure thereof and the balance of approximately USD 16.4 million (hereinafter: the "**Additional Amount**") can be withdrawn subject to compliance with the additional financial covenants), with regard to the properties known as Denizen-Bushwick Phase I and Phase II and ten additional non-material properties of the Company (hereinafter: the "**Memorandum of Understanding**", the "**Loan**" and the "**Backing Properties**", as applicable).

The purpose of the Loan is to refinance current loans in connection with the Backing Properties, including in connection with the Debentures (Series E) of the Company.

In accordance with the Memorandum of Understanding, the Loan will be for a period of 10 years, repayable in one installment at the end of the Loan period. The Loan will bear interest at a fixed rate determined at the time the Loan is taken, based on the 10 year swap index plus a margin of 2.45% or 2.64% (subject to completion of a due diligence examination by the lender but not less than a weighted interest rate of 3.91%), payable in monthly installments.

The Loan will be secured by a first-ranked pledge on the Backing Properties. The Company shall be entitled to redeem a property from the Backing Properties, except for the properties known as Denizen Bushwick Phase I and Phase II, for a repayment amount equal to 110% of the Loan attributed to the relevant property.

The Company estimates that the net balance of the refinancing surplus to the Company, after transaction expenses, repayment of current loans in the Backing Properties, including early repayment costs and deductions of deposits and prepayment for interest, will amount to approximately USD 24 million. The aforesaid balance does not include the Additional Amount of approximately USD 16.4 million.-

In light of the aforesaid in Note 1 and taking into account the material decline in the exchange rate of the USD  to which the  senior debt in the asset (Debentures (Series E)) is exposed, as of the date of the signing of the financial statements, the Company has ceased negotiations with the lender and is considering additional options..

WIND DOWN000044

### All Year Holdings Limited
### Notes to condensed consolidated financial statements

**Note 9 – Significant events during and after the reported period (cont'd)**

B.    On March 5, 2020 (hereinafter: the"**Signature Date**"), the Company entered into an agreement, through wholly-owned LLC corporations thereof (hereinafter: the "**Sellers**"), with a third party, unrelated to the Company or the controlling shareholder thereof (hereinafter: the "**Buyer**") for the sale of the full rights of the Seller in a portfolio of properties which includes 74 residential income-producing properties with a total value in the books of the Company as of June 30, 2020 totaling approximately USD 346 million, as well as 611 housing units (multifamily) and 18 commercial units in the Brooklyn Borough of New York, NY (hereinafter: the "**Properties**" or the "**Portfolio**", the "**Agreement**" and the "**Transaction**", as applicable), for a total consideration of USD 344 million (excluding transaction and related costs), subject to the adjustments specified below (hereinafter: the "**Consideration** "). For details of the main provisions of the Agreement, see Note 21 to the financial statements of the Company as of December 31, 2019.

Further to the foregoing, the Buyer has applied to the Company to defer the closing date (which is on May 5, 2020) by agreement, free of any additional down payment deposited under the Agreement, allegedly due to the extension of the dates for receiving financing in connection with the acquisition of the Portfolio of properties, to which the Company did not agree. Meanwhile, on May 5, 2020, the Company received a letter from the Buyer demanding the termination of the Agreement, alleging that the Company breached fundamental breaches of the Agreement, and, as alleged by the Buyer, did not provide the Buyer with information in connection with the Portfolio of properties, provided relief to the tenants with regard to the rental fees and reached contractual agreements therewith without obtaining the consent of the Buyer. The Buyer also demanded the return of the deposit amount of USD 15 million.

The Company is in advanced negotiations with the Buyer to close the Transaction with certain changes to the original terms of the Transaction Terms, including dividing the Transaction into two stages, and the parties are in the process of exchanging drafts with the intention of completing the Transaction in the forthcoming weeks. Therefore, there may be changes in the original terms of the Transaction, including changes in the composition of the properties and the scope of the Transaction.

Further to the foregoing, on June 30, 2020, the Company entered into an amendment to the agreement to carry out the original transaction in accordance with which the Buyer will acquire from the sellers a portfolio of properties which includes 68 residential income-producing real estate properties, the total value of which is approximately USD 312 million (hereinafter: the "**Amendment**" and the "**Updated Portfolio**", as applicable), in exchange for a total amount of approximately USD 302 million, subject to adjustments.

