# EXHIBIT 2

1                    Y. Silbertstein

2         A    Yes.

3         Q    Sorry.  I misphrased that.

4              Was that "yes" to do you own the

5    entire building?

6         A    I own it jointly with my wife.

7         Q    Okay.  Have you had -- have you done

8    any further borrowing with that property as

9    collateral, like, a refinance or as, like, a

10   cash-out refi?

11        A    When?

12        Q    At any time.

13        A    I refied a couple of years ago.  I

14   don't remember exact, the date.

15        Q    Would that have been around 2021?

16        A    I don't recall exact date.

17        Q    Okay.  As part of that refinance,

18   did you take any cash out of your equity in

19   the building?

20        A    I did take a refinance, yes.

21        Q    How much did you take?

22        A    I had a -- I don't recall the exact

23   amount.  It was a 15-year mortgage, and I

24   change it to a 30-year mortgage.

25        Q    Okay.  Could you give me an estimate



1              Y. Silbertstein

2    of how much cash came out of that refinance?

3        A    A couple of hundred thousand, I

4    guess.

5        Q    So 200,000; thereabouts?  Again, I'm

6    not going to -- you know, just trying to get a

7    sense of it.

8        A    Probably -- I don't remember

9    exactly, but it was probably more.

10       Q    Okay.

11       A    I think I had the same rate.  Was

12   before the rates -- everybody said rates are

13   going up, so I took a 30-year mortgage to lock

14   in a good rate.

15       Q    And you said you think it's probably

16   more than 200,000 that you got out of that

17   cash refi?

18       A    Probably.  I'm not sure exact, the

19   number, but whatever the bank offered.

20       Q    Was it more than half a million?

21       A    I don't recall at this time.

22       Q    Okay.  I do want to revisit your

23   relationship with Mr. Goldman,

24   Mr. Silberstein.

25            When did you first meet Mr. Goldman?



1                      Y. Silbertstein

2        A     I met him in Yeshiva in about 1997.

3        Q     Did you become friends at that time?

4        A     Yes.  Yes.

5        Q     So safe to say you've been friends

6   with Mr. Goldman since 1997, when you met in

7   Yeshiva?

8        A     That's correct.  That is correct.

9        Q     At some point, did you become -- did

10  Mr. Goldman become your -- I'll just say --

11  business partner.  Did you start doing

12  business together?

13       A     That is correct.

14       Q     Before we get into that, can I just

15  ask you to describe, in your own words, what

16  is your -- what business are you in?

17              What do you do for a living?

18       A     In the real estate field.

19       Q     Are you -- would you call yourself a

20  real estate developer?

21       A     I assist the developers.  I wouldn't

22  say that I develop myself.

23       Q     Okay.  Again, in your own words,

24  what does it mean to assist the developer?

25              What is it that you do?



1                   Y. Silbertstein

2        A     I syndicate -- I wheel and deal

3   wherever I can make money.

4        Q     You -- I'm sorry.  You say you

5   "wheel and deal" wherever you can make money?

6        A     Yes.

7        Q     Okay.  You're going to -- I am not a

8   real estate guy, so I -- that doesn't make

9   much sense to me.  Can you help me understand

10  a little bit what that means.

11       A     Like, I syndicated -- I worked with

12  management stuff.  I work with helping with

13  negotiations on deals.

14       Q     When you say "syndicate," what do

15  you mean?

16       A     Like bring in an investor, bring in

17  an equity investor, somebody to put in the

18  money; stuff like that.

19       Q     Do you also -- so to my

20  understanding of what that is, I'd call that a

21  broker.  Is that a fair description of what

22  you do?

23       A     I don't know if you call it broker

24  or syndicator.  It works with, promotes.

25  Depends.  I mean, whatever the meaning is,



1              Y. Silbertstein

2              Returning to Mr. Goldman -- well,

3    now, one last question on that.  Sorry.

4              When did you get into the real

5    estate business?

6         A    Around 2002; that range.

7         Q    So about five years after you met

8    Mr. Goldman.

9         A    That's what it comes out to.

10        Q    Yeah, I think so.  Lawyers don't do

11   a lot of math, but I think '97 and 2002,

12   that's about five years.

13             Was Mr. Goldman, when you met him in

14   '97, involved in real estate at the time?

15        A    We were learning, studying in

16   Yeshiva.

17        Q    Okay.  You were both on your way to

18   entering the industry then, at that time?

19        A    No, we were studying.  We didn't

20   think about real estate or stuff like that

21   then.

22        Q    You said earlier that at some point

23   you became a business partner to Mr. Goldman,

24   right?

25        A    So we were in Yeshiva, and then I



1               Y. Silbertstein

2   got married the same time he got married, in

3   the same Williamsburg location.  So we

4   studied -- we further studied together.  We

5   saw each other in Shul every day.  We were

6   studying together, one on one, so we became --

7   and we kept -- we stayed very close.  And then

8   I started doing some real estate transactions.

9        Q    So you got involved in real estate

10  first?

11       A    I was first.  I was -- started real

12  estate before him, yes.

13       Q    Okay.  And, I'm sorry, you were

14  about to say something else.  Go on.  What

15  were you trying to say?

16       A    No.  I was saying that I was first

17  in the business, and he was still studying all

18  day.

19       Q    Did you bring Mr. Goldman into the

20  real estate business?

21       A    I can't say I bringed him in, no.

22       Q    Okay.  So when did Mr. Goldman enter

23  the real estate business, if you know?

24       A    I don't know the exact time.  I

25  hardly remember my stuff.



1              Y. Silbertstein

2        Q    Understood.

3              Were you -- at the time, was that

4    your -- was that your primary source of income

5    at the time, those deals that you were doing

6    with Mr. Goldman?

7              Again, before, these properties that

8    we're going to talk about later, the Albee

9    property and the North Flats, et cetera.

10       A    I don't recall if that was the only

11   place where I lived on.  Probably not.  I was

12   working, trying to do the -- I didn't do deals

13   just with him.  I was working with other

14   people.

15       Q    Okay.  Understood.  Thank you.

16             But the real estate business was

17   your primary source of income; you're just

18   distinguishing between those deals with

19   Goldman and deals you were doing with others,

20   right?

