# EXHIBIT 3

**Friday, August 16, 2024 at 10:35:04 Central Daylight Time**

| | |
|---|---|
| **Subject:** | RE: JS Skillman Account |
| **Date:** | Friday, April 5, 2024 at 12:43:00 PM Central Daylight Time |
| **From:** | David Saponara |
| **To:** | Eric S. Silvestri |
| **Attachments:** | external.png |



Eric:

My client confirmed that the Chase account ending 1528 was the JS Skillman account.

We do not consent to the proposed amendment and plan to oppose the motion.

**David N. Saponara**
Kudman Trachten Aloe Posner LLP
dsaponara@kudmanlaw.com
Direct  (212) 868-1887
Mobile (914) 220-2885

**From:** Eric S. Silvestri <silvest@chapman.com>
**Sent:** Friday, April 5, 2024 12:00 PM
**To:** David Saponara <dsaponara@kudmanlaw.com>
**Subject:** Re: JS Skillman Account

David,

Following up on the below.  Again, looking to avoid a subpoena if we can.

I'm also writing to let you know we intend to file a motion to amend our complaint today or tomorrow. My client is still reviewing the draft so I don't have a redline to show you that will reveal our additions but I can tell you that generally we'll be adding various fraudulent transfer claims related to the October 1, 2020 document and the Release.  We'll also likely be making an alternative claim related to the Note being a fraudulent transfer in the event the other agreements are deemed valid.

I would understand of course if you can't consent to amendment based only on that, but if the above is sufficient for your client to determine whether he would consent to an amendment please let me know and I'll so indicate in the motion.

Eric

Eric S. Silvestri | Partner
*he/him/his*
**Chapman and Cutler LLP**
320 South Canal Street | Chicago, IL 60606
D 312.845.3915
F 312.516.3215

silvest@chapman.com
* Admitted in Illinois only

**From:** Eric S. Silvestri <silvest@chapman.com>
**Date:** Wednesday, April 3, 2024 at 12:08 PM
**To:** David Saponara <dsaponara@kudmanlaw.com>
**Subject:** JS Skillman Account

David,

Thanks for the call today.  Please let me know if you can confirm that the bank account at Chase ending in -1528 was the account for JS Skillman.

Eric

Eric S. Silvestri | Partner
*he/him/his*
**Chapman and Cutler LLP**
320 South Canal Street | Chicago, IL 60606
D 312.845.3915
F 312.516.3215
silvest@chapman.com
* Admitted in Illinois only

Charlotte | Chicago | New York | Salt Lake City | San Francisco | Washington, DC | chapman.com

Please consider the environment before printing this email.

Chapman and Cutler LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The information contained in this email transmission is confidential information which may contain information that is legally privileged and exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, please delete it from your system without copying it and notify the sender by reply email, so that our records can be corrected. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com