# EXHIBIT 8

# RELEASE OF OBLIGATIONS

I. **THE PARTIES**. This Release of Obligations ("Release") made on 10/02/2020, releases the liabilities and obligations of:

<u>Borrower</u>: JS Skillman NY LLC with a mailing address of 672 Myrtle Ave Brooklyn NY 11205 ("Borrower") and:

<u>Lender</u>: All Year Holdings Limited with a mailing address of 199 Lee Ave Ste 693 Brookly NY 11211 ("Lender") and is acting as the releasor.

II. **THE RELEASE**. The Lender agrees to discharge the Borrower from any claims, liabilities, and obligations under the loan made on 03/21/2018 in the amount of $3,350,000.00.

The Lender agrees to Release all parties connected to the original loan agreement including, if any, co-borrowers, co-signers, and guarantors.

**IN WITNESS WHEREOF**, the Lender has executed this Agreement as of the day and year first above written.

**Signature**: _[signature]_   Date: 10/2/20
BY: _____

ZELIG WEISS
Notary Public, State of New York
No. 01-WE6361557
Qualified in Kings County
Commission Expires 07/10/2021

_[notary signature]_   10-2-2020

YS000020