**KTAP**    **KUDMAN • TRACHTEN • ALOE • POSNER** LLP

———— Attorneys at Law ————

David N. Saponara • Direct (212) 868-1887 • dsaponara@kudmanlaw.com

September 9, 2024

Chief Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, New York 10004

       Re:    *AYH Wind Down LLC v. Silberstein*
               <u>Adv. Pro. No. 23-01180-mg</u>

Dear Chief Judge Glenn:

      We represent defendant Yoel Silberstein in the above-referenced adversary proceeding. We write today to request a brief extension and modification of the briefing schedule for plaintiff AYH Wind Down LLC's motion for partial summary judgment [Docket Nos. 36–39]. In particular, defendant requests a fourteen-day extension of the deadline to submit his opposition papers—i.e., from September 16, 2024, to September 30, 2024. We have conferred with plaintiff's counsel, who has advised that plaintiff consents to defendant's request and proposes submitting its reply papers by October 14, 2024.

      If this proposed modified briefing schedule is acceptable to the Court, the parties would be prepared for a hearing on the motion sometime in November (subject to the Court's availability).

      We appreciate the Court's attention to this matter.

                                                                Respectfully submitted,

                                                                David N. Saponara

cc:      Plaintiff's Counsel