**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ALL YEAR HOLDINGS LIMITED,<br><br>                                 Debtor. | Chapter 11<br><br>Case No. 21-12051-mg |
| AYH WIND DOWN LLC, through Ofer Tzur and Amir Flamer, solely in their joint Capacity as Claims Administrator,<br><br>                                 Plaintiff,<br><br>                     -against-<br><br>YOEL SILBERSTEIN,<br><br>                                 Defendant. | Adv. Pro. No. 23-01180-mg<br><br>**DECLARATION OF YOEL SILBERSTEIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to 28 U.S.C. § 1746, Yoel Silberstein hereby declares as follows:

1. I am the defendant in the above-referenced adversary proceeding. I respectfully submit this declaration in opposition to plaintiff AYH Wind Down LLC ("Plaintiff") motion for partial summary judgment.

2. I personally did not receive payment of $3,350,000 from the Debtor (or any of its affiliates and/or subsidiaries) or Yoel Goldman ("Goldman") on or around March 21, 2018, the date of the promissory note (the "Note") that Plaintiff is seeking to enforce against me in this adversary proceeding.

3. I have searched all my relevant personal banking records, and there are no records showing that I received a check, wire transfer, ACH transfer, deposit, or any other form of payment from any party reflecting the funding of the Note.

4. I also did not receive payment of $3,350,000 from the Debtor (or any of its affiliates and/or subsidiaries) or Goldman on or around March 21, 2018, through JS Skillman NY LLC, a

Pg 2 of 5

limited liability company of which I am a member that owns the building at 672 Myrtle Avenue in Brooklyn, where I live with my family.

5. The building at 672 Myrtle Avenue is an eight-unit residential building. JS Skillman NY LLC acquired the land in October 2013 and completed development of the building in 2015. Aside from the unit where I live, the remaining units in the building are leased out to tenants.

6. From the time when JS Skillman NY LLC completed construction in 2015 until early 2021, the building at 672 Myrtle Avenue was managed by All Year Management, the former property management arm of the Debtor that was owned by Goldman and Israel David Friedman.

7. All Year Management existed prior to the Debtor's formation in 2014 and was responsible for managing all (or nearly all) the properties that Goldman owned. All Year Management continued to manage those properties after the Debtor was formed and Goldman transferred his interests in the properties to the Debtor and its affiliates and/or subsidiaries.

8. Management of 672 Myrtle Avene was transitioned from All Year Management to Smart Management in or around March 2021—the same as the Debtor's properties were, according to the Debtor's filings during the chapter 11 case. Mr. Friedman, who was a principal and co-owner of All Year Management, is the Chief Executive Officer of Smart Management.

9. In 2015, as part of All Year Management's management of the building at 672 Myrtle Avenue, I was required to open a bank account for JS Skillman NY LLC at Chase Bank, which was assigned an account number ending in 1528. My understanding at the time was that it was necessary to for JS Skillman NY LLC to open a bank account that was associated with All Year Management's accounts at Chase Bank to enable All Year Management to deposit rent collections and pay expenses such as utilities and landscaping services, all of which were included as part of the management services that All Year Management provided to JS Skillman NY LLC.

2

10. Mr. Friedman, as a principal of All Year Management and the individual who oversaw management of the building at 672 Myrtle Avene, had signing authority on the JS Skillman NY LLC account from the time it was first opened. My understanding is that other staff and personnel at All Year Management had access to the Chase Bank accounts under its control through the online banking system.

11. All Year Management, and Smart Management after it took over management of the properties, regularly maintained account ledgers in a system called Rent Manger to track the income and expenses that went through JS Skillman NY LLC's account ending in 1528.

12. A true and correct copy of the Bank Register for March 2018, which I received from Smart Management as the successor to All Year Management, is attached as Exhibit A.[1]

13. A true and correct copy of the March 2018 bank statement for the JS Skillman NY LLC account at Chase Bank ending in 1528 is attached as Exhibit B.[2]

14. The March 2018 bank statement does not reflect JS Skillman NY LLC's receipt of $3,350,000 on March 21, 2018, or on any other date during that month. However, there are several entries reflected on the bank statement showing transfers in and out on the same day, all of which are in identically matching amounts and are between Chase Bank accounts ending in 8275 and 1001. Those transfers are as follows:

| Date | Transfer In | Transfer Out |
|---|---|---|
| 3/5/2018 | $800,000 from 8275 | $800,000 to 1001 |
| 3/6/2018 | $1,400,000 from 8275 | $1,400,000 to 1001 |
| 3/6/2018 | $100,000 from 8275 | $100,000 to 1001 |
| 3/21/2018 | $4,500,000 from 8275 | $4,500,000 to 1001 |
| 3/21/2018 | $450,000 from 8275 | $450,000 to 8275 |
| 3/29/2018 | $4,516,000 from 1001 | $4,516,000 to 8275 |

---

[1] This document was produced to Plaintiff with bates number YS002863.

[2] This document was produced to Plaintiff with bates numbers YS002859–YS002862.

3

15. None of these matching transfers in or out of the account ending in 1528 were reflected in the Bank Register that All Year Management maintained for JS Skillman NY LLC's account.

16. The reason these transfers show as "Online Transfer from Chk" and "Online Transfer to Chk" as opposed to deposits, wire transfers, or external ACH transfers is that the JS Skillman NY LLC account ending in 1528 was associated with All Year Management's other controlled accounts at Chase Bank, including the accounts ending in 8275 and 1001 as well as other account in the name of the Debtor and its affiliates and/or subsidiaries.

17. I was not involved in authorizing or executing any of the transfers between the Chase bank accounts ending in 8275 and 1001. I did not even know about the transfers at the time.

18. JS Skillman NY LLC's account ending in 1528 was closed by Chase Bank in March 2023. I do not recall using online banking for the account while it was open (the account was managed by All Year Management personnel), and I did not receive paper copies of the bank statements as they were issued each month because they were sent to 277 Classon Avenue in Brooklyn, which was the building where All Year Management's office was located. I had to physically appear in a Chase Bank branch to request a copy of the March 2018 statement, which I was prompted to do after Plaintiff filed its motion for summary judgment falsely asserting that the Debtor transferred $3,350,000 to me via JS Skillman NY LLC on March 21, 2018, purportedly representing the proceeds of the Note, which I never received.

19. Neither I nor any entity of which I am a member is an owner, authorized signatory, or other beneficiary of any bank account at Chase Bank ending in 8275 or 1001. Additionally, I never personally or through any entity received any of the proceeds of the transfers between the

4

Chase bank accounts ending in 8275 and 1001 that went through the JS Skillman NY LLC account ending in 1528.

20. Whatever was the purpose of the matching transfers shown on the March 2018 bank statement, they had nothing to do with me, and they certainly did not represent funding of the Note, the proceeds of which were never paid by the Debtor or received by me or JS Skillman NY LLC.

21. A true and correct copy of the Hebrew version of the 2015 Agreement that I had in my possession is attached as Exhibit C.[3]

22. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of September, 2024.

                                                */s/ Yoel Silberstein*
                                                Yoel Silberstein

---

[3] This document was produced to Plaintiff with bates numbers YS000001– YS000003.