# Exhibit A

# Bank Register

Date Range:  3/01/18 - 3/31/18

| Bank Account | Order By | Actual Balance | Cleared Balance |
|---|---|---|---|
| 11156 JS Skillman NY LLC | Date Ascending | -312.19 | 0.00 |

| Date | Reference | Information | C | Deposit | Payment | Balance |
|---|---|---|---|---|---|---|
| 03/02/18 | D68804 | | X | 262.00 | 0.00 | -3,796.41 |
| 03/03/18 | D68978 | | X | 1,600.00 | 0.00 | -2,196.41 |
| 03/05/18 | 227 | Dime Savings Bank : auto withdrawal | X | 0.00 | 17,682.00 | -19,878.41 |
| 03/05/18 | D70410 | | X | 1,966.00 | 0.00 | -17,912.41 |
| 03/06/18 | 228 | Seasons Landscaping & Maintenance Corp. : Arturo Ortiz | X | 0.00 | 425.00 | -18,337.41 |
| 03/06/18 | 229 | Seasons Landscaping & Maintenance Corp. | X | 0.00 | 140.00 | -18,477.41 |
| 03/06/18 | D69144 | | X | 1,600.00 | 0.00 | -16,877.41 |
| 03/08/18 | D69628 | | X | 1,000.00 | 0.00 | -15,877.41 |
| 03/08/18 | D69644 | | X | 11,114.80 | 0.00 | -4,762.61 |
| 03/12/18 | 231 | Con Edison | X | 0.00 | 461.41 | -5,224.02 |
| 03/16/18 | D70013 | | X | 262.00 | 0.00 | -4,962.02 |
| 03/16/18 | 241 | NYS LLC LLP Fee | X | 0.00 | 50.00 | -5,012.02 |
| 03/22/18 | 232 | All Year Management NY Inc | X | 0.00 | 300.00 | -5,312.02 |
| 03/27/18 | 233 | Verizon | X | 0.00 | 254.05 | -5,566.07 |
| 03/29/18 | D70324 | | X | 262.00 | 0.00 | -5,304.07 |
| 03/30/18 | D71666 | | X | 10,000.00 | 0.00 | 4,695.93 |