# Exhibit A

23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 2 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                             1

```
 1

 2   UNITED STATES BANKRUPTCY COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   --------------------------------------
     IN RE:                                :
 4   ALL YEAR HOLDINGS LIMITED,            :

 5                          Debtor,        : Case No.

 6                                         : 21-12051
     --------------------------------------
 7   AYH WIND DOWN LLC, through Ofer Tzur:

 8   and Amir Flamer, solely in their     :

 9   joint capacity as claims             :

10   administrator,                       :

11                          Plaintiff,    :

12           v.                           :

13   YOEL SILBERTSTEIN,                   :

14                          Defendant.    :
     --------------------------------------
15

16         DEPOSITION OF YOEL SILBERSTEIN

17     APPEARING REMOTELY FROM NEW YORK, NEW YORK

18            MONDAY, FEBRUARY 19, 2024

19                  1:00 p.m.

20

21

22

23

24   Reported by:  Adrienne M. Mignano, RPR

25   Job Number:   J10897447
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 3 of 225

YOEL SILBERSTEIN                                             February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                        2

1

2

3                          February 19, 2024

4                          1:00 p.m.

5

6           Deposition of YOEL SILBERSTEIN, held

7    via Zoom videoconferencing equipment, pursuant

8    to Notice, before Adrienne M. Mignano, a

9    Registered Professional Reporter and a Notary

10   Public in and for the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 4 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            3

1

2    A P P E A R A N C E S:

3

4    CHAPMAN AND CUTLER

5    ATTORNEYS FOR PLAINTIFF

6              320 South Canal Street

7              27th Floor

8              Chicago, Illinois 60606

9    BY:       ERIC SILVESTRI, ESQ.

10             MICHAEL FRIEDMAN, ESQ.

11             HELENA HONIG, ESQ.

12

13   KUDMAN, TRACHTEN, ALOE, POSNER LLP

14   ATTORNEYS FOR DEFENDANT

15             480 Madison Avenue

16             23rd Floor

17             New York, New York 10022

18   BY:       DAVID N. SAPONARA, ESQ.

19             PAUL H. ALOE, ESQ.

20

21   ALSO PRESENT:

22             Asaf Ravid

23

24

25



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 5 of 225

YOEL SILBERSTEIN                                           February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              4

1

2          THE COURT REPORTER:  Counsel, may I

3   have your appearances, please.

4          MR. SILVESTRI:  Eric Silvestri,

5   representing the plaintiff.

6          MR. SAPONARA:  David Saponara,

7   representing the defendant.  Paul Aloe from my

8   office may pop in here and there, but I'll be

9   defending.

10          THE COURT REPORTER:  How do you

11   spell that?

12          MR. SILVESTRI:  A-L-O-E, like the

13   plant.

14          MS. HONIG:  Hi.  Good morning.  This

15   is Helena Honig of Chapman and Cutler.

16          THE COURT REPORTER:  You're with

17   Mr. Silvestri's office?

18          MS. HONIG:  Yes.

19          MR. SILVESTRI:  And with that,

20   everyone from the plaintiff's side is here,

21   and as long as Mr. Silberstein and counsel are

22   ready to proceed, we can begin whenever

23   they're ready.

24          MR. SAPONARA:  Ready to go.

25          MR. FRIEDMAN:  Ready.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 6 of 225

YOEL SILBERSTEIN                                           February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                    5

1

2          THE COURT REPORTER:  Michael

3  Friedman is with your firm as well?

4          MR. SILVESTRI:  That's right, yep.

5  Chapman and Cutler.

6          THE COURT REPORTER:  Counsel, are

7  you ordering a copy of the transcript?

8          MR. SILVESTRI:  Yes.

9          THE COURT REPORTER:  Regular

10  delivery?

11          MR. SILVESTRI:  What's the timeline

12  on regular delivery?

13          THE COURT REPORTER:  Ten business

14  days.

15          MR. SILVESTRI:  I think we'll

16  probably want to go with whatever will get it

17  to us by the end of the week.

18          THE COURT REPORTER:  That's a

19  three-day expedite.

20          MR. SILVESTRI:  Yeah, that's what

21  we'll do.

22          THE COURT REPORTER:  Okay.

23          Are we ready to swear in the

24  witness?

25          MR. SILVESTRI:  Yes.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 7 of 225

YOEL SILBERSTEIN                                      February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              6

```
 1                    Y. Silbertstein
 2   YOEL SILBERSTEIN, called as a
 3         witness, having been duly sworn
 4         by a Notary Public, was examined and
 5         testified as follows:
 6   BY MR. SILVESTRI:
 7         Q    Good afternoon, Mr. Silberstein.
 8   How are you?
 9         A    Great.  And yourself?
10         Q    I'm doing well.  Thank you.  Thank
11   you for your time today.
12              Have you ever been deposed before?
13         A    Yes.
14         Q    About how many times?
15         A    One time.
16         Q    When was that?
17         A    Around 2005.
18         Q    Was it about a court case?
19         A    Was about a litigation case, yeah,
20   but it -- not a -- didn't go to court.  Was
21   about a -- some case I had, yeah.
22         Q    Were you a plaintiff or a defendant
23   in that case, if you understand what those
24   words mean?
25         A    I was a defendant.
```



1                    Y. Silbertstein

2        Q     Who was the plaintiff?

3        A     Eliot Spitzer.

4        Q     Was it Mr. Spitzer in his personal

5   capacity or an official capacity?

6        A     In his official capacity.

7        Q     What was Mr. Spitzer's official

8   capacity at the time, if you remember?

9        A     Attorney General.

10       Q     Of New York, right?

11       A     Yes.

12       Q     Can you tell me briefly what the

13  case was about?

14       A     Was about allegations of selling

15  property to lower income people.  It -- all

16  kind of allegations.  Don't remember exactly.

17       Q     How did the case resolve, if it

18  resolved?

19       A     Settlement.

20       Q     When was that resolution to that

21  action?

22       A     Around 2006.

23       Q     Any other specifics you can recall

24  about the allegations?  You said it involved

25  the sale of property to low income



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 9 of 225

YOEL SILBERSTEIN                                           February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              8

1                   Y. Silbertstein

2     individuals.

3          A    Yeah, it was called -- they tried to

4     say that it's a discrimination.  I don't

5     remember the word now.  Sorry.

6          Q    No, that's okay.  We'll go over the

7     ground rules for this process, and one of them

8     is going to be I'm only interested in what you

9     remember.  So if you don't remember, totally

10    fine.

11              So you said you think it's about,

12    generally, discrimination.

13         A    I don't remember the exact word they

14    used.  The case -- something, yeah, because

15    they claimed that we focused on minority

16    buyers.

17         Q    What was the property in question,

18    if you remember?

19         A    I don't remember.  Was a sale of --

20    like, we bought and sold property.  It was not

21    a particular property.  It was a few

22    buildings, like, one- to two-families.

23         Q    And you don't remember any of the

24    buildings; the street addresses, for example?

25         A    I remember some street addresses,



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 10 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            9

1                    Y. Silbertstein

2    yes.

3          Q    What were the streets?

4          A    One was on Lafayette Street.  One

5    was on Gates.  One was on -- what was it?

6    Herkimer.

7          Q    Could you spell that last answer for

8    me.

9          A    H-E-R-K-I-M-E-R.

10         Q    Okay.

11         A    What?

12         Q    So I've got Lafayette, Gates and

13   Herkimer.  Any others that you can remember?

14         A    I don't recall offhand.  It was a

15   long time ago.

16         Q    No, I understand.  Thank you.

17              So you may remember from the last

18   time you were deposed -- you may not -- I'm

19   going to go through it anyway, the ground

20   rules for the deposition.

21              The first question I'm going to ask

22   you is, do you understand that you've just

23   been placed under oath?

24         A    Yes.

25         Q    Do you further understand that being



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 11 of 225

YOEL SILBERSTEIN                                   February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          10

```
 1              Y. Silbertstein
 2    placed under oath means you have to tell the
 3    truth today?
 4         A    Yes.
 5         Q    And by "the truth," it means being
 6    complete in your answers and leaving nothing
 7    out, right?
 8         A    Right.
 9         Q    Okay.  If you don't understand a
10    question that I ask you today, please let me
11    know, and I will try to rephrase the question,
12    okay?
13         A    Yeah.
14         Q    If you do answer a question, I'm
15    going to assume you understood it; is that
16    fair?
17         A    Yes.
18         Q    One of the other ground rules that I
19    will certainly violate today is that we cannot
20    talk over each other.  So in order to have a
21    clean transcript, I have to complete my
22    question, then I will pause and let you
23    complete your answer.
24              Again, I'm going to -- I think I've
25    already done it, I've interrupted you, so I'll
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 12 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              11

 1              Y. Silbertstein

 2    apologize in advance.  But let's just do our

 3    best to keep a clean record, so only one

 4    person is talking at a time, okay?

 5         A    Okay.

 6         Q    In keeping with that, there may be

 7    times during this deposition when your lawyer

 8    speaks to make an objection on the record.

 9    You should let him make that objection and

10    finish before -- again, before answering the

11    question.

12              The only thing I'll ask is, once

13    your attorney has made the objection of

14    record, you answer my question, with one

15    important exception; and that is, if your

16    attorney has instructed you not to answer,

17    then there may be further conversations for

18    the lawyers to have.

19              Does all that make sense?

20         A    Yes.

21         Q    Okay.

22              MR. SILVESTRI:  At this point, I'll

23    turn to counsel, Mr. Saponara, and just ask,

24    are you all right with a, sort of, standing

25    rule that all objections except as to form are



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 13 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            12

```
 1                    Y. Silbertstein
 2    reserved?
 3               MR. SAPONARA:  Yes.
 4               MR. SILVESTRI:  Okay.  That will,
 5    hopefully, speed things along.  Thank you.
 6    BY MR. SILVESTRI:
 7        Q    Mr. Silberstein, where are you right
 8    now?  Are you at your attorney's office?
 9               Let me ask that a little bit better.
10        A    Yes.
11        Q    Is that in the City of New York?
12        A    Yes.
13        Q    Who's in the room with you?
14        A    Paul Aloe, an attorney, and David
15    Saponara, the attorney.
16        Q    Is anyone else in the room besides
17    you, Mr. Aloe and Mr. Saponara?
18        A    No.
19        Q    Do you have any electronic devices
20    on your person, other than the one you're
21    using to communicate with me in this
22    deposition?
23        A    I have my phone in my pocket.
24        Q    Okay.  Is it on?  Is it off?
25        A    It's on silent.
```



1                    Y. Silbertstein

2        Q     Okay.  Do you have any other way,

3    other than your phone, of communicating with

4    people other than with me through the software

5    we're using right now during this deposition?

6        A     No.

7        Q     Okay.  Other than your attorneys,

8    did you speak to anyone about this deposition

9    today?

10       A     I told a few people that I have a

11   deposition today; that's correct.

12       Q     Who did you tell?

13       A     My wife, my father, a friend of

14   mine -- a few friends, actually.  And I

15   actually told Mr. Goldman as well that I have

16   the deposition scheduled for today.

17       Q     Did you speak to Mr. Goldman on the

18   phone?

19       A     No.

20       Q     Did you speak to him in person?

21       A     Yes.

22       Q     How many times?

23       A     I live next to him.  I live next

24   door to him, so I met him and I told him.

25   Actually, yesterday, I met him and I told him



```
 1              Y. Silbertstein

 2   that I have, tomorrow, the deposition.

 3        Q    Is that the only time you spoke to

 4   Mr. Goldman about this deposition?

 5        A    No.  I probably told him, like, two

 6   weeks ago, when it was scheduled, or whenever

 7   it was that I'm scheduled for a deposition.

 8        Q    Have you spoken to Mr. Goldman at

 9   all about this lawsuit more generally, not

10   just about the deposition?

11        A    Yes.

12        Q    Approximately how many times did you

13   speak with him about this lawsuit?

14        A    I don't recall, but I kept on

15   telling him that, look what's coming up here,

16   that I have this lawsuit now.

17        Q    And I'll get to that second part in

18   a moment, but I want to pin down how many

19   times you spoke to him.

20             You don't recall how many times?

21        A    I don't recall.  A few times,

22   probably.

23        Q    Would you say more than ten?

24        A    No.

25        Q    More than five?
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 16 of 225

YOEL SILBERSTEIN                                         February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              15

1              Y. Silbertstein

2      A    Honestly, I don't remember if it

3   came up because I constantly see him, and

4   when -- we talk about stuff, but I don't

5   recall if it's four, five, six, but ...

6      Q    Fair enough.

7           Do you speak with Mr. Goldman often?

8      A    Yes, but not as often as it used --

9   I used to talk to him, but I still see him

10  often.

11     Q    Is that because you're neighbors?

12     A    Yes.

13     Q    When --

14     A    And we -- we see each other in

15  synagogue, you know.

16     Q    Sure.

17          So while we're on the topic of being

18  neighbors, what is your home address?

19     A    672 Myrtle Avenue.

20     Q    And do you know Mr. Goldman's

21  address?  You said he's next door.

22     A    Yes.  2 -- it's a corner property,

23  so it has an address on Skillman and on

24  Myrtle.  So he is at 241 Skillman.

25     Q    When you say you're neighbors,



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 17 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            16

1                     Y. Silbertstein

2     are -- do you live in an apartment or a

3     freestanding structure?

4          A     It's an eight-family building.

5          Q     And does Mr. Goldman live in the

6     same building, or is he the building next

7     door?

8          A     Oh, building next door.

9          Q     And you said you attend the same

10    synagogue.

11         A     We see each other at the same

12    synagogue, yes.  And we sometimes study

13    together, but recently we haven't.

14         Q     You said that there came a time --

15    correct me if I'm wrong -- when you didn't

16    speak to Mr. Goldman as much.

17               About when did you start to not see

18    him or speak to him as often as you used to?

19         A     Meaning the last period of time

20    which I don't have much business with him on

21    on-going level like I used to, so I don't get

22    to sit with him that much.

23         Q     No, I understand that it's declined

24    now.  I'm trying to get a sense of when it

25    used to be that you had more contact with him



YOEL SILBERSTEIN                                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                        17

1                    Y. Silbertstein

2    and how much contact you used to have.

3          A    I don't remember exact dates, but we

4    used to, like, be more in contact on an hourly

5    basis than right now.

6          Q    Did you communicate and see

7    Mr. Goldman less after 2021?  Was it around

8    that time?

9          A    Sure.

10         Q    That's a yes?

11         A    Yes.

12         Q    And before the degree of contact

13   went down, approximately how often would you

14   say you spoke to Mr. Goldman?

15         A    A lot, meaning I was involved with

16   him on many levels.  And I don't have an

17   account on time, but we were spending a lot of

18   time together.

19         Q    Did you spend most of your day

20   together?

21         A    At one point.

22         Q    And was that one point in that era

23   that you were talking about when you used to

24   see each other more often, sort of, prior to

25   2021?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 19 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            18

1                    Y. Silbertstein

2            Again, I don't want to put words in

3    your mouth, so you tell me.

4        A    Right.  Prior to that.  I don't

5    remember the exact time frames, but we go back

6    a long time, and we were very close, and it's

7    going back for many, many years.  So I don't

8    recall exactly of dates when it was more, when

9    it was less, but ...

10       Q    Okay.  Well, I'll probably come back

11   to your relationship with Mr. Goldman.  I want

12   to return, though, to the preparation you did

13   for this deposition.

14           You said you did speak to

15   Mr. Goldman recently, within the last few

16   months, about this deposition, right?

17       A    Right.

18       Q    Did you send Mr. Goldman any

19   documents from this lawsuit?

20       A    No.

21       Q    So you did not send Mr. Goldman a

22   copy of the complaint that was filed against

23   you?

24       A    Not that I recall.

25       Q    Did you send Mr. Goldman a copy of



1              Y. Silbertstein

2     the answer that you filed in this lawsuit?

3         A    No, not that I recall.

4         Q    Did you send Mr. Goldman a copy of

5     any of the documents that were disclosed in

6     your initial disclosures?

7              And, please, tell me if you don't

8     know what I mean by that.

9         A    I don't know.  What do you mean,

10    "initial disclosures"?

11        Q    So what I'm getting at is there are

12    two documents that were written in Hebrew that

13    were disclosed by your attorneys in this

14    lawsuit.

15             Did you send copies of those

16    documents or any of the translations of those

17    documents that were produced in this lawsuit

18    to Mr. Goldman?

19        A    I don't recall sending him, no.

20        Q    Did you instruct your attorneys to

21    do so?

22        A    No.

23        Q    Did you instruct anyone to send any

24    documents related to this lawsuit to

25    Mr. Goldman?



1             Y. Silbertstein

2        A    No.

3        Q    Did you instruct anyone to send any

4   documents related to this lawsuit to any

5   representative of Mr. Goldman, including his

6   attorneys?

7        A    No.

8        Q    Did Mr. Goldman tell you that he

9   received a subpoena in this lawsuit?

10       A    He told me that he also has a

11  deposition.  When I told him that I have a

12  deposition scheduled, he said that he also has

13  a deposition.

14       Q    Did he tell you that he had received

15  a subpoena, specifically?

16       A    No.

17       Q    When did he tell you that he had a

18  deposition scheduled?

19       A    When I told him that I have a

20  deposition scheduled for sometime in February.

21       Q    Why did you tell him that you had a

22  deposition scheduled?

23       A    Because I constantly tell him

24  whatever is going on on this, where I am with

25  this, because this is something that he was



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 22 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        21

```
 1                    Y. Silbertstein
 2    supposed to take care of.  And he told me
 3    many, many times that this shouldn't be an
 4    issue and everything is resolved, and it's
 5    not -- I don't have any responsibility.
 6              And I keep on telling him -- every
 7    time I receive anything on this, I tell him,
 8    look what I still get.  I thought you took
 9    care of it.  I thought you had taken care of
10    it.
11         Q    Did you speak to Mr. Goldman about
12    anything that you intended to testify to
13    today?
14         A    About -- no.
15         Q    Let me rephrase that.
16              Did you inform Mr. Goldman about
17    anything you intended to say today in your
18    deposition?
19         A    No.
20         Q    Did you ask Mr. Goldman what kinds
21    of things you should say in this deposition
22    today?
23         A    No.
24         Q    Did Mr. Goldman tell you to testify
25    any particular way in this deposition?
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 23 of 225

YOEL SILBERSTEIN                                            February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                       22

1              Y. Silbertstein

2        A    No.

3        Q    Did Mr. Goldman give you any

4    specific facts that you should make sure to

5    emphasize in this deposition?

6        A    No.  We didn't go into details.

7        Q    So what did Mr. Goldman say back to

8    you when you told him that you had a

9    deposition scheduled for today?

10       A    Tell them to the facts.

11       Q    You said you also spoke to your

12   wife, your father and some friends about this

13   deposition.

14       A    Yes.

15       Q    Which friends did you speak to?

16       A    I have a few friends that I told

17   them that I am not available today, I have a

18   deposition.

19       Q    Approximately how many people?

20       A    Three or four.

21       Q    Did any of those -- were you

22   including Mr. Goldman in that group?

23       A    No.

24       Q    Did you speak about the substance of

25   what you were going to say in this deposition



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 24 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              23

1                    Y. Silbertstein

2     with those people, either your friends, the

3     three or four you testified to, or your father

4     or your wife?

5          A    No.

6          Q    Did you speak with your attorneys

7     about today's deposition?

8          A    Yes.

9          Q    And I'll just say at the outset, I

10    do not want to know what was said.  I'm not

11    asking that question.  I just want to know if

12    you met with them.

13              So you said that you did meet with

14    them, right?

15         A    Yes.

16         Q    How many times did you meet?

17         A    Today is the first time I'm meeting

18    David.

19         Q    So, I'm sorry, I didn't quite catch

20    that.

21              How many times did you meet with

22    either of your attorneys about this

23    deposition?

24         A    Once.  Now.

25         Q    Oh, you met earlier today?



1                    Y. Silbertstein

2         A    Before I came in here today.

3         Q    How long did you meet?

4         A    Like an hour.

5         Q    Okay.  Did you review any documents

6    in preparation for today's deposition?

7         A    No.

8         Q    Okay.  Thank you.  I may come back

9    to a little bit of that, but for now, I want

10   to, kind of, get right into it.

11              You said your home address is at --

12   is it 672 Myrtle?

13        A    Yes.

14        Q    How long have you lived there?

15        A    About seven years, eight years.

16        Q    Is there a mortgage on the property?

17        A    Yes.

18        Q    What's the amount of the mortgage

19   currently owed?

20        A    I don't recall the exact amount.

21        Q    Round numbers are fine.

22        A    $3 million -- 3.4, 3.3.  In the

23   3 million -- low 3 million, change.

24        Q    Do you own the entire building?  You

25   said it was an eight-family residence.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 26 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          25

1                    Y. Silbertstein

2          A     Yes.

3          Q     Sorry.  I misphrased that.

4                Was that "yes" to do you own the

5     entire building?

6          A     I own it jointly with my wife.

7          Q     Okay.  Have you had -- have you done

8     any further borrowing with that property as

9     collateral, like, a refinance or as, like, a

10    cash-out refi?

11         A     When?

12         Q     At any time.

13         A     I refied a couple of years ago.  I

14    don't remember exact, the date.

15         Q     Would that have been around 2021?

16         A     I don't recall exact date.

17         Q     Okay.  As part of that refinance,

18    did you take any cash out of your equity in

19    the building?

20         A     I did take a refinance, yes.

21         Q     How much did you take?

22         A     I had a -- I don't recall the exact

23    amount.  It was a 15-year mortgage, and I

24    change it to a 30-year mortgage.

25         Q     Okay.  Could you give me an estimate



```
 1                Y. Silbertstein
 2   of how much cash came out of that refinance?
 3        A    A couple of hundred thousand, I
 4   guess.
 5        Q    So 200,000; thereabouts?  Again, I'm
 6   not going to -- you know, just trying to get a
 7   sense of it.
 8        A    Probably -- I don't remember
 9   exactly, but it was probably more.
10        Q    Okay.
11        A    I think I had the same rate.  Was
12   before the rates -- everybody said rates are
13   going up, so I took a 30-year mortgage to lock
14   in a good rate.
15        Q    And you said you think it's probably
16   more than 200,000 that you got out of that
17   cash refi?
18        A    Probably.  I'm not sure exact, the
19   number, but whatever the bank offered.
20        Q    Was it more than half a million?
21        A    I don't recall at this time.
22        Q    Okay.  I do want to revisit your
23   relationship with Mr. Goldman,
24   Mr. Silberstein.
25             When did you first meet Mr. Goldman?
```



1                    Y. Silbertstein

2        A    I met him in Yeshiva in about 1997.

3        Q    Did you become friends at that time?

4        A    Yes.  Yes.

5        Q    So safe to say you've been friends

6    with Mr. Goldman since 1997, when you met in

7    Yeshiva?

8        A    That's correct.  That is correct.

9        Q    At some point, did you become -- did

10   Mr. Goldman become your -- I'll just say --

11   business partner.  Did you start doing

12   business together?

13       A    That is correct.

14       Q    Before we get into that, can I just

15   ask you to describe, in your own words, what

16   is your -- what business are you in?

17            What do you do for a living?

18       A    In the real estate field.

19       Q    Are you -- would you call yourself a

20   real estate developer?

21       A    I assist the developers.  I wouldn't

22   say that I develop myself.

23       Q    Okay.  Again, in your own words,

24   what does it mean to assist the developer?

25            What is it that you do?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 29 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              28

1              Y. Silbertstein

2        A    I syndicate -- I wheel and deal

3    wherever I can make money.

4        Q    You -- I'm sorry.  You say you

5    "wheel and deal" wherever you can make money?

6        A    Yes.

7        Q    Okay.  You're going to -- I am not a

8    real estate guy, so I -- that doesn't make

9    much sense to me.  Can you help me understand

10   a little bit what that means.

11       A    Like, I syndicated -- I worked with

12   management stuff.  I work with helping with

13   negotiations on deals.

14       Q    When you say "syndicate," what do

15   you mean?

16       A    Like bring in an investor, bring in

17   an equity investor, somebody to put in the

18   money; stuff like that.

19       Q    Do you also -- so to my

20   understanding of what that is, I'd call that a

21   broker.  Is that a fair description of what

22   you do?

23       A    I don't know if you call it broker

24   or syndicator.  It works with, promotes.

