# Exhibit B

1

2   UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
3   -------------------------------x

4   In re:

5   ALL YEAR HOLDINGS LIMITED,

6                   Debtor.        Chapter 11
                                   Case No. 21-12051
7                                  (MG)

8   -------------------------------x

9   AYH WIND DOWN LLC, through
    Ofer Tzur and Amir Flamer,
10  solely in their joint capacity
    as Claims Administrator
11                          Plaintiff,

12  YOEL SILBERSTEIN,

13                          Defendant.

14  -------------------------------x

15

16          REMOTE DEPOSITION of YOEL GOLDMAN, a

17  non-party witness herein, witness located in

18  Brooklyn, New York, held on March 20, 2024,

19  commencing at 3:30 p.m., and before Helene Gruber,

20  a certified shorthand reporter and notary public

21  within and for the state of New York.

22

23

24

25



YOEL GOLDMAN                                         March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           2

```
 1
 2   A P P E A R A N C E S :
 3   CHAPMAN & CUTLER
 4   Attorneys for Plaintiffs
 5        320 South Canal Street, 27th Floor
 6        Chicago IL 60606
 7   BY:    ERIC SILVESTRI, ESQ.
 8          HELENA HONIG, ESQ.
 9          MICHAEL FRIEDMAN, ESQ.
10   silvest@chapman.com
11
12   DAVIS POLK & WARDWELL
13   Attorneys for witness Yoel Goldman
14        450 Lexington Avenue
15        New York NY 10017
16   BY:    ELLIOT MOSKOWITZ, ESQ.
17   elliot.moskowitz@davispolk.com
18   KUDMAN TRACHTEN ALOE LLP
19   Attorneys for Defendant Yoel Silberstein
20        488 Madison Avenue, 22nd Floor
21        New York NY 10118
22   BY:    DAVID N. SAPONARA, ESQ.
23   dsaponara@kudmanlaw.com
24   ALSO PRESENT:
25   YOEL SILBERTSTEIN
```



1                    Y. Goldman

2                    YOEL GOLDMAN,

3    Having first been duly affirmed, was examined and

4    testified as follows:

5                    EXAMINATION

6    BY MR. SILVESTRI:

7         Q.    Could you please state and spell your

8    name for the record.

9         A.    Yoel Goldman, Y-o-e-l G-o-l-d-m-a-n.

10        Q.    Mr. Goldman, do you understand that

11   you have just been placed under oath?

12        A.    Yes.

13        Q.    Do you understand that being placed

14   under oath means you have to tell the truth

15   today?

16        A.    Yes.

17        Q.    And by the truth, that means being

18   complete in your answers and leaving nothing

19   out, right?

20        A.    Correct.

21        Q.    If you don't understand any of my

22   questions today -- by the way, my name is Eric

23   Silvestri.  I represent the plaintiff in this

24   action -- if you don't understand any of my

25   questions today, please let me know and I will



YOEL GOLDMAN                                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                      4

```
 1                    Y. Goldman
 2   try to rephrase the question, all right?
 3        A.   Okay.
 4        Q.   If you do answer my question, I am
 5   going to assume that you understood it.  Is
 6   that fair?
 7        A.   Hopefully.  How can I know that?
 8        Q.   How about this:  If you do answer the
 9   question, I am going to assume you understood
10   it okay.
11        A.   If I do answer a question, that means
12   that I feel I understood the question.  It
13   doesn't mean that I really understood it.
14   Maybe you meant something else, but I can't do
15   anything more than that.
16        Q.   You've got it.
17             Have you ever been deposed before,
18   sir?
19        A.   Yes.
20        Q.   About how many times?
21        A.   No idea.
22        Q.   Over ten?
23        A.   No idea.  Probably not ten.
24        Q.   Well, listen.  This is going to sound
25   familiar to you, then, but I am still going to
```



YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              5

```
 1                    Y. Goldman
 2   go over the ground rules so we have them on the
 3   record, and we will try to avoid any hiccups.
 4            The first ground rule I like to
 5   cover is that we should not talk over each
 6   other.
 7            I am also going to tell you that I
 8   am going to violate this rule multiple times,
 9   but I am going to try.
10            The reason we shouldn't talk over
11   each other is because we need a clean record
12   for the court reporter, and we are going to
13   try to make her life easier.
14            What that means is, please wait
15   until I stop talking before you start your
16   answer; is that all right?
17      A.    Definitely try.
18      Q.    Your lawyer, Mr. Moskowitz, may
19   interject at some point.  There may be a
20   discussion between the lawyers.  He may put an
21   objection on the record.
22            Same rule applies.  Let him finish
23   speaking.  If I then say something in
24   response, let me finish speaking before you
25   begin your answer.
```



YOEL GOLDMAN                                                  March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                      6

1                         Y. Goldman

2              You should generally, after the

3    lawyers are done talking and saying whatever

4    they need to on the record, you should answer

5    the question unless -- very important

6    exception -- your lawyer instructs you not to

7    answer the question, okay?

8         A.   Okay.

9         Q.   Another ground rule I like to cover

10   is all your questions need to be oral; no

11   shaking of the head or nodding or sounds like

12   uh-uh or uh-huh.  Again, that goes to keeping

13   the record clean.

14              Is that all right?

15              MR. MOSKOWITZ:  All of his answers, I

16         think you meant to say.  You said "all

17         your questions."

18        Q.   All of your answers, yes.

19        A.   Understood.

20        Q.   Mr. Goldman, where are you right now?

21        A.   Brooklyn, New York.

22        Q.   Is there anyone in the room with you?

23        A.   God.

24        Q.   Is your lawyer in the room with you

25   right now?



YOEL GOLDMAN                                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                       7

```
 1                        Y. Goldman
 2        A.   No.
 3        Q.   Do you have any electronic devices on
 4   you other than the one you are using to
 5   communicate right now, which I think is your
 6   iPhone?
 7        A.   Yes.
 8        Q.   What other electronic devices do you
 9   have on you right now?
10        A.   This one.
11        Q.   What is that?
12        A.   A phone.
13        Q.   Is it your phone?
14        A.   Yes.
15        Q.   Would you mind turning it off for me
16   just during the deposition?
17        A.   Not really.
18        Q.   Not really meaning you don't want to
19   turn it off?
20        A.   Right.  I want to see if someone
21   calls or if I have an important text message or
22   anything like that.
23        Q.   Okay.  Can we agree --
24        A.   Sorry for interrupting.  Is there any
25   reason it should be shut down?  I don't
```



YOEL GOLDMAN                                            March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              8

1                        Y. Goldman

2    remember that from the previous depositions.

3         Q.   Let me explain what I am getting at.

4    I would like to get on the record that you are

5    not communicating with anyone else during the

6    course of this deposition.  This is

7    particularly important for remote depositions

8    like this, because I am not in the room, and we

9    can't see everything that is going on in the

10   room.

11            So the idea is not to make you shut

12   your electronic devices off because that makes

13   your life hard; we need assurances you are not

14   communicating with anyone else during this

15   deposition.

16            If you are not comfortable turning

17   your phone off, can we agree you will not

18   communicate with anyone except your attorneys

19   at the appointed times about what's going on

20   right now, meaning your testimony during this

21   deposition?

22        A.   Definitely, and I'm not going to

23   communicate to anyone.

24            The reason why I wouldn't shut off

25   the phone is if I get a call from my wife or



```
 1                      Y. Goldman
 2   anyone else or something important, I will
 3   text and say I will call back.
 4             MR. MOSKOWITZ:  That's fine.  Let's
 5        move on.
 6        Q.    That is fine, and it also brings me
 7   to my next point.  If you think you need a
 8   break during the course of this deposition,
 9   just let me know.  The only thing I will ask is
10   if I ask you a question, you answer it before
11   we take a break, okay?
12        A.    Okay.
13        Q.    Let's get into it.  Mr. Goldman, do
14   you understand that you are providing testimony
15   today pursuant to a subpoena issued to you out
16   of a lawsuit in which my client is suing
17   Mr. Yoel Silberstein?
18        A.    Yes.
19        Q.    What do you generally understand that
20   lawsuit to be about?
21        A.    What's the question?
22        Q.    Do you understand what this lawsuit
23   is about?
24             MR. MOSKOWITZ:  I am going to object.
25             Yoel, you can answer the question,
```



1                      Y. Goldman

2          but I am going to instruct you not to

3          reveal any advice you got from me, your

4          attorney.

5                  You can answer to the extent you have

6          a general understanding of what the

7          lawsuit is about outside of what I told

8          you.

9          A.   I have a general understanding what

10   it is.  To be frank and open, I did not review

11   it.  I assume my attorney reviewed it, but I

12   know regarding what it is.

13         Q.   And what in your mind is it generally

14   about?

15         A.   About Yoel Silberstein, if he owes

16   money or not.

17         Q.   Have you seen the complaint filed in

18   this lawsuit?

19         A.   I just said that I never read the

20   full complaint.  My attorney read it.

21         Q.   Again, your attorney is correct, I

22   don't want to know about conversations you had

23   with your attorney.

24                 So your answer is no, you have not

25   seen a complaint in this lawsuit?



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 12 of 90

YOEL GOLDMAN                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                    11

1                    Y. Goldman

2         A.    I have seen the complaint.  I have

3    not read it through word by word or page by

4    page.

5         Q.    Have you seen Mr. Silberstein's

6    answer that he filed in this lawsuit?

7         A.    I don't think I reviewed it.

8         Q.    But you have seen it?

9         A.    Maybe.  I think I forwarded it to my

10   attorney or he forwarded it to me, one way or

11   the other.

12        Q.    Have you seen Mr. Silberstein's

13   initial disclosures or the documents included

14   in those initial disclosures in this lawsuit?

15        A.    I don't think I read it.  Whenever

16   there is papers filed or something like that, I

17   just sent it to my attorney, and he tells me

18   what it is about, and that's it.

19        Q.    Other than your attorneys, did you

20   speak with anyone about this deposition?

21        A.    I don't think so, but I'm not sure.

22        Q.    Did you speak with Mr. Silberstein

23   about this deposition?

24        A.    Yes.  I spoke to Mr. Silberstein.  He

25   told me about when it was filed to begin with.