In accordance with the amendment, the transaction will be closed in two phases, as follows:

WIND DOWN000045

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 9 – Significant events during and after the reported period (cont'd)**

The closure with regard to 45 properties from the portfolio will take place on July 22, 2020 (hereinafter: "**Phase I**", "**Phase I Properties**" and "**Date of Closure of Phase I**", as applicable). The consideration for the Phase I Properties will amount to approximately USD 176.6 million (hereinafter: the "**Consideration for Phase I**"). This amount will be paid as follows: (a) an advance in the amount of USD 21.5 million will be paid on July 15, 2020 (of which a total amount of USD 15 million was paid on March 8, 2020 in accordance with the terms of the original transaction); and (b) the balance of the Consideration for Phase I in the total amount of USD 155.1 million will be paid on the Date of Closure of Phase I (including by way of providing preferred capital as specified below).

The closure with regard to 23 properties from the portfolio will take place on November 20, 2020 (hereinafter: "**Phase II**", "**Phase II Properties**" and "**Date of Closure of Phase II**", as applicable). The consideration for the Phase II Properties will amount to approximately USD 125.8 million (hereinafter: the "**Consideration for Phase II**"). This amount will be paid as follows: (a) an advance in the amount of USD 1 million will be paid on July 15, 2020 ; And (b) the balance of the Consideration for Phase II in the total amount of approximately USD 124.8 million will be paid on the Date of Closure of Phase II (including by way of providing preferred capital as specified below).

Provision of preferred capital provision by the sellers:

At the choice of the Buyer, the sellers will provide thereto, from the proceeds of the sale, preferential capital in the maximum amount of approximately USD 17.3 million in respect of the Phase I Properties and a maximum amount of approximately USD 12.3 million in respect of the Phase II Properties, subject to an agreed adjustment mechanism for the amount of the preferred capital which the sellers may be required to be provided on the Date of Closure of Phase I and/or on the Date of Closure of Phase II (hereinabove and hereinafter: the "**Preferred Capital**") and in any event no more than the maximum preferred capital amount. The preferred capital will be repaid on June 23, 2021, subject to the extension periods (hereinafter: the "**Maturity Date**") and shall bear annual interest at the rate of 6% payable monthly (hereinafter: the "**Preferred Capital Interest**"). In the event of the provision of the aforesaid preferred capital, the holder of the membership interests in the Buyer will provide a carve out guarantee in connection with losses incurred by the sellers as the providers of the preferred capital, due to certain agreed events.

The Buyer shall be entitled to defer the Maturity Date by two periods of 12 months each (each hereinafter severally: "**Extension Period**" and jointly "**Extension Periods**"), subject to 30 days prior notice and repayment of a total amount of USD 10 million of the total amount of the preferred capital for each aforesaid Extension Period. The rate of the Preferred Capital Interest will be 10% in the first Extension Period and 15% in the second Extension Period.

The Buyer shall have the right of first refusal in respect of any transfer, directly or indirectly, of the rights of the seller in the preferred capital (hereinafter: the "**Transfer**"). Notwithstanding the foregoing, the Buyer will not have the aforesaid right of first refusal in the event of a transfer to a private investor who, in accordance with the terms thereof, will provide the Buyer with an option to repay the preferred capital within 30 days from the date of the implementation thereof.

- 34 -

WIND DOWN000046

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 9 – Significant events during and after the reported period (cont'd)**

Amendment of the sale agreement:

On July 15, 2020, the Company and the Buyer agreed to defer the payment of the balance of the advances under the amendment in the total amount of USD 7.5 million (out of the total advances in the amount of USD 22.5 million, of which an amount of USD 15 million has been paid as of the date of the report) (hereinafter: the "**Balance of the Advances**") and also agreed to defer the closure date for the 45 properties from the updated portfolio as of August 4, 2020. In addition, the Company and the Buyer agreed to deduct one property from the updated portfolio such that the total properties for sale are 67 residential real estate properties and simultaneously agreed to reduce the total value by approximately USD 5.7 million.