21       A    Right.

22       Q    So how many deals -- not just with

23   Mr. Goldman, but in total -- would you say you

24   had done before the properties that are

25   listed, the Albee Square and the North Flats



1              Y. Silbertstein

2    and the 28th Street properties?

3         A    Again, how many deals?

4         Q    Right.  How many deals -- How many

5    deals overall?

6         A    I don't recall.  I don't recall the

7    exact number.  It was smaller buildings.  Had,

8    like, say, six -- five, six buildings that I

9    had to -- I don't recall the exact number.

10        Q    Okay.  Do you currently own any

11   property with Mr. Goldman?

12        A    Yes.

13        Q    Which properties do you own?

14        A    One property is the address,

15   148 Skillman.  I'm not sure exactly what's his

16   position because he signed for somebody.  I'm

17   not sure exactly, but officially he's my

18   partner there.

19        Q    Are there any others?

20        A    That's basically it.  And the others

21   is no longer him.

22        Q    Okay.  What's the name of the other

23   property that you're thinking of that is no

24   longer owned by him?

25        A    307 Devoe Street.



1                Y. Silbertstein

2    sure exactly what happened.

3        Q    So when you say it wasn't under your

4    name, title to the -- I take it that you mean

5    title to the property wasn't under your name.

6        A    That is correct.

7        Q    So how was your 50 percent ownership

8    documented?

9        A    I was in agreement with Mr. Goldman,

10   the same as, like, others, the other

11   buildings.

12       Q    Are these agreements typically

13   reduced in writing?

14       A    I don't recall if we had it in

15   writing.  I mean, I asked many times, we

16   should have something in writing.  Maybe we

17   did, but I don't have it in my possession at

18   the moment.

19       Q    Okay.  I just want to make sure I

20   understand your testimony.

21            You're saying you don't remember if

22   it was reduced in writing, but you don't have

23   any written agreements, right?

24       A    At the moment, I don't have anything

25   handy.



 1            Y. Silbertstein

 2       Q    Well, did you used to have something

 3   in your possession, a writing that documented

 4   the deal?

 5       A    Probably should have had.  I

 6   probably asked for it, but I don't recall at

 7   the moment.

 8       Q    Okay.  Do you recall ever having in

 9   your possession a written agreement that

10   documented the 50/50 ownership split on the

11   North 11th property?

12       A    I probably had.  I don't remember

13   exactly when, what, but I should have had

14   during the years that we did these deals.

15       Q    So my -- and I apologize if I'm

16   getting hung up, but my problem -- my issue is

17   you're saying that you probably had it, and

18   then you're saying that you should have had

19   it.

20            And to me, "probably" suggests that

21   you think you do remember having the writing,

22   and "should" suggests that you wish you had

23   had the writing.  So I am interested which is

24   it?  Is it that you never had one and you wish

25   you had or that you did have one?



1                    Y. Silbertstein

2        A    Don't recall.  Don't recall.

3        Q    Okay.

4        A    I don't recall having it, but as far

5   as I know, that I kept on asking for, let's

6   have stuff in writing, I probably should have

7   something.  And maybe I got it, but at the

8   moment I don't have it.

9        Q    You've mentioned a couple times

10  asking for these agreements to be in writing.

11  I take it those requests were issued to

12  Mr. Goldman.

13       A    Yes.

14       Q    Was this an issue that was

15  commonplace among the other properties?

16            In other words, for the Skillman

17  property, Devoe, Prospect, North 8th, is it

18  safe to say that you also cannot remember

19  having written agreements that memorialize

20  that ownership, but that you asked Mr. Goldman

21  for them?

22       A    Yes, I did ask him, and I had

23  operating agreements on some of them.  And

24  actually, by now, it's no longer a concern

25  because it's -- I have it back under my



1                   Y. Silbertstein

2       Q    How about for 307 Devoe?

3       A    Also that range, '13, '14.  Don't

4    recall exact.

5       Q    Only what you can remember.  I

6    understand this is a while ago and there's

7    been a few of them.

8            How about for Prospect?

9       A    Also that time range, those years.

10      Q    2013, 2014?

11      A    I would guess so.

12      Q    And same for North 8th, about 2013,

13   2014?

14      A    That's my guess.

15      Q    Okay.  The other property, though,

16   from a while ago, North 11th, I think you said

17   it was in the past.  The lender took it.

18           Do you remember what year you

19   acquired that property?

20      A    Not to my -- I don't recall.  Also

21   that range, '14, '15.  I don't remember.

22      Q    Okay.  Would you call Mr. Goldman a

23   friend?

24      A    Yes.

25      Q    Would you call him a close friend?



1                    Y. Silbertstein

2        A    Yes.

3        Q    How long have you been neighbors?

4        A    About eight years.

5        Q    Is Mr. Goldman your best friend?

6        A    I don't know what you call "best."

7   We are very close friends for many, many

8   years.

9        Q    Has this lawsuit affected that

10  friendship?

11       A    I wouldn't say so.  The friendship

12  part not, but the -- I mean, we're still

13  close.  I mean, not -- yeah.

14       Q    No, I think I understand what you're

15  saying.

16            There's a professional aspect and a

17  friendship aspect to it, right?

18            Has it affected your professional

19  relationship with Mr. Goldman?  The "it" in

20  that sentence being this lawsuit.

21       A    In some way.

22       Q    In what ways?

23       A    Filed a lawsuit.  The whole

24  situation affected.  I mean, we used to do a

25  lot of business together and dealings which no



1                    Y. Silbertstein

2     said it would?

3          A    Many of the deals that didn't work

4     out the way it should have.

5          Q    Which one of the -- which deals?

6          A    The one you mentioned earlier.  The

7     three deals you mentioned earlier.

8          Q    That would be Albee, right?  Albee

9     is one of those, right?

10         A    Albee Square, North Flats and Long

11    Island City.

12         Q    Is Long Island City the 28th Street

13    address?

14              Well, my New York geography might be

15    off.

16         A    Yes.

17         Q    Okay with you if I -- is it okay

18    with you if I just call it the 28th Street

19    property, or -- will you understand what I

20    mean?