25   Depends.  I mean, whatever the meaning is,



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 30 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          29

```
 1                    Y. Silbertstein
 2    that's what it is.
 3         Q    Okay.  So you, sort of, play
 4    matchmaker a little bit.  You find somebody
 5    who needs something.  You find somebody who
 6    can provide it, whether it's equity or
 7    financing, what have you.
 8         A    Right.
 9         Q    Any other part of your real estate
10    business that that doesn't capture?
11              Again, just trying to get a sense of
12    what you do.
13         A    I am involved in the projects.  A
14    lot of times, it's being on top of the site
15    managers, making sure no delays or negotiating
16    a contract with a SOP.  Whenever -- whatever
17    it is, whatever is needed, I try to be
18    helpful.
19         Q    Do you ever invest money in real
20    estate projects?
21         A    I did invest money in projects.
22         Q    Approximately how many times have
23    you invested money in real estate projects?
24         A    I bought property many times.  I
25    don't even recall now, top of my head.
```



YOEL SILBERSTEIN                                      February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           30

```
 1                    Y. Silbertstein

 2        Q    Over 25 times?

 3        A    During all my years, yes.

 4        Q    Okay.  You may have mentioned it.  I

 5   think I heard you say something about -- do

 6   you ever engage in the management of real

 7   estate development companies?

 8        A    I used to be involved in management

 9   in it as well, yeah.

10        Q    When you say "used to," do you no

11   longer do that end of things?

12        A    Sometime I still get involved in

13   that when necessary, but that's not my

14   favorite.

15        Q    Okay.  Fair enough.

16             Did you used to do more of it at

17   some time in the past?

18        A    Yes.  Like more about --

19        Q    What time --

20        A    What?

21        Q    No.  Go ahead, please.

22        A    Years ago, I was involved in some

23   tenant buyout; stuff like that.

24        Q    Okay.  During what time period did

25   you do more of the real estate development
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 32 of 225

YOEL SILBERSTEIN                                              February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                      31

```
 1              Y. Silbertstein
 2   management, just years in terms -- you know,
 3   like, for example, 2000 and 2008; something
 4   like that?
 5        A    Like from 2010, it was more the
 6   development part.  Before, it was, like,
 7   buildings -- it was both, actually.
 8        Q    And when you say "both," you mean
 9   real estate management; and then what's the
10   other end of that?
11              What do you mean by "both"?
12        A    Not real estate management.
13   Development is -- I'm talking about building
14   from scratch or rehab.  That's what I call
15   development.
16        Q    No, that makes sense to me.
17              And we -- yeah, construction,
18   development, and then there's the management
19   end of things.  And you're more of a
20   construction-development type guy.
21        A    And then there's, like, existing
22   buildings.  Like, not development.  Existing
23   buildings.
24        Q    Okay.  Okay.  Thank you.  That gives
25   me a better sense.
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 33 of 225

YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                      32

1          Y. Silbertstein

2          Returning to Mr. Goldman -- well,

3    now, one last question on that.  Sorry.

4          When did you get into the real

5    estate business?

6      A    Around 2002; that range.

7      Q    So about five years after you met

8    Mr. Goldman.

9      A    That's what it comes out to.

10     Q    Yeah, I think so.  Lawyers don't do

11   a lot of math, but I think '97 and 2002,

12   that's about five years.

13         Was Mr. Goldman, when you met him in

14   '97, involved in real estate at the time?

15     A    We were learning, studying in

16   Yeshiva.

17     Q    Okay.  You were both on your way to

18   entering the industry then, at that time?

19     A    No, we were studying.  We didn't

20   think about real estate or stuff like that

21   then.

22     Q    You said earlier that at some point

23   you became a business partner to Mr. Goldman,

24   right?

25     A    So we were in Yeshiva, and then I



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 34 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            33

1              Y. Silbertstein

2    got married the same time he got married, in

3    the same Williamsburg location.  So we

4    studied -- we further studied together.  We

5    saw each other in Shul every day.  We were

6    studying together, one on one, so we became --

7    and we kept -- we stayed very close.  And then

8    I started doing some real estate transactions.

9         Q    So you got involved in real estate

10   first?

11        A    I was first.  I was -- started real

12   estate before him, yes.

13        Q    Okay.  And, I'm sorry, you were

14   about to say something else.  Go on.  What

15   were you trying to say?

16        A    No.  I was saying that I was first

17   in the business, and he was still studying all

18   day.

19        Q    Did you bring Mr. Goldman into the

20   real estate business?

21        A    I can't say I bringed him in, no.

22        Q    Okay.  So when did Mr. Goldman enter

23   the real estate business, if you know?

24        A    I don't know the exact time.  I

25   hardly remember my stuff.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 35 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            34

1              Y. Silbertstein

2        Q    Okay.  Fair enough.  It was a while

3   ago.

4              So when did you -- when do you first

5   remember doing business with Mr. Goldman?

6        A    I mean, we talked about deals.  He

7   told me what he heard and what he wants to do,

8   what he sees.  I don't remember when I

9   actually first did a deal with him, what was

10  my first deal with him.

11       Q    Okay.  Let me approach the question

12  this way.  And I don't think I'll be spoiling

13  any surprises when I say that there are about

14  three properties here that we're going to talk

15  a little bit about today.  One is the Albee

16  Square property.  There's the North Flats, and

17  then there's the 20 -- I think it's the 21st

18  Street -- the 28th Street property.

19             Do all of those sound familiar to

20  you?

21       A    Yes.

22       Q    Were those deals with Mr. Goldman,

23  or did you have deals before that?

24       A    I had deals before that.

25       Q    Approximately how many?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 36 of 225

YOEL SILBERSTEIN                                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                        35

1                     Y. Silbertstein

2         A     Was like -- I don't recall the exact

3    number, but quite a few.

4         Q     More than ten?

5         A     I don't remember because it was,

6    like, six-families, ones that -- smaller

7    buildings, not the -- like I said, the -- not

8    developments.

9         Q     Understood that you don't -- and,

10   again, only if you remember, but to your

11   recollection, was it more than ten deals that

12   you had done with Mr. Goldman prior to the

13   properties that I listed earlier?

14        A     Probably in that range, but I'm not

15   sure on top of my head how many exactly.

16        Q     And you said, I think, some of them

17   were smaller deals, not like these bigger

18   deals that we'll talk about later.

19        A     Yes.

20        Q     Did you and Mr. Goldman make money

21   together on those deals?

22        A     At the end of the day, I'm not sure

23   myself.  I don't know if one covered for the

24   other.  I'm -- I still can't figure out if we

25   made money.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 37 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                  36

1            Y. Silbertstein

2      Q    Understood.

3            Were you -- at the time, was that

4  your -- was that your primary source of income

5  at the time, those deals that you were doing

6  with Mr. Goldman?

7            Again, before, these properties that

8  we're going to talk about later, the Albee

9  property and the North Flats, et cetera.

10     A    I don't recall if that was the only

11  place where I lived on.  Probably not.  I was

12  working, trying to do the -- I didn't do deals

13  just with him.  I was working with other

14  people.

15     Q    Okay.  Understood.  Thank you.

16            But the real estate business was

17  your primary source of income; you're just

18  distinguishing between those deals with

19  Goldman and deals you were doing with others,

20  right?

21     A    Right.

22     Q    So how many deals -- not just with

23  Mr. Goldman, but in total -- would you say you

24  had done before the properties that are

25  listed, the Albee Square and the North Flats



1              Y. Silbertstein

2   and the 28th Street properties?

3       A    Again, how many deals?

4       Q    Right.  How many deals -- How many

5   deals overall?

6       A    I don't recall.  I don't recall the

7   exact number.  It was smaller buildings.  Had,

8   like, say, six -- five, six buildings that I

9   had to -- I don't recall the exact number.

10      Q    Okay.  Do you currently own any

11  property with Mr. Goldman?

12      A    Yes.

13      Q    Which properties do you own?

14      A    One property is the address,

15  148 Skillman.  I'm not sure exactly what's his

16  position because he signed for somebody.  I'm

17  not sure exactly, but officially he's my

18  partner there.

19      Q    Are there any others?

20      A    That's basically it.  And the others

21  is no longer him.

22      Q    Okay.  What's the name of the other

23  property that you're thinking of that is no

24  longer owned by him?

25      A    307 Devoe Street.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 39 of 225

YOEL SILBERSTEIN                                              February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                      38

```
 1                    Y. Silbertstein
 2       Q    Could you spell that for me and the
 3   court reporter, please.
 4       A    D-E-V-O-E.
 5       Q    So 148 Skillman, 307 Degoe Street.
 6   Any others?
 7       A    Devoe with a V, as in Victor.
 8       Q    Okay.
 9       A    D-E-V-O-E.
10       Q    D-E-V-O -- Devoe.
11            Any others besides Skillman and
12   Devoe?
13       A    497 Prospect Place.
14       Q    Any others?
15       A    143 North 8th.
16       Q    Any others?
17       A    Trying to think.
18            That's basically it.  I think he no
19   longer owns that, but he used to be a partner
20   with me.
21       Q    What is -- how are these deals --
22   let's just start with 148 Skillman.  That's
23   one that's currently owned by you and
24   Mr. Goldman together?
25       A    Yes.
```



1                    Y. Silbertstein

2         Q     How much of it do you own in terms

3    of percentage of the equity?

4         A     50 percent.

5         Q     And does Mr. Goldman own the other

6    50, as far as you know?

7         A     Yes.

8         Q     Do you know if Mr. Goldman owns it

9    personally, or does he own it through a

10   corporate entity?

11        A     I'm not sure.

12        Q     How about for yourself; how do you

13   own it?  And do you own it personally or

14   through a corporate entity?

15        A     Through an LLC.

16        Q     What's the name of the LLC?

17        A     I think 148 LLC.  I'm not sure.

18   148.

19        Q     How about 307 Devoe, is it the same

20   structure, 50/50?

21        A     Yes.

22        Q     Do you currently own 50 percent of

23   that property?

24        A     Yes.

25        Q     And does Mr. Goldman currently own



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 41 of 225

YOEL SILBERSTEIN                                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                        40

1            Y. Silbertstein

2    50 percent?

3        A    No.

4        Q    Who owns the other 50 percent?

5        A    The other party All Year Holdings

6    sold off to.

7        Q    Okay.  So does Mr. -- and I think

8    you were hinting at this earlier.

9    Mr. Goldman, to your knowledge, doesn't own

10   any more of Devoe?

11       A    That's correct.

12       Q    How about 497 Prospect, is that the

13   same structure, 50/50?

14       A    Same structure.

15       Q    And do you own that through an LLC?

16       A    Yes.

17       Q    And as far as you know, does

18   Mr. Goldman own his 50 percent through an LLC?

19   Again, only if you know.

20       A    No, he doesn't, because he no longer

21   owns that property.  It used to be an All Year

22   Holdings property.

23       Q    Okay.  And is the same true of 143

24   North 8th?

25       A    Yes.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 42 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        41

1                    Y. Silbertstein

2        Q    So Mr. Goldman used to own it,

3    All Year sold it --

4        A    Yes.

5        Q    -- and you own 50 percent?

6        A    Yes.

7        Q    So we just went through four

8    properties, Skillman, Devoe, Prospect,

9    North 8th.

10            Can you think of any other

11   properties that you either currently own with

12   Mr. Goldman or that you owned jointly with him

13   in the past?

14       A    I owned with him in the past

15   North 8th, 234 -- 236 North -- not North 8th.

16   Sorry.  North 11th.

17       Q    Any others?

18       A    Not that I recall.

19       Q    Okay.  For the ownership of the

20   North 11th properties, was that the same

21   thing, 50/50, between you and Mr. Goldman?

22       A    It was, but the lender took it away,

23   and since it wasn't on my name, I was not able

24   to -- the lender took it away from

25   Mr. Goldman, or they gave it away.  I'm not



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 43 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                  42

1              Y. Silbertstein

2     sure exactly what happened.

3          Q    So when you say it wasn't under your

4     name, title to the -- I take it that you mean

5     title to the property wasn't under your name.

6          A    That is correct.

7          Q    So how was your 50 percent ownership

8     documented?

9          A    I was in agreement with Mr. Goldman,

10    the same as, like, others, the other

11    buildings.

12         Q    Are these agreements typically

13    reduced in writing?

14         A    I don't recall if we had it in

15    writing.  I mean, I asked many times, we

16    should have something in writing.  Maybe we

17    did, but I don't have it in my possession at

18    the moment.

19         Q    Okay.  I just want to make sure I

20    understand your testimony.

21              You're saying you don't remember if

22    it was reduced in writing, but you don't have

23    any written agreements, right?

24         A    At the moment, I don't have anything

25    handy.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 44 of 225

YOEL SILBERSTEIN                                           February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                    43

1              Y. Silbertstein

2        Q    Well, did you used to have something

3  in your possession, a writing that documented

4  the deal?

5        A    Probably should have had.  I

6  probably asked for it, but I don't recall at

7  the moment.

8        Q    Okay.  Do you recall ever having in

9  your possession a written agreement that

10  documented the 50/50 ownership split on the

11  North 11th property?

12        A    I probably had.  I don't remember

13  exactly when, what, but I should have had

14  during the years that we did these deals.

15        Q    So my -- and I apologize if I'm

16  getting hung up, but my problem -- my issue is

17  you're saying that you probably had it, and

18  then you're saying that you should have had

19  it.

20             And to me, "probably" suggests that

21  you think you do remember having the writing,

22  and "should" suggests that you wish you had

23  had the writing.  So I am interested which is

24  it?  Is it that you never had one and you wish

25  you had or that you did have one?



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              44

1                    Y. Silbertstein

2        A    Don't recall.  Don't recall.

3        Q    Okay.

4        A    I don't recall having it, but as far

5    as I know, that I kept on asking for, let's

6    have stuff in writing, I probably should have

7    something.  And maybe I got it, but at the

8    moment I don't have it.

9        Q    You've mentioned a couple times

10   asking for these agreements to be in writing.

11   I take it those requests were issued to

12   Mr. Goldman.

13       A    Yes.

14       Q    Was this an issue that was

15   commonplace among the other properties?

16            In other words, for the Skillman

17   property, Devoe, Prospect, North 8th, is it

18   safe to say that you also cannot remember

19   having written agreements that memorialize

20   that ownership, but that you asked Mr. Goldman

21   for them?

22       A    Yes, I did ask him, and I had

23   operating agreements on some of them.  And

24   actually, by now, it's no longer a concern

25   because it's -- I have it back under my



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 46 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           45

1              Y. Silbertstein

2    possession, so ...

3         Q    Okay.  So let's start with 148

4    Skillman.  Was that one where there was a

5    written agreement between you and Mr. Goldman

6    describing the ownership shares, or was that

7    one where there wasn't a written agreement?

8         A    I think we have on that a written

9    agreement.

10        Q    How about for 307 Devoe --

11   understanding that that's no longer with

12   Mr. Goldman -- was there a written agreement

13   expressing that you own 50 percent?

14        A    I don't recall if I had it or not.

15   But the concept of these deals was -- he told

16   me always that will be taken care of and it

17   will be back under my name.

18        Q    Okay.  So when you were investing

19   with Mr. Goldman -- I'm sorry.  Did you say

20   you put in money into these properties?

21        A    Yes.

22        Q    Were they cash injections?  How did

23   you put in money into these properties?

24        A    When we originally bought it.  I

25   don't remember exactly if it -- how much was



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 47 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              46

1              Y. Silbertstein

2    cash injection, how much was -- when we bought

3    it.

4        Q    Okay.  So at the time that the

5    properties were purchased, you brought money

6    to the table.

7        A    Right.

8        Q    But there wasn't -- at least for

9    some of these, there was no agreement in

10   writing that you owned that 50 percent of the

11   property.

12       A    Well, we had an understanding;

13   that's correct.

14       Q    Okay.  Was that understanding -- can

15   I -- do you understand what I mean when I call

16   it a "handshake deal"?

17       A    It sounds probably like a handshake

18   deal, but it was like I trusted it.  I trusted

19   him.  That's how we had, like, verbal

20   agreements on a lot of things between us.

21       Q    Okay.  When was the 148 Skillman

22   property acquired?

23       A    I don't recall exact dates.  I would

24   say -- I don't remember.  Maybe 2015, 2016.

25   I'm not sure.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 48 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                             47

1                    Y. Silbertstein

2          Q     How about for 307 Devoe?

3          A     Also that range, '13, '14.  Don't

4    recall exact.

5          Q     Only what you can remember.  I

6    understand this is a while ago and there's

7    been a few of them.

8                How about for Prospect?

9          A     Also that time range, those years.

10         Q     2013, 2014?

11         A     I would guess so.

12         Q     And same for North 8th, about 2013,

13   2014?

14         A     That's my guess.

15         Q     Okay.  The other property, though,

16   from a while ago, North 11th, I think you said

17   it was in the past.  The lender took it.

18               Do you remember what year you

19   acquired that property?

20         A     Not to my -- I don't recall.  Also

21   that range, '14, '15.  I don't remember.

22         Q     Okay.  Would you call Mr. Goldman a

23   friend?

24         A     Yes.

25         Q     Would you call him a close friend?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 49 of 225

YOEL SILBERSTEIN                                      February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            48

```
 1                 Y. Silbertstein
 2      A    Yes.
 3      Q    How long have you been neighbors?
 4      A    About eight years.
 5      Q    Is Mr. Goldman your best friend?
 6      A    I don't know what you call "best."
 7  We are very close friends for many, many
 8  years.
 9      Q    Has this lawsuit affected that
10  friendship?
11      A    I wouldn't say so.  The friendship
12  part not, but the -- I mean, we're still
13  close.  I mean, not -- yeah.
14      Q    No, I think I understand what you're
15  saying.
16           There's a professional aspect and a
17  friendship aspect to it, right?
18           Has it affected your professional
19  relationship with Mr. Goldman?  The "it" in
20  that sentence being this lawsuit.
21      A    In some way.
22      Q    In what ways?
23      A    Filed a lawsuit.  The whole
24  situation affected.  I mean, we used to do a
25  lot of business together and dealings which no
```



1              Y. Silbertstein

2    longer happens.

3         Q    I think you mentioned a little bit

4    ago that you trusted Mr. Goldman on these

5    deals.  You shied away from the expression, a

6    "handshake deal," but I think you called it a

7    commitment or something.

8              My question is, has your trust in

9    Mr. Goldman changed from that time?

10        A    Unfortunately, I saw things didn't

11   play out exactly how he said it would and he

12   hoped for, but ...

13        Q    Can we get more specific there.

14   What didn't work out or pan out the way he

15   said?

16        A    On many aspects, things happened.

17        Q    For instance?

18        A    For instance, that I should not be

19   sitting here and have to pay legal fees when

20   he told me that everything should be resolved,

21   and I shouldn't have any issues dealing with

22   this, what I'm dealing with right now.

23        Q    Apart from this lawsuit, any other

24   instances you were thinking of where something

25   Mr. Goldman said didn't pan out the way he



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 51 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           50

```
 1                     Y. Silbertstein
 2   said it would?
 3        A    Many of the deals that didn't work
 4   out the way it should have.
 5        Q    Which one of the -- which deals?
 6        A    The one you mentioned earlier.  The
 7   three deals you mentioned earlier.
 8        Q    That would be Albee, right?  Albee
 9   is one of those, right?
10        A    Albee Square, North Flats and Long
11   Island City.
12        Q    Is Long Island City the 28th Street
13   address?
14             Well, my New York geography might be
15   off.
16        A    Yes.
17        Q    Okay with you if I -- is it okay
18   with you if I just call it the 28th Street
19   property, or -- will you understand what I
20   mean?
21        A    Yes.
22        Q    So you said those three deals were
23   examples of times when Mr. Goldman said
24   something would pan out and then it didn't pan
25   out that way.  Can you be more specific?  What
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 52 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          51

1              Y. Silbertstein

2    didn't pan out about the Albee property?

3         A    On timing it didn't pan out.

4    Number-wise it didn't pan out as originally

5    expected.

6         Q    Did you expect to make money from

7    the Albee property project?

8         A    Yes.

9         Q    Did you?

10        A    No.

11        Q    Did you expect to make money on the

12   North Flats property project?

13        A    Yes.

14        Q    Did you?

15        A    No.  I mean, I -- I got out of the

16   deal.  I mean, I'm no longer part of that

17   deal, so ...

18        Q    Well, are you talking about

19   North Flats in specific, or all three?

20        A    Oh, all three of them.

21        Q    Okay.  I think we will touch on that

22   more, but I want to ask you right now, what do

23   you mean, you "got out of" those deals?

24        A    Meaning I no longer -- I was

25   supposed to have an interest in it and it



1                    Y. Silbertstein

2    didn't work out for whatever reason.

3         Q    Were you, according to you, supposed

4    to have an interest in all three of those

5    properties?

6         A    Yes.

7         Q    Was that interest 10 percent of

8    each?

9         A    Yes.

10        Q    So --

11        A    It had a number or a 10 percent.

12        Q    I'm sorry.  What do you mean by

13   that?

14        A    It had a dollar amount or a

15   10 percent equity in it.

16        Q    Okay.  So for each of these, you

17   felt you were entitled to 10 percent, which

18   had a dollar amount attached to it.

19        A    Yes.

20        Q    And that would be for Albee, for

21   North Flats and for 28th.

22        A    That is correct.

23        Q    Okay.  And those are -- again,

24   returning to how we got here -- those are

25   examples of times Mr. Goldman said something



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 54 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          53

1               Y. Silbertstein

2    and it didn't pan out the way he said, right?

3         A    That's right.

4         Q    Okay.

5         A    Meaning it didn't pan out, that I

6    wasn't able to -- the numbers didn't work out,

7    you know.

8         Q    Right.  I mean, you said you didn't

9    make money on those projects.

10        A    I actually didn't make money in the

11   project because I didn't get into the project.

12   I wasn't landing with my interest in the

13   project.

14        Q    Okay.  You weren't involved directly

15   in -- well, I think we'll get to that, but did

16   you say you weren't in the project?

17        A    I didn't end up receiving my

18   interest in this project.

19        Q    Understood.  Thank you.

20        A    Just to clarify, when you asked --

21        Q    Yeah.  And we will dive in more

22   specifically, so I think I understand what you

23   mean.  And there'll be an opportunity to

24   really get into it later.

25             Did you ever loan Mr. Goldman money



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 55 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                    54

1                  Y. Silbertstein

2       personally?

3            A    I don't recall.

4            Q    You don't recall any instance in

5       which Mr. Goldman asked you for a personal

6       loan?

7            A    He -- constantly -- I used to call

8       up people for loans.  He constantly asked, but

9       I don't recall on top of my head at the

10      moment.

11           Q    You said Mr. Goldman constantly

12      asked you for money?

13           A    Well, we constantly had dealings.

14      One time we needed money over here, so I tried

15      to facilitate and call lenders to try to help

16      him with a loan.  I mean, during the years, we

17      were -- that was the wheeling and dealing.

18           Q    Okay.  So that helps me understand a

19      little bit.  Thank you.

20                So by "wheeling and dealing," you

21      mean that there would be -- sounds like many

22      instances where Mr. Goldman would call you and

23      say, hey, I need some money, you know, because

24      I'm doing this deal, and can you transfer

25      money in -- you know, in this bank account,



1                    Y. Silbertstein

2    for instance?

3         A    I don't recall if I would transfer,

4    if I could call somebody to help them with a

5    loan; stuff like that.

6         Q    Okay.  Were there instances where

7    you transferred your own funds because

8    Mr. Goldman asked you to, again, to help out,

9    to wheel and deal and facilitate these

10   transactions?

11        A    I don't recall at the moment, but

12   there is a possibility --

13        Q    Okay.

14        A    -- that in the years that that

15   happened.

16        Q    If we were to -- I'm not -- you

17   know, I'm not going to do this now, but if we

18   were to go through and ask Mr. Goldman for his

19   bank accounts and his statements, would you

20   expect to see those types of transactions in

21   which he asked you to move funds into some of

22   his businesses?

23        A    That's possible.

24        Q    But would you say it's probable?

25   I'm just trying to get a sense of whether it



1                    Y. Silbertstein

2     happened or not.

3          A     That's possible.  I don't recall at

4     the moment specific transactions.  But during

5     the years, we had a close relationship, and I

6     constantly helped him whatever I could, and I

7     tried whatever -- I was trying to be helpful.

8          Q     Did it ever work the other way?

9     Would you make these requests of him and he

10    would move money over?

11         A     Probably.

12         Q     Okay.

13         A     Probably.

14         Q     What about on a -- setting aside the

15    business, the wheeling and dealing part, were

16    there ever any personal loans between you two,

17    in either direction?

18         A     I don't recall.

19         Q     So you don't recall whether you ever

20    personally loaned money to Mr. Goldman?

21         A     No.

22         Q     And you don't recall whether

23    Mr. Goldman ever personally loaned money to

24    you?

25         A     No.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 58 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              57

```
 1                  Y. Silbertstein

 2        Q     But it's possible we might find

 3   those things, for example, if we went through

 4   those account statements.

 5        A     Maybe.  I don't recall.

 6        Q     Returning to the wheeling and

 7   dealing business end of things, when these

 8   transactions would take place, the moving of

 9   money around, was that ever documented with

10   promissory notes or other written agreements?

11        A     Most of the time it was just the way

12   we dealt all the time, just by verbal

13   agreements and confirmation between us.

14        Q     You said "most of the time."  Can

15   you remember any instances in which you've

16   departed from that rule and you had written

17   agreements?

18        A     No, but I used to tell him a lot of

19   times, I want to have stuff in writing because

20   nobody knows what tomorrow brings.  And I kept

21   on telling him stuff are not in my name, and I

22   need it written down.