23-01180-mg    Doc 43-2    Filed 09/30/24    Entered 09/30/24 16:14:59    Exhibit B -
Yoel Goldman Deposition Transcript    Pg 13 of 90

YOEL GOLDMAN                                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                            12

```
 1                    Y. Goldman
 2   He was in shock, and I spoke to him at that
 3   time, because I always have said to him that
 4   this is something that's going to be taken care
 5   of.
 6              We'll probably get into that later
 7   on.
 8              MR. MOSKOWITZ:  Sorry to interrupt
 9         you, but so we have a clear record.
10              Eric, are you asking about the
11         situation generally, or are you asking
12         about the deposition in particular?
13              MR. SILVESTRI:  Sorry about the
14         camera.  I have tried to control it.  I
15         can't really.
16              Elliot, you are correct.  My question
17         was about whether he discussed with Mr.
18         Silberstein about this deposition right
19         now.
20              We will get into the other stuff.
21         Q.  Did you talk to him about this
22   deposition?
23         A.  I believe that I told him that I have
24   a deposition.  I don't remember exactly when
25   the deposition is going to be, but my attorney
```



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 14 of 90

YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          13

1              Y. Goldman

2    told me there is going to be a deposition.

3              He also told me that he had a

4    deposition.  I just meet him a lot.  I live

5    very close by to him.

6              But I didn't have anything specific

7    to discuss with him.

8         Q.   Did you discuss this deposition with

9    Mr. Silberstein's attorney?

10        A.   No.

11        Q.   Did you instruct your attorney to

12   contact Mr. Sitwell (phonetically)?

13             MR. SILVESTRI:  Elliot, do you have

14        an objection if I ask him if he instructed

15        his attorneys to contact Mr. Silberstein's

16        attorneys?

17             MR. MOSKOWITZ:  You can answer.  I

18        don't care.

19        Q.   Mr. Goldman, did you instruct your

20   attorneys to contact Mr. Silberstein's

21   attorneys about this deposition?

22        A.   I don't remember, to be honest.

23             THE WITNESS:  Elliot, do you remember

24        if I instructed you to contact him?

25             MR. MOSKOWITZ:  If you don't



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 15 of 90

YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          14

1                    Y. Goldman

2          remember, that's perfectly fine.

3                I can represent to you, Eric, not

4          that I am the witness, but I can represent

5          to you that my client did not instruct me

6          to do that.

7                MR. SILVESTRI:  That's fine.  We

8          don't need to get hung up here.

9          Q.   Generally, Mr. Goldman, avoid asking

10   your attorney questions about how you should

11   answer the questions I am posing to you.

12                This is all fine.  We are going to

13   get through it, but as a general matter, try

14   not to do it.

15          A.   Just to make a correction, I wouldn't

16   do it, but the question was if I instructed

17   this specific attorney.  If I didn't remember,

18   I asked him if he remembers, but it's not like

19   I am trying not to answer.

20                MR. MOSKOWITZ:  We're good.  Let's

21          move on.

22          Q.   Mr. Goldman, I understand you are

23   neighbors with Mr. Silberstein; is that

24   correct?

25          A.   Yes.



1                       Y. Goldman

2          Q.   Do you live in the building next

3     door?

4          A.   Yes.

5          Q.   I also understand that you attend the

6     same synagogue as Mr. Silberstein?

7          A.   A lot of times, yes.

8          Q.   Do you see each other often?

9          A.   Yes.

10         Q.   Do you ever stop to speak to each

11    other when you encounter each other around the

12    neighborhood or synagogue or anywhere else?

13         A.   I don't recall, but my attorney just

14    told me that I shouldn't discuss anything about

15    this matter with him, so we kept it this way.

16              I don't know if I had a time that I

17    didn't talk to him at all.

18         Q.   Have you ever spoken with Mr.

19    Silberstein about this lawsuit generally?  Not

20    the deposition.  Now I am asking about the

21    lawsuit generally.

22         A.   Yes.  As I said previous, I told you

23    that he told me that he got a lawsuit.  He even

24    sent it to me.  He was in shock.

25              I reached out to my attorney.



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 17 of 90

YOEL GOLDMAN                                           March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        16

1               Y. Goldman

2          And he told me he had a deposition.

3          Some time later I told him my

4     attorney told me I am also going to have a

5     deposition.

6          Basically, this was more or less the

7     discussions.

8     Q.   How many times, to the extent you can

9     recall, how many times did you discuss this

10    lawsuit with Mr. Silberstein?

11    A.   Not many.  As I described to you,

12    more or less.

13    Q.   I think you mentioned that you spoke

14    to him around the time this lawsuit was

15    initiated, right?

16    A.   Right.

17    Q.   You spoke to him around the time --

18    A.   He sent me -- sorry for interrupting.

19    He sent me the lawsuit.  He sent me the

20    lawsuit, and I reached out to my attorney.

21          He told me that he had a deposition.

22          I told him that I will have a

23    deposition.

24          It is understood I didn't discuss

25    this deposition with him.  I didn't go into



1                    Y. Goldman

2   anything, and I didn't even tell him when it

3   was, when it's going to be.  I just told him

4   I'm going to have a deposition.

5           What else?  I don't know if I even

6   discussed it more than that, but I don't

7   recall.

8       Q.   Have you ever told Mr. Silberstein

9   that you will cover his legal fees in this

10  lawsuit?

11      A.   Maybe I did say it.  I don't remember

12  for sure, but it makes sense I should say it

13  because he is kind of a victim here.

14      Q.   Have you, in fact, actually paid any

15  of Mr. Silberstein's legal fees in this

16  lawsuit?

17      A.   No.

18      Q.   Has Mr. Silberstein ever asked you if

19  you would cover, meaning pay, any judgment that

20  eventually arises out of this lawsuit?

21      A.   The question again?

22      Q.   Let me rephrase.  Have you ever told

23  Mr. Silberstein that you will cover any

24  judgment that arises out of this lawsuit,

25  meaning pay any judgment that arises out of



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 19 of 90

YOEL GOLDMAN                                           March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          18

1                    Y. Goldman

2    this lawsuit?  Have you ever told Mr.

3    Silberstein that?

4         A.   I don't think so, because I don't

5    think it can even get to that.

6         Q.   Are you currently in any litigation,

7    arbitration, or mediation with Mr. Silberstein?

8         A.   We have some open items that we still

9    need to resolve, and I think we even have an

10   agreement about arbitration, but we're not

11   currently in any sessions about that.  There is

12   no active session right now in arbitration.

13        Q.   What are the open items you just

14   referenced?

15        A.   He still owed some money, I think 19

16   Kent, to something that's still open that -- I

17   think 19 Kent, 25 Kent -- I don't remember

18   exactly the name of the entity -- is something

19   that is still open.

20             Maybe we did finalize a number on it

21   and I just didn't pay it.  I don't remember

22   exactly because it was a few years ago when we

23   kind of tried to solve all the other stuff.

24        Q.   Whether it is 19 Kent or 25 Kent, is

25   that one open item where you owe Mr.



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript    Pg 20 of 90

YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            19

```
 1                    Y. Goldman
 2   Silberstein money?
 3        A.    Yes.
 4        Q.    Does he owe you any money as far as
 5   you are concerned?
 6        A.    Not that I recall, no.
 7        Q.    It doesn't have to be exact.  You can
 8   ballpark it for me.  How much money do you owe
 9   Mr. Silberstein right now?
10        A.    I don't remember.  I am not fresh in
11   all these details.  I went through a lot since
12   all of this happened.
13              I can look up and answer the
14   question, which you can do the same, but I
15   don't remember.  It's not in my memory.
16        Q.    I understand.  Is it over a million
17   dollars?
18        A.    I don't remember.  I don't have it in
19   my memory.
20              I have been through -- I am stuck
21   for a few hundred million, so I don't
22   remember.
23        Q.    Understood.  I can only ask you what
24   you remember, so if you don't remember, that's
25   fine.  We will move on.
```



1              Y. Goldman

2              This will be the last question in

3    this regard.

4              Have you provided to Mr. Silberstein

5    or to his attorneys any written affidavits or

6    declarations related to this lawsuit?

7         A.   Again, what is the question?

8         Q.   Have you provided to either Mr.

9    Silberstein or his lawyers any written

10   declarations or affidavits, in other words,

11   sworn statements by you, concerning this

12   lawsuit?

13        A.   What do you mean by sworn statements

14   or affidavits?

15        Q.   An affidavit is usually numbered

16   paragraphs in which you, as Yoel Goldman, would

17   say really anything, and then sign your name to

18   it, typically under penalty of perjury.

19             Have you done anything like that and

20   delivered it to Mr. Silberstein related to

21   this lawsuit?

22        A.   If I think I understand the question

23   right, no, I didn't, but I'm not sure I do

24   understand it.

25             Affidavit, usually you give an



YOEL GOLDMAN                                         March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                         21

```
 1                    Y. Goldman
 2   affidavit in court, is my understanding.
 3            I don't know.  Maybe I'm not
 4   familiar.
 5        Q.   I think you have answered the
 6   question.
 7            My understanding is that you and Mr.
 8   Silberstein met a long time ago and that you
 9   are close friends.  Would you agree with that?
10        A.   Yes.
11        Q.   For about how long have you known Mr.
12   Silberstein?
13        A.   Twenty-five years, probably.
14        Q.   You met when you were young?
15        A.   I don't know what the definition of
16   young is, but I met him probably when I was 19
17   years old, something like that.
18        Q.   That's fair enough.
19            When did you first start doing
20   business with Mr. Silberstein?
21        A.   I don't remember the date.
22        Q.   Let's go ahead and get this out of
23   the way so this will make things easier going
24   forward.
25            Can you describe for me, Mr.
```



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 23 of 90

YOEL GOLDMAN                                              March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              22

1                    Y. Goldman

2    Goldman, in your own words what you do for a

3    living?

4         A.    Real estate.

5         Q.    Would it be fair to call what you do

6    for a living real estate development?

7         A.    No.

8         Q.    What word would you use, apart from

9    real estate, to give me a better idea of what

10   you do?

11        A.    Real estate.  Sometimes it's

12   development, sometimes it's straight-up buying

13   a rental building and working it up, cleaning

14   it up, expenses, improve the building, make a

15   better building out of it.