On July 27, 2020, the Company approved the request of the Buyer to defer the payment of the Balance of the Advances to August 27, 2020 and to defer the closure dates in respect of the 45 properties from the updated portfolio to September 2, 2020, in order to complete the legal terms and the assignment of the loans in the aforesaid properties.

As of the date of publication of these financial statements, the Buyer has not deposited the Balance of the Advances on the date specified for the payment of the Balance of the Advances.

The Company is continuing to work with the Buyer to promote the closure of the transaction as soon as possible, as well the assignment of the loans in respect of the properties sold to the Buyer, which in light of the aforesaid Corona crisis in Note 1.C requires more time than was expected; therefore, the terms of the sale may differ to the aforesaid.

C.  On January 16, 2019, a statement of claim accompanied by a motion to certify a class action in accordance with the Class Action Law, 2006 (hereinafter: the "**Class Action**"), was filed with the economic department of the Tel Aviv District Court (hereinafter: the "**Court**"). The Class Action was filed by "Proper Disclosure" – the organization for the protection of investors (registered society) (hereinafter: the "**Plaintiff**"), against the Company and its senior officers, and against Mr. Joel Greenfeld, who served in the Company as director and VP of Operations until June 30, 2018 (hereinafter: the "**Respondents**").

The Class Action was filed on the grounds of misleading details in the Company's quarterly report as of June 30, 2018 (against the entire group of Respondents) as well as failure to issue an immediate report on June 1, 2018 regarding failures in the Company's internal control (against the Company and the controlling shareholder). The Plaintiff requests that Class members include "anyone who purchased Debentures (of any series) of the Company from June 1, 2018 until November 30, 2018, other than the Respondents and/or anyone on their behalf and/or entities related thereto", wherein the total damage to the Class members was estimated by the Plaintiff to be in excess of NIS 100 million.

On March 12, 2020, the decision of the Court was received and determined that in response to the notice of the Plaintiff, the Court ordered the dismissal of the claim without an order for costs.

WIND DOWN000047

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 9 – Significant events during and after the reported period (cont'd)**

D.  On March 8, 2020, a claim was filed with the Economic Department of the Tel Aviv-Jaffa District Court (hereinafter: the "**Court**") against the Company and Mishmeret Trust Company Ltd., the Trustee for the Debentures (Series E) of the Company (hereinafter: the "**Debentures**"), claiming an alleged breach of the collateral provided to the holders of the Debentures pursuant to the Deed of Trust.

At this preliminary stage of the proceeding, the management of the Company, based on the opinion of the legal counsel thereof in this regard, believes that the chances of the motion being approved are low.

Further to the foregoing in section C above, on April 16, 2020, a claim was filed with the Court requesting approval of the claim as a class action pursuant to the Class Actions Law (hereinafter in this subsection: the "Claim" and the "Motion for Approval", respectively) under class action 15257-04-2020. The Claim was filed by the Public Representatives Association (hereinafter in this subsection: the "Plaintiff") against the Company and senior officers which served and/or serve therein (hereinafter: the "Respondents").
The Claim and the Motion for Approval were refiled, following the aforesaid in section C on March 12, 2020, whereby the Court ordered the dismissal of the original Claim filed by the Applicant (which is also represented by the counsel of the Plaintiff) and under similar grounds.

At this preliminary stage of the proceeding, based on the opinion of the legal counsel thereof in this regard, the Board of Directors and the management of the Company are unable to assess the chances of the Claim and/or the chances of the approval thereof as a class action.

E.  On September 30, 2020, the controlling shareholder of the Company, Mr. Joel Goldman, transferred USD 5 million to All Year Holdings LLC, a wholly owned subsidiary of the Company, as an equity investment, to strengthen the capital structure of the Company.

F.  On September 30, 2020, the consolidated company assigned to the third party the rights thereof in connection with five companies holding five non-material properties in exchange for a net total of approximately USD 3.1 million prior to transaction expenses, which was provided to the buyer as a seller loan for a period of 90 days. As of the approval date of the financial statements, the buyer has paid the full consideration of the transaction to the Company. In addition, on September 30, the Company entered into an agreement to assign 50% of the shares in the investee company held by the Company, under a chain of holdings, and which holds an additional non-material property with the partner of the Company in the holding of the shares of the same property company for a net total of approximately USD 2.7 million, prior to transaction expenses. In accordance with the agreement, the Company assigned the aforesaid shares on the date of the signing of the agreement. However, the partner has an option until March 31, 2021 not to pay the aforesaid consideration and to reassign the aforesaid shares to the Company.