21         A    Yes.

22         Q    So you said those three deals were

23    examples of times when Mr. Goldman said

24    something would pan out and then it didn't pan

25    out that way.  Can you be more specific?  What



1              Y. Silbertstein

2    and it didn't pan out the way he said, right?

3          A    That's right.

4          Q    Okay.

5          A    Meaning it didn't pan out, that I

6    wasn't able to -- the numbers didn't work out,

7    you know.

8          Q    Right.  I mean, you said you didn't

9    make money on those projects.

10         A    I actually didn't make money in the

11   project because I didn't get into the project.

12   I wasn't landing with my interest in the

13   project.

14         Q    Okay.  You weren't involved directly

15   in -- well, I think we'll get to that, but did

16   you say you weren't in the project?

17         A    I didn't end up receiving my

18   interest in this project.

19         Q    Understood.  Thank you.

20         A    Just to clarify, when you asked --

21         Q    Yeah.  And we will dive in more

22   specifically, so I think I understand what you

23   mean.  And there'll be an opportunity to

24   really get into it later.

25              Did you ever loan Mr. Goldman money



1             Y. Silbertstein

2    personally?

3        A    I don't recall.

4        Q    You don't recall any instance in

5    which Mr. Goldman asked you for a personal

6    loan?

7        A    He -- constantly -- I used to call

8    up people for loans.  He constantly asked, but

9    I don't recall on top of my head at the

10   moment.

11       Q    You said Mr. Goldman constantly

12   asked you for money?

13       A    Well, we constantly had dealings.

14   One time we needed money over here, so I tried

15   to facilitate and call lenders to try to help

16   him with a loan.  I mean, during the years, we

17   were -- that was the wheeling and dealing.

18       Q    Okay.  So that helps me understand a

19   little bit.  Thank you.

20            So by "wheeling and dealing," you

21   mean that there would be -- sounds like many

22   instances where Mr. Goldman would call you and

23   say, hey, I need some money, you know, because

24   I'm doing this deal, and can you transfer

25   money in -- you know, in this bank account,



1              Y. Silbertstein

2    for instance?

3         A    I don't recall if I would transfer,

4    if I could call somebody to help them with a

5    loan; stuff like that.

6         Q    Okay.  Were there instances where

7    you transferred your own funds because

8    Mr. Goldman asked you to, again, to help out,

9    to wheel and deal and facilitate these

10   transactions?

11        A    I don't recall at the moment, but

12   there is a possibility --

13        Q    Okay.

14        A    -- that in the years that that

15   happened.

16        Q    If we were to -- I'm not -- you

17   know, I'm not going to do this now, but if we

18   were to go through and ask Mr. Goldman for his

19   bank accounts and his statements, would you

20   expect to see those types of transactions in

21   which he asked you to move funds into some of

22   his businesses?

23        A    That's possible.

24        Q    But would you say it's probable?

25   I'm just trying to get a sense of whether it



1              Y. Silbertstein

2  happened or not.

3       A    That's possible.  I don't recall at

4  the moment specific transactions.  But during

5  the years, we had a close relationship, and I

6  constantly helped him whatever I could, and I

7  tried whatever -- I was trying to be helpful.

8       Q    Did it ever work the other way?

9  Would you make these requests of him and he

10  would move money over?

11      A    Probably.

12      Q    Okay.

13      A    Probably.

14      Q    What about on a -- setting aside the

15  business, the wheeling and dealing part, were

16  there ever any personal loans between you two,

17  in either direction?

18      A    I don't recall.

19      Q    So you don't recall whether you ever

20  personally loaned money to Mr. Goldman?

21      A    No.

22      Q    And you don't recall whether

23  Mr. Goldman ever personally loaned money to

24  you?

25      A    No.



1            Y. Silbertstein

2      Q    But it's possible we might find

3   those things, for example, if we went through

4   those account statements.

5      A    Maybe.  I don't recall.

6      Q    Returning to the wheeling and

7   dealing business end of things, when these

8   transactions would take place, the moving of

9   money around, was that ever documented with

10  promissory notes or other written agreements?

11     A    Most of the time it was just the way

12  we dealt all the time, just by verbal

13  agreements and confirmation between us.

14     Q    You said "most of the time."  Can

15  you remember any instances in which you've

16  departed from that rule and you had written

17  agreements?

18     A    No, but I used to tell him a lot of

19  times, I want to have stuff in writing because

20  nobody knows what tomorrow brings.  And I kept

21  on telling him stuff are not in my name, and I

22  need it written down.

23     Q    How did you keep track of all of

24  this money moving around?  Did you have a

25  ledger?



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          58

1                    Y. Silbertstein

2        A     It was difficult, and it is still

3    difficult, and I still can't figure out.  And

4    I constantly ask for Mr. Goldman, let's

5    straighten things out, and was pushed off.

6        Q     I empathize.  Also hard --

7        A     What?

8        Q     I said, I empathize with you.  I'm

9    finding it difficult to keep track of it as

10   well.  That's why I'm here asking you these

11   questions.

12             So you can't remember any specific

13   instance in which, despite the fact that you

14   may have asked for it to be in writing, it

15   actually was reduced to writing?

16       A     Yeah, we actually had some times

17   that we did stuff written down.

18       Q     What specifically do you recall?

19       A     When we did the -- when we did the

20   agreement to have, like, all three deals

21   together, all four deals together on one

22   agreement.  It was awhile that I waited for

23   it, until we decided we're going to finish it

24   in agreement.  Kept on pushing it, but --

25   until we actually did it.



```
1                    Y. Silbertstein

2         Q    Which four deals?

3         A    The one on Albee Square, North

4    Flats, and 19 Kent.

5         Q    Okay.  I think I know the document

6    you're talking about, which we will talk about

7    in depth today, but what I'm interested,

8    though, in -- because what I understand that

9    document to be is saying, you know, I owe

10   you -- you owe me this money, right?

11             But what I'm interested in and what

12   my question is about is at the time that this

13   money changed hands, was that obligation at

14   the time reduced to writing?

15        A    Again, I don't get the question.  I

16   don't understand.

17        Q    Let me approach it this way.

18             We got here by me asking you if you

19   remembered any specific instance in which you

20   departed from the default rule, which was that

21   these agreements were not reduced in writing.

22   And your response, I believe, was, well, there

23   is a document.  It governed -- dealing with

24   four of those properties, Albee Square, North

25   Flats, 28th and, I think, Kent.
```



1             Y. Silbertstein

2             Do you remember that?

3       A    Yes.

4       Q    Okay.  That document, which -- I

5  know what document you're talking about.