23        Q     How did you keep track of all of

24   this money moving around?  Did you have a

25   ledger?
```



1              Y. Silbertstein

2      A    It was difficult, and it is still

3  difficult, and I still can't figure out.  And

4  I constantly ask for Mr. Goldman, let's

5  straighten things out, and was pushed off.

6      Q    I empathize.  Also hard --

7      A    What?

8      Q    I said, I empathize with you.  I'm

9  finding it difficult to keep track of it as

10  well.  That's why I'm here asking you these

11  questions.

12          So you can't remember any specific

13  instance in which, despite the fact that you

14  may have asked for it to be in writing, it

15  actually was reduced to writing?

16      A    Yeah, we actually had some times

17  that we did stuff written down.

18      Q    What specifically do you recall?

19      A    When we did the -- when we did the

20  agreement to have, like, all three deals

21  together, all four deals together on one

22  agreement.  It was awhile that I waited for

23  it, until we decided we're going to finish it

24  in agreement.  Kept on pushing it, but --

25  until we actually did it.



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          59

1              Y. Silbertstein

2       Q    Which four deals?

3       A    The one on Albee Square, North

4    Flats, and 19 Kent.

5       Q    Okay.  I think I know the document

6    you're talking about, which we will talk about

7    in depth today, but what I'm interested,

8    though, in -- because what I understand that

9    document to be is saying, you know, I owe

10   you -- you owe me this money, right?

11           But what I'm interested in and what

12   my question is about is at the time that this

13   money changed hands, was that obligation at

14   the time reduced to writing?

15      A    Again, I don't get the question.  I

16   don't understand.

17      Q    Let me approach it this way.

18           We got here by me asking you if you

19   remembered any specific instance in which you

20   departed from the default rule, which was that

21   these agreements were not reduced in writing.

22   And your response, I believe, was, well, there

23   is a document.  It governed -- dealing with

24   four of those properties, Albee Square, North

25   Flats, 28th and, I think, Kent.



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          60

1              Y. Silbertstein

2         Do you remember that?

3     A    Yes.

4     Q    Okay.  That document, which -- I

5    know what document you're talking about.

6         That document is not a

7    contemporaneous memorialization of those

8    amounts that were owed.  In other words, it

9    discusses obligations that were owed, for

10   example, back in 2012 or 2013.

11        Do you understand the distinction

12   I'm making?

13    A    Yeah.  It was an agreement on the

14   three big ones.  We had, like, this is project

15   that I supposed to get equity percentage,

16   which I was looking out to, and I want to have

17   it documented because I don't know what

18   tomorrow will bring.

19    Q    Right.  No.  Let me get real

20   specific with it in an effort to just close

21   the loop on this.

22        So that document -- which, again,

23   we'll get to -- says that, for example, you

24   were owed money for introducing Mr. Gluck to

25   Mr. Goldman for some of these property deals,



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 62 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              61

```
1                      Y. Silbertstein

2     right?

3          A    Not just introducing.

4          Q    But that's one of the things -- you

5     know, and we'll get to it, right.

6               It says, you know, you did this work

7     in introducing Mr. Gluck, who then put in a

8     bunch of money to these real estate

9     development projects, right?

10         A    Yes.

11         Q    Okay.  When you made the

12    introductions between Mr. Gluck and

13    Mr. Goldman, did you document with Mr. Goldman

14    or anyone else that you would be owed a fee?

15              Did you document that in writing?

16    That's what I'm asking.

17         A    At that time, we didn't have

18    documents.  We just agreed it verbally.

19         Q    Okay.  Thank you.  And I'm sorry for

20    having taken so long to get there.

21              But at that time, the default rule

22    controlled, and you did not memorialize those

23    agreements in writing?

24         A    At that time, we all had verbal

25    agreements.
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 63 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          62

1              Y. Silbertstein

2      Q    Okay.  One thing I should have

3  mentioned to you that I didn't is that, if at

4  any time you want to take a break, you can

5  just say so.

6           The only thing I'll ask you is that

7  if I've asked you a question, you answer it,

8  and then you ask to take a break; is that

9  okay?

10     A    Yeah.  Thank you.

11     Q    With that said, we've been going

12  about an hour.  Do you mind if we take a

13  break?

14     A    No problem.

15     Q    Okay.  Thank you.

16     A    Is it about -- how long this break?

17  I have time to go down for a cigarette?

18     Q    Yes, definitely.  I want to say --

19  look, I always say five.  It's never quite

20  five.  Let's just come back in ten minutes.

21     A    Okay.

22     Q    Thank you.

23     A    Okay.  Thank you.

24           (Thereupon, a recess was taken, and

25  then the proceedings continued as follows:)



23-01180-mg    Doc 43-1    Filed 09/30/24    Entered 09/30/24 16:14:59    Exhibit A -
Yoel Silberstein Deposition Transcript    Pg 64 of 225

YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        63

1             Y. Silbertstein

2             MR. SILVESTRI:  I am ready whenever

3    the witness and counsel are ready.

4             MR. SAPONARA:  You ready?

5             THE WITNESS:  Yeah.

6             MR. SAPONARA:  Ready when you are.

7             MR. SILVESTRI:  Okay.

8             Court Reporter, are we ready?

9             THE COURT REPORTER:  Yes, sir, ready

10   to go.

11            MR. SILVESTRI:  Awesome.  Thank you.

12   Okay.  Back on the record.

13   BY MR. SILVESTRI:

14       Q    Mr. Silberstein, a couple follow-up

15   questions from what we just talked about.

16            When you -- we were talking -- to

17   anchor us, we were talking about moments when

18   you and Mr. Goldman had, sort of, verbal

19   understandings and money would move around

20   between you two.  I think that's your

21   testimony.  You'll let me know if that's

22   wrong.

23            When you received money from

24   Mr. Goldman, to the extent that you did, do

25   you recall where it came from specifically?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 65 of 225

YOEL SILBERSTEIN                                      February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            64

1              Y. Silbertstein

2    Did it come from, for example, Mr. Goldman's

3    personal bank account, or did it come from an

4    entity he controlled?

5         A    I don't recall.

6         Q    Do you recall if it ever came from

7    any company beginning with the words "All

8    Year"?

9         A    I don't recall.

10        Q    So you don't recall then if you ever

11   received money as part of these types of

12   transactions from a company called All Year

13   Holdings, LLC?

14        A    I don't recall where it was coming

15   from whenever he gave me something, no.

16        Q    How would it typically arrive?  Was

17   it a wire?  Was it a check?

18        A    I don't recall.  We had, like, few

19   things going on, so not sure always that I

20   received it directly or maybe allocated

21   towards something that we had in common of the

22   other deals.  I don't recall exactly.

23        Q    When you say he would "allocate it,"

24   what do you mean by that?

25        A    Meaning we had other properties



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 66 of 225

YOEL SILBERSTEIN                                         February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              65

1                    Y. Silbertstein

2    together, so maybe I needed money, that I had

3    responsibilities with him, so he calculated --

4    allocated that he laid out for me over there.

5         Q    Okay.  And when you say "he," you

6    mean Mr. Goldman, right?

7         A    Yes.

8         Q    In your mind, was Mr. Goldman and

9    all these other entities -- some of which are

10   called All Year -- were they distinct and

11   separate, or was it all just, kind of,

12   Mr. Goldman?

13        A    All of them was Mr. Goldman.

14        Q    Okay.  So in your mind, you're

15   dealing with Yoel Goldman, and that's it?

16        A    That is correct.

17        Q    Okay.  How about when it worked the

18   other way?  Because I believe you testified,

19   sometimes you, for example, would send money

20   when he asked you.

21             Do you recall specifically where he

22   would ask you to send that money?

23        A    I don't recall.  But for me, all of

24   his entities, everything was one person.

25        Q    No, I understand that.  I'm just --



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 67 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          66

```
 1                Y. Silbertstein
 2   I'm asking about -- and, again, if you don't
 3   remember, you don't remember.  Fair enough.
 4           But can you recall any specific
 5   instance where, for example, you sent money to
 6   an account that was Mr. Goldman's personal
 7   bank account, or you sent money to an account
 8   that was in the name of All Year Holdings,
 9   LLC?  That's all I'm asking.
10       A    I don't recall at the moment.
11       Q    Okay.  And when it wasn't, for
12   example, an allocation of funds, when it
13   didn't flow directly -- in other words, when
14   it flowed directly from you to Mr. Goldman, or
15   vice versa, were those transfers in the forms
16   of checks or wires?
17       A    I don't recall.
18       Q    Was it ever cash?
19       A    No.  I don't recall.
20       Q    You said "no" and you don't recall.
21   And, I'm sorry, I just want to be clear.
22   Which is it?  It was never cash?
23       A    I don't recall having a cash
24   transaction.
25       Q    Okay.  Was it ever any other asset
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 68 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              67

1                  Y. Silbertstein

2    that we might call -- do you understand what I

3    mean when I say "near cash," for example?

4                  Like Cryptocurrency, for example.

5    Did you ever exchange any assets like that?

6          A     No.

7          Q     Okay.

8          A     I don't recall ever dealing with

9    Crypto.

10         Q     I'm sorry.  Did you say you don't

11   recall ever dealing with Crypto?

12         A     That's correct.

13         Q     Yeah.  That makes sense.  Okay.

14                Are you currently working on any new

15   real estate deals with Mr. Goldman right now?

16         A     No.

17         Q     Is that because no opportunity has

18   presented itself, or are you not interested in

19   doing business with Mr. Goldman right now?

20         A     I want to see first until I get

21   whatever I'm still owed by him straightened

22   out, and I didn't see any opportunities.

23         Q     What, in your mind, does Mr. Goldman

24   owe you right now?

25         A     He owes me $500,000 from that



1              Y. Silbertstein

2    settlement, which he didn't give me yet.  And

3    in addition, we have an open item that he owes

4    me money.  In my opinion, it's around 1.5 on a

5    deal on the 19 Kent.  Was many, many years

6    ago, and we never resolved it.

7         Q     Have you initiated any legal action

8    against Mr. Goldman related to -- well --

9         A     No.

10        Q     Sorry.  Did you say "no"?

11        A     Yes.

12        Q     That 500,000 that you say

13   Mr. Goldman owes you, is that reflected in

14   the -- I believe it's an October 2020

15   agreement?

16        A     (No verbal response.)

17        Q     You're nodding along.  Is that a

18   yes?

19        A     That is correct.

20        Q     And you view that as a personal

21   obligation that Mr. Goldman owes you?

22        A     I feel it's an obligation of Goldman

23   responsible for whatever we agreed on.  I went

24   away.  I left on the table a huge amount of

25   money, in my opinion, to settle this matter



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 70 of 225

YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        69

1           Y. Silbertstein

2    with expectation that I will get the money,

3    which I didn't get as of today.

4        Q    Yeah.  And like I said, we'll get to

5    that.  I promise.  Okay.

6           So you're not currently working on

7    new deals with Mr. Goldman right now because

8    you're waiting to see if you're going to get

9    paid this -- looks like it totals up to $2

10   million from Mr. Goldman.

11       A    It's a combination.  Yeah.

12       Q    Okay.  Has he approached you with

13   any opportunities?

14       A    He did ask me if I know of any

15   investors that would be interested in buying

16   these days.

17       Q    When did he ask you that?

18       A    Like couple of months ago during a

19   conversation.  I don't remember exactly, but I

20   remember that he asked me if I know of any

21   investors.

22       Q    Do you remember what you said back

23   to him?

24       A    I said, I will think about it.  If I

25   have something come that I can recommend you,



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 71 of 225

YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        70

1              Y. Silbertstein

2    I will let you know.

3         Q    And I understand this hasn't

4    happened yet, but let's just play this out

5    because this, to me, sounds like how a lot of

6    these deals came up.

7              If you were to, for example, then

8    introduce Mr. Goldman to an investor, would

9    you, at that time -- you know, according to

10   you, be owed money from Mr. Goldman as a

11   result of having made that introduction?

12             MR. SAPONARA:   Objection.

13   Speculative.

14        A    No.  The way I operated with

15   Mr. Goldman was on the deals that I was

16   involved.  I mean, I don't think at the moment

17   there's a possibility to get into such a deal

18   again.  But the way we operated on these

19   particular deals that I introduced and brought

20   in -- you call it introduction, but I brought

21   in -- like, for instance, in these three

22   properties, Joel Gluck.

23             Joel Gluck came in not through me,

24   not just that he's going to -- I'm hooking him

25   up with Mr. Goldman and I am out of the game.



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        71

```
1                    Y. Silbertstein
2    Joel Gluck wanted me to be involved on a daily
3    basis, which Mr. Goldman told me that he wants
4    Mr. Gluck to invest there and agree to it, and
5    I'm going to make sure that you are
6    compensated for it, and you will get this and
7    this.
8           So this wasn't like an introduction,
9    like he's asked me, you know of any investor;
10   and I would tell him, call this guy, or I will
11   hook you up with a guy.  It was me being
12   involved on a daily basis, from construction
13   point of view, planning, financing, issues
14   with subs on a daily basis on each of these
15   properties.
16          So it was like me giving all my best
17   and time, spending majority of my day on those
18   things at that time.
19      Q    I understand.  And I may have
20   misused the word "introduction" there.  I
21   didn't mean to suggest that you step back.
22   We'll see later.  You're on these e-mails.  I
23   can see you there.  Let me focus in on what my
24   question was really about.
25          When is the obligation for this work
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 73 of 225

YOEL SILBERSTEIN                                           February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              72

1                Y. Silbertstein

2      that you're doing -- in your mind, when does

3      it accrue?  When are you owed the money?

4               When can you walk up to Mr. Goldman

5      and say, you owe me for my involvement in this

6      deal?

7          A    So when we did the deal, we said

8      that he's going to get me my percentages that

9      we agreed, or at a minimum, this and this fee,

10     this and this amount for the particular deal.

11         Q    But when did he say --

12         A    I don't recall the dates.  But

13     during the process of getting Gluck to commit

14     himself funding and becoming a partner in this

15     project, we had an understanding of -- that

16     was by Albee Square.

17              The other ones was a little -- the

18     one in North Flats was a little different, as

19     far as I recall.  At the beginning, it was

20     supposed to be a quick project, an in-and-out,

21     and it turned out to be a very problematic

22     situation.  So I got deeper and deeper

23     involved in that time.

24              And I thought at that time that it's

25     going to be an easier play and it's not going



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          73

```
 1              Y. Silbertstein
 2   to be so much work, but it turned out that it
 3   was way more than expected.  And until
 4   recently, it wasn't done.  Something that
 5   took, like, over ten years.
 6       Q    Yeah, I think that's borne out in
 7   the documents.
 8            So, again, just trying to get a
 9   sense of timing, recognizing that you've said
10   you don't quite remember when Mr. Goldman told
11   you that you'd be entitled to those
12   10 percents.
13            What I -- when the policy in the --
14       A    When the --
15       Q    Sorry.  Let me finish.
16            What we'll see in the documents is
17   that you brought in Mr. Gluck around 2012,
18   2013.
19            Does that sound familiar to you
20   about when Mr. Goldman would have made that
21   representation to you about you receiving the
22   10 percent in each?
23       A    That's the one for North Flats?
24       Q    That's for North Flats, 2012 or
25   2013.
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 75 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              74

1              Y. Silbertstein

2      A    Yeah.   That's the first deal we did

3  together.

4      Q    Okay.  Okay.  Well, we'll get into

5  the documents later on Albee and 28th, but I

6  think it's around that same time frame.  But

7  we'll just see once we dive in.  Okay.

8           I would like to briefly discuss

9  JS Skillman LLC.  Does that entity sound

10  familiar to you?

11     A    Yes.

12     Q    What is that entity?  Did you own

13  it?

14     A    Yes.  My wife --

15     Q    Did you create the LLC?

16     A    Yeah, I think so.

17     Q    Why did you create it?

18     A    Was the property that -- where my

19  house is at.

20     Q    Oh, I'm sorry.  For what purpose was

21  the LLC created?

22     A    To own the property.

23     Q    Got it.

24           So it was created to own the

25  property in which you currently live?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 76 of 225

YOEL SILBERSTEIN                                      February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              75

1                Y. Silbertstein

2      A    Yes.

3      Q    So that would be the property,

4    672 Myrtle?

5      A    Yes.

6      Q    Does it still hold title to that

7    property, as far as you know?

8      A    Yes.

9      Q    Yeah?

10          Did it own any other property?

11     A    No.

12     Q    Do you have the deed reflecting

13   JS Skillman LLC's ownership in that property?

14     A    Probably.

15     Q    Okay.

16          MR. SILVESTRI:  Mr. Saponara, if we

17   could just make a note here, mostly for the

18   transcript, that we may want to come back to

19   that in terms of a request.  Again, not

20   looking to discuss it now.

21          MR. SAPONARA:  Okay.  Follow up in

22   writing.

23          MR. SILVESTRI:  I'm sorry.  Go

24   ahead.

25          MR. SAPONARA:  If you could just



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 77 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          76

1                    Y. Silbertstein

2    follow up in writing with any requests made on

3    the record, we'll take them up.

4                    MR. SILVESTRI:  We will do so.

5    BY MR. SILVESTRI:

6        Q    Mr. Silberstein, don't sorry about

7    that.  Back to you.

8                    Who were the members of JS Skillman

9    LLC?

10       A    Me and my wife.

11       Q    Any other members?

12       A    No.

13       Q    Are you and your wife still the

14   members of JS Skillman LLC?

15       A    That is correct.

16       Q    And I think I already asked this.

17   Apologies if I did.

18                    Did JS Skillman LLC own any other

19   properties?

20       A    No, not that I recall.

21       Q    Has it done any other business

22   besides holding deed to 672 Myrtle?

23       A    I don't recall during the years.

24   It's been a long time that this company is in

25   existence.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 78 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                  77

1              Y. Silbertstein

2       Q     When was it formed?

3       A     I guess 2013.  '12, '13, '14.

4       Q     Sometime between 2012 and 2014?

5       A     Yes, I guess so.

6       Q     Did that entity ever do any

7  borrowing?

8       A     Maybe it did short term.  I'm not

9  sure.  I don't recall.

10      Q     Did it borrow to purchase the

11 property at 672 Myrtle?

12      A     I don't recall.

13      Q     That's the entity that signed the

14 promissory note at issue in this case, yes?

15      A     Yes.

16      Q     So that is the entity that borrowed

17 $3,325,000 from All Year Limited?

18      A     That's how we structured it at that

19 time.

20      Q     Okay.

21      A     But in reality, it was discussed at

22 that time that this loan is a technical

23 because it's basically my money that's owed to

24 me.

25      Q     No, I -- and, again, we'll get



YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           78

1              Y. Silbertstein

2    there.  I just want to go over JS Skillman LLC

3    so I understand.

4         A    Yeah, but you referred to the

5    loan -- but you referred to the loan that the

6    entity borrowed.  So I just wanted to clarify

7    that this loan is a technical loan, but in

8    reality, it was my money that was borrowed

9    from me.

10        Q    What do you mean by "technical

11   loan"?

12        A    Meaning for however Mr. Goldman said

13   then that he wants to structure it, because I

14   told him at that time I need -- we got to get

15   moving.  Things take longer than it should.

16   So I said, I need some of my money.  I need

17   some money from you, that he owed me.  So he

18   said, I can do it as a loan, and then when you

19   get the shares, then we'll turn it back.

20        Q    Okay.  And this is jumping ahead a

21   little bit, but I, kind of, have to ask, if

22   you were owed money by All Year at that time,

23   why structure it as a loan?  Why sign a

24   document saying you're going to pay it back?

25        A    Because that's the way Mr. Goldman



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 80 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              79

1              Y. Silbertstein

2    structured it, for whatever reasons.  I'm not

3    sure.

4         Q    Okay.

5         A    So I told him at that time, I don't

6    want to have it as a loan.  He said that's the

7    only way he can give it to me now because he's

8    still going to get me my shares.  At that

9    time, he kept on saying he's going to work out

10   that I should get the shares that I am owed.

11        Q    Okay.  And -- sorry.  One moment.

12             Did you transfer any money in

13   exchange -- or did -- money was exchanged,

14   right, to you?

15             Money was sent to you in exchange

16   for that promissory note, right?

17        A    I don't recall how the money was

18   divided at that time.

19        Q    But you did receive the money as

20   memorialized in that note?

21        A    At the moment, I don't recall.

22        Q    Okay.  But if there were, for

23   example, account statements and records,

24   either in Mr. Goldman's possession or

25   All Year's possession, that showed you



1              Y. Silbertstein

2    received a distribution of several million

3    dollars on the 21st of March, 2018, that

4    wouldn't be surprising to you?

5         A    To me personally?  To my

6    JS Skillman?

7         Q    To you.  Yes, I'm sorry.  Thank you

8    for making the distinction.

9              To JS Skillman.

10        A    I don't recall receiving such a

11   large amount of money.

12        Q    And when you say, "I don't recall,"

13   do you mean you personally, or do you mean

14   JS Skillman?

15        A    Me and JS Skillman.

16        Q    Okay.  Okay.  You are JS Skillman,

17   so there's no distinction in your mind?

18        A    That's correct.

19        Q    Okay.  And you are saying you

20   personally don't remember receiving those

21   funds on March 21, 2018?

22        A    Correct.

23             MR. SILVESTRI:  I want to turn now

24   to an exhibit.

25             Mr. Saponara, I will drop it in the



1              Y. Silbertstein

2     chat.  And we'll just see if when I share my

3     screen, you can read it.  And if not, we'll

4     figure out a way for you to be able to see it.

5     BY MR. SILVESTRI:

6          Q    Can you see this, Mr. Silberstein?

7          A    Yes.

8          Q    Okay.  I'm going to slowly scroll

9     through this document.  It's about eight

10    pages.  But, if you could, do me a favor, if

11    at any time you're having trouble reading it,

12    understanding it, and you want to look at it

13    more closely, I'm sure we can get something in

14    front of you that would allow you to do that.

15    But if not, I'm just going to assume that

16    you're able to follow along, okay?

17         A    Okay.

18              MR. SAPONARA:  Are you marking this?

19              MR. SILVESTRI:  Yes, I am.  This

20    will be Exhibit 1.

21              (Silberstein Exhibit 1 marked for

22    identification and attached to the

23    transcript.)

24    BY MR. SILVESTRI:

25         Q    Okay.  Does this document look



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 83 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              82

1              Y. Silbertstein

2    familiar to you, Mr. Silberstein?

3         A    Yes.  I saw it in the past.

4         Q    Okay.  You said you've reviewed this

5    document?

6         A    I saw it in the past, yes.

7         Q    Okay.  Do you remember reviewing

8    these document requests?

9         A    Yeah.  I reviewed it with my

10   attorney, I think.

11        Q    Okay.  And, again, I don't want to

12   get into anything that was said in those

13   discussions with your attorney, but that would

14   make sense.

15             These are the document requests we

16   served on you as part of this lawsuit.  Do you

17   remember searching through your records for

18   documents responsive to these requests?

19        A    Yes.

20        Q    Okay.  And did you, for instance,

21   search -- just taking Request number 1, for

22   example, did you search for documents and

23   communications relating to the promissory note

24   in this case?

25        A    Yes.  I did a search if I have any



```
1                    Y. Silbertstein
2     documents related to a loan on that date.
3          Q    Do you recall if you had any
4     records?  Did you find any records when you
5     made that search?
6          A    No.
7          Q    How about for Request number 2?
8               And I'll represent to you that your
9     counsel objected to this request.  But did you
10    search for documents related to your use of
11    the proceeds for the loan?
12         A    I tried to search, but I couldn't
13    find anything.
14         Q    While we're on the topic of
15    searches, what -- when you say you searched
16    for records, what did you do?
17         A    I searched in my Gmail.
18         Q    Do you have any other e-mail
19    accounts besides Gmail?
20         A    No.
21         Q    Is that the Gmail account that I
22    think we'll see in some of the e-mail
23    correspondence -- is that the only e-mail
24    account that you do professional business
25    with?
```



```
1                    Y. Silbertstein
2         A    Yes.
3         Q    How long have you had that e-mail
4    account?
5         A    Don't recall exact date, but for a
6    long time.
7         Q    Does JS Skillman LLC have an e-mail
8    account?
9         A    No.
10        Q    Did you search any other, for
11   example, hard copies, any other records that
12   you have when you went to search for records
13   for these document requests?
14        A    Yeah.  I was looking around.  I
15   don't have anything.
16        Q    Well, there are -- oh, okay.  So you
17   say you didn't have anything in hard copy.
18   Nothing at all in response to any of these
19   requests?
20        A    No.
21        Q    And there are two handwritten
22   documents at issue in this case that were
23   written in Hebrew.  Do you know what I'm
24   talking about?
25        A    Yes.
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 86 of 225

YOEL SILBERSTEIN                                           February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                    85

1             Y. Silbertstein

2        Q    Those documents were translated and

3   then delivered to us.  That's what's

4   referenced in Request number 3, YS000001

5   through 20.  Do you see that there?

6        A    Yes.

7        Q    Were you in possession of those

8   handwritten documents?

9        A    On one of them, I had a copy.

10       Q    Well, which one did you have a copy

11  of?

12       A    Of the settlement one.

13       Q    There's one from 2015 and one from

14  2020.  Which are you calling the settlement

15  one?

16       A    I'm calling the 2020.

17       Q    Okay.  So you had a copy of the

18  handwritten 2020 document?

19       A    That is correct.

20       Q    How do you know it was a -- was it

21  an original or, like, a photocopy?

22       A    It was a copy because it was a

23  yellow paper.  I don't have the original.