16             Then keep it or sell it or refinance

17   it.  It depends.

18        Q.    Thank you.  And I think you testified

19   you don't remember the first time that you did

20   business with Mr. Silberstein; is that right?

21        A.    I don't think that I remember when

22   the first time was, no.

23        Q.    Have you ever loaned Mr. Silberstein

24   money personally?

25        A.    Probably he loaned me, probably I



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 24 of 90

YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              23

```
1                    Y. Goldman
2    loaned him.  I don't remember.  We're friends.
3         Q.   It sounds like that might have
4    happened frequently, though; is that right?
5         A.   I don't remember.
6         Q.   Do you remember what amounts of money
7    we would be talking about here?  Was it in the
8    millions?
9         A.   Look, if I don't remember, if we
10   frequently borrowed each other, how can I
11   remember what the amount is?
12             No, I don't remember.
13        Q.   But you have a general recollection
14   that there may have been money that passed
15   between you two informally?  I am just trying
16   to get a sense of --
17        A.   Maybe it was all business-related.  I
18   don't know if I actually borrowed above the
19   liability from one to each other.  I don't
20   remember.
21             There was definitely transactions,
22   but I don't remember if it was as a
23   straight-out loan, or it was just in the
24   spirit of the business, or in the merit of the
25   business long gone.
```



YOEL GOLDMAN                                              March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              24

1                        Y. Goldman

2        Q.    Understood.  My understanding from

3   Mr. Silberstein's testimony earlier in this

4   case is that in your interactions with him, it

5   wasn't typically the case that you would

6   distinguish between yourself, corporate

7   entities, other businesses; it was more of a

8   person-to person-interaction.

9            Does that sound right to you?

10       A.    I don't know what that means.  I have

11  no idea what that means.

12       Q.    I think we will come back to it,

13  because there will be some things that we can

14  look at, and we might be able to revisit that.

15  You will have a better idea.

16            Are you involved in any business

17  transactions right now with Mr. Silberstein,

18  current business transactions?

19       A.    I don't think so.

20       Q.    You founded All Year Holdings

21  Limited, right?

22       A.    Right.

23       Q.    I am going to refer to All Year

24  Holdings Limited as the debtor.  Will you know

25  what I mean?



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 26 of 90

YOEL GOLDMAN                                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                     25

1                       Y. Goldman

2          A.    I believe so.

3          Q.    When was the debtor formed?

4          A.    I don't remember.

5          Q.    Was it around 2014?

6          A.    I don't remember.

7          Q.    Why did you form the debtor?

8          A.    In order to raise bonds.

9          Q.    But your real estate business that we

10   discussed that you said wasn't just

11   development, but was a whole host of things --

12   you described it on the record -- your real

13   estate business predated the formation of the

14   debtor, correct?

15         A.    Sure.

16         Q.    By about how many years, do you

17   think?

18         A.    Don't know.

19         Q.    Were you doing business with Mr.

20   Silberstein before the debtor was formed?

21         A.    Definitely.

22         Q.    For a number of years, right?

23         A.    I don't know.

24         Q.    You were the sole shareholder of the

25   debtor until around January of 2021; am I



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 27 of 90

YOEL GOLDMAN                                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                      26

1              Y. Goldman

2    right?

3         A.   I don't remember -- yeah.  I don't

4    remember which date it was that it changed.

5         Q.   Setting aside you don't remember the

6    date, you were the sole shareholder and in

7    control of the debtor until some point, and I

8    think it's around January of 2021, but at some

9    point, right?

10        A.   Yes.

11        Q.   In the period before your control

12   over the debtor ceased, was anybody else in

13   control of the debtor?

14        A.   It's a legal question?

15        Q.   You can only tell me what you know,

16   sir.  If you don't understand the question, let

17   me know.

18             What I am trying to get at is, from

19   the time the debtor was formed to when your

20   control of the debtor ceased, regardless of

21   when those dates were, but that window of

22   time, was there anyone in that window of time

23   other than yourself who controlled the debtor?

24             MR. MOSKOWITZ:  Objection.  I am

25        going to instruct him not to answer based



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 28 of 90

YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                            27

1          Y. Goldman

2   on the Fifth Amendment protection.

3       We discussed that in advance of the

4   deposition.

5       He is going to answer questions

6   about -- to the best of his ability --

7   Silberstein's allegations that are the

8   subject of the lawsuit, but, as we have

9   discussed, there are criminal allegations

10   that are ongoing in Israel, for one thing,

11   and he has a Fifth Amendment right, and he

12   is going to exercise it with respect to

13   issues that relate to what's going on in

14   relation to the criminal allegations that

15   have been made against him by your

16   client's beneficiaries.

17       I won't give the whole explanation

18   each time, but that's my initial

19   explanation for why we are going to assert

20   the Fifth Amendment right with respect to

21   certain questions if you ask them at this

22   deposition.

23       With that, Yoel, I am instructing you

24   not to not answer the question based on

25   your Fifth Amendment right.



1                      Y. Goldman

2         Q.   Mr. Goldman, are you asserting your

3    Fifth Amendment rights in response to my

4    previous question?

5         A.   Yes.

6              MR. SILVESTRI:  For the record, this

7              is related to this lawsuit.  We are trying

8              to lay some foundation here for some

9              documents that are going to come up later

10             and some arguments that Mr. Silberstein is

11             making.

12             I understand, Elliot, what you are

13             saying, and I understand Mr. Goldman has a

14             right to invoke his Fifth Amendment right

15             response, and we will deal with that if we

16             have to, but that is the foundation we are

17             laying.  It is related to this law suit.

18             MR. MOSKOWITZ:  There could be

19             overlap between the two.  In other words,

20             something could both be foundation for

21             this lawsuit and also implicate a Fifth

22             Amendment protection, and I don't want to

23             waive the Fifth Amendment protection.  He

24             is going to exercise it, even if it has

25             some relation to this lawsuit.

YOEL GOLDMAN                                           March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           29

```
 1                    Y. Goldman

 2            MR. SILVESTRI:  I understand.  It's

 3       your client and your position here.

 4       Q.   Mr. Goldman, did the debtor have a

 5  board of directors?

 6       A.   Yes.

 7       Q.   Did the debtor have a chief financial

 8  officer?

 9       A.   I think so.

10            MR. SILVESTRI:  At this point I think

11       the easiest way to do this is to put --

12       Q.   Mr. Goldman, are you able to review

13  documents on the device you are on right now?

14       A.   Probably.

15            MR. SILVESTRI:  Off the record.

16            (Discussion off the record.)

17       Q.   Mr. Goldman, I am going to put up

18  what has already been marked as Silberstein

19  Exhibit 2 on your screen.

20            Let me know when you can see it.

21       A.   I can see it.

22       Q.   Can you read the words on it?

23       A.   Yes.

24       Q.   Do you recognize this document?  If

25  you need me to scroll, let me know, but do you
```



YOEL GOLDMAN                                           March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          30

```
1                    Y. Goldman
2    recognize this document?
3        A.   You can scroll down.
4             I think I do.
5        Q.   Is this the promissory note that Mr.
6    Silberstein executed on All Year's benefit?
7        A.   That's what it looks like.
8             MR. MOSKOWITZ:  Sorry to interrupt
9         you, but are you marking anything here?
10            MR. SILVESTRI:  This was already
11        marked during Mr. Silberstein's
12        deposition.
13            My practice is, Elliot, once it has
14        been marked, not to give it a second
15        number.  I can show you that marking here.
16            MR. MOSKOWITZ:  If you can identify
17        it for the record, that it was previously
18        marked as Exhibit whatever at
19        Silberstein's deposition so we have an
20        orientation so we can find it.
21            MR. SILVESTRI:  That's fine.  This
22        was previously marked as Silberstein
23        Exhibit 2.
24            MR. MOSKOWITZ:  Thank you.
25            MR. SILVESTRI:  That's fine.
```



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 32 of 90

YOEL GOLDMAN                                        March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           31

1                    Y. Goldman

2         Q.    Mr. Goldman, were you present when

3    Mr. Silberstein signed this promissory note?

4         A.    I don't remember.

5         Q.    Did you draft this promissory note?

6         A.    I doubt it.

7         Q.    Who drafted it?

8         A.    Don't know.  I was in the field.

9         Q.    I am sorry.  What do you --

10        A.    I was in the field.  There was many,

11   many workers in the office.

12        Q.    So you don't know who drafted this?

13        A.    No.

14        Q.    Did you direct somebody to draft it?

15        A.    I don't remember how it was.

16        Q.    Did All Year distribute the principal

17   amount here, $3.35 million -- again, if you

18   can't see where I am highlighting, just let me

19   know --

20        A.    I see it, I see it.

21        Q.    Did All Year distribute those funds

22   to Mr. Silberstein, as far as you know?

23        A.    I don't know.

24        Q.    Do you recall why this loan was made?

25        A.    Yes.



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 33 of 90

YOEL GOLDMAN                                      March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                         32

```
 1                    Y. Goldman

 2       Q.    Why?

 3       A.    It's a long story, maybe a short

 4   story.

 5             Basically, it was long overdue.  Mr.

 6   Silberstein worked hard, and he worked a lot

 7   on a couple of buildings.

 8             Officially, I don't remember the

 9   exact details -- officially he was going to

10   either get shares or money.

11             I think the shares were maybe

12   10 percent; I'm not sure.  A certain

13   percentage.  Or he will get money.  He was

14   more or less the syndicator, and he was pretty

15   much involved in every step of the way by the

16   construction, by the planning, by every issue.

17             He worked a lot over there, and I

18   believe you can see he is copied on hundreds,

19   if not on thousands, of the emails with those

20   buildings, regarding those buildings.

21             He was never recognized on anything.

22   He didn't get -- I'm sure he spent a lot of

23   money even on gas, just driving every day to

24   the buildings and see that everything is in

25   place, and meeting even vendors or buying --
```



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 34 of 90

YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                           33

```
 1                    Y. Goldman
 2   whatever.  It was a lot involved.
 3            We never finished either the shares
 4   or the money.
 5            I wanted to give him the shares,
 6   rather.  He asked me many times when will we
 7   finish it.
 8            So because I wanted to give him the
 9   shares -- he didn't have it yet -- he said,
10   "Okay, let me first get money."
11            So we did it in a way that I gave
12   him a loan, All Year gave him a loan, because
13   we didn't give him the shares yet.
14            If the shares is going to be given,
15   then he has to give back the money because
16   it's a loan.
17            If the shares is not going to be
18   given, he didn't want to wait anymore, any
19   longer, to get at least something.
20            But because we were -- we were
21   leaning more, we were leaning more to give
22   shares at that time.  I don't remember if we
23   were positive or we were just assuming that
24   this is what's going to happen, and we gave
25   him the shares.
```



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B - Yoel Goldman Deposition Transcript   Pg 35 of 90

YOEL GOLDMAN                                              March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              34

1                    Y. Goldman

2              That's why we did it as the way as a

3    loan.