- 36 -

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 9 – Significant events during and after the reported period (cont'd)**

G.    On October 25, 2020, the Company and the Trustee entered into an amendment to the Deed of Trust of the Debentures (Series E), in accordance with the results of the meeting. The amendment specifies that the amount to be paid to the holders of the Debentures (Series E), in the event of full early redemption due to the sale of the pledged property and/or the refinancing of the mortgage loan (as such is defined in the Deed of Trust of the Debentures (Series E) (including by way of sale or assignment of the Deed of Trust to a third party), in the 3 month period starting on the date of approval of the meeting of the holders of the Debentures (Series E), namely, October 22, 2020, will be the liability value of the repayable outstanding Debentures (Series E) , namely, principal plus interest up to the date of the actual early repayment, plus a rate of 2.4% of the total outstanding balance of the Debentures (Series E), which is to be paid as interest.

H.    With regard to the delays in payments and the existence of grounds for remedies in connection with the mezzanine loan in the amount of USD 65 million in the project known as Denizen-Bushwick Stage B, a loan of USD 55 million for the land known as 459 Smith as well as in the matter of the preferred capital specified in the financial statements as of December 31, 2019 (Note 7), see Note 1.

With regard to the decision of the Board of Directors to temporarily suspend payments to the holders of the Debentures and the application to the Trustee with a request to convene a meeting of holders, see Note 1.

I.    In December 2020, there was a meeting of the holders of the Debentures (Series B, C, D and E) during which the holders of the Debentures were updated on the situation of the Company.

J.     On December 1, 2020, a decision was made by the board of the Administrative Enforcement Committee in accordance with the Securities Law, 1968 (hereinafter: the "Board" and the "Securities Law", respectively) to approve the administrative enforcement arrangement (hereinafter: the "Arrangement") between the plaintiff, the Chairman of the Securities Authority (hereinafter: the "Authority"), and the respondents, the Company and Mr. Joel Goldman (hereinafter: "Goldman"), the controlling shareholder of the Company, who serves as Chairman of the Board of Directors and the President of the Company (hereinafter the "Respondents").

The Arrangement is based on the background of the circumstances in respect of which the Company reported the existence of a material error in the interim financial statements as of June 30, 2018 (hereinafter: the "June 2018 Statements") as well as in the consolidated interim financial statements as of September 30, 2018 (hereinafter: the "September 2018 Statements"), plus a material failure in the internal control of the Company with regard to the statements of the Company in respect of funds inadvertently transferred to a corporation controlled by the controlling shareholder in connection with the refinancing of the properties of the Company which was carried out simultaneously with the financing of several properties held by the controlling shareholder (outside the Company), which was discovered  during the preparation of the September 2018 Statements, and resulted in the incorrect classification of a debt balance of USD 3.7 million in the June 2018 Statements.

WIND DOWN000049

## All Year Holdings Limited
### Notes to condensed consolidated financial statements

**Note 9 – Significant events during and after the reported period (cont'd)**

Based on the facts specified in section 1 of the Arrangement, the Authority and the Respondents admit that they performed the following violations:

1. Goldman - violation in respect of the failure to submit an immediate report on time in accordance with subsection (2) of Part C of the Seventh Schedule to the Securities Law together with sections 36 and 56 (d) of the Securities Law as well as Regulation 36 of the Securities Regulations (Periodic and Immediate Reports) 1970.

2. The Respondents - two violations in respect of the inclusion of negligent misleading details in the financial statements for the second quarter and the third quarter of 2018, in accordance with subsection (4) of Part C of the Seventh Schedule to the Securities Law, together with Article 44A1 of the Securities Law.

3. The Respondents - violation in respect of negligent misrepresentation of the Authority, in accordance with Article 52 of the Securities Law

In light of the above, the Respondents have undertaken enforcement measures as follows:

- The Company - (1) will pay a financial sanction in the amount of NIS 600,000 (NIS six hundred thousand), which will be paid up to 60 days following the date of approval of the Arrangement by the Board; (2) a conditional financial sanction in the amount of NIS 600,000, to be paid within eighteen months from the date of approval of the Arrangement if subsection (4) to Part C of the Seventh Schedule to the Securities Law and/or Article 52 of the Securities Law is violated. As of the date of approval of the financial statements, the Company has paid the aforesaid sanction.