6             That document is not a

7  contemporaneous memorialization of those

8  amounts that were owed.  In other words, it

9  discusses obligations that were owed, for

10  example, back in 2012 or 2013.

11            Do you understand the distinction

12  I'm making?

13      A    Yeah.  It was an agreement on the

14  three big ones.  We had, like, this is project

15  that I supposed to get equity percentage,

16  which I was looking out to, and I want to have

17  it documented because I don't know what

18  tomorrow will bring.

19      Q    Right.  No.  Let me get real

20  specific with it in an effort to just close

21  the loop on this.

22            So that document -- which, again,

23  we'll get to -- says that, for example, you

24  were owed money for introducing Mr. Gluck to

25  Mr. Goldman for some of these property deals,



| | |
|---|---|
| 1 | Y. Silbertstein |
| 2 | right? |
| 3 | A    Not just introducing. |
| 4 | Q    But that's one of the things -- you |
| 5 | know, and we'll get to it, right. |
| 6 | It says, you know, you did this work |
| 7 | in introducing Mr. Gluck, who then put in a |
| 8 | bunch of money to these real estate |
| 9 | development projects, right? |
| 10 | A    Yes. |
| 11 | Q    Okay.  When you made the |
| 12 | introductions between Mr. Gluck and |
| 13 | Mr. Goldman, did you document with Mr. Goldman |
| 14 | or anyone else that you would be owed a fee? |
| 15 | Did you document that in writing? |
| 16 | That's what I'm asking. |
| 17 | A    At that time, we didn't have |
| 18 | documents.  We just agreed it verbally. |
| 19 | Q    Okay.  Thank you.  And I'm sorry for |
| 20 | having taken so long to get there. |
| 21 | But at that time, the default rule |
| 22 | controlled, and you did not memorialize those |
| 23 | agreements in writing? |
| 24 | A    At that time, we all had verbal |
| 25 | agreements. |



1                    Y. Silbertstein

2    together, so maybe I needed money, that I had

3    responsibilities with him, so he calculated --

4    allocated that he laid out for me over there.

5        Q    Okay.  And when you say "he," you

6    mean Mr. Goldman, right?

7        A    Yes.

8        Q    In your mind, was Mr. Goldman and

9    all these other entities -- some of which are

10   called All Year -- were they distinct and

11   separate, or was it all just, kind of,

12   Mr. Goldman?

13       A    All of them was Mr. Goldman.

14       Q    Okay.  So in your mind, you're

15   dealing with Yoel Goldman, and that's it?

16       A    That is correct.

17       Q    Okay.  How about when it worked the

18   other way?  Because I believe you testified,

19   sometimes you, for example, would send money

20   when he asked you.

21            Do you recall specifically where he

22   would ask you to send that money?

23       A    I don't recall.  But for me, all of

24   his entities, everything was one person.

25       Q    No, I understand that.  I'm just --



```
 1              Y. Silbertstein
 2   to be so much work, but it turned out that it
 3   was way more than expected.  And until
 4   recently, it wasn't done.  Something that
 5   took, like, over ten years.
 6        Q    Yeah, I think that's borne out in
 7   the documents.
 8            So, again, just trying to get a
 9   sense of timing, recognizing that you've said
10   you don't quite remember when Mr. Goldman told
11   you that you'd be entitled to those
12   10 percents.
13            What I -- when the policy in the --
14        A    When the --
15        Q    Sorry.  Let me finish.
16            What we'll see in the documents is
17   that you brought in Mr. Gluck around 2012,
18   2013.
19            Does that sound familiar to you
20   about when Mr. Goldman would have made that
21   representation to you about you receiving the
22   10 percent in each?
23        A    That's the one for North Flats?
24        Q    That's for North Flats, 2012 or
25   2013.
```



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          74

```
 1                    Y. Silbertstein

 2        A    Yeah.  That's the first deal we did

 3   together.

 4        Q    Okay.  Okay.  Well, we'll get into

 5   the documents later on Albee and 28th, but I

 6   think it's around that same time frame.  But

 7   we'll just see once we dive in.  Okay.

 8             I would like to briefly discuss

 9   JS Skillman LLC.  Does that entity sound

10   familiar to you?

11        A    Yes.

12        Q    What is that entity?  Did you own

13   it?

14        A    Yes.  My wife --

15        Q    Did you create the LLC?

16        A    Yeah, I think so.

17        Q    Why did you create it?

18        A    Was the property that -- where my

19   house is at.

20        Q    Oh, I'm sorry.  For what purpose was

21   the LLC created?

22        A    To own the property.

23        Q    Got it.

24             So it was created to own the

25   property in which you currently live?
```



1                    Y. Silbertstein

2        A    Yes.

3        Q    So that would be the property,

4    672 Myrtle?

5        A    Yes.

6        Q    Does it still hold title to that

7    property, as far as you know?

8        A    Yes.

9        Q    Yeah?

10            Did it own any other property?

11       A    No.

12       Q    Do you have the deed reflecting

13   JS Skillman LLC's ownership in that property?

14       A    Probably.

15       Q    Okay.

16            MR. SILVESTRI:  Mr. Saponara, if we

17   could just make a note here, mostly for the

18   transcript, that we may want to come back to

19   that in terms of a request.  Again, not

20   looking to discuss it now.

21            MR. SAPONARA:  Okay.  Follow up in

22   writing.

23            MR. SILVESTRI:  I'm sorry.  Go

24   ahead.

25            MR. SAPONARA:  If you could just



1                Y. Silbertstein

2    follow up in writing with any requests made on

3    the record, we'll take them up.

4                MR. SILVESTRI:  We will do so.

5    BY MR. SILVESTRI:

6        Q    Mr. Silberstein, don't sorry about

7    that.  Back to you.