24       Q    Who has the original?

25       A    I'm not sure.  Probably Mr. Goldman.



1                   Y. Silbertstein

2       Q     But you don't know?

3       A     No.  I'm not sure if he has it.

4       Q     Okay.  So when you -- and did you

5   have a photocopy of the 2015 document as well,

6   or did you obtain that from someone else?

7       A     No, I had a copy of that.

8       Q     Okay.

9       A     Copy.

10      Q     So I think we were talking about you

11  having searched for any hard-copy documents,

12  and you said you didn't have any.

13            Did you mean other than those

14  documents that we just discussed, the two in

15  Hebrew?

16      A     That's right.  The requested

17  documents.

18      Q     Yeah.  No, I follow.  I just want to

19  make sure I understand.

20            So you searched both your e-mail and

21  your hard-copy records.  Did you search

22  anything else?

23      A     Basically, where else could I

24  search?  I mean, I tried, actually, to log in

25  to the bank account that I used at that time,



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 88 of 225

YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        87

1                  Y. Silbertstein

2    but I no longer have that bank account.  Chase

3    closed accounts at one point, so I couldn't

4    get to see what came in to me, to JS Skillman,

5    on March of 2018.

6        Q    Do you have any records, historical

7    records of that account?

8             Understanding you can't log into it

9    now, but, for example, do you have any bank

10   statements from that account?

11       A    Used to be -- I don't remember

12   getting the actual statements.  It used to be

13   so easy with Chase to have it online.  I

14   didn't think that they would close it.  I

15   probably got to go down to the bank to search.

16       Q    Do you know the bank account number?

17       A    I should have it somewhere.  I don't

18   have it remembered offhand, but should have

19   it.

20       Q    Okay.

21            MR. SILVESTRI:  I'll make a note

22   again on the record just so we can go back and

23   issue follow-up requests.

24       Q    Do you know if that Chase account,

25   was it in your name?



1                     Y. Silbertstein

2          A     Was on JS Skillman.

3          Q     It was under JS Skillman LLC?

4          A     Yes.

5          Q     Was it a joint account, or was it

6     just under JS Skillman LLC?

7          A     Just under that account.

8          Q     Were you the signatory on that

9     account?

10         A     Yes.

11         Q     Okay.  So backtracking a little bit,

12    you -- I asked you if you had searched

13    anywhere else.  You said, well, where else

14    could I search?  You had searched for bank

15    records.

16               Do you own a mobile phone?

17         A     Yes.

18         Q     Okay.  Do you ever text with

19    Mr. Goldman or exchange any type of electronic

20    messages with Mr. Goldman on that phone?

21         A     Yes.

22         Q     Do you use what I'll call the native

23    messaging -- well, what kind of phone is it,

24    first of all?

25         A     It's an Apple iPhone.



1                 Y. Silbertstein

2        Q    Okay.  Do you use the native Apple

3   Messages app to text Mr. Goldman?

4        A    Hardly.  Sometimes I text him over

5   there.

6        Q    Do you use --

7        A    What's native --

8        Q    I'm sorry.  Go ahead.

9        A    Sorry.

10               What's native Apple?  What's that?

11   The regular text.

12       Q    Well, it -- and it -- most people

13   just call it their "text messages."  It's

14   the -- it's the icon, the green icon, with the

15   white thought bubble.  That's what I'm talking

16   about when I say "text messages."

17       A    Oh, regular text message.

18       Q    Regular text messages, that's right.

19               So you said you did exchange some

20   text with Mr. Goldman using that application?

21       A    Yes.

22       Q    Okay.  Did you search those?

23       A    Yes.

24       Q    Did you produce anything to us

25   related to those messages?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 91 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                    90

1                       Y. Silbertstein

2          A     No.   I don't have any messages in --

3     from 2018.   I had a new phone in 2021, or I

4     don't remember exact date, and I didn't have

5     anything prior to that.

6          Q     Okay.   Do you ever correspond with

7     Mr. Goldman using any other software, for

8     example, WhatsApp?

9          A     Yes.

10         Q     Did you search -- well, let's start

11    here.   Do you use WhatsApp to communicate with

12    Mr. Goldman, or have you ever used WhatsApp to

13    communicate with Mr. Goldman?

14         A     Yes, I did.

15         Q     Did you search those records?

16         A     Yes.

17         Q     Did you produce anything to us from

18    those WhatsApp messages?

19         A     No, because the same story, I didn't

20    have anything from those dates.

21         Q     What dates are you referring to?

22         A     To 2018 or -- was -- the messages

23    were started after those dates.

24         Q     Okay.   Do you use any other software

25    to communicate with Mr. Goldman, other than



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 92 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          91

1              Y. Silbertstein

2    Messages and WhatsApp?

3         A    No.

4         Q    So, for instance, you don't use

5    Facebook Messenger to communicate with

6    Mr. Goldman?

7         A    No.

8         Q    Do you use any programs that make

9    use of end-to-end encryption, like Telegram?

10        A    No.

11        Q    Okay.  When you found a document

12   that you thought was responsive, did you hand

13   it over to your counsel?

14        A    Yes.

15        Q    Okay.  You can put that to the --

16   well, you're not -- you're not holding it, so

17   I'll just close that for now.  We might come

18   back to it.  That's Exhibit 1.

19             I'd like to now move to another

20   document that I will drop in the chat.

21             Can you see this okay,

22   Mr. Silberstein?

23        A    Yes.

24        Q    Do you recognize this document?

25        A    I saw it before, yes.



1              Y. Silbertstein

2        Q    Okay.  You understand that it's the

3   complaint that my client filed to initiate

4   this action?

5        A    Yes.

6        Q    Did you review this document as part

7   of this lawsuit?

8        A    Yes.

9        Q    And did you file an answer related

10  to this complaint in this lawsuit?

11       A    Yes.  My attorney filed an answer.

12       Q    We're going to try to multitask

13  here.  This is -- I'll mark this as Exhibit 2.

14  And then the next document I'm going to drop

15  in and put up on the screen will be Exhibit 3.

16       A    Okay.

17            (Silberstein Exhibit 2 marked for

18  identification and attached to the

19  transcript.)

20            (Silberstein Exhibit 3 marked for

21  identification and attached to the

22  transcript.)

23  BY MR. SILVESTRI:

24       Q    Okay.  Do you recognize this

25  document, Mr. Silberstein?



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                         93

1                    Y. Silbertstein

2        A    Answer?  Yes.

3        Q    Yes.

4             Is this the answer that we were just

5    talking about, that your attorneys filed?

6        A    Yes.

7        Q    Okay.  This doesn't recite the

8    allegation, so we're going to have to jump

9    back and forth between Exhibit 2 and

10   Exhibit 3, so bear with me here.

11            But I'm going to start at paragraph

12   12 of our complaint, which alleges that, "On

13   March 21, 2018, Mr. Silberstein executed a

14   promissory note in the principal amount of

15   $3.35 million in favor of Debtor."

16            Do you see that?

17       A    Yes.

18       Q    And if we scroll down to paragraph

19   12 of your answer, which corresponds to

20   paragraph 12 of the complaint, it says,

21   "Defendant denies the allegations contained in

22   paragraph 12."

23            Do you see that?

24       A    Yes.

25       Q    So do you deny that you executed the



1                    Y. Silbertstein

2    promissory note attached to the complaint?

3         A    No, I didn't deny that part, that I

4    executed it.

5         Q    Okay.  So we agree you executed the

6    promissory note, right?

7         A    That's what it looks like.

8         Q    Okay.  And the promissory note, just

9    so we're clear, it's Exhibit A to the

10   Complaint.

11              Is that your signature down at the

12   bottom, both individually and as manager for

13   JS Skillman NY LLC?

14        A    Looks like it.

15        Q    Okay.  Going back to paragraph 12 --

16   or paragraph 13, which alleges that, "On or

17   about March 21, 2018, and pursuant to the

18   Note, the Debtor distributed $3.35 million to

19   Mr. Silberstein or an entity he controlled."

20              And jumping to your answer,

21   Exhibit 3, it says, "Defendant denies those

22   allegations."

23              We were covering this a little bit,

24   but do you deny that you received the proceeds

25   from the loan on or about March 21, 2018?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 96 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                    95

1              Y. Silbertstein

2        A    I'm not sure that I received it.  I

3    don't recall where -- if any money went to me

4    directly, or if it was --

5        Q    Okay.

6        A    -- that I was about.  I'm not sure.

7        Q    Okay.  I want to get very specific

8    here, and I know that when -- you already told

9    me, when we're talking about JS Skillman LLC,

10   you view that as yourself, and you, sort of,

11   view Mr. Goldman as just the person you're

12   dealing with.  I get all that.

13           But specifically for these loan

14   proceeds, when you say, "I don't recall ever

15   receiving anything," do you mean -- just so

16   I'm clear on your testimony -- that you don't

17   recall either yourself or JS Skillman LLC

18   receiving that money on March 21st --

19       A    That is correct.

20       Q    I'm sorry?

21       A    That's correct.

22       Q    Okay.  So are you saying that you

23   affirmatively know that you did not receive

24   that money, or are you saying you just don't

25   remember?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 97 of 225

YOEL SILBERSTEIN                                     February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          96

1                    Y. Silbertstein

2        A    I don't remember such a thing.

3        Q    Okay.  Coming back to the complaint,

4   it alleges that the note matured on March 30,

5   2019.  Looking at your answer, you deny that

6   allegation.

7             Do you deny that the note matured by

8   its terms a year later?

9        A    In my opinion, the note, it never

10  started.  It's a technical thing, in my

11  opinion.  That's how I see it, and that's how

12  it's my facts and --

13       Q    I understand.

14       A    It's a technical thing.

15       Q    Sorry.  Go ahead.

16       A    It's a technical thing.  This is my

17  money that I was owed by Mr. Goldman and his

18  companies.  And however it was allocated and

19  structured, how he gave it to me -- in my

20  opinion, it's all technical.  It never

21  started.  It never ended.

22       Q    Okay.  I get your point of view on

23  it.  I'm going to continue to ask these

24  questions related to what was said in the

25  complaint and what you denied, but I



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 98 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           97

1                    Y. Silbertstein

2    understand what you're saying, that, from your

3    point of view, this was money you were owed,

4    and Goldman just structured it as a note.  I

5    get it, okay.

6              But looking at the note, for

7    instance, you know, it says here that it will

8    be due no later than the 30th day of March,

9    2019.

10             Do you see that?

11        A    Yes.

12        Q    Okay.  So when you denied that

13   allegation in paragraph -- I believe it was --

14   let me confirm -- in 14, do I understand you

15   correctly to be saying that you denied that

16   allegation because you never viewed the note

17   as an actual loan?

18             Is that right?

19        A    That's -- basically, I denied the

20   whole concept and the whole -- not the way it

21   was structured, that it has a date on it.

22   That's a fact.  I'm not denying that it says

23   over there "2019," but I deny that I was

24   supposed to actually bring money back to

25   Mr. Goldman under 2019.



YOEL SILBERSTEIN                                         February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              98

1                Y. Silbertstein

2        Q    Okay.  But we can agree that the

3    note says -- again, just looking at the note

4    and taking as read your objection, that this

5    was never -- this was only a technical loan,

6    the note itself attached to the complaint says

7    it matures on March 30, 2019, right?

8        A    That is correct.

9        Q    Okay.  Looking at paragraph 15, it

10   says that, "On March 30, 2022, Debtor, through

11   its attorneys, issued a written demand to

12   Mr. Silberstein."

13            Did I read that correctly?  Can you

14   see that in paragraph 15?

15       A    Yes.  Yes.

16       Q    Okay.

17       A    Yes.

18       Q    I'm going to go down to Exhibit B,

19   which is the demand letter.

20            Does this document look familiar to

21   you?

22       A    Yes.

23       Q    Did you receive this document?

24       A    Yes, I did.

25       Q    And that address, 672 Myrtle Avenue,



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              99

```
 1              Y. Silbertstein
 2    that's your home address we've been talking
 3    about today?
 4        A    That is correct.
 5        Q    Okay.  What is 199 Lee Avenue?
 6        A    That's a mailing address that --
 7    used to use it years ago.  I sometimes go pop
 8    in --
 9        Q    Did Mr. -- I'm sorry to cut you off.
10    Go ahead.
11        A    What?
12        Q    I'm sorry.  I cut you off.  Go
13    ahead.  What were you saying?
14        A    I sometimes pop in to pick up mail
15    over there.  It's like old mailing address.
16        Q    Does Mr. Goldman also make use of
17    that address?
18        A    Not this particular one, but 199
19    Lee Avenue is a location where you rent, like,
20    mailboxes.
21        Q    Okay.
22        A    It has, like, thousands of those.
23        Q    Okay.  No one lives there?
24        A    No.  It's a -- it's like a retail
25    location where they have these mailboxes.
```



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            100

1              Y. Silbertstein

2       Q    You said you remember receiving this

3  letter.

4       A    Yes.

5       Q    Did you respond to this demand

6  letter?

7       A    My respond was I took it to

8  Mr. Goldman and I asked him, what's going on

9  here?  Didn't you tell me that this is taken

10  care of?  Why am I receiving letters?

11       Q    What did Mr. Goldman say to you?

12       A    And he said that --

13       Q    I'm sorry.  I cut you off again.  Go

14  ahead.

15       A    What was the question?

16       Q    What did Mr. Goldman say back to you

17  when you took this letter to him?

18       A    Mr. Goldman said, don't worry.  I

19  already told -- I already told them that this

20  is not a legitimate and existing loan.  I'm

21  going to take care of it.  Don't worry.

22  That's what he told me.

23            And I told him, what do you mean,

24  "don't worry"?  Why am I getting these

25  letters?  This is not normal.  This is not



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A - Yoel Silberstein Deposition Transcript   Pg 102 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          101

1                    Y. Silbertstein

2    fair.

3            So he mentioned names.  Already told

4    Asaf.  I already told -- he told it to me

5    numerous times, that they know that this is

6    not a regular loan and don't worry, it's going

7    to be taken care of.

8        Q    Do you remember when you had this

9    conversation?

10       A    Right after I got it because I was,

11   like, in shock when I received it.

12       Q    So right after you got it -- did you

13   receive it around March 30, 2022?

14       A    I don't remember the exact date, but

15   whenever I got this in the mail, I saw Goldman

16   constantly, and I told him, what are -- what

17   is this?

18       Q    Okay.  So you don't remember exact

19   dates, but safe to say, shortly after

20   receiving it, you had this conversation with

21   Mr. Goldman?

22       A    Yes.

23       Q    Did you ever speak to anyone at

24   Koffsky Schwalb about it?

25       A    At who?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A - Yoel Silberstein Deposition Transcript   Pg 103 of 225

YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                       102

1              Y. Silbertstein

2       Q    The law firm in the top left-hand

3  corner, Koffsky Schwalb.

4       A    No.

5       Q    Did you ever speak to anyone other

6  than Mr. Goldman about this demand letter that

7  you received?

8       A    I don't recall speaking to anybody

9  else.

10      Q    Okay.  This will come up later, but

11 I want -- I, kind of, want to skip to it.

12           Your answer to this lawsuit, as I

13 think you've expressed multiple times now, is

14 that you were released from this obligation by

15 Mr. Goldman, right?

16      A    Yes.

17      Q    That release, again, according to

18 your pleadings, is contained in one of those

19 handwritten documents that we discussed

20 earlier, correct?  According to you?

21      A    Yes.

22      Q    Did you have those documents in your

23 possession when you received this demand

24 letter?

25      A    I have a copy of it.



1            Y. Silbertstein

2        Q    Okay.  So why didn't you send that

3    document back to this law firm that's

4    demanding all this money of you at the time?

5        A    Because I didn't want to get

6    involved in it at all.  I told Goldman right

7    away, I don't want to bother with it, and take

8    care of it.  And he said he will.  And I

9    trusted him, basically.

10           And when he told me that he -- the

11   other parties know the people are sending it,

12   they know that it's not I told them, I told

13   them, I felt like this should be it.  And then

14   I received from a third party, somebody who

15   saw that the lawsuit was filed against me,

16   before I even received it in the mail,

17   somebody told me back when you filed the

18   lawsuit that I have a lawsuit.

19           Actually, it was two times that you

20   sent me this letter -- this firm sent me this

21   letter, if I remember correctly, or maybe

22   it -- I received it two times, the same date.

23   I'm not sure.

24       Q    So you remember receiving a second

25   demand letter, other than this one?



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           104

1              Y. Silbertstein

2      A    Or maybe I received it on another

3  location.  I don't remember exactly.  But each

4  time I told Goldman, take care of it, this is

5  not fair.  Why am I have to deal with this?

6  And I'm asking the same question right now.

7  This is not fair.  Why do I have to spend

8  legal fees on something that I'm not

9  responsible for?

10      Q    Okay.

11      A    Not just that.  I actually got hit

12  over here, and I still didn't get the rest of

13  my money.  I walked away from a huge portion

14  for a settlement, a huge portion of what I

15  dreamed of many years that I worked very, very

16  hard on -- very, very hard -- days and nights.

17              I did my best on this project, and I

18  have to be busy with it after walking away

19  with almost nothing that I was supposed to get

20  on these years and years of work, and I have

21  to be busy with spending legal fees on stuff

22  like that.  This is not fair.  This is not

23  right.

24      Q    Have you expressed that frustration

25  to Mr. Goldman?



1                    Y. Silbertstein

2         A    Yes, I did.

3         Q    Was that recently?  I think we

4    covered some conversations you've had with him

5    recently.

6         A    Recently and not recently.  Since

7    this, all that I saw that it didn't go away, I

8    constantly told him, this is not fair.  He

9    said, don't worry, don't worry, we'll take

10   care of it.  This is going to be settled.

11   This is going to be taken care of.

12              And he told me numerous times that

13   the parties involved know that this loan is

14   not an existing, legitimate loan.

15        Q    Have you ever heard that from anyone

16   other than Mr. Goldman?

17        A    No, because I didn't -- I didn't

18   talk to anybody else.

19        Q    Did you ever seek to speak with

20   anyone else, other than Mr. Goldman?

21        A    Maybe there was, like, other people

22   involved in the All Year -- all the crap, the

23   stuff, what was going on.  So I mentioned

24   them, do you know that there's officially a

25   note, that's not a real note, and make sure



1                    Y. Silbertstein

2     that whenever they talk -- you talk to them

3     that this is not so.  He said he heard of it.

4     They heard of it.  So ...

5          Q     Do you remember who that was?

6          A     Was a guy, Abe Greenhut.

7          Q     Okay.  Was Abe Greenhut involved in

8     any of your other property deals?

9          A     No.

10         Q     When's the last time you spoke to

11    Mr. Greenhut?

12         A     Very long time ago.  I don't

13    remember exactly.  Not recently.

14         Q     Do you know where he is now?

15         A     No.

16         Q     Other than Mr. Greenhut, did you

17    discuss -- look, I'm hearing your frustration,

18    okay, and I can see that you --

19         A     Honestly, I don't recall with whom I

20    discussed it, but I could tell you this, that

21    I was really, really frustrated when I found

22    out that this is not settled and this is not

23    taken care of.

24              And there is a possibility that I

25    didn't talk about my frustration to people, to



1              Y. Silbertstein

2    friends or whatever.  I don't recall at the

3    moment.  But I was really frustrated.  And I'm

4    still frustrated as of now that I have to sit

5    here and spend money for this.  And this is

6    not fair.

7         Q    Setting aside conversations with

8    friends and family, I am interested in if you

9    ever spoke with anybody involved in the

10   All Year bankruptcy about your frustration and

11   how you felt this loan was only a technical

12   loan?

13        A    No, I haven't speaking to any of

14   them.  I don't -- I never met any of the

15   All Year people involved in this case, and I

16   never spoke to them.

17        Q    Okay.

18        A    I actually relied on Mr. Goldman to

19   take care of it and straighten this out, as he

20   told me he will.

21        Q    Returning to -- I'm going to put the

22   note back up on the screen.  This is, I

23   believe, Exhibit -- I don't recall the number.

24   It's the Complaint.  It's Exhibit A to the

25   Complaint.



1             Y. Silbertstein

2             I think we've already gone through

3   this in your other answers, but I want to

4   drill down to exactly how this note came to

5   be.

6             If I've understood your testimony

7   correctly, you signed this note because you

8   felt you were already owed money from

9   Mr. Goldman, right?

10       A    That is correct.

11       Q    And if I understand your testimony

12   correctly, your testimony is that Mr. Goldman

13   told you the only way he could get you that

14   money, the way he had to structure it, was in

15   a promissory note.

16       A    As a way in a note, and then he's

17   going to give me the shares on the projects

18   that I supposed to get my shares.  Then I will

19   give the money back that I'm receiving on

20   this.

21       Q    Okay.  So you were going to repay

22   the note, but once you got your 10 percent in

23   the Albee, North Flats and 28th Street

24   properties; is that right?

25       A    That is correct.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 110 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                               109

1                    Y. Silbertstein

2          Q     Okay.

3          A     That is correct.

4          Q     So when you signed this note, you

5     did anticipate repaying it, but in the middle

6     of that process, you felt there was going to

7     be -- you were going to be granted these

8     equity interests; is that right?

9          A     The money was owed to me.  I had a

10    right to ask for money during that time

11    already because it was very long.

12               So I asked for the money and he said

13    he's still going to get me the 10 percent.  At

14    that time I said, no problem.  When I will

15    have the 10 percent, then we'll -- I will give

16    you back the money.  If I get what I'm

17    supposed to get on the other option, I will

18    give it back to you then.

19         Q     Okay.  No -- look, again, I

20    understand that from your perspective -- I

21    understand your perspective on this.

22               I'm trying to get down to, when you

23    signed this note, you did anticipate giving

24    this money back to Mr. Goldman, but you

25    thought you were also going to be getting what



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          110

1                    Y. Silbertstein

2    you were owed for those other projects, right?

3         A    That is correct.

4         Q    Okay.  So the way this would have

5    unfolded in your mind, you sign this

6    promissory note, you get this money, then you

7    get what you're -- the 10 percent that you're

8    owed, and then you pay this back, right?

9         A    That's right.

10        Q    Okay.  And, believe me, we will get

11   to your position, that you didn't get that

12   10 percent.  I just want to know how the

13   mechanics of this note worked.

14             Do you remember reviewing this note?

15        A    I don't recall.

16        Q    Do you remember noticing that it

17   was -- you were promising to repay All Year

18   Holdings Limited?

19        A    I don't recall.

20        Q    Was All Year Holdings Limited, in

21   your mind, just Yoel Goldman?

22        A    By me -- Yoel Goldman had many

23   companies, so I never focused on which.

24        Q    Right.  Your focus was Mr. Goldman.

25        A    That's right.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 112 of 225

YOEL SILBERSTEIN                                      February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                         111

1                    Y. Silbertstein

2        Q    Okay.  And I think we already

3   covered this, but you think that's your

4   signature there twice at the bottom?

5        A    That's what it looks like, yes.

6        Q    Okay.  So when this note came about,

7   was it because you were pressing Mr. Goldman

8   for what you were owed?

9        A    I just --

10       Q    Or did he offer this up?  Did he

11  say, sign this note and I'll get you your

12  money?

13       A    The way I remember -- I don't

14  recall, but I wouldn't say Mr. Goldman came

15  offering me money.

16       Q    Okay.  So safe to say you were

17  pressing him for payment.

18       A    Obviously.  Or it was certain

19  liabilities that he told me, or one of the

20  parties involved told me that I have to come

21  up with something, and I told him, take it

22  from Goldman.  I don't recall exactly how that

23  money came along and how much of it -- if the

24  whole 3.3, whatever it was --

25       Q    You don't recall how that figure was



1              Y. Silbertstein

2    settled on, the 3.325?

3         A    No, I don't.

4         Q    I'm sorry, 3.35.  I misspoke.

5              But in your mind, this was supposed

6    to reflect money you were already owed from

7    Mr. Goldman?

8         A    That is correct.

9         Q    Do you recall if Mr. Goldman

10   calculated the 3.35 figure?

11        A    No.

12        Q    Do you recall if -- you've already

13   said that you don't recall calculating it,

14   right?

15        A    Yes.

16        Q    Do you recall if someone else from

17   All Year calculated that figure?

18        A    No idea.  No idea.

19        Q    Were there any -- I'm sorry.

20             Were there any agreements in writing

21   that would have had the sums that figured into

22   that 3.35 figure?

23        A    Not that I can think of.

24        Q    With all of those -- the kinds of

25   verbal agreements that we were discussing



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 114 of 225

YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        113

1                    Y. Silbertstein

2  earlier?

3       A    No, not that I can think of.  The

4  3.350, I don't ...

5       Q    Sorry.  Were you thinking and just

6  waiting, or is your response over?

7       A    No, I don't recall why this 3 --

8  what the number is, 3.350, why it was that

9  number.  I don't recall.

10       Q    Okay.  If this was -- again, just

11  trying to get your perspective on this,

12  Mr. Silberstein.

13            If these were amounts that you were

14  owed, why are you agreeing to pay 16 percent

15  interest on the amounts that you claim you're

16  owed already?