4              Since then, it went a year, and then

5    there had to be an extension, and another

6    year, something like that.

7              He pushed me many times to finish

8    it.

9              We came to a conclusion -- I don't

10   remember exactly when -- we came to a

11   conclusion that instead of giving the shares,

12   the money -- as we were participating when we

13   gave the money, that might be that it's not

14   going to end up in a note if we're not going

15   to give the shares.

16              That's what actually happened.

17              If I remember correctly, and I think

18   even the agreements reflect it, he gave down

19   at that time a certain amount that he wouldn't

20   collect; in other words, it didn't go

21   everything exactly as planned.

22              The buildings -- and I also thought

23   we were going to have more from it, so I was

24   negotiating with him a little bit at that time

25   that it shouldn't be the full amount that we



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 36 of 90

YOEL GOLDMAN                                              March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              35

1                    Y. Goldman

2  estimated that he is entitled to, but it was

3  way more than the loan amount, so I gave him a

4  satisfaction on that loan.

5           I think it was right before or maybe

6  a few months before I went through my crisis

7  with the company, so I'm a little bit blurry

8  after that.

9           But this is more or less what

10 happened.

11    Q.   I very much appreciate that answer.

12 There's a lot to unpack there.  I am going to

13 go one step at a time.

14           I want to go all the way back to the

15 distribution of the money and the origination

16 of this loan, recognizing that you gave us a

17 lot, including stuff that comes after.

18           Let's start here with this

19 3.325 million.

20           I will represent to you that Mr.

21 Silberstein testified that this 3.35 million

22 was basically his money, and the loan, he

23 referred to it as a technical loan, but that

24 this reflected his money.

25           Do you agree with that?



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 37 of 90

YOEL GOLDMAN                                              March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          36

1                        Y. Goldman

2          A.    In the spirit of it, yes.

3          Q.    Could you help me understand what you

4    mean when you say in the spirit of it?

5          A.    That he was asking either give me the

6    shares or give me the money.

7                And because I was thinking that we

8    will still give him the shares, I told him

9    okay, I can give you -- if all you need is

10   money right now and we can't decide yet if it

11   should be the shares or money, take it as a

12   loan.

13               If it ends up being that we don't

14   give you the shares, okay, it's not a loan,

15   it's not a note.

16               But we did a note because I thought

17   that at the end of the day I will be able to

18   give him the shares.

19         Q.    You keep talking about the shares.

20   We will get to these properties, but just so

21   that we clear right now while we are talking

22   about this money, because the shares keep

23   coming up, my understanding is that when you

24   say the shares, you are talking about three

25   real estate properties:  Albee Square, the



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 38 of 90

YOEL GOLDMAN                                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                      37

1                   Y. Goldman

2    North Flats, and Long Island City.

3                   Is that right?  Is that what you are

4    talking about?

5          A.   I believe so.  If there was more, I

6    don't remember, but these three for sure, yes.

7          Q.   So when Mr. Silberstein says this

8    3.35 million, this was basically his money,

9    what I hear you saying is you agree with that;

10   that you were trying to get Mr. Silberstein his

11   own money.

12                  Am I wrong?

13         A.   Again, I think I explained myself

14   very well.

15                  I don't know if it's kind of --

16   again, referring to what Elliot said earlier,

17   if an agreement is not a loan, and there is

18   some case against me that I gave a loan when

19   its not a loan.  I told you the way it was.

20                  Silberstein would gladly take it as

21   not a loan.  Just it's part of my money.

22                  Because I was thinking that we were

23   still giving the shares, I told him, "What

24   does it matter for you?  Take it first as a

25   loan, and we will see how things turn out."

23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 39 of 90

YOEL GOLDMAN                                               March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              38

1                    Y. Goldman

2            So, yes, it's true what he is

3    saying, but I wouldn't answer your direct

4    question if it was not a loan -- I believe we

5    understand what I mean.

6        Q.   I think I do.  You have provided an

7    answer.  You can believe me or not.  I am not

8    trying to trick you.  I am just trying to get a

9    factual understanding of what's going on here.

10       A.   If it's a factual understanding, the

11   honest truth, the way it was -- this is the way

12   it was -- he told me Either "get me my shares

13   or get me my money."

14           Because we were still -- we would

15   still want to do it in a way that I was giving

16   him the shares.  I told him, "First take the

17   money as a loan.  As a loan, you can take it

18   right now.  Even if you get the shares, you

19   are going to pay back the loan.  If you don't

20   get the shares, it's not actively not going to

21   be a loan."

22           This was all along what it was.

23   This is what it is.

24           I don't know how to define it, but

25   this is what the story was.



1                        Y. Goldman

2        Q.   If I am understanding you correctly,

3   it was your idea or your suggestion to

4   structure this as a loan; is that right?

5        A.   It's hard to remember exactly how

6   ideas came up.

7        Q.   So you don't remember whether it was

8   your idea to structure it as a loan or whether

9   it was, for example, Mr. Silberstein's idea?

10       A.   I don't remember.  Maybe it was even

11   a third party's idea.  I don't remember.

12            We were sitting at meetings and

13   discussing, working every day all the time on

14   all these buildings, and it was a long time

15   that he was working and didn't get anything.

16   He didn't get anything on it.

17            He kept demanding it, very politely,

18   but demanding it here and there, until it came

19   to he said "I got to have something."

20            I told him -- if I told it to him or

21   it came up the idea that okay, meanwhile, take

22   it as a loan.  If you don't get the shares,

23   then it is not a loan.  If you get the shares,

24   you will have to pay it back with interest.

25            And that's very simple, and I



1                    Y. Goldman

2    believe it's pretty common as well.

3        Q.   So, again, I hear what you are

4    saying.  If the repayment of this loan, as you

5    say, was contingent upon whether or not he got

6    the shares, why didn't you put that into this

7    document?

8        A.   I don't know.

9        Q.   We can agree that that's not there?

10       A.    No.  He -- did he ever see a loan

11   with just three paragraphs?  I think he had

12   many questions before that.

13           Why is it not a loan with ten pages

14   and all kinds -- like a loan usually was.

15           We trusted each other, and we had an

16   understanding exactly what it was, and he did

17   a lot for the company, and the company did for

18   him maybe not enough, but the company did for

19   him.

20           We worked together, so we didn't

21   specify every single thing.

22           As long as he is going to get the

23   shares, okay, then he have to pay it back.  If

24   he is not going to get the shares, not.

25           I believe most of the people in the



```
1                    Y. Goldman
2    company knew about it.  Everybody knew that he
3    is involved in these properties and he needs
4    to get promoted on it.  It just never
5    happened.
6         Q.   Mr. Silberstein testified, I will
7    represent to you that he testified, he didn't
8    want to originally structure it as a loan.
9              Is that what you remember?
10        A.   I don't remember.  I went through a
11   lot since then.  I don't remember.
12             It might very well be that this is
13   the case.
14        Q.   At some point, again I will represent
15   to you, Mr. Silberstein received a demand
16   letter relating to this loan, and he testified
17   that he contacted you when he received that
18   demand letter.
19             Do you remember that conversation?
20        A.   Yes.
21        Q.   What was that conversation about, to
22   the extent you remember?
23        A.   He told me, "Look, it's crazy.  I got
24   a demand letter.  We settled this, and now
25   comes a demand letter."
```



1                        Y. Goldman

2              I told him it's going to be taken

3    care of.  I thought it's going to be taken

4    care of by Wind Down when the company is going

5    to sell it with assets.  This is going to go

6    along with it.

7              I don't know why it switched at the

8    end of the day differently.

9              I think the company, the people that

10   were involved -- not I think.  I know -- they

11   knew there's nothing there.

12             I told it personally for them during

13   the whole time, and I told him it's going to

14   be taken care of.

15             At the end of the day what happened

16   is that when Brooklyn Metro, or whatever it's

17   called, bought the Wind Down company, they

18   left out these two notes.  Maybe they felt

19   they didn't need it because they knew it's

20   nothing there.

21             From the other side, the company, I

22   don't know, kept it, and they are trying to do

23   something.  I don't know.

24        Q.   In that conversation after Mr.

25   Silberstein received the demand letter, did you



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 44 of 90

YOEL GOLDMAN                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        43

1                    Y. Goldman

2    tell him not to worry about this lawsuit?

3         A.   Yes.  I told him you don't have to be

4    worried about it because we all know the story

5    here.  We all know what happened.

6         Q.   Did -- sorry.  Go ahead.

7         A.   I told him just answer the way it is,

8    what it is, and everything will be okay.

9              He was like all turned on.

10        Q.   Did you tell him that this was not a

11   legitimate and existing loan?

12        A.   I didn't have to tell him that.

13        Q.   Is it your opinion that this is not a

14   legitimate and existing loan?

15        A.   Yes.

16        Q.   And you thought that at the time when

17   you received the demand letter as well?

18        A.   Yes.

19        Q.   Did you tell Mr. Silberstein you

20   would take care of it?

21        A.   Yes.  Because I told him it's going

22   to end up -- there were people, there were

23   people negotiating on the portfolio, and I --

24   look.  They are business people.  They know

25   what it is, and I think they did it -- I



1                     Y. Goldman

2    believe they did their diligence, and they

3    probably interviewed people and tried to gather

4    information as much as possible to underwrite

5    the portfolio, and they knew very well that

6    this note is nothing.

7             That's probably the reason they

8    left -- I figured they would take it along

9    with all the company, and its just going to be

10   solved.

11            MR. SILVESTRI:  Can we take five

12      minutes?

13            (A recess was taken.)