- Goldman - (1) will pay a financial sanction in the amount of NIS 250,000 (NIS two hundred and fifty thousand), which will be paid up to 60 days following the date of approval of the Arrangement by the Board; (2) a conditional financial sanction in the amount of NIS 250,000, to be paid within eighteen months from the date of approval of the Arrangement if he violates subsection (2) and/or subsection (4) of Part C of the Seventh Schedule to the Securities Law and/or Article  52 (67) of the Securities Law; (3) Goldman shall be subject to conditional prohibition to serve as a senior official in a regulated entity, as such term is defined in section 52 (56) of the Securities Law, for a period of nine months, which shall be imposed thereon if within eighteen months from the date of approval of the Arrangement if he violates subsection (2) and/or subsection (4) of Part C of the Seventh Schedule to the Securities Law and/or violates Article 52 (67) of the Securities Law.

K. On December 2, 2020, a Notice of Claim was received together with an application for the approval of a class action in accordance with the Class Actions Law, 2006 (hereinafter jointly: the "Claim"), which was submitted to the Economic Department of the Tel Aviv-Jaffa District Court (hereinafter: the "Court"), Class action 3325-12-20. The Claim and the application for approval as a class action was filed by Shahar Teshlovot (hereinafter: the "Plaintiff"), which in accordance with the Claim holds Debentures (Series D) of the Company, against the Company and the members of the Board of Directors as of the date of the filing thereof (hereinafter: the "Respondents").

WIND DOWN000050

## All Year Holdings Limited
### Notes to condensed consolidated financial statements

**Note 9 – Significant events during and after the reported period (cont'd)**

The Claim was filed on the grounds of the breach of the reporting obligations under the Securities Law, 1968 and regulations enacted thereunder; breach of the duty of care imposed on officers in accordance with the provisions of the Companies Law, 1999; and breach of statutory duty. The Plaintiff requests that the members of the group in the Claim include anyone who had acquired Debentures (of any series) from All Year Holdings Limited from July 1, 2020 to November 29, 2020, and which were held thereby as of November 29, 2020, except for the Respondents and/or anyone on behalf thereof and/or entities related thereto. The total damages of the aforesaid members of the group in accordance with the Claim is in the amount of approximately NIS 172 million.

L.   The Company, through the legal counsel thereof, is studying the Claim, and at this preliminary stage of the process it cannot assess the chances of the Claim and/or the chances of the approval thereof as a class action.

M.   At the beginning of December 2020, the Company received an offer to acquire 5 non-material properties of the Company for a total consideration of approximately USD 74 million (the value of the properties as of September 30, 2020 is USD 91.8 million). The total net consideration was to be approximately USD 14 million. On December 6, 2020, the Company updated that the transaction was not closed.

N.   On December 8, 2020, the Board of Directors of the Company resolved in principle to split the position of Chairman of the Board of Directors of the Company and the President of the Company into two different positions and to appoint a professional general manager. The identity of the general manager will be determined by a designated committee to be established.

O.   For the main points of the decisions following the meetings of the holders of the Debentures (Series B, C, D and E), see Note 2.

P.   On December 9, 2020, the Internal Auditor of the Company announced the resignation thereof due to the following circumstances: (a) failure to schedule a meeting of the Audit Committee of the Company on the subject of the internal audit reports specified in the 2020 Audit Plan which were sent to the management of the Company during September 2020; (b) failure to receive a response from the Company with regard to one of the aforesaid reports which was sent to the management of the Company in November 2020; (c) non-receipt of payment for the audit work performed in 2020.

Q.   Further to Note 7A.2 to the financial statements as of December 31, 2019 with regard to the obligation of the controlling shareholder to transfer 14 properties, on December 23, 2020, Mr. Joel Goldman, the controlling shareholder of the Company who serves as the Chairman of the Board of Directors and President (hereinafter: the "Controlling Shareholder") advised the Company that he had transferred the rights in the property held thereby located at 1010 Bedford in Williamsburg, Brooklyn, New York, which constitutes one of the liability properties, to a third party unrelated to the Company or the controlling shareholder (hereinafter: the "Third Party"). In an examination performed by the Company it was found that this transfer was performed on November 25, 2020.