8                Who were the members of JS Skillman

9    LLC?

10       A    Me and my wife.

11       Q    Any other members?

12       A    No.

13       Q    Are you and your wife still the

14   members of JS Skillman LLC?

15       A    That is correct.

16       Q    And I think I already asked this.

17   Apologies if I did.

18               Did JS Skillman LLC own any other

19   properties?

20       A    No, not that I recall.

21       Q    Has it done any other business

22   besides holding deed to 672 Myrtle?

23       A    I don't recall during the years.

24   It's been a long time that this company is in

25   existence.



YOEL SILBERSTEIN                                       February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          77

```
1                    Y. Silbertstein

2        Q    When was it formed?

3        A    I guess 2013.  '12, '13, '14.

4        Q    Sometime between 2012 and 2014?

5        A    Yes, I guess so.

6        Q    Did that entity ever do any

7    borrowing?

8        A    Maybe it did short term.  I'm not

9    sure.  I don't recall.

10       Q    Did it borrow to purchase the

11   property at 672 Myrtle?

12       A    I don't recall.

13       Q    That's the entity that signed the

14   promissory note at issue in this case, yes?

15       A    Yes.

16       Q    So that is the entity that borrowed

17   $3,325,000 from All Year Limited?

18       A    That's how we structured it at that

19   time.

20       Q    Okay.

21       A    But in reality, it was discussed at

22   that time that this loan is a technical

23   because it's basically my money that's owed to

24   me.

25       Q    No, I -- and, again, we'll get
```



 1                  Y. Silbertstein

 2   there.  I just want to go over JS Skillman LLC

 3   so I understand.

 4        A    Yeah, but you referred to the

 5   loan -- but you referred to the loan that the

 6   entity borrowed.  So I just wanted to clarify

 7   that this loan is a technical loan, but in

 8   reality, it was my money that was borrowed

 9   from me.

10        Q    What do you mean by "technical

11   loan"?

12        A    Meaning for however Mr. Goldman said

13   then that he wants to structure it, because I

14   told him at that time I need -- we got to get

15   moving.  Things take longer than it should.

16   So I said, I need some of my money.  I need

17   some money from you, that he owed me.  So he

18   said, I can do it as a loan, and then when you

19   get the shares, then we'll turn it back.

20        Q    Okay.  And this is jumping ahead a

21   little bit, but I, kind of, have to ask, if

22   you were owed money by All Year at that time,

23   why structure it as a loan?  Why sign a

24   document saying you're going to pay it back?

25        A    Because that's the way Mr. Goldman



1            Y. Silbertstein

2    structured it, for whatever reasons.  I'm not

3    sure.

4        Q    Okay.

5        A    So I told him at that time, I don't

6    want to have it as a loan.  He said that's the

7    only way he can give it to me now because he's

8    still going to get me my shares.  At that

9    time, he kept on saying he's going to work out

10   that I should get the shares that I am owed.

11       Q    Okay.  And -- sorry.  One moment.

12            Did you transfer any money in

13   exchange -- or did -- money was exchanged,

14   right, to you?

15            Money was sent to you in exchange

16   for that promissory note, right?

17       A    I don't recall how the money was

18   divided at that time.

19       Q    But you did receive the money as

20   memorialized in that note?

21       A    At the moment, I don't recall.

22       Q    Okay.  But if there were, for

23   example, account statements and records,

24   either in Mr. Goldman's possession or

25   All Year's possession, that showed you



1                    Y. Silbertstein

2          A    Answer?   Yes.

3          Q    Yes.

4               Is this the answer that we were just

5    talking about, that your attorneys filed?

6          A    Yes.

7          Q    Okay.   This doesn't recite the

8    allegation, so we're going to have to jump

9    back and forth between Exhibit 2 and

10   Exhibit 3, so bear with me here.

11              But I'm going to start at paragraph

12   12 of our complaint, which alleges that, "On

13   March 21, 2018, Mr. Silberstein executed a

14   promissory note in the principal amount of

15   $3.35 million in favor of Debtor."

16              Do you see that?

17         A    Yes.

18         Q    And if we scroll down to paragraph

19   12 of your answer, which corresponds to

20   paragraph 12 of the complaint, it says,

21   "Defendant denies the allegations contained in

22   paragraph 12."

23              Do you see that?

24         A    Yes.

25         Q    So do you deny that you executed the



1              Y. Silbertstein

2    promissory note attached to the complaint?

3        A    No, I didn't deny that part, that I

4    executed it.

5        Q    Okay.  So we agree you executed the

6    promissory note, right?

7        A    That's what it looks like.

8        Q    Okay.  And the promissory note, just

9    so we're clear, it's Exhibit A to the

10   Complaint.

11           Is that your signature down at the

12   bottom, both individually and as manager for

13   JS Skillman NY LLC?

14       A    Looks like it.

15       Q    Okay.  Going back to paragraph 12 --

16   or paragraph 13, which alleges that, "On or

17   about March 21, 2018, and pursuant to the

18   Note, the Debtor distributed $3.35 million to

19   Mr. Silberstein or an entity he controlled."

20           And jumping to your answer,

21   Exhibit 3, it says, "Defendant denies those

22   allegations."

23           We were covering this a little bit,

24   but do you deny that you received the proceeds

25   from the loan on or about March 21, 2018?



1                    Y. Silbertstein

2        A    I'm not sure that I received it.  I

3    don't recall where -- if any money went to me

4    directly, or if it was --

5        Q    Okay.

6        A    -- that I was about.  I'm not sure.

7        Q    Okay.  I want to get very specific

8    here, and I know that when -- you already told

9    me, when we're talking about JS Skillman LLC,

10   you view that as yourself, and you, sort of,

11   view Mr. Goldman as just the person you're

12   dealing with.  I get all that.

13           But specifically for these loan

14   proceeds, when you say, "I don't recall ever

15   receiving anything," do you mean -- just so

16   I'm clear on your testimony -- that you don't

17   recall either yourself or JS Skillman LLC

18   receiving that money on March 21st --

19       A    That is correct.

20       Q    I'm sorry?

21       A    That's correct.

22       Q    Okay.  So are you saying that you

23   affirmatively know that you did not receive

24   that money, or are you saying you just don't

25   remember?