17       A    That's what I'm trying to tell you.

18  Goldman told me that in order he should

19  release me something, it has to be in a way of

20  a loan until we straighten things out with my

21  percentage.  So that's why I'm trying to say I

22  was borrowed money that I was owed, that was

23  my money.  It was a technical process, in my

24  view.

25       Q    So you basically -- you trusted



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A - Yoel Silberstein Deposition Transcript   Pg 115 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           114

1              Y. Silbertstein

2    Mr. Goldman.  This was how it had to be.

3         A    Unfortunately.

4         Q    I'm sorry to ask it this way, but is

5    that a "yes," you trusted Mr. Goldman?

6         A    Yes, I did trust Mr. Goldman.

7         Q    Do you recall reading the interest

8    term, the 16 percent, when you signed the

9    note?

10        A    I don't recall it, no.

11        Q    Do you recall reading the provision

12   at the bottom, that Presentment, Notice of

13   Dishonor, Protest and Notice of Protests are

14   waived?

15        A    No.

16        Q    Do you understand that those are

17   defenses to payment that you're waiving there

18   by signing the agreement?

19        A    I see that right now.

20        Q    In your mind, was this the full

21   amount that you were owed, the 3.35, or were

22   you owed more?

23        A    I was owed much more than that.

24        Q    How much were you owed in -- on

25   March 21, 2018, how much did Mr. Goldman owe



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 116 of 225

YOEL SILBERSTEIN                                      February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           115

1              Y. Silbertstein

2    you?

3         A    I would say he owed me around

4    six million and change plus a million-five.

5         Q    Six million and change plus a

6    million-five, so call it seven and a half

7    million; is that right?

8         A    Seven point -- closer to eight, I

9    would say.

10        Q    Okay.  Let's just call it eight,

11   then.

12             So as of March 21, 2018, again,

13   according to you, Mr. Goldman owes you

14   $8 million; is that right?

15        A    Yes.

16        Q    Okay.  So then, again, taking your

17   story about how this came about, 3.35 is

18   nowhere close to 8 million, right?

19        A    That is correct.

20        Q    Did you, at any time, tell

21   Mr. Goldman this needs to be for $8 million;

22   I'm owed a lot more than this?

23        A    No.

24        Q    Why not?

25        A    I don't think -- I don't think I



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          116

1                Y. Silbertstein

2    requested it at -- all at one time because he

3    continually said that I'm still going to get

4    my shares, and I was hoping to get my shares.

5            At that time, these deals looked

6    like -- to be that it's going to work out at

7    one point and it's going to be valuable deals,

8    and I wanted to have something for my work.

9    So I didn't try to get all the money at that

10   time.

11       Q    Okay.  So those shares were worth

12   something to you.  You wanted those shares at

13   this time, on March 21, 2018?

14       A    That is correct.

15       Q    Okay.  Was it always your preference

16   to receive the shares rather than cash?

17       A    That's correct.

18       Q    Was there anything preventing

19   Mr. Goldman at the time from issuing you the

20   10 percent in those three properties on March

21   21, 2018 that you're aware of?

22            MR. SAPONARA:  Objection.

23   Speculation.

24       A    I'm not sure exactly how his

25   calculations were, how -- when -- but he kept



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          117

1                    Y. Silbertstein

2    on telling me that he's going to work it out.

3    I'm still going to get it.  It's going to

4    come.  It's going to come.  It's going to

5    come.

6          Q    What would you say back when he

7    would say those things to you?

8          A    That I needed -- I need to get

9    things moving.  I don't want to wait so long.

10   He said he's working on it.  I mean, the guy

11   was, like, all over the place usually, and I

12   felt it's going to get there, but not the

13   speed that I want.

14         Q    Okay.  Again, you trusted him, that

15   you were going to get those shares?

16         A    That's correct.

17         Q    Were you experiencing any financial

18   difficulty around March 21, 2018, that you

19   needed this money for?

20         A    I don't recall.

21         Q    Were any of the businesses --

22              MR. SILVESTRI:  Well, strike that.

23   Sorry.

24         Q    In terms of your commercial

25   activity, your real estate business, were any



1              Y. Silbertstein

2    of the projects you were working on

3    experiencing financial difficulty at the time,

4    such that you needed the $3.35 million?

5        A    I don't recall such thing.

6        Q    What did you use the $3.35 million

7    for?

8        A    I don't recall what it was used for,

9    what it was allocated for, if it was ever

10   received.

11       Q    Did you use it for commercial

12   purposes, if you can remember?

13       A    What do you mean, "commercial

14   purposes"?

15       Q    Anything other than personal use.

16       A    Any other?

17       Q    I'm sorry.  Anything other than

18   personal use.

19            For example, did you use the $3.35

20   million in your real estate business?

21            MR. SAPONARA:  Objection.  Assumes

22   facts.

23       A    I don't recall where -- what?

24       Q    Do you recall where you deposited

25   this money, the $3.35 million?



1              Y. Silbertstein

2              MR. SAPONARA:  Objection.  Assumes

3    facts.

4        A    No.

5              MR. SILVESTRI:  Okay.  I think it's

6    a natural time for a break, if that's okay.

7              MR. SAPONARA:  Yep.

8              MR. SILVESTRI:  Okay.  Again, ten

9    minutes?  You want to do less?  What do you

10   want to do?

11             MR. SAPONARA:  Yeah, ten minutes is

12   good.

13             MR. SILVESTRI:  Yeah.

14             MR. SAPONARA:  Okay.

15             THE WITNESS:  Thank you.

16             (Thereupon, a recess was taken, and

17   then the proceedings continued as follows:)

18             MR. SILVESTRI:  Ready when you are.

19             (Discussion held off the record.)

20             MR. SAPONARA:  Are you ready to go?

21             THE WITNESS:  Yeah.

22             MR. SILVESTRI:  Yes.

23             MR. SAPONARA:  Ready when you are.

24             MR. SILVESTRI:  Okay.

25             Mr. Silberstein, are you ready?



1              Y. Silbertstein

2              THE WITNESS:  Yeah.

3              MR. SILVESTRI:  Back on the record.

4        Q    We're going to move now to -- let's

5   see, what exhibit are we on?  One, two,

6   three -- Exhibit 4, which I'll mark and place

7   in the chat.

8              (Silberstein Exhibit 4 marked for

9   identification and attached to the

10  transcript.)

11  BY MR. SILVESTRI:

12       Q    Mr. Silberstein, can you see this

13  okay?

14       A    Yes.

15       Q    Okay.  Exhibit 4, I'll represent to

16  you is a document that your counsel produced

17  to us as part of your initial disclosures in

18  this lawsuit.

19             I'm going to scroll down to the

20  bottom because it contains what looks like a

21  photograph of the original document, which is

22  written in Hebrew.

23             Does this look familiar to you?

24       A    Yes.

25       Q    Mr. Silberstein, I take it you can



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 122 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          121

1                    Y. Silbertstein

2   write and understand Hebrew?

3        A    Yes.

4             MR. SAPONARA:   For the record, is it

5   Hebrew or Yiddish?

6             THE WITNESS:   Hebrew.

7             MR. SAPONARA:   Okay.

8   BY MR. SILVESTRI:

9        Q    I cannot, so I appreciate the

10  translation, and that's where we'll start.

11            So we've been talking about this

12  quite a bit already.  This document -- let me

13  scroll to the bottom.  I believe it's dated at

14  the bottom.  Let me get to the bottom here.

15  November 23, 2015.  Do you see that?

16       A    Yes.

17       Q    Does that sound familiar to you

18  about when you executed that written document

19  that we see here?

20       A    Yes.

21       Q    Beginning with this written

22  document, I'd like to talk to you a little bit

23  about the actual writing in Hebrew.

24            When was this drafted?

25       A    Sometime in November of 2015.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 123 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                               122

 1                Y. Silbertstein

 2        Q    Okay.  So around the time it was

 3   executed.

 4        A    Yes.

 5        Q    You remember.  Well, actually, let

 6   me start here.  Who drafted this document?

 7        A    It was a guy.  Rabbi Shtesel was his

 8   name.  He did, like, the Hebrew agreements.

 9   Like, he was studying in Kvitl, and people

10   would come in, we should do a writeup.  I was,

11   like, for a while asking Mr. Goldman, let's

12   have something in writing.

13            And then I don't remember how I got

14   to this guy, but I went over to him and we

15   discussed it.  I gave him the terms.  Went

16   back and forth.  I don't remember exactly how

17   many times we gave him the details, but it was

18   done by Rabbi Shtesel.

19        Q    Okay.  When did you first approach

20   Rabbi Shtesel?

21        A    I don't recall the exact dates, but

22   it was in that -- in those times.

23        Q    Around the end of 2015, probably?

24        A    Yeah.  Yes.

25        Q    And it was your idea to approach



1             Y. Silbertstein

2    Rabbi Shtesel about --

3        A    Yes, because I kept on asking for

4    something in writing.

5        Q    And when you say you "kept on asking

6    for something in writing," you mean to

7    Mr. Goldman?

8        A    Yes.

9        Q    Why were you asking for something in

10   writing?

11       A    Because talking here about quite a

12   few transactions, and it was a big part of my

13   life at that time, these transactions, and I

14   was putting a lot of work in it.  And people

15   kept on mentioning to me, do you have anything

16   arriving from him?  And I felt stupid the way

17   it is.

18       Q    Did you feel that there might be a

19   risk you wouldn't get what you were owed if it

20   weren't reduced in writing?

21       A    I wouldn't say I felt there was a

22   risk, but you never know what tomorrow will

23   bring, and I figured we have to have

24   something.

25       Q    Okay.  When you first made the



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 125 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        124

1                  Y. Silbertstein

2    approach to the Rabbi to have this reduced in

3    writing, you then said -- I believe you

4    testified that you went back and forth on

5    terms.  What did you mean by that?

6         A    I don't recall exactly.  You asked

7    me on dates, when.  I don't recall exactly how

8    long it took from when I first approached them

9    till we had a final agreement.

10        Q    So how did this work?  Did you,

11   Mr. Goldman and the Rabbi sit down together

12   and discuss it?  You know, what was the

13   process?

14        A    Probably, yes.  It was the majority

15   that -- me explaining it, I remember.  I

16   wasn't there with Mr. Goldman always.  But it

17   was me explaining him the concept of what I

18   had agreed with Mr. Goldman.

19        Q    Did Mr. Goldman ever have -- was he

20   ever in the same room, or did he have a

21   chance -- well, sorry.  Let me stop there.

22             Was he ever in the same room with

23   you while you were explaining these terms?

24        A    Yeah.  We had, like -- I explained

25   it to him once.  He wrote down the concept.



1          Y. Silbertstein

2   Then it was once with Mr. Goldman.  At the

3   first time when I approached him, it was me

4   alone.  That's what I recall.

5        Q    First time, just you and the Rabbi?

6        A    Yes.

7        Q    And then it sounds like the Rabbi

8   met with Mr. Goldman one on one as well

9   without you there.

10       A    I'm not sure if it was one on one

11   with him without me.  I don't recall.

12       Q    But there was a second meeting that

13   you remember?

14       A    I remember once that it was together

15   with Mr. Goldman, yes.

16       Q    Okay.  So at least two meetings with

17   the Rabbi, once with just you and once with

18   Mr. Goldman and you?

19       A    Yes.

20       Q    And in the meeting with Mr. Goldman,

21   did he ever disagree with any of the terms as

22   you understood them?

23       A    I don't recall.  I remember we were

24   talking about dates.  I was -- like, he wanted

25   a longer date until the project should be



YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        126

1              Y. Silbertstein

2    finished.  Like, he said that it should be

3    finished earlier, but he wanted to have the

4    longer window.

5         Q    Okay.  Do you remember any other

6    times that Mr. Goldman expressed a

7    disagreement about the terms?

8         A    No.

9         Q    Are you in possession of the

10   original handwritten copy of this document?

11        A    I don't think so.

12        Q    Who is?

13        A    I'm not sure.  Maybe Mr. Goldman.

14        Q    Okay.  So you only ever had a

15   photocopy of this document?

16        A    I think so, a photocopy.  I'm not

17   sure if I had the original at that time.  I'm

18   not sure.

19        Q    Okay.  If you did have the original,

20   do you know where it went?

21        A    No.  Maybe it's sitting somewhere

22   in -- by me.  I don't know.

23        Q    Okay.  So between the time this was

24   executed, November 23, 2015, and the time that

25   a copy of it arrived in my office, is it --



1              Y. Silbertstein

2    this photocopy was in your possession, but

3    not -- you're telling me not the original.

4         A    I don't recall having the original

5    with me.  I actually looked for it, but so far

6    I didn't see it.

7         Q    Where was this document written?

8         A    In -- in the Kvitl, where he was --

9    where the Rabbi was sitting at.

10        Q    What's the address of that property?

11        A    I don't remember the exact number,

12   but it's on Rutledge Street.

13        Q    Can you spell that street name for

14   me.

15        A    R-U-T-L-E-D-G-E.

16        Q    Okay.  Do you remember signing this

17   document?

18        A    Yes.

19        Q    And, let's see, do you remember

20   Mr. Goldman signing this document?

21        A    No.  I don't remember while he --

22   but I think it was together at the same time.

23   I don't remember.  I remember I was writing,

24   actually, underneath, the (speaking in

25   Hebrew).  I was, like, pretty excited that I



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 129 of 225

YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        128

```
 1                    Y. Silbertstein

 2     had finally an agreement.

 3          Q    Does that translate to this part

 4     here?

 5          A    Yes.

 6          Q    Okay.  So you added that there?

 7          A    Yes.

 8          Q    Do you recognize one of these as

 9     your signature?

10          A    Yes.

11          Q    Which one?

12          A    On the left.

13          Q    This right here; that's your

14     signature?

15          A    Yes.

16          Q    Okay.  And over here, do you

17     recognize that signature on the right?

18          A    That's Goldman's signature.

19          Q    How do you know?

20          A    Because I know Goldman's signatures,

21     like ...

22          Q    Okay.  Have you ever reviewed this

23     English translation of this document?

24          A    Yes, I did.

25          Q    Did you disagree with any of the
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 130 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        129

1              Y. Silbertstein

2    translation?

3        A    No.

4        Q    Did you --

5        A    I didn't look at it in depth, to be

6    honest, but ...

7        Q    Okay.  Did you ever interact with

8    the translator whose name appears at the

9    bottom, Shulem Deen?

10       A    No.

11       Q    Did you engage Yiddish Language

12   Services, LLC to translate this document?

13       A    No.

14       Q    Okay.  I assume your attorneys did,

15   then.

16       A    No.

17       Q    Who did -- who engaged this --

18       A    I don't know if Mr. Goldman himself

19   or he ask somebody, but Mr. Goldman probably

20   did.

21       Q    Okay.  So this translation is dated

22   November 14, 2023.  You see that there?

23       A    That is correct.

24       Q    And you're saying that neither you

25   nor your attorneys commissioned this



1                      Y. Silbertstein

2     translation?

3          A     That's correct.

4          Q     Okay.  November 14, 2023, that's

5     after the lawsuit was filed, right?

6          A     That's correct.

7          Q     Where did you get this translation?

8          A     Mr. Goldman send it to me.

9          Q     When did he send it to you?

10         A     When -- right after it was

11    translated.  I asked him if he knows a

12    translator that -- he said he's dealing with a

13    translator and he will send it over.

14         Q     Okay.  So you asked him for an

15    English translation of this document.

16         A     That is correct.

17         Q     Oh.  And did you ask him for an

18    English translation of this document so that

19    you could produce it as part of this lawsuit?

20         A     My attorney asked me for any

21    documents that I have, and I said that I only

22    have in Hebrew.  So I told him that I can ask

23    about translating it, and that's what I did.

24         Q     Okay.  Did Mr. Goldman pay for

25    these, the services from Yiddish Language



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 132 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              131

1                    Y. Silbertstein

2     Services, LLC, if you know?

3          A    I'm not sure.  I don't know.

4          Q    Did he provide the document to be

5     translated to Yiddish Language Services, LLC?

6          A    I guess he provided it.  I don't

7     have it; only if he provide it.

8          Q    Let me ask you this way:  Did you

9     provide the document to be translated to

10    Yiddish Language Services, LLC?

11         A    No.

12         Q    So you've mentioned a few times that

13    you wanted something reduced in writing.  What

14    was it exactly that you wanted reduced in

15    writing that this document accomplished for

16    you?

17         A    That I have my shares that's going

18    to come to me, and the amount, if I don't get

19    the shares, that I'm supposed to get.

20         Q    Okay.  And when did that -- go

21    ahead.

22         A    And the same thing is with the one

23    on 19 Kent, which was a large sum, and I

24    wanted to have it in writing.

25         Q    Okay.  And you felt that this was



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 133 of 225

YOEL SILBERSTEIN                                   February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        132

1                    Y. Silbertstein

2     money that Mr. Goldman owed you at the time?

3         A    Yes.

4         Q    I think we talked a little bit about

5     this already, but I want to return to it.

6              When did you become entitled to

7     these obligations that we're going to walk

8     through here, the -- in specific, the

9     10 percent partnership in those three

10    entities?  When did you become owed those

11    equity interests?

12             MR. SAPONARA:  Objection.  Calls for

13    a legal conclusion.

14        A    So I was supposed to get this right

15    at the beginning, and he said that --

16        Q    And, I'm sorry, let me stop you

17    right there.  When is that?  Is that, like,

18    2012, 2013?

19        A    Oh, on the ones -- on the ones that

20    was originally done, it wasn't agreed at the

21    beginning, of the 10 percent.  That came on

22    later on, the one of Long Island City and the

23    one of North Flats.  That came on later on.

24             It was a dollar amount that he told

25    me at that time.  And officially, it was to



1           Y. Silbertstein

2    be -- supposed to be an in-and-out deal, like,

3    a two-year -- we were told at the beginning

4    that the process shouldn't be more than two

5    years.  And as I mentioned before, this took

6    way, way longer, and it went into many, many

7    issues which I was involved during most of the

8    time.

9       Q    Okay.  Thank you.  Let me back you

10   up a little bit.

11           You said in the beginning, for --

12   for which property were you entitled to --

13   were you going to get the 10 percent from the

14   outset?

15      A    Right at the beginning was the one

16   on Albee Square, which was the third deal of

17   this group of deals.

18      Q    Okay.  So from the very beginning,

19   you were going to get 10 percent.  The

20   agreement between you and Mr. Goldman was you

21   were going to get 10 percent from the very

22   beginning of the Albee deal.

23           Did I sum that up correctly?

24      A    Yeah.  He said I'm going to get it,

25   but actually get it on my name is going to



1            Y. Silbertstein

2    come at the further date.

3        Q    Okay.  Okay.  But you -- but his

4    representation to you was you were going to

5    get it, that that --

6        A    I'm going to have, in this deal, at

7    the end of the day, a 10 percent partnership.

8        Q    Okay.  And the 10 percent in

9    North Flats and Long Island City, which I've

10   been calling the 28th Street property, that

11   came -- that agreement for those 10 percent

12   interests, that came later?

13       A    That was later, yes.

14       Q    Around what --

15       A    It was a dollar amount at the -- it

16   was a dollar amount at the beginning, but as

17   things got more complicated and more work and

18   it was a lot of difficulties with Mr. Gluck

19   and on-site that Mr. Goldman told me, if

20   you're going to be involved and make sure

21   things are moving and make sure Mr. Gluck is

22   funding, and everything is going according to

23   how it should go, then -- at that time, he

24   told me, you're going to get the 10 percent of

25   those two deals.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 136 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              135

```
 1                    Y. Silbertstein

 2       Q    Okay.  And you don't remember the

 3   year that took place, that that agreement came

 4   up?

 5       A    I'm not sure.  I would say sometime

 6   in 2014.  I'm not sure.  I don't recall exact

 7   dates.

 8       Q    Okay.  But in any event, this

 9   document comes around in late 2015.

10       A    Yes.

11       Q    And we see a little bit about what

12   you're talking about here.  I'm just going

13   to -- I'd just like to walk through this

14   paragraph by paragraph.

15            So you see in paragraph 1 -- stop me

16   if I'm reading this incorrectly.  Party -- I'm

17   starting in the middle of the paragraph,

18   Party B.

19            That's you, right, Party B?  I can

20   scroll up, if you would like.

21       A    Yeah, Party B is me.

22       Q    Okay.  So going back to that,

23   paragraph 1, "Party B assisted him

24   substantially in this purchase and accompanied

25   him throughout the entire process."
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 137 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           136

1            Y. Silbertstein

2            That's speaking about Party A,

3    Mr. Goldman, and his purchase of 436 Albee

4    Square; is that right?

5        A    Yes.

6        Q    Can you tell me what does "assisted"

7    and what does "assisted substantially" mean?

8            What was your role in that deal?

9        A    When Mr. Goldman started doing on

10   Albee Square, it was, like, one particular

11   lot, then we bought in the back of it another

12   parcel.  Was like buying from two different

13   parcels.  And structuring the way -- what can

14   be done with the property.  We're sitting for,

15   like, a lot of time.  We're reviewing

16   architectural plans, what can be built on it,

17   how it can be presented.

18           So at the beginning, I wasn't sure

19   if this is something that will work for

20   Mr. Gluck or not, but I had in mind at that

21   time to pitch it to Mr. Gluck.  But we worked

22   it out until it was something that -- it

23   looked like a presentable deal.

24       Q    Okay.  So is that how I should

25   understand that you "assisted substantially"



1                  Y. Silbertstein

2    in the purchase of 436 Albee Square?

3         A    That's correct.

4         Q    Okay.  It says, "Party A purchased a

5    sizable property located at 436 Albee Square."

6              But if you look up, "Party A" is

7    defined as Mr. -- I'm starting right here on

8    the second line.  You can follow the

9    highlighting -- Mr. Goldman, "on his own

10   behalf, and behalf of the companies All Year

11   Holdings, 41-21 28th Street Acquisition LLC,

12   The North Flats LLC, Spencer Albee Equities

13   LLC, and 19 Kent Development LLC" -- and those

14   are all defined as "Party A."

15             Did I read that correctly?

16        A    Yes.

17        Q    So in paragraph 1, do you recall

18   which of those entities was the one that

19   purchased Albee Square?

20        A    You want to move it up?

21        Q    Sure.

22        A    Move up the page.

23             Spencer Albee Equities.

24        Q    Okay.  So Spencer Albee Equities

25   is -- I mean, that makes sense, right --



1                    Y. Silbertstein

2    purchased, as far as you know, 436 Albee

3    Square.

4                    And that's the entity that

5    Mr. Goldman was working with when you assisted

6    on this purchase; is that right?

7        A    Oh.  Again, no.  I don't remember

8    the exact name of what he told them in the

9    contract, but at the time that the purchase

10   was taking place -- meaning the closing -- by

11   the time we -- it was closed and this entity

12   was owning it, Mr. Gluck was already in it.

13       Q    Uh-huh.

14       A    Understand what I'm saying?

15       Q    Okay.  I do.  I do, yeah.  I just

16   wanted to get a sense of -- and this will be

17   easier if we just go very specifically one

18   fact at a time.

19                    I just wanted to get a sense of at

20   the time of the purchase, which of those

21   Party A entities was the one that purchased

22   the property.  Sounds like it was Spencer

23   Albee Equities LLC, right?

24       A    Yes.

25       Q    Looking at the second paragraph --



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 140 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        139

1              Y. Silbertstein

2   you've mentioned a couple of times Mr. Gluck

3   and you having brought him into these deals.

4   What is your relationship with Mr. Gluck?

5         A    Go back many years as well.  We

6   studied together, and we got married the same

7   time, and we were in the same Shul, and I was

8   involved with him for many years, and also a

9   very close friend of mine.

10        Q    So similar to your relationship with

11  Mr. Goldman?

12        A    Similar, yes.

13        Q    How long had you been doing business

14  with Mr. Gluck prior to November 23, 2015?

15        A    We did stuff together, yes.

16        Q    By "stuff," do you mean real estate

17  deals?

18        A    Real estate or rentals.

19        Q    How many deals did you do with

20  Mr. Gluck prior to the Albee deal?

21        A    I don't recall, but wasn't that

22  much.  But we were -- I was assisting him on

23  stuff for, like, negotiations and stuff.  He

24  would ask me for help.  And we were very

25  close.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 141 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           140

1              Y. Silbertstein

2       Q    Okay.  And if you brought him a deal

3  like Albee Square with Mr. Goldman, would you

4  expect Mr. Gluck to become involved?

5       A    Again.  What?

6       Q    If you brought Mr. Gluck a deal like

7  the Albee Square deal, would you expect

8  Mr. Gluck to become involved?

9       A    If I brought the deal for Goldman,

10  if I expected him -- no.  There -- I didn't

11  bring the deal to Mr. Goldman at that time.

12  Goldman had this deal.

13      Q    No.  I'm sorry.  We're talking past

14  each other.

15           My understanding is, and from

16  paragraph 2, I understand that you brought in

17  Mr. Gluck into this deal; is that right?

18      A    That's right.  That is right.

19      Q    And "that deal" being the Albee

20  Square investment, or is it more than one?

21      A    The Albee Square investment.  And

22  the same thing with North Flats.  And the same

23  thing is with 28th Street.