14      Q.    Hello again, Mr. Goldman.  I am going

15   to put another document up.  Hopefully it

16   appears on your phone like the last one.

17            Can you see this?

18      A.    Yes.

19      Q.    For the record, it has been

20   previously marked as Silberstein Exhibit 4.

21            You can see it?

22      A.    Yes.

23      Q.    I will manipulate the document a

24   little bit.  I am trying to make it easy on

25   you.  You let me know if you need it zoomed in



```
 1                    Y. Goldman
 2   or out.
 3        A.    No.   I recognize this document.
 4        Q.    I am going to start at the bottom,
 5   which is a page that says original document,
 6   and I know you said you recognize the document,
 7   but I will ask you specifically, do you
 8   recognize what appears to be the handwritten
 9   text in Hebrew here that I am scrolling
10   through?
11        A.    Yes.
12        Q.    Is that your signature there at the
13   bottom?
14        A.    Yes.
15        Q.    Did you draft this document?  What I
16   mean by "this document," I mean the original
17   handwritten document that we are looking at a
18   picture of right now.
19        A.    No.   That's not my -- no.
20        Q.    Who did draft this document, if you
21   know?
22        A.    I don't know who drafted it, but one
23   of the people that write (foreign language),
24   like agreements, someone that writes
25   agreements.
```



1                    Y. Goldman

2          Q.   Who is in possession of the original

3    copy of this handwritten document?

4          A.   I don't remember which one, but I

5    think I have one original, maybe, and I think

6    Silberstein has the other original.  I'm not

7    sure.

8          Q.   Okay.  And -- go ahead.

9          A.   I actually picked up one original,

10   which I remembered where we made it, and I

11   picked it up from there because it was -- but

12   one original I should have, and I think one

13   original Silberstein has.

14              Again, I'm not sure.

15         Q.   You are jumping ahead a little bit.

16   That's okay.

17              There are two handwritten documents

18   in Hebrew that have come up in this case.

19   This is one of them, and we will get to this,

20   but I will represent this is from 2015.  The

21   other is from 2020.

22              You are saying you think you picked

23   up the original of one of those two documents,

24   but you don't remember whether it was this one

25   or not?



1                    Y. Goldman

2          A.    I don't remember which.  I think it

3    was the other one, but I'm not sure.  I think

4    it was the other one.  I think it was the

5    yellow one.

6          Q.   We'll get to that.  Let's stick with

7    this one right now.

8               I think we covered that you did not

9    draft this.

10              Do you remember where this was

11   drafted?

12         A.   No.

13         Q.   I am going to scroll up.  Tell me if

14   you need me to stop or there is somewhere in

15   the document you want me to go.

16              I am going to scroll up to the top

17   where the first page of the document says

18   Document Translation.

19              My understanding is that this is a

20   translation into English of the Hebrew

21   document we were looking at before; is that

22   right?

23         A.   Yes.

24         Q.   Did you arrange to have this document

25   translated into English?



1                    Y. Goldman

2       A.    Yes.

3       Q.    When did you do that?

4       A.    I think I did it right when

5  Silberstein approached me that he got a

6  lawsuit.  That's when I asked him to get

7  whatever documents he has, and I should get the

8  documents what I have, and I'll give it to a

9  translator.

10          Maybe it was right then or a little

11 bit after that.  I think it was right then.

12          It has a date on it, probably.

13      Q.    I have got it and it does have a

14 date.  I was asking about -- I think you have

15 answered -- when you had it translated.

16      A.    I had it translated after the

17 lawsuit.

18      Q.    Meaning after the lawsuit was filed?

19      A.    Yes, because Silberstein told me at

20 that time that we will need to translate the

21 documents.

22      Q.    Did you pay the fees to, it looks

23 like, Yiddish Language Services LLC to have

24 this --

25      A.    I paid the fees.



YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          49

```
1                    Y. Goldman

2       Q.   Do you recall how much those fees

3   were?

4       A.   No.  Probably a few hundred dollars,

5   but I don't remember exactly.

6       Q.   Frankly, it sounds like you recognize

7   and are familiar with this document, but if you

8   would like to read through it -- I am going to

9   ask you some questions about it.

10      A.   I did not read it through.

11      Q.   Why don't I ask --

12      A.   But I probably remember not the exact

13  details, but the -- spirit is not the right

14  word -- I remember the background of it.

15      Q.   Let's proceed this way.  I am going

16  to ask you the questions that I have about this

17  document.  If you feel like you need to review

18  it or look at it, you let me know and you can

19  do that, all right?  Does that work for you,

20  Mr. Goldman?

21      A.   Yes, but I figured that what it says

22  there you can see on your own, and what you

23  need from my memory I can provide you what I

24  remember.

25      Q.   Let's get into it.
```



YOEL GOLDMAN                                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                        50

1            Y. Goldman

2            So this document makes several

3    claims about money owed to Mr. Silberstein for

4    the three properties that we discussed

5    earlier:  Albee, North Flats, and Long Island

6    City.

7            Does that sound like it comports

8    with your memory of this document?

9        A.   And 19 Kent.

10       Q.   And 19 Kent.  But it sounds like the

11   answer to my question is yes, you remember that

12   this document makes claims about money owed to

13   Mr. Silberstein for Albee, North Flats, Long

14   Island City, and then you added 19 Kent; is

15   that right?

16       A.   Right.

17       Q.   Do you dispute that money was owed to

18   Mr. Silberstein for those -- for work related

19   to those properties?

20       A.   If I dispute it?

21       Q.   Do you dispute that?

22       A.   No.

23       Q.   So when this document states, for

24   example -- I am going to try to find an

25   example.  Hold on.



1          Y. Goldman

2          In paragraph 3 here, you can read

3   along as I read, and let me know if I have

4   read anything wrong.

5          "Party A admits that he came to a

6   prior agreement with Party B, and Party A

7   committed to pay Party B in a most effective

8   manner to pay him in exchange for his efforts

9   in such manner that Party B will be owed a

10  10 percent partnership in the properties."

11         Did I read that correctly?

12  A.   Yes.

13  Q.   And Party A, if we scroll up to the

14  top of this, Party A is listed here.  It's All

15  Year Holdings, 41-21 28th Street, the North

16  Flats, and Spencer Albee Equities LLC, and 19

17  Kent Development LLC.

18         All of those parties are Party A, as

19  well as you personally up here?

20  A.   I see it.

21  Q.   So those are the entities, plus you

22  who constitute Party A under this agreement?

23  A.   Yes.

24  Q.   When it says Party A came to an

25  agreement with Party B -- and we can see Party



1            Y. Goldman

2  B is Mr. Silberstein -- when it says Party A

3  came to an agreement with Party B, which of

4  those entities, if any, or you personally, does

5  that refer to in paragraph 3, if you know?

6       A.   Who it refers to.

7       Q.   So it doesn't refer to anyone or any

8  entity specifically in your review?

9       A.   To all of it.

10       Q.   So when it says -- go ahead.

11            Do you need more time, or are you

12  waiting for me?

13       A.   I am waiting for you.

14       Q.   You understand when it says Party A

15  it means everybody; you, all those entities,

16  everybody?

17       A.   I don't know what it means me.  It

18  probably means only the business entities.

19       Q.   Why would it not also mean you?  You

20  are listed up here, you are the first person

21  listed, Mr. Yoel Goldman.

22            MR. MOSKOWITZ:  Objection to the form

23       and to the extent you are asking him to

24       draw a legal conclusion.

25            You can answer.



1                    Y. Goldman

2          Q.    I can rephrase.  It says at the top

3    here Mr. Yoel Goldman on his own behalf, right?

4    Did I read that correctly?

5          A.    Yeah.

6          Q.    Going back down to paragraph 3, it

7    says that Mr. Silberstein's 10 percent will be

8    deducted from the portion belonging to Party A,

9    and my question to you is, which of these

10   entities owned that portion that's being

11   discussed in paragraph 3, if you remember?

12         A.    I don't know.  All Year Holdings,

13   maybe.

14         Q.    It's not your understanding, for

15   example, that when it came to the North Flats,

16   the North Flats LLC held that portion that is

17   being discussed in paragraph 3?

18         A.    I don't understand the question.

19         Q.    Let me think about how to put it in a

20   way that is easier to understand.

21               The way I understand paragraph 3 is

22   Mr. Silberstein is going to receive, as it

23   states, a 10 percent partnership in the

24   properties.  Did I read that correctly?

25         A.    Yes.



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 55 of 90

YOEL GOLDMAN                                            March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              54

1                    Y. Goldman

2       Q.   And from your testimony today, I

3  understand it to be that according to you, that

4  was true; that Mr. Silberstein was going to be

5  owed 10 percent in the properties.  I think

6  that's what you meant when you were talking

7  about shares earlier today; is that right?

8       A.   Yes.

9       Q.   So my question is, if Mr. Silberstein

10  is going to be given 10 percent in the

11  properties, who, or what entity, will give it?

12  That's my question.

13       A.   For example, if All Year Holdings or

14  Yoel Goldman owns 50 percent of the property,

15  they have to assign 20 percent of that which

16  reflects 10 percent in the property to Yoel

17  Silberstein.

18            Am I getting something wrong?

19       Q.   I think -- I think what you are

20  saying -- you tell me if I am wrong -- is that

21  whatever entity, or if it's you personally,

22  whoever owns it, that's who assigning over --

23  that's who is obligated to pay over the

24  10 percent, right?  It's whoever owns it?

25       A.   Yes.  That means -- an entity is a



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 56 of 90

YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          55

1                        Y. Goldman

2      piece of paper.  It can't conduct business.

3           Q.   Do you mean that answer to suggest

4      that I have it wrong?

5                MR. MOSKOWITZ:  Objection to the

6           form.

7           Q.   Was it you personally that owned the

8      portion that the 10 percent was supposed to be

9      coming from, not any of the entities?

10          A.   I think it on the entities through

11     All Year Holdings.

12               The way it works, Yoel Goldman was

13     owner of All Year Holdings.  All Year Holdings

14     was owner of that percentage.

15          Q.   That is your understanding of how it

16     would work at the time?

17          A.   The same way every time when I sold a

18     certain portion of shares, the same way.