WIND DOWN000051

**All Year Holdings Limited**
**Notes to condensed consolidated financial statements**

**Note 9 – Significant events during and after the reported period (cont'd)**

In addition, as part of an initial inquiry conducted by the Company with the controlling shareholder, at the meeting of the Board of Directors on December 24, 2020, the controlling shareholder stated the following:

– The controlling shareholder promoted on behalf of the company the sale of future financial rights of the Company in connection with another property known as Rose Castle (hereinafter: the "Additional Property") to the Third Party (hereinafter: the "Transaction"). The Transaction was subject to the completion of the legal ownership of the Additional Property subject to additional conditions that were not fulfilled. As part of this transaction, in July 2020, the Third Party made a soft deposit to the Company in the amount of USD 8.5 million (hereinafter: the "Deposit") as a down payment on account of the Transaction. In light of the fact that the conditions for the closure of the aforesaid transaction were not fulfilled, on December 22, 2020, a request was received from the Third Party for the Company to return the Deposit. On December 24, 2020, the Third Party sent an additional notice stating that if the Deposit is not paid immediately, it intends to take legal action.

– In an attempt to defer the need to return the deposit to the Third Party and to withdraw funds from the Company for this purpose, in light of the fact that the external property is currently a loss and requires investments and in light of the fact that the obligation to transfer the external property to the Company is only due to take place in two years and at terms which will be specified in the reports of the Company, which have not yet been fulfilled, the controlling shareholder decided to make use of the external property and to transfer it temporarily to the Third Party in order to conclude the  negotiations therewith in respect of the Additional Property in a manner which will also provide a solution for the return of the deposit.

The controlling shareholder informed the Company that he intends to act to ensure that he can fulfill his obligation in connection with the transfer of the external property to the Company on time, upon the fulfillment of the threshold terms for the transfer of the external property as specified in the terms of the undertaking.