1                    Y. Silbertstein

2        A    I don't remember such a thing.

3        Q    Okay.  Coming back to the complaint,

4    it alleges that the note matured on March 30,

5    2019.  Looking at your answer, you deny that

6    allegation.

7             Do you deny that the note matured by

8    its terms a year later?

9        A    In my opinion, the note, it never

10   started.  It's a technical thing, in my

11   opinion.  That's how I see it, and that's how

12   it's my facts and --

13       Q    I understand.

14       A    It's a technical thing.

15       Q    Sorry.  Go ahead.

16       A    It's a technical thing.  This is my

17   money that I was owed by Mr. Goldman and his

18   companies.  And however it was allocated and

19   structured, how he gave it to me -- in my

20   opinion, it's all technical.  It never

21   started.  It never ended.

22       Q    Okay.  I get your point of view on

23   it.  I'm going to continue to ask these

24   questions related to what was said in the

25   complaint and what you denied, but I



```
 1                    Y. Silbertstein

 2       Q    Okay.  But we can agree that the

 3   note says -- again, just looking at the note

 4   and taking as read your objection, that this

 5   was never -- this was only a technical loan,

 6   the note itself attached to the complaint says

 7   it matures on March 30, 2019, right?

 8       A    That is correct.

 9       Q    Okay.  Looking at paragraph 15, it

10   says that, "On March 30, 2022, Debtor, through

11   its attorneys, issued a written demand to

12   Mr. Silberstein."

13            Did I read that correctly?  Can you

14   see that in paragraph 15?

15       A    Yes.  Yes.

16       Q    Okay.

17       A    Yes.

18       Q    I'm going to go down to Exhibit B,

19   which is the demand letter.

20            Does this document look familiar to

21   you?

22       A    Yes.

23       Q    Did you receive this document?

24       A    Yes, I did.

25       Q    And that address, 672 Myrtle Avenue,
```



YOEL SILBERSTEIN                                         February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                99

```
 1                  Y. Silbertstein
 2    that's your home address we've been talking
 3    about today?
 4         A    That is correct.
 5         Q    Okay.  What is 199 Lee Avenue?
 6         A    That's a mailing address that --
 7    used to use it years ago.  I sometimes go pop
 8    in --
 9         Q    Did Mr. -- I'm sorry to cut you off.
10    Go ahead.
11         A    What?
12         Q    I'm sorry.  I cut you off.  Go
13    ahead.  What were you saying?
14         A    I sometimes pop in to pick up mail
15    over there.  It's like old mailing address.
16         Q    Does Mr. Goldman also make use of
17    that address?
18         A    Not this particular one, but 199
19    Lee Avenue is a location where you rent, like,
20    mailboxes.
21         Q    Okay.
22         A    It has, like, thousands of those.
23         Q    Okay.  No one lives there?
24         A    No.  It's a -- it's like a retail
25    location where they have these mailboxes.
```



1              Y. Silbertstein

2        Q    You said you remember receiving this

3    letter.

4        A    Yes.

5        Q    Did you respond to this demand

6    letter?

7        A    My respond was I took it to

8    Mr. Goldman and I asked him, what's going on

9    here?  Didn't you tell me that this is taken

10   care of?  Why am I receiving letters?

11       Q    What did Mr. Goldman say to you?

12       A    And he said that --

13       Q    I'm sorry.  I cut you off again.  Go

14   ahead.

15       A    What was the question?

16       Q    What did Mr. Goldman say back to you

17   when you took this letter to him?

18       A    Mr. Goldman said, don't worry.  I

19   already told -- I already told them that this

20   is not a legitimate and existing loan.  I'm

21   going to take care of it.  Don't worry.

22   That's what he told me.

23            And I told him, what do you mean,

24   "don't worry"?  Why am I getting these

25   letters?  This is not normal.  This is not



1              Y. Silbertstein

2              I think we've already gone through

3     this in your other answers, but I want to

4     drill down to exactly how this note came to

5     be.

6              If I've understood your testimony

7     correctly, you signed this note because you

8     felt you were already owed money from

9     Mr. Goldman, right?

10        A    That is correct.

11        Q    And if I understand your testimony

12    correctly, your testimony is that Mr. Goldman

13    told you the only way he could get you that

14    money, the way he had to structure it, was in

15    a promissory note.

16        A    As a way in a note, and then he's

17    going to give me the shares on the projects

18    that I supposed to get my shares.  Then I will

19    give the money back that I'm receiving on

20    this.

21        Q    Okay.  So you were going to repay

22    the note, but once you got your 10 percent in

23    the Albee, North Flats and 28th Street

24    properties; is that right?

25        A    That is correct.



```
1                    Y. Silbertstein

2    earlier?

3         A    No, not that I can think of.  The

4    3.350, I don't ...

5         Q    Sorry.  Were you thinking and just

6    waiting, or is your response over?

7         A    No, I don't recall why this 3 --

8    what the number is, 3.350, why it was that

9    number.  I don't recall.

10        Q    Okay.  If this was -- again, just

11   trying to get your perspective on this,

12   Mr. Silberstein.

13             If these were amounts that you were

14   owed, why are you agreeing to pay 16 percent

15   interest on the amounts that you claim you're

16   owed already?

17        A    That's what I'm trying to tell you.

18   Goldman told me that in order he should

19   release me something, it has to be in a way of

20   a loan until we straighten things out with my

21   percentage.  So that's why I'm trying to say I

22   was borrowed money that I was owed, that was

23   my money.  It was a technical process, in my

24   view.

25        Q    So you basically -- you trusted
```



1                  Y. Silbertstein

2  finished.  Like, he said that it should be

3  finished earlier, but he wanted to have the

4  longer window.

5       Q    Okay.  Do you remember any other

6  times that Mr. Goldman expressed a

7  disagreement about the terms?

8       A    No.

9       Q    Are you in possession of the

10  original handwritten copy of this document?

11       A    I don't think so.

12       Q    Who is?

13       A    I'm not sure.  Maybe Mr. Goldman.

14       Q    Okay.  So you only ever had a

15  photocopy of this document?