24      Q    Okay.  But this paragraph, this

25  says, "Party B" -- and, again, that's you --



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 142 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              141

1             Y. Silbertstein

2    "also brought in Mr. Gluck to participate and

3    invest in this deal."

4             So is this talking about just the

5    Albee Square deal?

6        A    I don't know how it was written, but

7    the fact of the matter is that I brought them

8    in and I syndicated not just this deal, just

9    the 28th Street, the way you call it, and

10   North Flats.

11       Q    I think those are mentioned later on

12   as well, that you --

13       A    Oh, okay.

14       Q    So -- but can we agree that this

15   paragraph is talking about Albee Square?

16            Again, this document is new to me,

17   so I -- I'm just trying to understand what it

18   says in the agreement.

19       A    Yeah, I didn't review it the -- this

20   technical, but obviously it says this

21   language.

22       Q    Okay.  And does the last part of

23   that paragraph, the Mr. Gluck providing

24   building expenses up to $100 million -- does

25   that sound familiar?  Is that something that



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 143 of 225

YOEL SILBERSTEIN                                         February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              142

1              Y. Silbertstein

2    took place?

3         A    He was supposed to fund up to a

4    certain amount through loans or through his

5    own equity.  I don't recall exactly how it was

6    finalized at that time.

7         Q    Okay.  Moving to paragraph 3.

8    Again, this touches on some things you've been

9    saying today.  "Party A" -- that's Goldman --

10   "admits that he came to a prior agreement with

11   Party B" -- that's you -- "and

12   Party A," Goldman, "committed to Party B,"

13   you, "in a most effective manner to pay him in

14   exchange for his efforts in such a manner that

15   Party B," you, Mr. Silberstein, "will be owed

16   a 10 percent partnership in the properties."

17              Did I read that correctly?

18        A    Yes.

19        Q    What is meant by "the properties"?

20        A    The three properties that was

21   mentioned, Albee Square and North Flats and

22   Long Island City.

23        Q    Okay.  So this paragraph is

24   discussing the agreement that we've been

25   talking about today, that you were going to



                        Y. Silbertstein

1  get 10 percent of those three properties,

2  Albee Square, North Flats and 28th, right?

3      A    Yes.

4      Q    Okay.  It says that "Party A" --

5  that's Goldman -- "admits that he came to a

6  prior agreement with Party B" -- that's you --

7  at the top.

8          So that agreement -- and, again,

9  this is what you've been testifying to.  I

10 just want to get a sense of whether the

11 document confirms it.

12         That agreement that you were going

13 to get the 10 percent, that arose before this

14 November 23, 2015 agreement, right?

15     A    That was an agreed thing before.

16 Right.

17     Q    Right.  And you don't remember

18 precisely when that agreement came about,

19 right?

20     A    I don't remember exact date, no.

21     Q    But in any event, this agreement

22 says it was -- it was a prior agreement, so it

23 had to have come up before November 23,

24 2016 --



1              Y. Silbertstein

2        A     Right.

3        Q     -- at least, right?

4        A     That's right.

5        Q     Okay.  The last sentence of this

6    third paragraph:  "Indeed, as of today,

7    Party A," Goldman, "does, indeed, admit and

8    affirm that Party B," you, Mr. Silberstein,

9    "is owed a 10 percent partnership in the

10   above-mentioned property from the portion

11   belonging to Party A," Goldman.

12       A     Yes.

13       Q     So do I understand this correctly,

14   that at the time, on November 23, 2015, it's

15   your position that you were owed that

16   10 percent in each of those properties then

17   and there?

18             Is that right?

19       A     That's correct.

20       Q     How long have you been owed that

21   10 percent equity interest in all those

22   properties?

23       A     From those times.  From the time --

24   on Albee Square, from the time of the closing.

25   That was agreed at the time of the closing.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 146 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              145

1           Y. Silbertstein

2     And the other properties was -- I don't

3     remember the exact date, but prior to this

4     agreement, as discussed.

5          Q   Okay.  Looking at paragraph 5, it

6     says, "However, during the first year after

7     the apartment shall be rented out in full,

8     Party B" -- that's you -- "shall have the

9     option to demand that Party A purchase his

10    portion of the properties at a price that

11    shall be determined."  And I'll just stop

12    there.

13          Did I read that correctly?

14         A   Yes.

15         Q   Okay.  My question to you is, did

16    you ever make such a demand, that Goldman

17    purchase back the 10 percent?

18         A   I wouldn't say the point "purchase

19    back" because I never got it.  I never

20    actually received the 10 percent.

21         Q   A fair distinction.  So I'll change

22    my question a little bit.

23          My question is, did you ever demand

24    your right to compensation that's embodied

25    here in this paragraph 5, or was it always the



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          146

1                    Y. Silbertstein

2      case that you wanted the shares?

3           A     Originally, I wanted the shares, but

4      there was times that I said, give me my money.

5      If you can't give me the shares, give me my

6      money.  Definitely asked it from him many

7      times.

8           Q     Did you ever do so in writing?

9           A     Don't think so.

10          Q     Okay.  When did you make those

11     demands?

12          A     I don't recall.

13          Q     Was it -- I assume -- well, no, I

14     shouldn't assume.

15                Was it after this agreement was

16     signed in November 23, 2015?

17          A     Obviously, yes.

18          Q     Okay.  And you don't remember how

19     much longer after?  For instance, was it in

20     2016?

21          A     No, I don't remember.

22          Q     And you said you think you remember

23     doing it more than once.

24          A     I asked him a few times during the

25     years that I want my money because I'm not



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 148 of 225

YOEL SILBERSTEIN                                            February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                 147

1              Y. Silbertstein

2    getting the shares on my name, yes.

3         Q     What was his response?

4              And I assume when we say "him," it's

5    Mr. Goldman that we're talking about, right?

6         A     He said, I'm working on it.

7    Basically, he kept on pushing me that he's on

8    top of it, he's working on it, he's working on

9    it, and hopefully it will be taken care of

10   soon.

11        Q     Did you ever initiate any legal

12   action related to those demands?

13        A     No.

14        Q     I think we'll get to it later, but

15   there is a provision that discusses how to

16   handle disputes about this document, and I

17   believe it's before that same Rabbi.

18             Did you ever initiate a process in

19   front of that Rabbi for resolving those

20   demands?

21        A     No.  I actually met with the other

22   one mentioned, Rabbi Ausch, in 2020; sometime

23   during -- before we settled.  And I told him

24   that we might have to have a sitdown because

25   of these matters.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 149 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                 148

1               Y. Silbertstein

2        Q    When did you have that conversation?

3        A    Sometime in 2020, in the summertime.

4        Q    Okay.  Did you ever have a sitdown?

5        A    No, because at the end, we resolved

6    it ourself.

7        Q    Okay.  I'm looking at paragraph 8.

8    You see where it says "Party A" -- that's

9    Goldman -- "is already obligated to pay

10   Party B" -- that's you -- "an amount for

11   recruiting Mr. Yoel Gluck in other business

12   deals."

13            Do you -- did I read that correctly?

14       A    Yes.

15       Q    What was that obligation that

16   Mr. Goldman was already obligated to pay you?

17   What deals were -- was that about?

18       A    Those are the North Flats and Long

19   Island City.

20       Q    Okay.  So this document is still

21   dealing with Albee Square, North Flats,

22   Long Island City.  And that's what's meant by

23   this paragraph 8 when it discusses "the other

24   business deals"; is that right?

25       A    That's how it looks like, yes.



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 150 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                         149

1              Y. Silbertstein

2     Q    Okay.  And that makes sense because

3  then it says, "and therefore" -- you can

4  follow along -- "they have agreed to the

5  provision that until he shall pay the

6  above-mentioned amount, he shall now also pay

7  the rest of the amounts already owed to him

8  and according to the following provisions."

9          Okay.  Is this -- I believe at some

10  point you said you were owed 6 million and

11  change from Mr. Goldman, plus 1.5 million.

12  And I see that figure here in paragraph 9.

13          Could you do me a favor and simply

14  read paragraph 9 to yourself, and let me know

15  when you're done.

16     A    (Witness reviewing document.)

17          That is correct.  Done.

18     Q    Okay.  All right.  So the --

19  paragraph 9 says, in addition to what you're

20  already owed, the 10 percents -- the

21  10 percent in each of the three properties,

22  you were owed an additional $1.5 million at

23  the time; is that right?

24     A    Well, the additional 10 -- 1.5 is

25  for another property.  I think you're mixing



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            150

```
 1              Y. Silbertstein

 2   it up.

 3        Q    Okay.

 4        A    There's another property of 19 Kent,

 5   which was the 1.5 I was referring to.

 6        Q    Okay.  Well, I'm sorry.  I'm looking

 7   at paragraph 9, and I'm seeing "163 North 6th,

 8   called North Flats."  And let's just read this

 9   together.

10            "For the efforts and exertions of

11   Party B" -- that's you -- "on behalf of

12   Party A" -- that's Goldman -- "and the

13   development at the address 163 North 6th

14   Street, called North Flats in the city of

15   Brooklyn, New York, Party A" -- that's

16   Goldman -- "is obligated to pay Party B" --

17   that's you -- "the amount of $1,500,000."

18            Did I read that correctly?

19        A    Yes.

20        Q    So that's about North Flats, right?

21        A    Yes.

22        Q    Okay.  So there isn't --

23        A    But that's not the 1.5 --

24        Q    I'm sorry?

25        A    That's not the 1.5 I was referring
```



1              Y. Silbertstein

2     for -- before, earlier.

3         Q    Okay.

4         A    There's another 1.5 on it.

5         Q    Okay.  Then thank you for clarifying

6     that.  Let's stick to what's being discussed

7     in paragraph 9 for now.

8         A    Okay.

9         Q    When was the agreement to pay you

10    $1.5 million from North Flats reached?

11        A    At the same time that it was reached

12    that I'm going to get the 10 percent or 1.5.

13        Q    Okay.  And I think you've -- you

14    know, I know you've already testified, you

15    don't recall when the North Flats agreement

16    was reached exactly, but your testimony is

17    that whenever that agreement was reached on

18    the 10 percent, you also reached an agreement

19    to be paid $1.5 million?

20        A    That is correct.  It's either

21    10 percent, either the 1.5.

22        Q    Okay.  So the 1.5 -- again, I'm just

23    trying to understand this here.

24             The 1.5 that's talked about for --

25    in the opening clause of paragraph 9, that's



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 153 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                    152

1              Y. Silbertstein

2    an either/or with the 10 percent?

3        A    That's right.

4        Q    Okay.  And then taking the second

5    clause, "For his efforts" -- it's still

6    talking about you.  "For your efforts and

7    exertions in the development located at the

8    address, 41-21 28th Street in the city of Long

9    Island City in Queens, New York, Party A" --

10   that's Goldman -- "shall be obligated to pay

11   Party B" -- that's you -- "the amount of

12   $1,925,000."

13              Did I read that correctly?

14       A    Yes.

15       Q    Is that also an either/or with your

16   10 percent?

17       A    That's correct.

18       Q    Okay.  So it was never the case that

19   you were going to get 1.5 million for

20   North Flats and the 10 percent in North Flats,

21   right?

22       A    No.

23       Q    And it was never the case that you

24   were going to receive 1.25 million and the

25   10 percent in Long Island City, right?



1                    Y. Silbertstein

2          A    That is correct.

3          Q    Okay.  Now, let's go back, if you

4     don't mind, to the additional 1.5 million that

5     you referenced when we were talking about the

6     note.  Where does that 1.5 million come from?

7          A    That's the one on 19 Kent.

8          Q    That's Kent.  Okay.  Thank you.

9               It says in paragraph 10 -- if you

10    can follow, fourth line down, it says -- do

11    you see where it says, "he is under no

12    obligation to invest any amounts in the

13    properties" --

14         A    Yes.

15         Q    -- "prior to the apartments being

16    rented out"?

17              Did I read that correctly?

18         A    Yes.

19         Q    Okay.  Did you invest any money in

20    any of these properties that we've been

21    discussing?

22         A    Not that I recall.  Not that I

23    recall.

24         Q    Okay.  So your contribution was

25    limited to --



1              Y. Silbertstein

2      A    The --

3      Q    The work that you're talking -- I'm

4  sorry?

5      A    That's right.

6      Q    Okay.  So it wasn't a financial

7  contribution.  It was -- you were going to

8  work on behalf of these developments?

9      A    Yes.

10      Q    Okay.  So paragraph 11 says, "With

11  this payment" -- does -- do I understand

12  correctly -- or I'll just say this:  Is it

13  your understanding that the "this payment"

14  refers to the 10 percent equity interest we've

15  been talking about?

16           And if you need to read all of

17  paragraph 11, go ahead.

18      A    It's probably the either/or.

19      Q    Okay.  So --

20      A    The payment of amount of money or

21  the percentages.

22      Q    Okay.  So whether it's the equity

23  percentages or the cash, that's going to be --

24  it says, "Party A," Goldman, "shall have paid

25  Party B," you, "in full," right?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 156 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        155

1              Y. Silbertstein

2         So that was meant as full

3    compensation for those services we've been

4    discussing, right?

5         A    Right.

6         Q    Okay.  Could you read paragraph 12

7    to yourself.

8              As long as my zooming out hasn't

9    affected your ability to read it, could you

10   read it to yourself, and let me know when

11   you're done.

12        A    I -- can you zoom it in?

13        Q    Can you see that?

14        A    No.  Can you zoom it in, please.

15        Q    I'll zoom it back in.  Just let me

16   know when to scroll down.

17        A    Okay.

18             (Witness reviewing document.)

19             Yes, I'm done.

20        Q    Okay.

21        A    Scroll down.  Go down to the bottom.

22             Yes.

23        Q    Okay.  This provision, is it

24   discussing the either/or that we were talking

25   about?



1        Y. Silbertstein

2           Oh, no.  I'm sorry.  I'm sorry.

3    This is the demand that we discussed you made

4    for the cash in lieu of the 10 percent, right?

5        A    Yes.

6        Q    Okay.  It says here -- let me start

7    at the second line.

8           "Party B" -- that's you --

9    "therefore retains the right at any such time

10   that he feels pressed for money to request

11   that Party A" -- that's Goldman -- "pay him

12   the above-mentioned amounts."

13          My question is about "at any such

14   time that he feels pressed for money."  When

15   you made those demands, were you experiencing

16   financial difficulty?

17       A    I don't recall.  But it meant to say

18   that whenever I feel that I need it, that I

19   want the money, whenever I make the request.

20       Q    Okay.  So in your mind, this means

21   you can essentially make this demand whenever

22   you feel that you need it?

23       A    Yeah.

24       Q    And you don't -- again, if I

25   understand your testimony correctly, you have



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           157

```
1                Y. Silbertstein

2    testified that you did make such demands, but

3    you did not make them in writing?

4         A    No.

5         Q    Okay.

6         A    And I never charged them the

7    interest to it either.

8         Q    When you say you "never charged them

9    the interest," what do you mean?  Do you mean

10   that you didn't demand the interest?

11        A    If you wrote -- you read that

12   provision, that paragraph, it says that if he

13   doesn't give it to me, that he has -- he's

14   responsible to give me an interest on it.

15        Q    And do I take your testimony to be

16   that you did not demand that interest when you

17   issued the demands?

18        A    I doubt I demanded it, but I

19   definitely didn't get it.  That's what I'm for

20   sure.

21        Q    Okay.  Fair enough.

22             Paragraph 18, again, please read it.

23   Let me know when to scroll down.

24        A    (Witness reviewing document.)

25             Okay.
```



YOEL SILBERSTEIN                                      February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            158

1          Y. Silbertstein

2     Q    What did you understand this

3  provision to mean?

4     A    That if any dispute ever arises or

5  I'm not getting what I'm supposed to get and

6  he doesn't want to give it to me, then we

7  should go -- and we don't -- can't come to any

8  sort of understanding or agreement, we should

9  go to these mediators, and they should -- we

10  should be binded to follow what they say.  And

11  if we don't understand each other or we don't

12  agree to go to them, then we go to the

13  Beis Din.

14     Q    Okay.  It says -- and, again, let's

15  orient ourselves.  This was executed in

16  November -- on November 23, 2015, right?

17     A    Yes.

18     Q    So that's before the promissory note

19  that led to this lawsuit, right?

20     A    Right.

21     Q    The promissory note was executed, I

22  believe, March 2018; is that right?

23     A    Yes.

24     Q    Okay.  So this provision governing

25  how to handle disputes, it says it concerns



YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           159

```
 1                Y. Silbertstein

 2   this agreement here.

 3                That's what that says, right?

 4        A     Yes.

 5        Q     It says it -- or if it concerns "any

 6   of the four properties mentioned above,"

 7   right?

 8        A     Yes.

 9        Q     And so that would be if it concerns

10   Albee Square, North Flats or Long Island City

11   or Kent, right?

12        A     Right.

13        Q     Okay.  And it, you know, goes on to

14   say that includes the payment of interest, by

15   the way, right?  That's what the second --

16   this third clause says?

17        A     Yes.

18        Q     And also says, "the sale of the

19   properties or any portion of them to renting

20   the apartments," right?

21        A     Yes.

22        Q     Then it says, "or any other matter

23   that both parties agree to being derived from

24   the above properties."

25                Did you see that?
```



1               Y. Silbertstein

2       A    Yes.

3       Q    The parties to this agreement are

4  Goldman and yourself.

5       A    Yes.

6       Q    And I'll just say the parties are --

7  you know, I think it's defined above --

8  Party A and Party B.

9            But the people who signed this

10  agreement are you and Mr. Goldman, right?

11      A    Right.

12      Q    Okay.  I assume you are aware that

13  your attorneys have made a motion in court to

14  have this dispute, this lawsuit, arbitrated

15  according to this provision.

16           You're aware of that, right?

17      A    Yes.

18      Q    Which of those categories is it --

19  is your contention that this dispute falls

20  under?

21      A    That when I didn't get my money and

22  I'm still being sued for money, that that --

23  that's where it's under, that I want to go

24  back to the Rabbis, the Beis Din, or to any of

25  these facilitators, that -- not just that I



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 162 of 225

YOEL SILBERSTEIN                                       February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              161

1              Y. Silbertstein

2  didn't get my money in full that I'm supposed

3  to get even after a settlement amount, which I

4  gave up a huge portion.  I'm still having

5  expenses to it with a lawsuit on a loan that

6  was borrowed to me; officially, my money.

7        Q    Okay.  I'll just ask it again.

8             Which of those categories do you

9  think this lawsuit falls under?

10       A    Under every -- under all

11  circumstances of this paragraph.

12       Q    Okay.  Fair enough.

13       A    Especially -- especially -- of some

14  of the properties I'm just seeing now that I

15  didn't get the 10 percent and I didn't get the

16  dollar amount of these properties.

17       Q    Understood.  But my understanding is

18  also -- I think you've testified you've

19  initiated no legal action related to those

20  demands, right?

21       A    That's right because I was told that

22  it's been -- going to be resolved, and I

23  wouldn't want to take him to Beis Din.  I

24  wouldn't want to go that route.

25       Q    And when you say "take him" -- I'm



1                   Y. Silbertstein

2    sorry.  Go ahead.

3         A    I wouldn't want to go, take Goldman

4    to court or to the Beis Din court.  I didn't

5    want to go that route.  I trusted him all this

6    time.

7         Q    And you've still not chosen to go

8    that route, correct?

9         A    I mean, I would go to the -- that

10   route if necessary, but I would try to resolve

11   it ourself; the same as we did back then.

12        Q    And --

13        A    Which I gave up a lot from my end.

14        Q    And when you're talking about --

15   when you say "him," you're talking about

16   Mr. Goldman, right?

17        A    That's correct.

18        Q    Not my client?

19        A    Your client technically came in

20   after -- is not -- is only now coming in to

21   me.

22        Q    Okay.

23        A    I mean, if there is a way your

24   client wants to fulfill the obligation that he

25   still owes me, I would be very happy.



1               Y. Silbertstein

2       Q    No.  My only question is -- again,

3   just trying to figure out why it is, your

4   position is that this lawsuit should be

5   governed by this agreement; that's all.

6       A    Because that what was agreed, that

7   if anything I'm not getting or we don't

8   understand each other and I'm not getting what

9   I'm supposed to get.  And if we can't

10  understand between each -- between us, we

11  don't come to an agreement or to understanding

12  between us, it has to go to that route.

13      Q    Do you envision Mr. Goldman being

14  part of that process?

15      A    I guess so.  It's both parties.  All

16  the parties should be part of that process.

17           MR. SILVESTRI:  Let's see.  That

18  one -- I'm going to put into the chat what

19  I'll mark as Exhibit 5.

20           (Silberstein Exhibit 5 marked for

21  identification and attached to the

22  transcript.)

23  BY MR. SILVESTRI:

24      Q    Can you see that okay,

25  Mr. Silberstein?



1                     Y. Silbertstein

2        A     Yes.

3        Q     Okay.  I'm going to -- we're going

4   to walk through a similar process here.

5              Do these photographs of this

6   document look familiar to you?

7        A     Yes.

8        Q     Okay.  What is that a picture of?

9        A     That's an agreement.  That was the

10   settlement agreement, the way I call it.

11       Q     Okay.  And were you in possession of

12   this document?  In other words, did you

13   provide this photograph?

14       A     I provided the photograph.

15       Q     So you are in possession of this

16   original?

17       A     No.

18       Q     Okay.

19       A     I just had the photograph, which I

20   provided to my attorney, and he asked me the

21   same, do you have --

22       Q     I'm sorry.  Please don't go into

23   anything you talked about with your attorney.

24   I don't want to open that can of worms.  But I

25   appreciate your answer.  I appreciate what



1                  Y. Silbertstein

2    you're saying.  I should have asked a

3    different question.

4                  Did you take this photograph?

5         A    No.

6         Q    Okay.  But you were in possession of

7    this --

8         A    Honestly, I don't think so.  If I

9    took it or received it at that time like that,

10   I'm not sure.  I don't recall if I was the one

11   taking it.  I'm not sure.

12        Q    Okay.  And I think we've already

13   covered -- you didn't provide this document,

14   this photograph, to Yiddish Language Services,

15   LLC, right?

16        A    No, I didn't.

17        Q    And we think that was Mr. Goldman

18   who did so because you asked him for copies.

19        A    Probably, yes.

20        Q    Okay.  And you received this

21   translation along with the photograph which

22   you then produced in this lawsuit?

23        A    Yes.

24        Q    Okay.  The date of this agreement is

25   October 1, 2020, right?



1                    Y. Silbertstein

2         A    Yes.  Yes.

3         Q    Okay.  And it's signed.  We'll go

4    down here.

5              Again, same question:  Is that your

6    signature on the left?

7         A    Yes.

8         Q    Is that Mr. Goldman's signature on

9    the right?

10        A    Yes.

11        Q    Okay.  Do me a favor and read the

12   English translation of paragraph A, and let me

13   know when you're done.

14        A    (Witness reviewing document.)

15        Q    That's after the document we just

16   read, right?  The last document was in 2015,

17   correct?

18        A    Yes.

19        Q    And this document is in 2020 -- was

20   signed in 2020, correct?

21        A    Right.

22        Q    And in between there, you had signed

23   the promissory note that makes the -- that

24   forms the basis of this lawsuit in 2018,

25   correct?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 168 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            167

1                    Y. Silbertstein

2        A    Yes.

3        Q    Okay.  So how did this document come

4    into being?

5        A    Again.  What's the question?

6        Q    Well, let me ask a different

7    question.

8             Recall how we walked through how the

9    2015 document came to exist.  You reached out

10   to a Rabbi and Mr. Goldman.  You sat down.

11       A    So --

12       Q    Go ahead.

13       A    Okay.  So during the weeks/months

14   prior to finalizing this, I had many

15   conversations with Mr. Goldman, asking, let's

16   finish this.  I need money.  Everything -- it

17   was during COVID, and it was like -- I don't

18   recall exactly dates and the incidents, but it

19   was rough times.  And I got kind of nervous

20   and worried, and I asked Mr. Goldman, I want

21   to resolve matters between us and get my

22   10 percent over and finish things, not leave

23   things the way it was.

24             So we argued, and he said, values

25   dropped, you have to understand.  You have to



1            Y. Silbertstein

2   wait.  It takes time.  Now is not the time.

3   And I kind of felt I'm getting very

4   uncomfortable in the situation.  So we had

5   quite a few uncomfortable conversations and

6   uncomfortable positions between us because I

7   felt it's wrong.

8            So then it was during that time we

9   decided we -- he started saying that the

10  values have dropped and you don't want even

11  the 10 percent because it's not valuable.  So

12  far, I can't give it to you yet on your name.

13  You have to wait longer.  I'm working things

14  out.  Then I will be able to give it to you,

15  but so far, I can't.

16           So I said, I don't want to wait

17  anymore.  We have to finish it one way or the

18  other, and I need the rest of my money.  So we

19  started negotiating.  He was coming in lower

20  just for this.  And then I said, no.  I even

21  didn't want to accept this deal.  But I saw

22  that either this or it's going to drag

23  forever, and I don't know what's going to

24  happen, so we finalized on the deal.  And I

25  was expecting that he will give me the rest of



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 170 of 225

YOEL SILBERSTEIN                                            February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                               169

1               Y. Silbertstein

2    the money anytime near that.  He said up to a

3    year, but probably he will have it for me

4    sooner.  But at that time until today, I still

5    didn't get.