19          Q.   This document references a prior

20     agreement, right?  And I think it has been your

21     testimony, and I will represent to you as well

22     it was Mr. Silberstein's testimony, that the

23     agreement for this 10 percent for the shares

24     came about long before this document was

25     written.



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 57 of 90

YOEL GOLDMAN                                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                       56

```
 1                    Y. Goldman
 2             Is that your recollection as well?
 3        A.   I don't remember the dates.
 4        Q.   But my understanding of, for
 5   example -- let's take them one at a time.
 6             Albee, my understanding, both from
 7   Mr. Silberstein's testimony and the documents
 8   produced in this case, is that the work on
 9   Albee, for instance, started around 2012,
10   maybe 2013.
11             Does that sound right to you?
12        A.   I don't remember.
13        Q.   Do you have -- and I understand what
14   you told me just now, is that you don't
15   remember.
16             Do you have sort of -- can you place
17   it by year, for example, when those projects
18   started?  Was it around 2012 or 2013?
19        A.   I don't remember which one it was.
20        Q.   Same question for North Flats.  Do
21   you not remember when that started?  My
22   understanding is it was around 2012 or 2013.
23   Do you not remember?
24        A.   I don't remember dates.  I don't
25   remember dates.  I remember --
```



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B - Yoel Goldman Deposition Transcript   Pg 58 of 90

YOEL GOLDMAN                                     March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                       57

1                    Y. Goldman

2        Q.   Is that also -- go ahead.

3        A.   I remember the story.  I remember we

4    bought it.  I remember the acquisition and

5    everything.  I don't remember dates.

6             I mean, I can look up everything,

7    but I assume you have it the same way.

8        Q.   Yes.  For instance, I have seen

9    emails relating to North Flats, Albee, around

10   2012 and 2013.

11            I don't want to -- I am not trying

12   to prove anything to you.  I am only asking

13   for your memory.

14            I think you said you don't recall

15   when that started?

16       A.   Yes.  I don't recall which year it

17   was.

18       Q.   So we need to go look at those

19   documents to know?

20       A.   Right.

21       Q.   This document references a prior

22   agreement.  The prior agreement for the

23   10 percent of shares, was that a written

24   agreement, as far as you know, or was that an

25   oral agreement?



1                    Y. Goldman

2        A.   I think it was written.

3        Q.   Do you have in your possession any

4    document, a written document memorializing that

5    agreement?

6        A.   I provided -- I gave Silberstein

7    whatever I had, and he gave me what he had.  I

8    gave it.  You should have it.

9        Q.   So if there is a written agreement

10   that reflects this agreement, you gave it to

11   Mr. Silberstein?

12       A.   Yes.  Maybe he had it before as well,

13   but I gave it to him as well.

14       Q.   I am trying to get a sense here.  I

15   will represent to you I have not seen that, and

16   I don't believe Mr. Silberstein has produced

17   anything like that, so I am trying to get a

18   sense of how specifically you remember this.

19            Are you sure that there is a

20   written --

21       A.   No, I'm not sure; no.

22       Q.   Would it surprise you -- I think you

23   mentioned there was, frankly, a lot of trust

24   between you and Mr. Silberstein in your

25   business dealings.



YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        59

1                        Y. Goldman

2           Would it surprise you if it turns

3    out there wasn't a written agreement; that it

4    was an oral understanding?

5           A.   It wouldn't surprise me.

6           Q.   Did Mr. Silberstein approach you and

7    indicate that instead of the shares, he wanted

8    to receive payment?

9           A.   I believe he mentioned it, and I

10   would rather want shares, he would rather want

11   money.

12          I don't remember exactly who was

13   leaning more to which side.

14          I am sure he mentioned it certain

15   times, that he would rather "give me my money"

16   and let the shares go, but I'm not sure.

17          Q.   Do you remember when those

18   conversations took place?

19          A.   Many times.

20          Q.   Many times, does that include after

21   this agreement --

22          MR. SILVESTRI:   Strike that.

23          Q.   We should probably get on the record,

24   just so it is clear, this agreement is dated

25   November 23, 2015, right?



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 61 of 90

YOEL GOLDMAN                                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                       60

1                        Y. Goldman

2        A.    Okay.

3        Q.    I will go back to my original

4    question.  You testified, I think, that there

5    were many times that you remember Mr.

6    Silberstein demanding payment rather than

7    shares.

8              To the extent you remember, were any

9    of those times after November 23, 2015; in

10   other words, after this agreement was written

11   down?

12       A.    Probably, yes.

13       Q.    I am trying to save us time, so bear

14   with me while I go through my notes here.

15             Do you remember what amount of money

16   Mr. Silberstein was demanding during those

17   conversations?

18       A.    No.  What I do remember is when we

19   finally settled, he trimmed down a lot of money

20   that he was owed, meaning we made kind of a

21   settlement that he is going to get less because

22   you don't know what the market is, this, that.

23             I don't remember even the details

24   why it was, but he kind of agreed to take

25   less.  It was a lot of money.



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 62 of 90

YOEL GOLDMAN                                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                     61

1                     Y. Goldman

2        Q.    Why don't we now jump to another

3   document.  It is going to be the other document

4   that was translated from Hebrew.  I will put it

5   up on the screen momentarily here.

6               Mr. Goldman, can you see this?

7        A.    Yes.

8               MR. SILVESTRI:  I will represent for

9        the record this was Silberstein Exhibit 5.

10       Q.    Mr. Goldman, do you recognize this

11  document?

12       A.    Yes.

13       Q.    As with the other one, I will scroll

14  down here to the image of the original

15  document.  I believe you mentioned this

16  earlier, the yellow one.  Is this the one you

17  mentioned earlier when you mentioned the yellow

18  one?

19       A.    Yes.  This one I had.

20       Q.    So the original of this document is

21  in your possession right now?

22       A.    I don't know this minute, but I had

23  it in the past, yes.

24       Q.    I want to be clear.  Do you know for

25  sure that you still have this document; it's



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 63 of 90

YOEL GOLDMAN                                              March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              62

```
 1                    Y. Goldman
 2   just somewhere that you don't know about right
 3   now?  Or do you not have this anymore?
 4        A.   I don't know if I have it right now.
 5   Maybe I do.  Maybe I gave it to Silberstein.  I
 6   don't remember.
 7        Q.   But you did at one point have it,
 8   right?
 9        A.   Yes.
10        Q.   So if you don't have it right now,
11   who would you have given it to?
12        A.   Maybe it was Silberstein.  I'm not
13   sure.
14        Q.   Anyone else?
15        A.   No.
16        Q.   Did you take this photograph?
17        A.   Yes.
18        Q.   Is this the photograph you provided
19   to -- I think it is the same provider, Yiddish
20   language --
21        A.   I took this photo, and I sent it to
22   the translator.
23        Q.   What do you remember about -- I think
24   you referenced the agreement embodied here a
25   few times during today's deposition.
```



1              Y. Goldman

2         What do you remember about this

3    document?  How did it come into being?

4         A.   I think this was the settlement, no?

5         Q.   Well, you tell me.  What do you mean

6    by the settlement?

7         A.   When we came to an agreement on most

8    of the stuff that we had open.

9              Can you scroll back to the document?

10        Q.   Yes, of course.  If you need me to go

11   anywhere with it, just let me know.

12        A.   This is my handwriting.

13        Q.   So you drafted this?

14        A.   This I drafted it, yes.

15        Q.   Did you draft it --

16             MR. SILVESTRI:  Strike that.

17        Q.   Is that your signature at the bottom?

18        A.   Yes.

19        Q.   Is Mr. Silberstein's signature there

20   as well?

21        A.   I see it.

22        Q.   You recognize that as his signature?

23        A.   Yes.

24        Q.   I should have covered this earlier.

25   I am going to bounce back to Silberstein



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 65 of 90

YOEL GOLDMAN                                              March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              64

1                        Y. Goldman

2     Exhibit 4.  I will scroll down here.

3              I think you testified that is your

4     signature on Exhibit 4, right?

5          A.   Yes.

6          Q.   Is that also Mr. Silberstein's

7     signature there on Exhibit 4?

8          A.   Looks like it.

9          Q.   Thank you for that.  Sorry to take us

10    backward.

11             I think you testified just now you

12    drafted this.  Was Mr. Silberstein in the room

13    with you when you drafted this?

14         A.   I don't remember.

15         Q.   Did you draft it in cooperation or

16    collaboration with him?

17         A.   Yes, 100 percent.

18         Q.   So you discussed terms beforehand,

19    and then you put pen to paper?

20         A.   Yes.

21         Q.   But you don't remember if he was

22    actually in the room with you when you drafted

23    it?

24         A.   I don't remember.  I remember it was

25    upstate.  That I remember.



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 66 of 90

YOEL GOLDMAN                                              March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              65

```
 1                      Y. Goldman

 2       Q.   It wasn't what?

 3       A.   I think it was upstate New York.

 4       Q.   Do you remember where exactly?

 5       A.   No, but I remember it was in country,

 6  upstate.  It was a busy day.  I remember this.

 7       Q.   So somewhere like the Catskills?

 8       A.   Yes.

 9       Q.   Were you up there with Mr.

10  Silberstein at the time?

11       A.   Silberstein was also there.

12       Q.   Was it business?

13       A.   What?

14       Q.   Sorry.  Go ahead.

15       A.   I was there for a holiday, for

16  Sukkot, and I don't remember if he was there

17  that year or not, but when we wrote it, he was

18  definitely there.  I don't know if he was in

19  the same room when I wrote it or all done by

20  signing.  I don't remember.

21       Q.   Was it your -- have you spent

22  holidays with Mr. Silberstein before?

23       A.   Yes.

24       Q.   And this was, as far as you can

25  remember, one of those times?
```



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 67 of 90

YOEL GOLDMAN                                         March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          66

1                      Y. Goldman

2         A.    I don't remember if he was at that

3    holiday over there.  I don't remember.

4               But I remember I wrote this upstate.

5         Q.    Did you have to mail it to him for

6    him to sign it?

7         A.    No.

8         Q.    Let's go to -- thank you for that.

9    Let's get to the meat of this document.

10              I am going to read from this

11   paragraph A, and I will start by noting that

12   Party A is listed as Yoel Goldman and

13   representatives, and Party B is listed as Yoel

14   Silberstein and representatives.

15              Did I read that right?

16        A.    Yes.

17        Q.    Just so it is easier when we get to

18   Party A and Party B down here in paragraph A.

19              I want to start with this:  "Both

20   parties stipulate that the amount owed to

21   Party B," Silberstein, "is, at minimum, more

22   than $6 million."