R.      Update with regard to the amendment of the Deed of Trust.

WIND DOWN000052

| | file1 | file2 | file3 | file4 | file5 | file6 | file7 | file8 | file9 | file10 | file11 | file12 | file13 | file14 | AE Consolidate | Total Cons. | BVI | | AE | Total 09.30.2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | | | | | | | | | | | |
| Cash & cash equivalents | 289,344 | 72,283 | 122,131 | 155,651 | 159,132 | 639,839 | -15,610 | 147,470 | | 85,523 | 634,229 | 887 | 1,135,714 | | | 3,426,594 | 36,076,263 | | | 39,502,857 |
| Derivatives | | | | | | | | | | | | | | | | | | | | |
| Deposits | 257,425 | 51,141 | 75,534 | 128,306 | 232,666 | 5,284,513 | 217,029 | 651,065 | 196,054 | -31 | 36,000 | | 1,272,192 | | | 8,401,894 | | | | 8,401,894 |
| Rent receivable | 809,613 | 184,065 | 134,211 | 659,750 | 2,489,127 | 5,739,297 | 1,427,413 | 6,224,722 | | 86,154 | 1,450,772 | | 3,237,896 | | -4,598,477 | 17,844,544 | | | | 17,844,544 |
| Other receivable | 658 | -2,745 | 1,607 | 2,712 | 2,783 | 452,112 | | 3,495,315 | | 35 | 611,266 | | -32,139 | | | 4,531,604 | 21,075,871 | | -15,393,205 | 10,214,270 |
| | | | | | | | | | | | | | | | | | 8,091,052 | | | 8,091,052 |
| Other assets | | | | | | | | | | | | | | | | 309,500,002 | | | | 309,500,002 |
| **Non-current assets** | | | | | | | | | | | | | | | | | | | | |
| Investment property | 67,600,001 | 19,500,000 | 18,200,000 | 27,100,001 | 125,699,999 | 668,000,002 | 36,400,001 | 306,150,000 | 1,000,000 | 32,900,001 | 220,099,999 | | | | | 1,523,450,004 | 928,216,919 | 429,665,459 | 48,124,652 | 1,523,450,004 |
| Investment property under construction | | | | | | 9,282,511 | | | | | 166,000,000 | | | | | 175,282,511 | | | 15,393,205 | 190,675,716 |
| Other investments | | | | | | | | | | | | | | | | | 27,466,602 | | | 27,466,602 |
| Long-term receivables | | | | | 785,552 | 1,774,237 | 125,626 | 2,866,819 | | | 494,856 | | | | | 6,047,190 | | | | 6,047,190 |
| Financial assets | | | | | | 12,000,000 | | | | | | | | | | 12,000,000 | 10,963,653 | | | 22,963,653 |
| Deposits | | | | | | | | | | | 1,458,921 | | | | | 1,458,921 | 9,422,471 | | | 10,881,392 |
| | | | | | | | | | | | | | | | | | | | | |
| **Current liabilities** | | | | | | | | | | | | | | | | | | | | |
| Short-term (sand and current maturities | 1,201,946 | 28,076 | -72,600 | 90,750 | 595,928 | -289,635,974 | 987,891 | -187,039,928 | 1,433,428 | 645,925 | 22,297,026 | -4,289,246 | -206,371,869 | | | -206,371,869 | | -325,342,533 | | -531,718,402 |
| Loan All Year Holdings | | | | | | | | | | | | | 5,305,751 | | | -450,616,808 | | | 450,426,808 | 0 |
| Interest payable | | | | | | -8,237,737 | | | | | -9,629,689 | | | | | -17,867,426 | -6,536,609 | | | -24,404,035 |
| Other payables | -283,542 | -66,361 | -184,969 | -132,677 | -2,060,753 | -48,066,900 | -1,059,123 | -11,804,307 | -3,149 | -635,195 | -6,200,607 | | -1,600,136 | | | -70,101,719 | -1,225,739 | | 48,124,652 | -23,202,796 |
| Short-term Bonds | | | | | | | | | | | | | | | | | -46,277,322 | | | -46,277,322 |
| Derivatives Short term | | | | | | -1,350,000 | | | | | | | | | | -1,350,000 | -24,080,000 | | | -25,430,000 |
| Prepaid rent | | | | | | | | -6,500,000 | | | | | | | | -6,500,000 | | | | -6,500,000 |
| Goldman | | | | | | | | | | | | | | | | | -1,084,968 | | | -1,084,968 |
| | | | | | | | | | | | | | | | | | | | | |
| **Non-current liabilities** | | | | | | | | | | | | | | | | | | | | |
| Loans | -44,094,457 | -14,146,895 | -12,563,071 | -16,401,383 | -82,084,122 | -262,461,944 | -19,151,512 | -37,250,000 | -4,200,000 | -13,225,606 | -213,871,000 | | | | | -729,449,989 | | 325,342,533 | | -404,107,456 |
| Loans - deferred expenses | 1,070,852 | 320,895 | 390,649 | 219,529 | 1,478,964 | 6,792,601 | 338,570 | 1,555,928 | 162,047 | 412,325 | 3,040,382 | | | | | 16,182,742 | | | | 16,182,742 |
| Bonds | | | | | | | | | | | | | 6,691,686 | | | 6,691,686 | -599,768,205 | | | -593,076,519 |
| Preffered Equity | | | | | | | | | | | | | | | | | | | | |
| Options | | | | | | | | | | | | | | | | | | | | |
| Deferred taxes | | | | | | | | | | | | | | | | | | | -241,787 | -241,787 |
| Tenant deposits | -421,029 | -116,256 | -118,140 | -204,918 | -1,057,992 | -2,343,501 | -243,042 | -529,149 | | -235,419 | -1,291,760 | | -2,096,043 | | | -8,661,249 | | | | -8,661,249 |
| | | | | | | | | | | | | | | | | | | | | |
| Equity | -19,426,812 | -5,824,203 | -5,985,352 | -11,617,721 | -46,241,285 | -98,669,057 | -17,051,462 | -77,968,236 | 1,411,620 | -10,029,711 | -187,530,394 | -2,403,327 | -110,347,369 | | 4,598,477 | -594,084,630 | -362,339,999 | 429,665,459 | 241,787 | -526,517,383 |
| | | | | | | | | | | | | | | | | | | | | |
| **Control** | - | - | - | - | - | - | 0 | - | 0 | - | - | - | 0 | - | - | 0 | | - | 0 | |
| | | | | | | | | | | | | | | | | | | | | |
| **P&L** | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| Revenue | -3,463,112 | -917,044 | -952,202 | -1,345,850 | -4,242,417 | -21,793,436 | -1,518,073 | -13,179,916 | -63,091 | -1,626,818 | -8,278,793 | | -15,043,540 | -883,847 | 3,811,202 | -74,898,946 | | | | -74,898,946 |
| other income | | | | | | | | | | | | | | | | | -638,895 | | | -638,895 |
| Operating expenses | | | | | | | | | | | | | | | | | | | | |
| Real estate taxes | 188,450 | 49,399 | 103,068 | 87,043 | 610,079 | 286,609 | 164,607 | 166,043 | 3,013 | 151,397 | 110,780 | | 951,780 | 159,111 | | 3,031,380 | | | | 3,031,380 |
| Utilities, electricity, heating | 205,195 | 44,641 | 102,079 | 38,914 | 220,192 | 586,031 | 142,974 | 28,759 | 7,015 | 32,330 | 306,300 | | 545,227 | 21,839 | | 2,281,795 | | | | 2,281,795 |
| Maintenance | 269,850 | 69,113 | 113,642 | 78,072 | 260,082 | 2,118,316 | 77,670 | 8,389 | 12,943 | 91,570 | 1,207,941 | | 910,300 | 89,383 | | 5,307,292 | | | | 5,307,292 |
| Management fees | 178,200 | 38,610 | 53,440 | 39,600 | 206,930 | 898,920 | 59,400 | 990 | 5,850 | 57,420 | 303,930 | | 570,240 | 43,475 | | 2,457,005 | | | | 2,457,005 |
| Other | 120,503 | 19,706 | 54,997 | 36,854 | 158,836 | 342,541 | 67,413 | 63,148 | 9 | 69,522 | 185,360 | | 450,557 | 45,691 | | 1,615,138 | | | | 1,615,138 |
| | | | | | | | | | | | | | | | | | | | | |
| Net profit | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| G&A | | | | | | | | | | | | | | | | | 2,168,629 | | | 2,168,629 |
| | | | | | | | | | | | | | | | | | | | | |
| EBITDA (NOI) | -2,500,914 | -695,566 | -522,674 | -1,065,367 | -4,788,308 | -17,561,020 | -1,006,001 | -15,312,586 | -86,261 | -1,224,578 | -7,164,482 | | -11,615,435 | -524,348 | 3,811,202 | -60,206,337 | 1,529,734 | - | | -58,676,603 |