16       A    I think so, a photocopy.  I'm not

17  sure if I had the original at that time.  I'm

18  not sure.

19       Q    Okay.  If you did have the original,

20  do you know where it went?

21       A    No.  Maybe it's sitting somewhere

22  in -- by me.  I don't know.

23       Q    Okay.  So between the time this was

24  executed, November 23, 2015, and the time that

25  a copy of it arrived in my office, is it --



1                    Y. Silbertstein

2    translation?

3         A    That's correct.

4         Q    Okay.  November 14, 2023, that's

5    after the lawsuit was filed, right?

6         A    That's correct.

7         Q    Where did you get this translation?

8         A    Mr. Goldman send it to me.

9         Q    When did he send it to you?

10        A    When -- right after it was

11   translated.  I asked him if he knows a

12   translator that -- he said he's dealing with a

13   translator and he will send it over.

14        Q    Okay.  So you asked him for an

15   English translation of this document.

16        A    That is correct.

17        Q    Oh.  And did you ask him for an

18   English translation of this document so that

19   you could produce it as part of this lawsuit?

20        A    My attorney asked me for any

21   documents that I have, and I said that I only

22   have in Hebrew.  So I told him that I can ask

23   about translating it, and that's what I did.

24        Q    Okay.  Did Mr. Goldman pay for

25   these, the services from Yiddish Language



1                  Y. Silbertstein

2        Q    No.  My only question is -- again,

3    just trying to figure out why it is, your

4    position is that this lawsuit should be

5    governed by this agreement; that's all.

6        A    Because that what was agreed, that

7    if anything I'm not getting or we don't

8    understand each other and I'm not getting what

9    I'm supposed to get.  And if we can't

10   understand between each -- between us, we

11   don't come to an agreement or to understanding

12   between us, it has to go to that route.

13       Q    Do you envision Mr. Goldman being

14   part of that process?

15       A    I guess so.  It's both parties.  All

16   the parties should be part of that process.

17            MR. SILVESTRI:  Let's see.  That

18   one -- I'm going to put into the chat what

19   I'll mark as Exhibit 5.

20            (Silberstein Exhibit 5 marked for

21   identification and attached to the

22   transcript.)

23   BY MR. SILVESTRI:

24       Q    Can you see that okay,

25   Mr. Silberstein?



1                    Y. Silbertstein

2        A    Yes.

3        Q    Okay.  I'm going to -- we're going

4   to walk through a similar process here.

5             Do these photographs of this

6   document look familiar to you?

7        A    Yes.

8        Q    Okay.  What is that a picture of?

9        A    That's an agreement.  That was the

10  settlement agreement, the way I call it.

11       Q    Okay.  And were you in possession of

12  this document?  In other words, did you

13  provide this photograph?

14       A    I provided the photograph.

15       Q    So you are in possession of this

16  original?

17       A    No.

18       Q    Okay.

19       A    I just had the photograph, which I

20  provided to my attorney, and he asked me the

21  same, do you have --

22       Q    I'm sorry.  Please don't go into

23  anything you talked about with your attorney.

24  I don't want to open that can of worms.  But I

25  appreciate your answer.  I appreciate what



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           165

1                    Y. Silbertstein

2      you're saying.  I should have asked a

3      different question.

4                    Did you take this photograph?

5          A    No.

6          Q    Okay.  But you were in possession of

7      this --

8          A    Honestly, I don't think so.  If I

9      took it or received it at that time like that,

10     I'm not sure.  I don't recall if I was the one

11     taking it.  I'm not sure.

12         Q    Okay.  And I think we've already

13     covered -- you didn't provide this document,

14     this photograph, to Yiddish Language Services,

15     LLC, right?

16         A    No, I didn't.

17         Q    And we think that was Mr. Goldman

18     who did so because you asked him for copies.

19         A    Probably, yes.

20         Q    Okay.  And you received this

21     translation along with the photograph which

22     you then produced in this lawsuit?

23         A    Yes.

24         Q    Okay.  The date of this agreement is

25     October 1, 2020, right?



1                  Y. Silbertstein

2        A    Yes.  Yes.

3        Q    Okay.  And it's signed.  We'll go

4    down here.

5             Again, same question:  Is that your

6    signature on the left?

7        A    Yes.

8        Q    Is that Mr. Goldman's signature on

9    the right?

10       A    Yes.

11       Q    Okay.  Do me a favor and read the

12   English translation of paragraph A, and let me

13   know when you're done.

14       A    (Witness reviewing document.)

15       Q    That's after the document we just

16   read, right?  The last document was in 2015,

17   correct?

18       A    Yes.

19       Q    And this document is in 2020 -- was

20   signed in 2020, correct?

21       A    Right.

22       Q    And in between there, you had signed

23   the promissory note that makes the -- that

24   forms the basis of this lawsuit in 2018,

25   correct?



1              Y. Silbertstein

2        A    Yes.

3        Q    Okay.  So how did this document come

4   into being?

5        A    Again.  What's the question?

6        Q    Well, let me ask a different

7   question.

8             Recall how we walked through how the

9   2015 document came to exist.  You reached out

10  to a Rabbi and Mr. Goldman.  You sat down.

11       A    So --

12       Q    Go ahead.

13       A    Okay.  So during the weeks/months

14  prior to finalizing this, I had many

15  conversations with Mr. Goldman, asking, let's

16  finish this.  I need money.  Everything -- it

17  was during COVID, and it was like -- I don't

18  recall exactly dates and the incidents, but it

19  was rough times.  And I got kind of nervous

20  and worried, and I asked Mr. Goldman, I want

21  to resolve matters between us and get my

22  10 percent over and finish things, not leave

23  things the way it was.