6         Q    Okay.  Thank you for that.  Let's

7    back up all the way to the first part of your

8    response, when you said you approached

9    Mr. Goldman about getting your money or your

10   10 percent.

11              At that time, were you still

12   interested in the 10 percent equity interests?

13        A    I wanted to have something.  I was

14   interested to have something.

15        Q    Okay.  And you said there were a few

16   uncomfortable conversations with Mr. Goldman?

17        A    Yes.

18        Q    During those conversations, did he

19   bring up the fact that you had signed that

20   promissory note, which had matured by then?

21        A    I don't recall discussing the

22   promissory note.

23        Q    Okay.  So you don't recall one way

24   or the other whether Mr. Goldman raised the

25   promissory note?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 171 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           170

1              Y. Silbertstein

2       A    I don't recall.

3       Q    In your mind at the time, what --

4   did you owe Mr. Goldman $3.35 million plus

5   interest under that promissory note?  Was that

6   present in your mind?

7       A    In my mind, it was basically my

8   money that he gave me in a loaned way, but it

9   wasn't -- in my mind, it was never actual

10  loan.  When we settled it, he bolded out that,

11  look, you have officially a loan from me.  I

12  said, the loan is my money.

13      Q    Yeah.  Let's just jump -- I'll

14  rewind it here, but let's just jump ahead to

15  paragraph B.  And it says, "Whereas

16  Party B" -- that's you -- "received a loan

17  from Party A," Goldman, "granted to the

18  company, JS Skillman, owned by Party B."

19           That's discussing the note, right?

20      A    Yes.

21      Q    "And the amount due as of today,"

22  October 1, 2020, "is greater than $4 million."

23           Did I read that correctly?

24      A    According to his numbers, yes.

25      Q    Well, you signed this document,



1                    Y. Silbertstein

2    didn't you?

3        A    Yeah.  But according to his numbers,

4    I told him all along, he could call it however

5    you want, but that was my money.  It wasn't

6    your money.  It was my money.

7        Q    Okay.  Despite the fact that they

8    were his numbers, that was written down in

9    this agreement, that it was -- you owed

10   Party A more than $4 million, and you signed

11   the agreement, correct?

12       A    Yes.

13       Q    Okay.  And then, look, to your point

14   there it says, "Party B" -- that's you --

15   "claims the loan was to be considered as such

16   only if he receives his shares ..."

17           Was that accurate at the time?

18       A    Exactly.

19       Q    Okay.

20       A    That's exactly what I was say -- was

21   telling and what I'm telling you now.

22       Q    I hear you.

23           But we can agree that that provision

24   is not embodied in the note that we looked at

25   earlier, correct?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 173 of 225

YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          172

1              Y. Silbertstein

2              There's nothing about --

3      A     In the note it doesn't say that,

4   obviously.

5      Q     Okay.  That was my only question.

6              It says, you were never granted --

7   I'm sorry.  I'll read it verbatim.

8              "... and whereas he was never

9   granted the shares owed to him for acting as

10  agent, et cetera."

11             Did I read that correctly?

12     A     Yes.

13     Q     Okay.  So by this time -- and I

14  think you've testified to this many times.

15  You had not received that 10 percent ownership

16  share -- the 10 percent ownership shares you

17  had expected to receive, right?

18     A     I expected to receive it, which I

19  didn't, right.

20     Q     Okay.  Let's go back up to

21  paragraph A.  It says here, "Party B demands

22  payment thereof or a partnership in the

23  aforementioned properties."

24             Did I read that correctly?

25     A     Yes.



1                    Y. Silbertstein

2        Q    So you would have -- at this time,

3    October 2020, you would have taken either/or.

4    You would have taken payment or a partnership.

5    That's what's expressed here, right?

6        A    Correct.

7        Q    Okay.

8        A    Yes.

9        Q    So you were still interested in

10   getting those shares.  I think that's what you

11   testified to earlier, right?

12       A    Exactly.  I wanted to have something

13   on my name.

14       Q    So let me give you a hypothetical.

15   And I'll say at the outset, okay, Counsel is

16   going to make his objection, but I'll say at

17   the outset, it's a hypothetical.  Okay.

18            If the offer had been from Goldman

19   at this time to give you those shares and not

20   payment, would you have taken it?

21       A    Yes.

22            MR. SAPONARA:  Objection.  Calls for

23   speculation.

24            You may answer.

25       A    Probably would.



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          174

1                    Y. Silbertstein

2          Q     Okay.

3          A     Although it was stress times.  It

4    was COVID times.  It was kind of stressed.

5    But at least I have something, not just we're

6    going to resolve this, we're going to resolve

7    it.

8          Q     Oh, I understand.  And I remember

9    October 2020 very well as well, although I

10   wasn't in the real estate business.  I imagine

11   it was rough.

12               Let's skip to the bottom here,

13   where -- I want to focus here:  "Party A has

14   agreed to pay another $500,000 throughout the

15   coming year."

16               That's Party A.  That's Goldman,

17   right?

18         A     Yes.

19         Q     And "Party B shall forgive Party A

20   the remainder."

21               Did I read that correctly?

22         A     Yes.

23         Q     What was the remainder?

24         A     The remainder was we had, like,

25   6 million and change of total between these



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 176 of 225

YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                      175

1              Y. Silbertstein

2   three properties that I was supposed to get.

3        Q    Okay.

4        A    But according to his calculation, he

5   pumped it up that I received $4 million

6   because of the loan and interest, which, as

7   you see in the agreement I told him, I don't

8   look at it that way.  I never was obligated to

9   any interest.  I was never -- you gave me my

10  money.

11       Q    No, I follow.  I understand.

12            Do you know what was going on with

13  Mr. Goldman's businesses -- with All Year in

14  particular -- in October 2020?

15       A    I wasn't too involved, but he

16  sounded stressed, like everybody in the

17  business at that time.

18       Q    Okay.

19       A    I don't recall details, but who

20  wasn't stressed out then?

21       Q    Sorry.  I'm going to back this up.

22            In discussing the dealings between

23  you and Mr. Goldman, it says, "He" -- that's

24  you -- "invested hundreds of hours to resolve

25  disputes between Party A," Goldman, "and



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 177 of 225

YOEL SILBERSTEIN                                           February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                    176

1                    Y. Silbertstein

2    Moskovits and Liechtenstein."

3             Did I read that correctly?

4        A    Yes.

5        Q    Who are -- who is Moskovits?

6        A    Moskovits and Lichtenstein was

7    partners with Goldman prior years in

8    North Flats and in Long Island City.  And then

9    they have other -- they had other properties

10   which they had together, which Mr. Glick

11   wasn't involved, so I wasn't much involved in

12   it either.

13       Q    Okay.  Can you tell me about what

14   you did to resolve those differences.

15       A    We were having many meetings by the

16   Rabbis and we were trying to straighten things

17   out first, and until they split and went

18   through the legal process, we're sitting by

19   the Rabbis.  We're sitting by attorneys.  We

20   went to court several times, trying to make

21   sure that the projects in the meantime are

22   running properly, the way it should.  Subs are

23   completing their work, whatever was necessary

24   at that time.

25       Q    What was the result of -- can I --



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 178 of 225

YOEL SILBERSTEIN                                           February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              177

1              Y. Silbertstein

2    do you mind if I call that a "mediation

3    effort"?

4         A    No problem.

5         Q    Okay.  What was the result of your

6    mediation effort between Party A, Goldman, and

7    Moskovits and Lichtenstein?

8         A    It ended with a -- the way you call

9    it, a divorce.  Everybody went their separate

10   ways.

11        Q    Oh, okay.  Did anyone owe anyone

12   money?

13        A    Yeah.  There was, like, splitting of

14   certain assets and properties among them.  And

15   they received some money.  I don't recall the

16   details exactly how -- what was the final

17   version.

18        Q    Was there any agreement, a written

19   agreement, that resulted from those mediation

20   efforts?

21        A    There was.  There was a couple of

22   other parties involved, then conceptual was

23   that we -- they were in North Flats -- that we

24   were staying with North Flats, and Mr. Goldman

25   was supposed to give him something.  I don't



1              Y. Silbertstein

2    recall exactly.  And then the same thing with

3    Long Island City.

4              Then Mr. Goldman had a hotel with

5    him, and then they stayed with hotel.  I'm not

6    sure exactly.

7        Q    Okay.  Moskovits; is that Toby

8    Moskovits?

9        A    Yes.

10       Q    And I don't -- Lichtenstein, what's

11   his or her first name?

12       A    Michael.

13       Q    Michael.  Okay.

14             Do you know if this dispute that you

15   mediated, did it relate to Grand Living, or

16   was it something else?

17       A    That was also part of the things,

18   Grand Living.  Grand Living was something they

19   owned together.

20       Q    Didn't it --

21       A    Oh, Grand Living.  It's on Grand.  I

22   don't remember exactly the name.  Something

23   Grand.

24       Q    Now, I -- yeah, I know it as the

25   Grand Living development.  And I'll just



1                    Y. Silbertstein

2   represent to you that All Year was involved

3   in -- the All Year estate was involved in

4   litigation related to that dispute.

5              So my question to you is, did you

6   successfully mediate the dispute over

7   Grand Living?

8        A    Oh, I was basically focusing on the

9   properties that I was involved, that I brought

10  Mr. Gluck in.  That was the focus.

11       Q    Okay.  Did you ever -- I'm jumping

12  around.  Let's go back to this $500,000, where

13  we were at.  There we are.

14              "Party A has agreed to pay another

15  $500,000."  Are you with me there?

16       A    Yes.

17       Q    Did you ever receive that money?

18       A    No.

19       Q    Did you ever initiate legal action

20  related to your right to receive that money?

21       A    No.  No.

22       Q    Why not?

23       A    Because I've asked Mr. Goldman

24  numerous times.  He's telling me that he's

25  going through difficult times and he has it on



YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          180

```
 1                  Y. Silbertstein

 2   his mind, and hopefully soon he will have it

 3   for me.

 4        Q    Okay.  I want to -- I want to get

 5   back to what was going on with All Year at the

 6   time and Mr. Goldman's businesses.

 7                  Are you aware that about a month

 8   after this agreement that you signed on

 9   November 29, 2020, All Year disclosed the fact

10   that it was unable to pay its obligations on

11   $800 million in bonds?

12        A    I don't remember the exact date when

13   it was, but I remember when he was defaulting

14   on payments.

15        Q    Okay.  So my question to you is, at

16   this time -- and this is -- call it a month

17   and a half before that happened -- was

18   Mr. Goldman's financial difficulties part of

19   what precipitated this agreement?

20        A    No.  It was my financial

21   difficulties that wanted to get it resolved

22   during the whole summer of 2020, when

23   everything was so dark and I didn't want to

24   wait any longer for promises.  So I said, one

25   way or the other, let's finish it.
```



YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                       181

```
 1              Y. Silbertstein

 2        Q    Were you aware at the time --

 3        A    Then --

 4        Q    I'm sorry.  Go ahead.

 5        A    I then told him, give me the shares

 6  and let's finish it.  Why is this delays?

 7  It's been too long.  I mean, was like numerous

 8  conversations this way.

 9        Q    What was the value of the shares at

10  the time, October 1, 2020?

11        A    I'm not sure, but valuation at those

12  times looked very bad, but I figured, now,

13  it's bad.  It's going to come back one day.

14  At least I have something.

15        Q    Okay.

16        A    I didn't --

17        Q    Go ahead.

18        A    I said, I didn't work for free, and

19  I didn't put all this efforts and all this

20  time and all this work for something that

21  should be blown away.

22        Q    Okay.  So even though you knew --

23  even though it was part of the pandemic,

24  October 2020, and you knew that the valuation

25  on those shares would have been affected
```



1            Y. Silbertstein

2    negatively by the real estate market at the

3    time, you were still interested in getting

4    those shares because, as you say, you would

5    have had something and they might have gone

6    up.

7       A    Yes.

8       Q    Did you express your preference for

9    receiving the shares to Mr. Goldman?

10      A    I kept on asking him for my shares

11   because he said that he's going to resolve it

12   and get me the shares.  So I kept on asking,

13   give me my shares.

14      Q    Understood.  Let me pin down the

15   dates I'm talking about.

16           Did you make that request around the

17   time that this document was negotiated, around

18   October 2020?

19      A    I don't recall.  I don't recall at

20   that time if I asked them again, give me the

21   shares or give me the money.  I just told him,

22   let's finish it once for all because this was

23   dragging forever.

24      Q    Okay.

25           MR. SILVESTRI:  Do you mind if we



```
 1                    Y. Silbertstein
 2   take a break?
 3              THE WITNESS:  No problem.
 4              MR. SAPONARA:  Sure.
 5              MR. SILVESTRI:  Thanks.
 6              (Thereupon, a recess was taken, and
 7   then the proceedings continued as follows:)
 8              MR. SILVESTRI:  Court reporter, are
 9   we ready?
10              THE COURT REPORTER:  Yes, sir, all
11   ready to go.
12              MR. SILVESTRI:  All right.  I'm
13   going to drop -- what exhibit are we on?  I
14   haven't done that many.  One --
15              THE COURT REPORTER:  Exhibit 6.
16              MR. SILVESTRI:  Thank you.
17              I'm going to put Exhibit 6 into the
18   chat.
19              (Silberstein Exhibit 6 marked for
20   identification and attached to the
21   transcript.)
22   BY MR. SILVESTRI:
23       Q    Mr. Silberstein, can you see this
24   okay?
25       A    Yes.
```



YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              184

```
 1                 Y. Silbertstein

 2        Q    Okay.  This is one of several

 3   e-mails that you produced to us as part of

 4   this lawsuit.  I'll show you down at the

 5   bottom, each page bears a Bates stamp.

 6   YS 124; do you see that there?

 7        A    Yes.

 8        Q    Okay.  So that just means that you

 9   sent it to us.  YS, I assume, means Yoel

10   Silberstein.

11             And before we dive into the e-mail,

12   I want to get on the record who a lot of these

13   players -- these e-mail addresses are.

14             So let's begin with

15   joel@parkmgmt.com.  Who is that?

16        A    That's Joel Gluck.

17        Q    That's Joel Gluck.  Okay.

18             And your e-mail address, which I

19   think we already covered, the Gmail address,

20   js8185@gmail.com?

21        A    That's correct.

22        Q    And you already testified you don't

23   have other e-mail addresses, right?

24        A    That's correct.

25        Q    Okay.  Who is yoel@allyearmgt.com?
```



1                    Y. Silbertstein

2        A    That's Mr. Goldman.

3        Q    And I've seen Mr. Gluck's name

4   written a few times as "Mr. Glick."

5             Is that -- is that a typo?  Does he

6   go by Yoel Glick?

7        A    He goes by name Glick in Yiddish and

8   Gluck in English.

9        Q    Got it.  Got it.  Okay.

10            But these are the same man,

11   obviously.  We've got the same e-mail address,

12   right?

13       A    Yes.

14       Q    Okay.  I want to just focus on the

15   only e-mail you're on in this chain, I'll

16   represent to you, is at the top.  It looks

17   like Mr. Gluck forwards this e-mail to you.

18            Again, to orient us -- we've been

19   bouncing around in terms of time -- this is

20   May 20, 2012.  And I want you to take a look

21   at the e-mail that was forwarded to you by

22   Mr. Gluck.  And just let me know, one, if you

23   need me to zoom in and, two, when you're done

24   reading it.

25       A    Zoom it in, please, because I can't



YOEL SILBERSTEIN                                      February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            186

1                    Y. Silbertstein

2    read it.

3         Q    Sure.  Is that better?

4         A    Yeah.

5         Q    Okay.

6         A    (Witness reviewing document.)

7              Okay.

8         Q    You read both of these e-mails?  The

9    one from -- well, I guess they're both on

10   May 20th.  Did you read both of these e-mails?

11        A    Well, the bottom part, I didn't

12   read.

13        Q    Okay.

14        A    Can you zoom it in, please.

15        Q    Yes.

16        A    (Witness reviewing document.)

17             I see the concept.

18        Q    Okay.  My first question to you is

19   about what's going on in this e-mail chain.

20             Do you recall these events around

21   May 20, 2012?

22        A    I don't recall exactly what it was,

23   no.  I recall was constantly -- with Toby,

24   anything, it didn't go the way she wanted, was

25   like a whole -- I don't recall the exact



1                   Y. Silbertstein

2     situation, why I was over there.

3          Q    Does "163 North 6th Street" in the

4     subject line of these e-mails refer to the

5     North Flats development?

6          A    That is correct.

7          Q    Okay.  What was Toby Moskovits' role

8     in the North Flats development?

9          A    She was together with Goldman at

10    that time, together with Michael Lichtenstein.

11         Q    And what do you mean by that?

12         A    They were like partners.

13         Q    Okay.  And was Toby Moskovits at

14    Heritage Equity?

15         A    That was the name, I guess.

16         Q    One thing I'm going to try to nail

17    down -- and we have been trying to get to the

18    date when you claim you came to a deal with

19    Goldman about the 10 percent.

20              And I -- just to orient us, I

21    believe you said that that agreement with

22    relation to Albee came about at the beginning

23    of that project, but that with regard to Long

24    Island City and North Flats, it came about

25    later, right?



1              Y. Silbertstein

2      A    Yes.

3      Q    Okay.  So one thing I'm trying to

4  get at here is a sense of -- because I believe

5  your testimony was the 10 percent agreement

6  came about with regard to North Flats in

7  Long Island City when things got more

8  complicated.

9           I think I'm summarizing there, but

10 does that sound right to you?

11     A    Yes.

12     Q    Okay.  So one thing I'm trying to do

13 here in looking at these e-mails is maybe help

14 determine when things were getting complicated

15 such that it was no longer the sort of

16 in-and-out deal that you had described before.

17          Does that make sense?

18     A    Yes.

19     Q    All right.  So with that long

20 windup, does this strike you as one of the

21 situations where this deal was getting more

22 complicated?

23     A    That was a minor thing, it looks

24 like to me right now, as I think back.

25     Q    What is going on here, to the extent



YOEL SILBERSTEIN                                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                        189

```
1                  Y. Silbertstein
2   you remember?
3        A    To the extent that I remember, she
4   was, like, trying to control to whom the deals
5   are being sent for financing.
6        Q    Okay.  So financing hadn't been
7   secured at this point?
8        A    Or refinance.  They constantly tried
9   to see about receiving more money or from a
10  different lender with whom to close for the
11  construction.  I don't recall exactly, but it
12  was constantly financing involved.
13       Q    Okay.  Mr. Gluck forwards this to
14  you.  If you know, why did he forward it to
15  you?
16       A    I don't recall particularly why he
17  forwarded this one, but that's how -- whenever
18  he saw that he received something that I
19  wasn't on the e-mail, he wanted me to know
20  about it.
21       Q    Okay.  So he's keeping you in the
22  loop here, as far as you know?
23       A    Keeping me in the loop so I should
24  know what's going on.  And whenever he felt
25  uncomfortable with something, he would tell
```



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          190

```
 1                    Y. Silbertstein
 2   me, I'm uncomfortable; make sure this, make
 3   sure that.  And I was trying to help him out.
 4        Q    Okay.  What was your role in the
 5   North Flats development project at this time,
 6   May 20, 2012?
 7        A    At that time, I was supposed to
 8   receive a certain amount, which I don't recall
 9   at this time, and we haven't agreed at that
10   time of the number of percentage that I should
11   get, but we discussed that it should be open.
12   Let's see how things are going to end here.
13        Q    Okay.
14        A    How good did it work out?  Because
15   was, like, an existing building that was to be
16   renovated, a complete new-structure building
17   that was to come up.  Was a lot of
18   complications in this deal that was thought
19   that will be easier.
20        Q    Okay.  But those hadn't
21   materialized, as far as you remember, by this
22   time.
23        A    Right.
24             MR. SILVESTRI:  This will be
25   Exhibit 7.
```



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          191

1                    Y. Silbertstein

2              (Silberstein Exhibit 7 marked for

3    identification and attached to the

4    transcript.)

5    BY MR. SILVESTRI:

6         Q    This is just about a month later.

7    It is an e-mail from Meridian Capital Group to

8    Mr. Gluck.  And he's, if you look at the top,

9    forwarding it to you and a number of other

10   people.

11             Was this also in relation to the

12   sort of ongoing search for capital?

13        A    I don't recall, but probably was.

14   Meridian is one of the mortgage brokers that,

15   I think -- I don't think they ever closed the

16   loan, but they had tried to bring a loan.

17             MR. SAPONARA:  Just for the record,

18   you haven't put it up on the screen yet.

19             MR. SILVESTRI:  Oh, okay.  Yeah.

20   That's a good notation to make for the record.

21   Thank you.

22        Q    Now that you can see it -- were you

23   able to read along with it somehow just now,

24   or --

25        A    Is it possible to make it a little



1              Y. Silbertstein

2    larger?

3         Q    Yes.  Yes.

4         A    Yeah, this is probably the same

5    thing.  Was regarding financing a commitment.

6         Q    Okay.

7              MR. SILVESTRI:  This will be

8    Exhibit 8 that I will actually put on the

9    screen this time.

10             (Silberstein Exhibit 8 marked for

11   identification and attached to the

12   transcript.)

13   BY MR. SILVESTRI:

14        Q    A little bit later here, another

15   half months or so, August 9, 2012 -- can you

16   read this okay?

17        A    Yes.

18        Q    Okay.  And this was an e-mail from

19   Mr. Gluck to a number of others who we've

20   talked about.

21             Who is this, Michael Lichtenstein?

22        A    Yes.

23        Q    That's michaellich@aol.com?

24        A    Yes.

25        Q    Okay.  What was Michael's role with



1              Y. Silbertstein

2    regard to the North Flats at this time,

3    August 9, 2012?

4         A    He was also a partner together with

5    Toby.

6         Q    Okay.  So, so far we have Mr. Gluck,

7    Mr. Goldman, Toby Moskovits and Michael

8    Liechtenstein involved as partners in North

9    Flats?

10        A    Yes.

11        Q    And, I don't recall, did all of

12   those individuals or the companies they

13   represent put in money into this project?

14        A    I don't recall exactly, but probably

15   only Mr. Gluck was the money investor.  I

16   don't think they put in any money.

17        Q    Okay.  How did Toby Moskovits come

18   to be involved in North Flats?

19        A    They were, like, together in the

20   process of -- they were partners in other

21   properties before.  I don't recall how they

22   came along together.  I just got involved with

23   them at North Flats first.

24        Q    And by "they," you mean Yoel Goldman

25   and Toby Moskovits?



1                    Y. Silbertstein

2          A     Yes.

3          Q     All right.  How about Michael

4    Liechtenstein; same answer?

5          A     Same answer.

6          Q     Okay.  Had you done business with

7    either of them, Ms. Moskovits or

8    Mr. Lichtenstein, before this deal at

9    North Flats?

10         A     No.  No.

11         Q     Turning to the e-mail, Mr. Gluck

12   writes, "Guys, we have to get moving here.

13   Appraiser report just came in at 50 million.

14   The loan amount will be 23.5 million.

15   Michael, I need ASAP a projected construction

16   budget draw with a starting date of October 1,

17   2012.  Please, please, ASAP."

18               Did I read that correctly?

19         A     Yes.

20         Q     Why the rush at this point, if you

21   can recall?

22         A     I'm not sure, but probably he wanted

23   to get started and things should start moving

24   and not try to look around and see other

25   financing or other options.  He wanted to get



1              Y. Silbertstein

2    things on proper pace.

3         Q    At this time, August 9, 2012, had it

4    come up that this was going to be more

5    complicated, and so you were going to receive

6    the 10 percent?

7         A    No.  It was probably later because

8    it was deep in the construction.  Then they

9    did get a CO, no CO.  Was a lot of

10   complications, this deal particular down the

11   road.

12        Q    Okay.

13        A    I'm not sure exactly when, but over

14   here it's still regular headaches.

15        Q    "Regular headaches"?  Is that what

16   you said?

17        A    Yeah.

18        Q    Let me -- give me a moment.  Let me

19   try to jump ahead then.

20             Was there an urgent need for

21   financing on these deals -- I'm sorry -- on

22   North Flats?

23        A    I don't recall at that time what the

24   urgency was.

25        Q    Do you recall that there was an



YOEL SILBERSTEIN                                           February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              196

```
 1                 Y. Silbertstein
 2   urgency?
 3        A    There was quite a few times that
 4   they needed money and Mr. Gluck was like, this
 5   is not moving properly.  He doesn't want to
 6   fund.  He does want to fund.  And then I would
 7   be -- get involved and to convince him and
 8   talk to him and to talk to Goldman with
 9   Gluck's issues.  Whatever it was at the time,
10   which I don't recall, but it was a lot of hard
11   work.  That's what I remember.
12        Q    So you were the one who would go
13   speak to Gluck when he had concerns about
14   funding.
15        A    That's right.  I was heavily
16   involved in that part as well, yes.
17        Q    What were his issues, Mr. Gluck's
18   issues, if you recall, that caused him to not
19   want to fund on so many occasions?
20        A    Or the delays or that the contracts
21   with the subs or that the approvals didn't get
22   in on time.  I'm not sure exactly now what it
23   was, every situation, separately.
24             MR. SILVESTRI:  I believe we're on
25   Exhibit 9.
```



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 198 of 225

YOEL SILBERSTEIN                                          February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              197

1              Y. Silbertstein

2              THE COURT REPORTER:  Yes.

3              MR. SILVESTRI:  Thank you.

4              (Silberstein Exhibit 9 marked for

5    identification and attached to the

6    transcript.)