23              Was that correct?

24        A.    I don't remember now.

25        Q.    Do you remember owing Mr. Silberstein



YOEL GOLDMAN                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                      67

```
 1              Y. Goldman

 2   anything close to that amount?  In other words,

 3   not necessarily more than $6 million, but does

 4   that sound accurate to you at the time?

 5        A.   I don't remember the details.  I

 6   remember it was a large amount, and I remember

 7   that he agreed to take down a certain amount.

 8   I don't remember what the amount was.

 9             It probably says in the agreement,

10   all of it, and -- how do you call it -- at

11   that time if I wrote so, then it's true.

12        Q.   If you wrote it down, then that's

13   what you thought at the time, right?

14        A.   Right.

15        Q.   And I will note that this agreement

16   is dated October 1, 2020, right?

17        A.   Okay.  I have a date, English date?

18        Q.   This is the English translation.  If

19   you like, I can go to the original Hebrew where

20   you can see.

21        A.   Let me see the original.

22             He translated which day that was.

23        Q.   I don't understand your response.

24   Was the date wrong?

25        A.   I was wondering, they wrote over
```



```
 1                   Y. Goldman
 2   there the English date.  Probably he translated
 3   it, which day it was in the English calendar.
 4        Q.   Do you see that October 1, 2020, date
 5   here?  I don't read Hebrew, so I am relying on
 6   you.
 7        A.   I see it says erev Sukkot.
 8        Q.   Where on the document does it say?
 9        A.   Just a second.
10        Q.   Where on the document is that
11   October 2020 date written?
12        A.   Go down to the bottom.  It says erev
13   Sukkot (foreign language).  Right above -- the
14   line above the signature.
15           MR. MOSKOWITZ:  Obviously since the
16           court reporter doesn't speak Hebrew, none
17           of this is going to come out in the
18           transcript.
19           Eric, we can take this offline.  You
20           are not going to have a clean record on
21           this.
22           If you know what date the Jewish
23           calendar is, then you can do a simple
24           Google to convert that to the English date
25           that corresponds to.
```

23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 70 of 90

YOEL GOLDMAN                                              March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              69

```
 1                    Y. Goldman
 2           MR. SILVESTRI:  Thank you.  You both
 3       do have me at a disadvantage here.  It
 4       sounds like if I need to verify what he is
 5       saying, we can do so.
 6       Q.   I will ask one more question here.  I
 7   don't want to waste anyone's time.
 8           Mr. Goldman, you agree that that
 9   October 1, 2020, date is correct?
10       A.   I did not look it up, but if you want
11   me to come look it up right now --
12       Q.   That's okay.  I understand.  If we
13   need to look it up, we can.
14           Let's go back up to that, the
15   $6 million that was owed to Mr. Silberstein.
16           I think the reason we took that
17   rabbit hole down the date is what I wanted to
18   ask you is, if that's what you wrote, that he
19   was owed $6 million, that's what was true in
20   your mind as of October 1, 2020, right?
21       A.   That's right.
22       Q.   Was that 6 million a result of his
23   work on those four properties, "his" being Mr.
24   Silberstein's work on the four properties,
25   those four properties being Albee, North Flats,
```



1                    Y. Goldman

2    Long Island City and Kent?

3         A.   Does it include Kent?  I am not sure.

4    I did not resolve as of to date.

5         Q.   I know you mentioned this earlier,

6    and I do see this parenthetical about 25 Kent,

7    so that makes sense.

8              I want to highlight --

9         A.   There's a big difference.  On the

10   other buildings we had a very clear

11   understanding that he has to get 10 percent,

12   and there was an estimate how much it's worth,

13   the 10 percent.

14             But 19 Kent, 25 Kent, it was not

15   really a real understanding, meaning to say I

16   didn't remember exactly what he claimed or

17   what I claimed.  It was not a clear exact

18   understanding how much was owed.  That's why

19   we couldn't settle that at that time or come

20   up with an exact amount how much it should be.

21        Q.   I think you testified earlier that

22   it's your understanding that you still owe him

23   money on one of those Kent deals, right?

24        A.   Maybe I still owe him some money on

25   the three deals as well.  I don't remember the



1              Y. Goldman

2    amount.  I'm not sure it says it in the

3    agreement.  I can look it through fast.

4              But 19 Kent was not resolved as of

5    to date.

6         Q.   Looking at the language in the middle

7    of the paragraph, I will highlight it here,

8    "He," meaning Mr. Silberstein, "invested

9    hundreds of hours to resolve disputes between

10   Party A" -- that's you -- "and Moskowitz and

11   Lichtenstein."

12             Did I read that correctly?

13        A.   Yes.

14        Q.   Can you tell me based on your

15   recollection what Mr. Silberstein's role in

16   resolving those disputes was?

17        A.   He spent hundreds of hundreds of

18   hundreds of hours to try to navigate it, to

19   negotiate it, to solve.

20             There was a guy named Mr. Schweit

21   (phonetically).  He is family or someone that

22   is pretty close to Moskowitz or Lichenstein.

23             Me alone, I went up with him over

24   there on many, many times to try to solve it.

25             I believe he came to all meetings or



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 73 of 90

YOEL GOLDMAN                                                March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                  72

1                    Y. Goldman

2    almost all meetings by the litigators and

3    maybe spoke or emailed Mr. Lichtenstein,

4    Moskowitz; met them for who know how many

5    times.  He was pretty invested in it.

6              It was -- again, his stake was

7    also -- also, his 10 percent, he did it for

8    10 percent as well, but he spent a lot of time

9    on it.

10        Q.    Did he successfully resolve those

11   disputes?

12        A.    We did resolve those disputes.  It

13   was a combination of some heavy lawsuits and

14   someone named Gary Katz, which mediated, and I

15   believe Mr. Silberstein was also there while

16   mediating it and negotiating back and forth and

17   trying to negotiate the parties between each

18   other.

19        Q.    Thank you for that.

20              My understanding of this document --

21   and you can read it through if you want.

22   Again, if you want to read through this, let

23   me know.

24              My understanding of this document is

25   that you agreed to pay Mr. Silberstein another



1                        Y. Goldman

2    $500,000, and you additionally agreed to

3    release him from his obligations under the

4    promissory note that we looked at earlier.

5            Is that your understanding as well?

6        A.   If it says so, yes.

7        Q.   I don't want to -- I know we are

8    under time pressure, and the document says what

9    it says, so I don't want to spend any more time

10   than we have to there.

11           Assuming that is true, that that

12   happened, October 2020, I believe you referred

13   to it as, earlier in your testimony, about a

14   month or so before, I believe your words were,

15   your crisis.

16           Is that right?

17       A.   Yes.

18       Q.   And it's my understanding that on

19   November 29, 2020, All Year published that it

20   was unable to make payment obligations on about

21   $800 million of bonds.

22           Is that what you remember as well?

23       A.   Yes.

24       Q.   So on October 1, 2020, you are

25   releasing Mr. Silberstein from a multimillion



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 75 of 90

YOEL GOLDMAN                                              March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                              74

```
1                      Y. Goldman

2    dollars loan, $3,350,000 loan, and then two

3    months later, All Year is defaulting on its

4    bond obligations, right?

5         A.   Okay.

6         Q.   Do you agree with that?

7         A.   If there is the dates, it is the

8    dates.  What do you mean if I agreed to that?

9         Q.   I think we have our answer.  Thank

10   you.

11             MR. SILVESTRI:  Elliot, at this point

12        I would like five minutes to sort of get

13        my documents in order.  I think I may be

14        close to an end.

15             Do you mind if we take another short

16        break?

17             MR. MOSKOWITZ:  No problem at all.

18             (A recess was taken.)

19        Q.   Mr. Goldman, I want to thank you for

20   your time today.  We have no further questions,

21   and we pass the witness.

22                      EXAMINATION

23   BY MR. SAPONARA:

24        Q.   Good afternoon, Mr. Goldman.  My name

25   is David Saponara, and my firm represents the
```



1              Y. Goldman

2    Defendant Yoel Silberstein in this action.  I

3    will try to keep this fairly brief.

4              During Mr. Silvestri's questioning,

5    he asked you about that November 2015

6    agreement.  Do you remember that?

7         A.   Yes.

8         Q.   And with respect to the provisions in

9    that agreement providing that Mr. Silberstein

10   would receive 10 percent of certain entities

11   that own properties, I believe you testified

12   that whoever owns the interest is required to

13   assign that 10 percent interest.

14             Is that your -- do you remember that

15   testimony?

16        A.   Yes.

17        Q.   The three entities it -- let me put

18   it back up on the screen.  It was Exhibit 4 in

19   Mr. Silberstein's testimony.

20             So 41-21 28th Street Acquisition

21   LLC, you are familiar with that entity?

22        A.   Yes.

23        Q.   Did All year Holdings own that entity

24   directly or indirectly holding?

25        A.   I don't remember the exact structure,



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 77 of 90

YOEL GOLDMAN                                                    March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                      76

1                         Y. Goldman
2    but I believe they owned it directly.
3         Q.   What about the North Flats LLC?  Did
4    All Year Holdings own that directly or
5    indirectly?
6         A.   Yes.
7         Q.   And Spencer Albee Equities LLC, did
8    All Year Holdings own that entity directly or
9    indirectly?
10        A.   Yes.
11        Q.   You mentioned an organizational chart
12   at some point in your testimony.  Do you
13   remember that?
14        A.   Yes.
15        Q.   I would like to mark a document,
16   which I will put up on the screen.  We will
17   mark it as Goldman 1.
18             (Organizational chart marked Goldman
19        Exhibit 1.)
20        Q.   I will represent to you this is an
21   organizational chart that was attached to the
22   second amended disclosure statement that the
23   debtor filed in the bankruptcy case.
24             Is this an organizational chart that
25   you are familiar with?



YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          77

```
 1                    Y. Goldman

 2        A.   I don't remember I have seen it

 3   before, but it looks like an organizational

 4   chart.

 5        Q.   So All Year Holdings Limited (BVI),

 6   do you see that at the top?

 7        A.   Yes.

 8        Q.   BVI, is that because All Year

 9   Holdings Limited was a British Virgin Islands

10   company?

11        A.   Yes.

12        Q.   You see Spencer Albee Equities LLC

13   down on the left here?

14        A.   Yes.

15        Q.   Do you understand this organizational

16   chart to provide the Spencer Albee Equities LLC

17   owned -- All Year Holdings owned 50 percent in

18   direct interest in Spencer Albee Equities LLC?

19        A.   Okay.

20        Q.   You understand that from this chart?

21        A.   Yeah.

22        Q.   And the North Flats LLC, do you see

23   the box for that here?

24        A.   Yes.

25        Q.   So you understood that All Year
```



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 79 of 90

YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                          78

1                    Y. Goldman

2    Holdings Limited had an interest in the North

3    Flats LLC?

4          A.    Yeah.

5          Q.    And 41-21 28 Acquisition LLC, do you

6    see that down here?

7          A.    Yes.

8          Q.    Did All Year Holdings own an interest

9    in 41-21 28 Street Acquisition LLC?

10         A.    Yeah.

11         Q.    Under that 2015 agreement, do you

12   agree that it was All Year Holdings that was

13   obligated to give the 10 percent interest to

14   Mr. Silberstein?

15         A.    Yes.

16               MR. MOSKOWITZ:   Object to form.

17         Q.    I would like to show you another

18   document that we will mark as Goldman 2.

19               (Release of obligations marked

20         Goldman Exhibit 2.)

21         Q.    I will represent to you that this

22   document is a document that Mr. Silberstein

23   produced in this lawsuit with Bates number Yoel

24   Silberstein000020.

25               Are you familiar with this document,



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 80 of 90

YOEL GOLDMAN                                                March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                                  79

1                         Y. Goldman

2    Mr. Goldman?

3         A.    I believe so.

4         Q.    Is that your signature on the bottom?

5         A.    Yeah.

6         Q.    And the date October 2, 2020, do you

7    see that?

8         A.    Yes.

9         Q.    You see the title of this document is

10   Release of Obligations?

11        A.    Yes.

12        Q.    Do you understand that this document

13   is the All Year Holdings formal release of the

14   promissory note that you testified about during

15   Mr. Silvestri's examination?

16        A.    Yes.

17        Q.    So this release is connected to the

18   October 2020 agreement you were looking at

19   during Mr. Silvestri's examination?

20        A.    Yes.

21        Q.    Zzz let me go back to what was Yoel

22   Silberstein Exhibit 4, and I would like to

23   direct your attention to paragraph 18 of this

24   agreement.

25              Take a second to read it, and let me



1              Y. Goldman

2    know if you need me to scroll down.

3        A.   Yes.

4        Q.   Paragraph 18, what did you understand

5    this paragraph of the November 2015 agreement

6    to mean?

7        A.   I did not read it.  I can read it

8    now.

9              (Pause in the proceedings.)

10       Q.   Have you had a chance to read

11   paragraph 18 in full now?

12       A.   I read it now.

13       Q.   What do you understand this paragraph

14   to mean?

15       A.   That if there are any disputes, we

16   should go to a mediator, and if we can't get to

17   a mediator, if they can't get us to an

18   agreement or whatever, then we should go to,

19   Hisachdus Harabonim, rabbinical court.

20       Q.   And the "we," is that all the parties

21   to this agreement?

22       A.   What?

23       Q.   When you said "we," is that

24   reflecting all the parties to this agreement?

25       A.   Correct.



1                    Y. Goldman

2        Q.   Would that include All Year Holdings?

3        A.   I assume so.

4        Q.   That's all I have.  Thank you very

5    much.

6             MR. MOSKOWITZ:  I just have one quick

7        question for the witness just to clarify

8        something from earlier on in the day on

9        the record.  I will be very brief.

10                    EXAMINATION

11   BY MR. MOSKOWITZ:

12        Q.   Mr. Goldman, do you recall much, much

13   earlier in the examination when Mr. Silvestri

14   asked you questions, I think one of your

15   responses was that Mr. Silberstein is kind of a

16   victim here.  Do you recall saying that?

17        A.   Yes.

18        Q.   What did you mean by that?

19        A.   What?

20        Q.   What did you mean when you used the

21   word victim here?  It's a colorful term.  I

22   just want to make sure we have a clear record.

23        A.   Meaning that he has to deal with this

24   right now when he worked hard for the company.

25   He did a lot of work for the company.



1            Y. Goldman

2            Even besides these three buildings,

3    he was always helping even on other matters,

4    and he worked hard on these ones to make his

5    portion of his money.

6            We came to agreement, which was less

7    than the amount he was owed, and he has to go

8    through a lawsuit and burn hours.

9            Simple.  I meant what I said; as

10   simple as that.

11       Q.   Thank you.

12       A.   I would like to add something.

13            The last question before the last

14   break was that this was October, and then I

15   filed November 29 that we won't be able to

16   make a payment, whether he was familiar with

17   the circumstances that was.

18            October 1, first of all, I did not

19   participate in the end result there won't be a

20   payment.

21            We were about to close very large

22   transactions which we would have a huge influx

23   of money.

24            We were about to close a huge loan,

25   which would have had a big cash out, and



```
 1                    Y. Goldman
 2   interest all of a sudden went up.
 3           There was many factors.  I don't
 4   know if now is the time to get into that
 5   detail.
 6           But October when I did this, I did
 7   not participate that I'm going to miss in two
 8   months in that time a payment.
 9       Q.   You did not participate or
10   anticipate?
11       A.   Anticipate.
12       Q.   I have nothing further.
13       A.   I don't know if it's relevant there.
14   I'm just saying --
15       Q.   That's fine, Yoel.
16       A.   And I think it was the right thing to
17   do at that time, because he was anyways owed
18   much more money than that, and at that time the
19   company was to sell buildings -- there was
20   pressure from the Israeli --
21       Q.   Yoel, I am going to stop you, because
22   I don't want you to get into topics where you
23   are going to invoke your Fifth Amendment
24   rights.
25       A.   No problem.
```



YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                        84

1           Y. Goldman

2   Q.   I have nothing further.

3        MR. SILVESTRI:  Nothing further from

4   plaintiff.

5        MR. MOSKOWITZ:  Thank you very much.

6   Deposition is closed.  I appreciate

7   everybody's time.

8        COURT REPORTER:  Mr. Moskowitz, are

9   you ordering a copy of the transcript?

10        MR. MOSKOWITZ:  I am not.

11        COURT REPORTER:  Mr. Saponara, are

12   you ordering a copy of the transcript?

13        MR. SAPONARA:  Yes, we will order a

14   copy of the transcript.

15        (Time noted:  5:45 p.m.)

16

17

18

19

20

21

22

23

24

25



```
1

2                      INDEX TO TESTIMONY

3   WITNESS                  BY                    PAGE

4   Yoel Goldman        Mr. Silvestri              3

5                       Mr. Saponara              74

6                       Mr. Moskowitz             81

7                   INDEX TO EXHIBITS

8   GOLDMAN          DESCRIPTION              PAGE

9   Exhibit 1       Organizational chart      76

10  Exhibit 2       Release of Obligations    78

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1

2                    CERTIFICATION

3          I, HELENE GRUBER, a New York State

4    certified shorthand reporter, hereby certify that

5    the foregoing transcript is a

6    complete, true and accurate transcript in the

7    matter of All Year Holdings held on March 20,

8    2024.

9          I further certify that this

10   proceeding was reported by me and that the

11   foregoing transcript was prepared under my

12   direction.

13

14

15

16   Date:  March 31, 2024

17

18

19

20

21

22

23   _____

24               HELENE GRUBER

25



23-01180-mg   Doc 43-2   Filed 09/30/24   Entered 09/30/24 16:14:59   Exhibit B -
Yoel Goldman Deposition Transcript   Pg 88 of 90

YOEL GOLDMAN                                          March 20, 2024
AYH WIND DOWN LLC vs YOEL SILBERTSTEIN                         87

1

2   Our Assignment No.  J11010136

3   Case Caption:  Matter of All Year Holdings

4   DECLARATION UNDER PENALTY OF PERJURY

5        I declare under penalty of perjury

6   that I have read the entire transcript of

7   my Deposition taken in the captioned matter

8   or the same has been read to me, and

9   the same is true and accurate, save and

10  except for changes and/or corrections, if

11  any, as indicated by me on the DEPOSITION

12  ERRATA SHEET hereof, with the understanding

13  that I offer these changes as if still under

14  oath.

15  _____

16  Yoel Goldman

17  Subscribed and sworn to on the _____ day of

18  _____, 2024 before me,

19

20  _____

21  Notary Public,

22  in and for the State of _____

23

24

25



1

2            DEPOSITION ERRATA SHEET

3   Page No._____Line No._____Change to:_____

4   _____

5   Reason for change:_____

6   Page No._____Line No._____Change to:_____

7   _____

8   Reason for change:_____

9   Page No._____Line No._____Change to:_____

10  _____

11  Reason for change:_____

12  Page No._____Line No._____Change to:_____

13  _____

14  Page No._____Line No._____Change to:_____

15  _____

16  Reason for change:_____

17  Page No._____Line No._____Change to:_____

18  _____

19  Reason for change:_____

20

21

22  SIGNATURE:_____DATE:_____

23        Yoel Goldman

24

25



**YOEL GOLDMAN**                                                         March 20, 2024
**AYH WIND DOWN LLC vs YOEL SILBERTSTEIN**                                        89

1

2              DEPOSITION ERRATA SHEET

3   Page No._____Line No._____Change to:_____

4   _____

5   Reason for change:_____

6   Page No._____Line No._____Change to:_____

7   _____

8   Reason for change:_____

9   Page No._____Line No._____Change to:_____

10  _____

11  Reason for change:_____

12  Page No._____Line No._____Change to:_____

13  _____

14  Reason for change:_____

15  Page No._____Line No._____Change to:_____

16  _____

17  Reason for change:_____

18  Page No._____Line No._____Change to:_____

19  _____

20  Reason for change:_____

21

22  SIGNATURE:_____DATE:_____

23          Yoel Goldman

24

25