|  | Total |
|---|---|
|  | 09.30.2020 |
| Current assets | |
| Cash & cash equivalents | 39,502,857 |
| Derivatives | - |
| Deposits | 8,401,894 |
| Rent receivable | 17,844,544 |
| Other receivable | 10,214,270 |
|  | 8,091,052 |
| Other assets | 309,500,002 |
|  | - |
| Non-current assets | - |
| Invesmtent property | 1,523,450,004 |
| Invesmtent property under construction | 190,675,716 |
| Other investments | 27,466,602 |
| Long-term receivables | 6,047,190 |
| Financial assets | 22,963,653 |
| Deposits | 10,881,392 |
|  | - |
|  | - |
|  | - |
|  | - |
|  | - |
| Current liabilities | - |
| Short-term loand and current maturities | -531,718,402 |
| loan All Year Holdings | 0 |
| Interest payable | -24,404,035 |
| Other payables | -23,202,796 |
| Short-term Bonds | -46,277,322 |
| Derivatives Short term | -25,430,000 |
| Prepaid rent | -6,500,000 |
| Goldman | -1,084,968 |
|  | - |
|  | - |
|  | - |
| Non-current liablilities | - |
| Loans | -404,107,456 |
| Loans - deferred expenses | 16,182,742 |
| Bonds | -593,076,519 |
| Preffered Equity | - |
| Options | - |
| Deferred taxes | -241,787 |
| Tenant deposits | -8,661,249 |
|  | - |
|  | - |
|  | - |
| Equity | -526,517,383 |