24             So we argued, and he said, values

25  dropped, you have to understand.  You have to



YOEL SILBERSTEIN                                         February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              168

```
 1              Y. Silbertstein
 2   wait.  It takes time.  Now is not the time.
 3   And I kind of felt I'm getting very
 4   uncomfortable in the situation.  So we had
 5   quite a few uncomfortable conversations and
 6   uncomfortable positions between us because I
 7   felt it's wrong.
 8              So then it was during that time we
 9   decided we -- he started saying that the
10   values have dropped and you don't want even
11   the 10 percent because it's not valuable.  So
12   far, I can't give it to you yet on your name.
13   You have to wait longer.  I'm working things
14   out.  Then I will be able to give it to you,
15   but so far, I can't.
16              So I said, I don't want to wait
17   anymore.  We have to finish it one way or the
18   other, and I need the rest of my money.  So we
19   started negotiating.  He was coming in lower
20   just for this.  And then I said, no.  I even
21   didn't want to accept this deal.  But I saw
22   that either this or it's going to drag
23   forever, and I don't know what's going to
24   happen, so we finalized on the deal.  And I
25   was expecting that he will give me the rest of
```



1              Y. Silbertstein

2    the money anytime near that.  He said up to a

3    year, but probably he will have it for me

4    sooner.  But at that time until today, I still

5    didn't get.

6         Q    Okay.  Thank you for that.  Let's

7    back up all the way to the first part of your

8    response, when you said you approached

9    Mr. Goldman about getting your money or your

10   10 percent.

11            At that time, were you still

12   interested in the 10 percent equity interests?

13        A    I wanted to have something.  I was

14   interested to have something.

15        Q    Okay.  And you said there were a few

16   uncomfortable conversations with Mr. Goldman?

17        A    Yes.

18        Q    During those conversations, did he

19   bring up the fact that you had signed that

20   promissory note, which had matured by then?

21        A    I don't recall discussing the

22   promissory note.

23        Q    Okay.  So you don't recall one way

24   or the other whether Mr. Goldman raised the

25   promissory note?



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           170

1                    Y. Silbertstein

2          A    I don't recall.

3          Q    In your mind at the time, what --

4    did you owe Mr. Goldman $3.35 million plus

5    interest under that promissory note?  Was that

6    present in your mind?

7          A    In my mind, it was basically my

8    money that he gave me in a loaned way, but it

9    wasn't -- in my mind, it was never actual

10   loan.  When we settled it, he bolded out that,

11   look, you have officially a loan from me.  I

12   said, the loan is my money.

13         Q    Yeah.  Let's just jump -- I'll

14   rewind it here, but let's just jump ahead to

15   paragraph B.  And it says, "Whereas

16   Party B" -- that's you -- "received a loan

17   from Party A," Goldman, "granted to the

18   company, JS Skillman, owned by Party B."

19              That's discussing the note, right?

20         A    Yes.

21         Q    "And the amount due as of today,"

22   October 1, 2020, "is greater than $4 million."

23              Did I read that correctly?

24         A    According to his numbers, yes.

25         Q    Well, you signed this document,



1               Y. Silbertstein

2    read it.

3        Q    Sure.  Is that better?

4        A    Yeah.

5        Q    Okay.

6        A    (Witness reviewing document.)

7             Okay.

8        Q    You read both of these e-mails?  The

9    one from -- well, I guess they're both on

10   May 20th.  Did you read both of these e-mails?

11       A    Well, the bottom part, I didn't

12   read.

13       Q    Okay.

14       A    Can you zoom it in, please.

15       Q    Yes.

16       A    (Witness reviewing document.)

17            I see the concept.

18       Q    Okay.  My first question to you is

19   about what's going on in this e-mail chain.

20            Do you recall these events around

21   May 20, 2012?

22       A    I don't recall exactly what it was,

23   no.  I recall was constantly -- with Toby,

24   anything, it didn't go the way she wanted, was

25   like a whole -- I don't recall the exact



1                    Y. Silbertstein

2     situation, why I was over there.

3          Q    Does "163 North 6th Street" in the

4     subject line of these e-mails refer to the

5     North Flats development?

6          A    That is correct.

7          Q    Okay.  What was Toby Moskovits' role

8     in the North Flats development?

9          A    She was together with Goldman at

10    that time, together with Michael Lichtenstein.

11         Q    And what do you mean by that?

12         A    They were like partners.

13         Q    Okay.  And was Toby Moskovits at

14    Heritage Equity?

15         A    That was the name, I guess.

16         Q    One thing I'm going to try to nail

17    down -- and we have been trying to get to the

18    date when you claim you came to a deal with

19    Goldman about the 10 percent.

20              And I -- just to orient us, I

21    believe you said that that agreement with

22    relation to Albee came about at the beginning

23    of that project, but that with regard to Long

24    Island City and North Flats, it came about

25    later, right?



1              Y. Silbertstein

2    me, I'm uncomfortable; make sure this, make

3    sure that.  And I was trying to help him out.

4         Q    Okay.  What was your role in the

5    North Flats development project at this time,

6    May 20, 2012?

7         A    At that time, I was supposed to

8    receive a certain amount, which I don't recall

9    at this time, and we haven't agreed at that

10   time of the number of percentage that I should

11   get, but we discussed that it should be open.

12   Let's see how things are going to end here.

13        Q    Okay.

14        A    How good did it work out?  Because

15   was, like, an existing building that was to be

16   renovated, a complete new-structure building

17   that was to come up.  Was a lot of

18   complications in this deal that was thought

19   that will be easier.

20        Q    Okay.  But those hadn't

21   materialized, as far as you remember, by this

22   time.

23        A    Right.

24             MR. SILVESTRI:  This will be

25   Exhibit 7.



1                    Y. Silbertstein

2    through that, that document obviously

3    discusses obligations that it says were a

4    "prior agreement."  I think that's the quote

5    from it, "the prior agreement."  And I'm

6    trying to back into when that prior agreement

7    came about, but if --

8         A    I don't recall exactly because I

9    don't have that.

10        Q    Okay.  Do you recall Mr. Goldman

11   working out of a company called All Year

12   Management at the time?

13        A    Yes.

14        Q    Okay.  And what did you know about

15   All Year Management at the time?

16        A    Just a company.

17        Q    It was Goldman's company, right?

18        A    Yes.

19        Q    From your perspective, was there any

20   difference between Mr. Goldman and All Year

21   Management?

22        A    No.

23        Q    Okay.  So you were just dealing with

24   Mr. Goldman, right?

25        A    Yes.