7    BY MR. SILVESTRI:

8         Q    All right.  Jumping ahead here, we

9    are at March 20, 2013.  Do you see that at the

10   top?

11        A    Yes.

12        Q    Who is nycdevmanager@gmail.com?

13        A    That's Michael Lichtenstein.

14        Q    That's Lichtenstein.  Okay.

15             How about Gabe Boyar here in this

16   e-mail on March 20, 2013 at 9:29 p.m.?  Who is

17   that?

18        A    Probably one of the lenders'

19   parties.

20        Q    But you don't know?

21        A    I don't recall all the names.

22        Q    Which --

23        A    I remember the name Gabe Boyar, but

24   I think it was one of the lenders at the

25   company.



1          Y. Silbertstein

2      Q    It seems here his e-mail address was

3  @columbiarivercap.  Does that ring a bell?

4      A    Maybe one of the lenders.  It was,

5  like, so many talks and names of parties.

6      Q    Okay.  We're now about a year later,

7  we're in 2013.  Had a construction loan or

8  financing been obtained by this time?

9      A    I don't recall.

10      Q    If you look at this e-mail on March

11  20, 2013 from Toby Moskovits to Gabe Boyar --

12  can you just take a moment and read that

13  e-mail to yourself, and let me know when

14  you're done.

15      A    (Witness reviewing document.)

16          Yes, done.

17      Q    What's going on in this e-mail with

18  regard to the construction budget, which is

19  the subject of the e-mail?

20      A    It was -- I don't recall exactly

21  what it was, but it was something about

22  getting the closing done.  The loan proceeds

23  towards construction, a part of it.  I don't

24  recall exactly what it was.

25      Q    Okay.  Was Mr. Gluck at this point



YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                     199

```
 1                Y. Silbertstein
 2   expressing doubts about continuing to fund?
 3   "This point" being March 20, 2013.
 4        A    I don't recall when each incident
 5   was and every time there was an issue that
 6   Mr. Gluck was uncomfortable.
 7        Q    Do you recall any time in specific
 8   that he was uncomfortable in which you talked
 9   to him about funding?
10        A    No.  I don't -- we constantly had
11   discussions about the project, and I used to
12   go down on-site and report him what I see,
13   what's going on, and he would tell me whatever
14   issues he's not comfortable.  I would go to
15   Goldman and try to work things out.  This was,
16   for this property and for the other
17   properties, the same thing.
18        Q    Okay.
19             MR. SILVESTRI:  This will be
20   Exhibit 10.
21             (Silberstein Exhibit 10 marked for
22   identification and attached to the
23   transcript.)
24   BY MR. SILVESTRI:
25        Q    I believe this is the same time
```



YOEL SILBERSTEIN                                    February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           200

1                    Y. Silbertstein

2     frame.  Yeah, March 20, 2013.

3                    Take a moment to read this e-mail,

4     if you would, and let me know when you're

5     done.

6          A    (Witness reviewing document.)

7               Yes.

8          Q    Okay.  Jumping up at the e-mail

9     addresses.

10              Who is jig@sygrealties.com?

11         A    That's probably Mr. Greenfeld.  He

12    worked for Mr. Goldman at that time.

13         Q    Did you say his name was Greenfeld?

14         A    Yes.

15         Q    Can you spell that for me, please,

16    the last name.

17         A    G-R-E-E-N-F-E -- I-E-L-D, or

18    something like that.

19         Q    Okay.  SYG Realties, what is that?

20         A    I don't know.

21         Q    Do you remember SYG Realties being

22    involved in the North Flats project?

23         A    I don't remember what this name is,

24    but I remember his e-mail.  It was Jig.  I

25    remember I call him Jig.



YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                       201

1                Y. Silbertstein

2       Q    You called him Jake?

3       A    Jig.  That was his e-mail.  The Jig

4    e-mail.

5       Q    Oh, Jig.  Okay.  So you called him

6    Jig.  Got it.

7            And you don't remember what his role

8    was?

9       A    He was taking care of the financing

10   by Mr. Goldman.  He was involved in -- he was

11   sitting in Mr. Goldman's office.

12      Q    Okay.  Had you done business with

13   him before?

14      A    As he worked for Mr. Goldman.

15      Q    Yeah.  So is that a yes?

16      A    Probably.  Yeah.

17      Q    Okay.

18      A    Yes, probably.

19      Q    Looking at the second paragraph of

20   this e-mail, "We have to push Gary to close

21   now."

22           Do you see that?

23      A    Yes.

24      Q    Who is Gary?

25      A    Gary Katz is a lender.



YOEL SILBERSTEIN                                February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                    202

```
 1                   Y. Silbertstein

 2         Q    Okay.  Do you remember Mr. Katz

 3    being involved in this project?

 4         A    He was obviously giving a loan here.

 5         Q    Okay.  At the bottom -- well, you

 6    see the paragraph that starts with "Goldman,

 7    you need to spend an hour signing docs"?

 8              Do you see that?

 9         A    Yes.

10         Q    And at the bottom it says,

11    "Silberstein - you will need to make sure

12    everyone is calm."

13              Do you see that?

14         A    Yes.

15         Q    Do you remember what was going on at

16    the time that would have required you to make

17    sure everyone is calm?

18         A    No, I don't.  But you saw what my

19    job was, yeah?

20         Q    Well, that's kind of what I'm

21    getting at.  Can you describe a little bit why

22    that would be your role here?

23         A    I'm not sure what the situation was,

24    but there was constantly work that I had to do

25    between them.  And as I explained you, all of
```



1              Y. Silbertstein

2    these projects kept me pretty busy.  A lot of

3    work on-site, on the financing part, on the

4    construction part, on the partnership part.  I

5    was involved like -- treating it as I -- as if

6    I am 100 percent partner.

7         Q    Okay.  And still at this time then,

8    despite the fact that you were treating it as

9    if you were 100 percent partner and playing

10   this role, you don't recall whether the

11   agreement that you would receive 10 percent of

12   this development had come up by then?

13        A    I don't recall exactly when it was.

14        Q    Could it have been around this time?

15        A    It's possible, but I'm not sure.  I

16   know when --

17        Q    When -- go ahead.

18        A    I know when we did the agreement,

19   when everything was on paper, I, like, figured

20   everything is on paper now.  Why don't ...

21        Q    When you talk about "the agreement,"

22   do you mean that 2015 document in Hebrew we

23   looked at earlier?

24        A    That's correct.

25        Q    Okay.  And understanding we walked



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 205 of 225

YOEL SILBERSTEIN                                        February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                204

1              Y. Silbertstein

2    through that, that document obviously

3    discusses obligations that it says were a

4    "prior agreement."  I think that's the quote

5    from it, "the prior agreement."  And I'm

6    trying to back into when that prior agreement

7    came about, but if --

8         A    I don't recall exactly because I

9    don't have that.

10        Q    Okay.  Do you recall Mr. Goldman

11   working out of a company called All Year

12   Management at the time?

13        A    Yes.

14        Q    Okay.  And what did you know about

15   All Year Management at the time?

16        A    Just a company.

17        Q    It was Goldman's company, right?

18        A    Yes.

19        Q    From your perspective, was there any

20   difference between Mr. Goldman and All Year

21   Management?

22        A    No.

23        Q    Okay.  So you were just dealing with

24   Mr. Goldman, right?

25        A    Yes.



1              Y. Silbertstein

2       Q     Did he ever use any other e-mail

3    addresses besides All Year Management?

4       A     Not that I recall.

5             MR. SILVESTRI:  This will be 11.

6             (Silberstein Exhibit 11 marked for

7    identification and attached to the

8    transcript.)

9    BY MR. SILVESTRI:

10      Q     So this is an e-mail the next day,

11   March 21, 2013.  Just take a moment to read it

12   to yourself, and let me know when you're done.

13      A     (Witness reviewing document.)

14            Yes.

15      Q     Okay.  Is this referring to closing

16   that same -- let me jump back to Exhibit 10 --

17   closing with Gary Katz that was being

18   discussed on March 20, 2013?

19      A     Probably.

20      Q     Do you recall if that financing

21   transaction, or whatever the transaction was

22   with Mr. Katz, closed on March 21, 2013?

23      A     I don't recall.

24      Q     Okay.  The reason I ask is I think

25   earlier you had testified that the agreement



1              Y. Silbertstein

2    to give you the 10 percent arose around the

3    time the deals were closed.

4              So does the fact that you were

5    closing on this transaction with Mr. Katz

6    refresh your recollection that that's when you

7    started -- that that's when you came to this

8    agreement with Mr. Goldman about the

9    10 percent?

10       A    These closings -- on those deals,

11   they constantly refinanced and took new

12   construction loans, so I don't think that

13   that's the closing we were referring to.  I'm

14   not sure.  I'm not sure.

15       Q    Okay.

16       A    I don't know.

17       Q    What closing were you referring to?

18   Again, I know it was a little while ago that

19   you testified to it.  I'm just trying to get

20   to a better understanding of when these prior

21   agreements arose.

22              What closing were you referring to

23   then?

24       A    I don't recall which one it was;

25   meaning -- again, getting the 10 percent I was



1                     Y. Silbertstein

2    supposed to get when everything is finalized.

3    Meaning the building is up and running and the

4    refinance after a project is completed, not

5    every time you take out a new construction

6    loan or additional funding.

7                When a project is completed and

8    rented, then you go for a refinance and, like,

9    it's called -- like, the property is

10   stabilized.

11       Q    Yeah.  No, I understand.  Thank you.

12                We're going to switch gears here and

13   talk about Long Island City for a moment.

14                (Silberstein Exhibit 12 marked for

15   identification and attached to the

16   transcript.)

17   BY MR. SILVESTRI:

18       Q    Jumping ahead a little bit in time.

19   We're now in July 18, 2013.  The subject of

20   this e-mail is "Construction Budget and Draft

21   Operating Agreement Attached."  And it's for,

22   as you can see from the attachment names, the

23   28th Street construction budget.

24                Take a moment to review this e-mail.

25   Let me know when you're done.



1              Y. Silbertstein

2        A    (Witness reviewing document.)

3             I see that.

4        Q    Okay.  So was the Long Island City

5   development project happening alongside the

6   North Flats development project?

7        A    It was happening after the

8   North Flats, yes.

9        Q    Okay.  So if it's happening after

10  North Flats, then by July 18, 2013,

11  North Flats is done?

12       A    No.  I don't think North Flats was

13  done at that time, but it was probably still

14  in middle of construction, as far -- as far as

15  I recall.

16       Q    Okay.  So both, perhaps, were under

17  construction at the same time?

18       A    Yes.

19       Q    "Both" meaning 28th Street and

20  North Flats, right?

21       A    Yes.

22       Q    Okay.  The operating agreement

23  that's referenced here, did you ever sign any

24  operating agreement for any LLC related to the

25  28th Street development?



1                    Y. Silbertstein

2        A    No, because I haven't received my

3   shares.

4        Q    Were you supposed to have received

5   your shares at this time?

6        A    No.

7        Q    Okay.  So you didn't sign on to it,

8   meaning you were not an equity holder in that

9   property at this time?

10       A    Exactly.

11       Q    Did you expect to one day join the

12  operating agreement as a member?  Is that how

13  it was going to happen?

14       A    Not before I got the shares.  You

15  can't be a signer when you don't have the

16  shares in your name.

17       Q    Okay.  Bear with me a moment.

18            How many times -- returning to

19  North Flats, how many times, to the extent you

20  can remember, were the obligations refinanced?

21       A    I don't recall, but they constantly

22  came up with other options and other options.

23  That's the character of Toby Michael.

24       Q    So the financing was often turning

25  over, in other words?



23-01180-mg   Doc 43-1   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit A -
Yoel Silberstein Deposition Transcript   Pg 211 of 225

YOEL SILBERSTEIN                                         February 19, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                               210

1               Y. Silbertstein

2       A     I don't know how many times it

3   turned over, but a lot of times it was

4   discussions about it and bringing different

5   type of offers, which most of them probably

6   never happened.

7       Q     Okay.  Do you remember when

8   construction was completed on North Flats?

9       A     So it was in two phases.  There was,

10  like, a church building that was converted

11  into apartments and then was a back building

12  that's supposed to be -- we called it "the

13  school building."

14          So the school building only

15  completed recently.  I mean, as of -- within a

16  couple of months ago only there -- this

17  building received a CO.  So ...

18      Q     Sorry.  The building received a

19  what?

20      A     A CO, a certificate of occupancy.

21  Only recently.

22          So this project was a very

23  complicated project, and a lot of headaches

24  for all the parties involved at that time and

25  later.



1                  Y. Silbertstein

2        Q    So it was complicated through

3    construction?

4        A    That's correct, because it received

5    a TCO that couldn't get a regular CO later,

6    and it was rescinded.  And they have to buy

7    new air rights.  And we had to go through a

8    lot of -- lot of headaches to get this

9    property under the codes which new air rights

10   was supposed -- was bought.  A very long,

11   long, difficult project.

12       Q    And none of that was anticipated, if

13   I understand your testimony today, at the time

14   you became involved, right?

15       A    That's correct.  Originally, when

16   the project was bought, this was supposed to

17   be an in-and-out.

18       Q    In-and-out.  Okay.  Got it.

19            How about for Long Island City, was

20   that also plagued by construction

21   difficulties, challenges that came up in

22   construction?

23       A    It was challenging, but not the same

24   as this one.  That one got stabilized later

25   than anticipated, but it wasn't the same story



1              Y. Silbertstein

2    like this, that you had to buy additional air

3    rights or couldn't get sign-offs or stuff like

4    that.

5         Q    Yeah.  Okay.  And how about Albee

6    Square, any difficulties with that one?

7         A    Albee Square was more an extensive

8    construction than anticipated and was more of

9    a skyscraper type.

10        Q    Right.  I think I've seen some of

11   the photos.

12             At any time, was the North Flats

13   property after it was finished construction --

14   after construction was finished, was the North

15   Flats property ever fully rented out?

16        A    It couldn't be -- it was rented out,

17   and they had, like -- since it didn't have a

18   CO, so the tenants didn't have to pay, they

19   had to buy them out.  It was a real, real

20   complicated situation, and a lot of headaches

21   and losses there.

22        Q    Okay.  Was the North Flats' -- let's

23   just call it all of the problems that you've

24   been discussing with North Flats, were they

25   ever fully resolved, to the extent you know?



1              Y. Silbertstein

2         A    As of today, it is.

3         Q    "As of today."  What happened today?

4         A    Not today.  I mean right now it's

5    resolved.

6         Q    Oh, okay.  Got it.

7         A    It no longer has issues.

8         Q    When was it resolved?

9         A    A C of O, a certificate of occupancy

10   was received recently.

11        Q    Do you remember when, approximately?

12        A    A TCO was received a couple of

13   months ago.  There was, like, the -- what

14   should we call it -- the Loft Law.  There was

15   Loft Law issues over there, which I was trying

16   to be helpful for a long time, and finally it

17   got resolved.  Had a lot of Loft Law issues.

18        Q    Loft Law?  L-O-F-T?

19        A    Yes.

20        Q    Yeah.

21        A    L-O-F-T, as in Tom.

22        Q    Got it.

23             Did you ever --

24             MR. ALOE:  That's a New York thing.

25             MR. SILVESTRI:  I didn't hear that,



1                    Y. Silbertstein

2   but it sounded like a comment about New York.

3              MR. ALOE:  It's A New York thing.

4   It probably means nothing in Chicago, but it

5   means a lot here in New York.

6              MR. SILVESTRI:  No, we don't have

7   the same building code.

8   BY MR. SILVESTRI:

9       Q    Did you ever hire any attorneys as

10  part of the efforts for these three

11  properties, Albee Square, North Flats, or Long

12  Island City?

13      A    No, I didn't hire the attorneys, but

14  when an attorney was hired, I was involved in

15  it.

16      Q    Did you ever pay any invoices for

17  professionals such as attorneys or architects

18  with regard to any of those properties?

19      A    It used to come from the account,

20  from the building account, which wasn't me,

21  no.

22      Q    Okay.  So that's a no.

23      A    Probably not.

24      Q    How about for other types of

25  vendors, non-professional vendors?  Did you



 1              Y. Silbertstein

 2    ever pay any invoices for any, for example,

 3    construction vendors or other types of

 4    vendors?

 5         A    I don't recall personally making

 6    those payments.

 7         Q    But given your role in those

 8    projects, it would have been unlikely that you

 9    would have, right?

10         A    Probably, I would never.

11         Q    Right.  You weren't the money guy.

12    You were there to keep everyone calm, right?

13    Right?

14         A    Yeah.  That was the role.  I mean, I

15    was involved with subs.  I was calling subs to

16    get them to finalize deals with them.  I would

17    be involved in certain subs who didn't want to

18    finish the work.  I was involved with certain

19    subs and negotiating terms and stuff like

20    that.  But payment -- I don't think I ever

21    made payment to them directly.

22         Q    When you talk about -- can you get

23    specific there, if you remember.  What

24    specific dispute with a subcontractor do you

25    remember.



1                    Y. Silbertstein

2      A    Was constantly, you know, with subs.

3  They wouldn't show up.  They wouldn't finish.

4  I would be on-site and call up the sub, why

5  are we still not done this?  Why are we still

6  not done here?

7            I remember once in -- the sub of the

8  façade, they didn't show up.  They said that

9  they didn't -- they need more money.  I

10  remember calling up the owner and trying to

11  negotiate.  They should come complete the job.

12  And I will make sure with Mr. Gluck that

13  payment is going to be made.

14            Whatever was necessary.  I don't

15  recall.  A lot, a lot of things, a lot of

16  time, and a lot of efforts.

17      Q    Did you ever sign any contracts with

18  any subcontractors?

19      A    I wasn't directly signing with them,

20  but there was a guy, Mr. Schwimmer, he was

21  probably signing, which I was in touch with

22  every now and then, constantly, about

23  things --

24      Q    Well, what was his --

25      A    -- which he was running out there.



1              Y. Silbertstein

2      Q    Did you say Mr. Schwimmer?

3      A    Yes.

4      Q    What was his role in -- and was he

5  involved in all of these projects?

6      A    He was involved in All Year.  He

7  was, like, the construction -- involved a lot

8  in the construction under the Albee Square

9  deal.

10      Q    He worked at All Year, as far as you

11  know?

12      A    Yes.

13      Q    So for Mr. Goldman?

14      A    Yes.

15           MR. SILVESTRI:  Okay.  Let me take a

16  break, if you don't mind.  I think I'm

17  probably at the end.  Might have a few more

18  questions, but give me a minute.

19           THE WITNESS:  Okay.

20           (Thereupon, a recess was taken, and

21  then the proceedings continued as follows:)

22           MR. SILVESTRI:  Are you guys ready?

23  We can go back on the record.

24           MR. SAPONARA:  We're ready.

25           MR. ALOE:  We're ready, yeah.



1            Y. Silbertstein

2            MR. SILVESTRI:  Back on the record.

3            I have no further questions at this

4    time.

5            David, do you have questions?

6            MR. SAPONARA:  No.

7            MR. SILVESTRI:  Okay.  In that case,

8    I'll thank Mr. Silberstein for his time and

9    for counsel as well for their participation

10   and their time, and we will be in touch.

11   Thank you.

12            THE WITNESS:  Thank you.

13            MR. SAPONARA:  Thanks.

14            THE COURT REPORTER:  Does anyone

15   else want to order a copy of the transcript?

16            MR. SAPONARA:  Just, if you could,

17   e-mail me your information, and then we'll

18   make a decision.

19            THE COURT REPORTER:  Yes.

20            MR. SAPONARA:  I'll put my e-mail in

21   the chat.

22            MR. SILVESTRI:  Did you have access

23   to the exhibits as I put them in the chat, or

24   do you need me to send them to you?

25            THE COURT REPORTER:  I've downloaded



```
 1                    Y. Silbertstein

 2    all the exhibits and marked them, and will

 3    attach to the transcript.

 4              MR. SILVESTRI:  Thank you so much.

 5    Appreciate it.

 6              THE COURT REPORTER:  Just checking,

 7    does anyone else want to order a transcript?

 8              MR. ALOE:  You're sending a --

 9    you're sending us -- you're sending a

10    transcript to read and file anyway, so ...

11              MR. SILVESTRI:  Yeah.

12              Thanks, everyone.

13              (Time noted: 3:49 p.m.)

14

15

16

17

18              _____

19                        YOEL SILBERSTEIN

20

21    Subscribed and sworn to

22    before me this     day

23    of           , 2024.

24    _____

25
```



```
 1                    Y. Silbertstein

 2     EXAMINATION OF                          PAGE

 3     YOEL SILBERSTEIN

 4                    By Mr. Silvestri          6

 5

 6                 E X H I B I T S

 7           (Attached to the transcript)

 8     SILBERSTEIN DEPOSITION EXHIBITS          PAGE

 9     Exhibit 1   Plaintiff's First Set

10                 of Document Requests          81

11     Exhibit 2   Complaint                     92

12     Exhibit 3   Answer to Adversary

13                 Complaint                     92

14     Exhibit 4   Translated letter            120

15     Exhibit 5   Translated Document          163

16     Exhibit 6   E-mail chain                 183

17     Exhibit 7   E-mail                       191

18     Exhibit 8   E-mail                       192

19     Exhibit 9   E-mail                       197

20     Exhibit 10  E-mail                       199

21     Exhibit 11  E-mail                       205

22     Exhibit 12  E-mail                       207

23

24

25
```



```
 1                     Y. Silbertstein

 2                 C E R T I F I C A T E

 3   STATE OF NEW YORK )

 4                       :  SS

 5   COUNTY OF NEW YORK)

 6

 7             I, Adrienne M. Mignano, a

 8   Registered Professional Reporter and Notary

 9   Public within and for the State of New York,

10   do hereby certify:

11             That YOEL SILBERSTEIN, the

12   witness whose deposition is hereinbefore set

13   forth, was duly sworn by me and that such

14   deposition is a true record of the testimony

15   given by the witness.

16             I further certify that I am

17   not related to any of the parties to this

18   action by blood or marriage, and that I am

19   in no way interested in the outcome of this

20   matter.

21             IN WITNESS WHEREOF, I have

22   hereunto set my hand this 22nd day of

23   February 2024.

24             _____

25               ADRIENNE M. MIGNANO, RPR
```



1                          Y. Silbertstein

2                    DEPOSITION ERRATA SHEET

3              Our Assignment No. J10897447

4    Case Caption:

5              IN RE: All Year Holdings Limited

6

7         DECLARATION UNDER PENALTY OF PERJURY

8

9              I declare under penalty of perjury

that I have read the entire transcript

10   of my deposition taken in the captioned

11   matter or the same has been read to me,

12   and the same is true and accurate, save

13   and except for changes and/or corrections,

14   if any, as indicated by me on the

15   DEPOSITION ERRATA SHEET hereof, with the

16   understanding that I offer these changes

17   as if still under oath.

18

19
     SIGNATURE_____DATE:_____
20               YOEL SILBERSTEIN

21

22   Subscribed and sworn to on the _____ day of
         _____, 20___ before me,
23       _____
     Notary Public,
24   in and for the State of _____

25



```
 1              Y. Silbertstein

 2           DEPOSITION ERRATA SHEET

 3   Page No._____Line No._____Change
     to:_____
 4   Reason for
     change:_____
 5

 6   Page No._____Line No._____Change
     to:_____
 7   Reason for
     change:_____
 8

 9   Page No._____Line No._____Change
     to:_____
10   Reason for
     change:_____
11

12   Page No._____Line No._____Change
     to:_____
13   Reason for
     change:_____
14

15   Page No._____Line No._____Change
     to:_____
16   Reason for
     change:_____
17

18   Page No._____Line No._____Change
     to:_____
19   Reason for
     change:_____
20

21   Page No._____Line No._____Change
     to:_____
22   Reason for
     change:_____
23

24   SIGNATURE:_____DATE:_____
               YOEL SILBERSTEIN
25
```



1                    Y. Silbertstein

2                DEPOSITION ERRATA SHEET

3
     Page No._____Line No._____Change
4    to:_____
     Reason for
5    change:_____

6
     Page No._____Line No._____Change
7    to:_____
     Reason for
8    change:_____

9
     Page No._____Line No._____Change
10   to:_____
     Reason for
11   change:_____

12
     Page No._____Line No._____Change
13   to:_____
     Reason for
14   change:_____

15
     Page No._____Line No._____Change
16   to:_____
     Reason for
17   change:_____

18
     Page No._____Line No._____Change
19   to:_____
     Reason for
20   change:_____

21
     Page No._____Line No._____Change
22   to:_____
     Reason for
23   change:_____

24
     SIGNATURE:_____DATE:_____
25           YOEL SILBERSTEIN



800.211.DEPO (3376)
EsquireSolutions.com